UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

MAR 20 2009 PM 03:52

W. YVONNE EVANS,
CLERK

BY: _____

IN RE:                          :   CHAPTER 7
                                :
TODD ANTHONY SHAW               :   CASE NO. 09-61855-MGD
        DEBTOR                  :

**AMENDMENT TO SCHEDULE J, SUMMARY OF SCHEDULES
AND STATISTICAL SUMMARY**

COMES NOW Debtor, Todd Shaw, who files this Amendment to Schedule J, Summary of Schedules and Statistical Summary by making the following changes:

1.

Debtor amends Schedule J, attached hereto, to show revisions in living expenses.

2.

Debtor amends Summary of Schedules, attached hereto, to reflect revisions to budget figures.

3.

Debtor amends Statistical Summary, attached hereto, to reflect revisions to budget figures.

This _____ day of March, 2009.

_____
TODD SHAW
Debtor

Prepared by:

_____
RICHARD M. JONES, JR.
Attorney for Debtor

Ga. Bar No.: 403072
Law Office of Richard M. Jones, Jr., P.C.
North Center
4319 Covington Highway, Suite 309-H
Decatur, GA 30035
(404) 289-6500

B6J (Official Form 6J) (12/07)

In re **Todd Shaw**, Debtor    Case No. **09-61855-MGD** (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,840.00 |
| a. Are real estate taxes included?  Yes ___ No ✓ | | |
| b. Is property insurance included?  Yes ___ No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 350.00 |
| b. Water and sewer | $ | 60.00 |
| c. Telephone | $ | 300.00 |
| d. Other **Cable** | $ | 100.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 300.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 500.00 |
| 6. Laundry and dry cleaning | $ | 300.00 |
| 7. Medical and dental expenses | $ | 208.00 |
| 8. Transportation (not including car payments) | $ | 433.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 370.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 0.00 |
| e. Other ___ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) **Real Estate Taxes** | $ | 858.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other ___ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 1,500.00 |
| 17. Other **Cellular Phone** | $ | 250.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 9,869.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
**Debtor recently learned of increase in mortgage amount.  Maid service no longer needed.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 7,142.00 |
| b. Average monthly expenses from Line 18 above | $ | 9,869.00 |
| c. Monthly net income (a. minus b.) | $ | -2,727.00 |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
# Northern District of Georgia

In re **Todd Shaw**, Debtor

Case No. **09-61855-MGD**

Chapter **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 500,000.00 | | |
| B - Personal Property | YES | 3 | $ 44,650.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 1,875,444.13 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 10,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 4,459.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 7,142.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 9,869.00 |
| TOTAL | | 16 | $ 544,650.00 | $ 1,889,903.13 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
# Northern District of Georgia

In re **Todd Shaw**
Debtor

Case No. **09-61855-MGD**
Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 10,000.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ 10,000.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 7,142.00 |
| Average Expenses (from Schedule J, Line 18) | $ 9,869.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 5,892.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $1,055,737.91 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 10,000.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $4,459.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $1,060,196.91 |

STATE OF GEORGIA

DEKALB COUNTY

**VERIFICATION**

Personally appeared before the undersigned attesting officer, duly authorized by law to administer oaths in this State, Todd Shaw, who after being sworn, deposes and says on oath, pursuant to Bankruptcy Rule 1008, that the facts contained in the Amendment to Schedule J, Summary of Schedules and Statistical Summary are true and correct.

_____
TODD SHAW
Debtor

Sworn to and subscribed before me this 6th day of March, 2009.

_____
Notary Public



```
              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION
```

IN RE:                          :       CHAPTER 7
                                :
TODD SHAW                       :       CASE NO. 09-61855-MGD
            DEBTOR              :

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Amendment to Schedule J, Summary of Schedules and Statistical Summary by depositing in the United States mail a true and exact copy thereof with adequate postage thereon to ensure delivery addressed as follows:

```
              S. Gregory Hays
              Chapter 7 Trustee
              Suite 200
              3343 Peachtree Road NE
              Atlanta, GA 30326-1420

              United States Trustee
              362 Richard Russell Building
              75 Spring Street SW
              Atlanta, GA 30303

              Todd Shaw
              1010 Forest Overlook Drive
              Atlanta, GA 30331.
```

This 21st day of March, 2009.

```
                              _____
                              RICHARD M. JONES, JR.
                              Attorney for Debtor
                              Ga. Bar No. 403072
```

Law Office of Richard M. Jones, Jr., P.C.
North Center
4319 Covington Highway, Suite 309-H
Decatur, GA 30035
(404) 289-6500