UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

In Re:  Debtor: Todd Anthony Shaw           Case No.   09-61855.MGD
      1010 Forest Overlook Drive              Judge:   Mary Grace Diehl
      Atlanta, Georgia 360331                 Chapter: 7

_____

REQUEST FOR NOTICE

_____

      COMES NOW MONTIE S. DAY, ATTORNEY and requests that notice be given as to any filing, hearing, or other matters submitted to the court in the above matter.   Notice should be given, if by mail,  to at the following address:

      MONTIE S. DAY, ATTORNEY
      DAY LAW OFFICES
      P. O. BOX 1525
      WILLIAMS, CALIFORNIA 95987

      MONTIE S. DAY, attorney, is registered for electric notice with this Court.

Date:  July 1, 2009                                    DAY LAW OFFICES

                                                    /s/ Montie S. Day
                                                 BY:_____
                                                 Montie S. Day, Attorney
                                                 Day Law Offices
                                                 P. O. Box 1525
                                                 Williams, California 95987

CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

- Sidney Gelernter bkecfnotices@mccurdycandler.com
- Sidney Gelernter bkecfnotices@mccurdycandler.com
- S. Gregory Hays ghays@haysconsulting.net, saskue@haysconsulting.net;kmalek@haysconsulting.net;sbao@haysconsulting.net;rhunter@haysconsulting.net;GA32@ecfcbis.com
- Martin P. Ochs martin.p.ochs@usdoj.gov
- Office of the US Trustee ustpregion21.at.ecf@usdoj.gov

and sent by manual mailing to the following:

Arnall Golden Gregory LLP
c/o Neil C. Gordon, Esq.
171 17th Street, N.W.
Suite 2100
Atlanta, GA 30363-1031

Richard M. Jones
Law Office of Richard Jones, P.C.
North Center - Suite 309H
4319 Covington Highway
Decatur, GA 30035

Keenan Wilkins
ART278
5325 Broder Blvd.
Dublin, CA 94568

    Description of Document: Request for Notice

    /s/ Montie S. Day,
    Montie S. Day, Attorney (Cal Bar 73327)
    DAY LAW OFFICES
    P. O. BOX 1525
    Williams, California 95987
    Tel: (208) 280-3766
    Email:   oyad@aol.com
    (208) 280-3766

Case 09-61855-bem    Doc 35    Filed 07/01/09    Entered 07/01/09 02:32:12    Desc Main
Document      Page 3 of 3