UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-61855-MGD |
| | ) | |
| TODD ANTHONY SHAW, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**TRUSTEE'S MOTION FOR EXTENSION
OF TIME TO OBJECT TO DISCHARGE**

COMES NOW, S. Gregory Hays, Chapter 7 Trustee for the above-referenced Debtor, and files this Motion for Extension of Time to Object to Discharge and requests that the Court extend the time period within which the Trustee and the Office of the United States Trustee may file a complaint objecting to discharge in this bankruptcy case through and until September 30, 2009.

1. On January 26, 2009, (the "Petition Date"), Todd Anthony Shaw ("Debtor") commenced this bankruptcy proceeding by filing a voluntary petition for relief under Chapter 7 of title 11 of the United States Code (the "Bankruptcy Code").

2. On January 27, 2009, the Trustee was appointed as Interim Trustee and will seek to become the permanent Trustee at the conclusion of the Meeting of Creditors to be held pursuant to section 341(a) of the Bankruptcy Code ("341 Meeting").

3. Trustee has reset the 341 Meeting three times due to the Debtor's failure to produce documents and/or failure to appear and may have to schedule 2004 examinations in the course of his investigation.

4. Trustee has requested additional financial and tax documents from the Debtor and will need time to review the documents.

2634944v1

5. Trustee therefore requests that the Court extend the period within which the Trustee may file a complaint objecting to discharge in this bankruptcy case, pursuant to 11 U.S.C. § 727, to and including September 30, 2009, in order to conduct discovery.

WHEREFORE, Trustee prays for an extension to be granted on behalf of the Trustee and the Office of the United States Trustee to and including September 30, 2009.

>    ARNALL GOLDEN GREGORY LLP
>
>    By: */s/ Neil C. Gordon*
>    Neil C. Gordon
>    State Bar No. 302387
>    171 17th Street NW. Suite 2100
>    Atlanta, Georgia 30363-1031
>    (404) 873-8596
>    Email: neil.gordon@agg.com
>    Attorneys for Chapter 7 Trustee

2634944v1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the following parties with a true and correct copy of the foregoing Motion for Extension of Time to Object to Discharge by depositing same in the United States Mail, postage prepaid, addressed to:

Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 200
3343 Peachtree Road, NE
Atlanta, GA 30326-1420

Richard M. Jones
Law Office of Richard Jones, P.C.
North Center - Suite 309H
4319 Covington Highway
Decatur, GA 30035

This 2nd day of July, 2009.

*/s/Neil C. Gordon*
Neil C. Gordon

2634944v1