Keenan Wilkins AR2258
5325 Broder Blvd
Dublin, CA. 94568

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

JUN - 8 2009

W. YVONNE EVANS, CLERK
BY _____ DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:

TODD ANTHONY SHAW
   Debtor

Chapter 7
Case Number 09-61855-MGD

Judge Mary Grace Diehl

Request For Reconsideration of Judges Order Dated June 19, 2009

Keenan Wilkins, acting in limited fashion as Pro Per in the above Case Number petitions the Court for reconsideration of it's Denial Order Dated 6/19/2009 (Mr Wilkins received 6/26/09) For the following Reasons:

A) In 1976 California Supreme Court Decided that as a matter of Both Due Process and Equal Protection under both federal and California Constitutions an indigent prisoner who is a Defendant in a "bona fide legal action threatening his interest" is entitled to access to the Courts to be heard in his

— 1 —

1. defense (Payne v Superior Court (1976) 17 Cal. 3d
2. 908, 919, 927 (132 Cal. Rptr. 405, 553 P. 2d 565)
3. See also Yarbrough v Superior Court (1985) 39
4. Cal. 3d 197, 200 (216 Cal. Rptr 425, 702 P. 2d 583)
5.
6. Just how this access is to be achieved is to
7. be determined by the Court.
8. Mr Wilkins is incarcerated and has no
9. physical access to a law library. Mr. Wilkins
10. must know exactly what he wants or needs
11. to order from the Jail officials. The Court
12. Advises Mr Wilkins to base any future
13. papers upon federal law, the Bankruptcy
14. Code and also comply with Federal Rules
15. of Civil Procedure and Federal Rules of
16. Bankruptcy Procedure, and (this) Court's
17. local Rules. This is too vague and Jail
18. officials will not provide unless I request
19. a specific code or section.
20. Mr Wilkins was sent a Packet twice
21. now "Bankruptcy Basics" which provides
22. no helpful info on how to proceed.
23. Denial of Access to Courts is in
24. Pending litigation against Jail officials
25. in Wilkins v Ahern U.S. District Court
26. C08-1084 MMC.
27. Mr Wilkins presently has no adequate
28. access to courts to research, defend

—2—

Page 3

1. object, file motions etc against Debtor Shaws
2. actions or any adverse ruling
3. B) Mr Wilkins has received no Documents
4. at all in this matter But Two 1. The
5. notice of Filing, 2. Notice Debtor Shaw
6. Did not submit the information to Deter-
7. mine if abuse.
8. Mr Wilkins has not received what the
9. court refers to Mr. Shaw listing him
10. as "Unsecured" "creditor" of $0.00 Value.
11. Mr Wilkins has not seen any of
12. these Documents to properly object
13. or Defend.
14. Mr Wilkins cannot attend Meetings with
15. Creditors nor review Documents at
16. the Court.
17.
18. Mr Wilkins has no idea how to proceed
19. on what to do nor what action to take.
20. Mr Wilkins, A Mental health inmate
21. is using help of jail house lawyers
22. begging the court for Access to
23. courts to Defend against any
24. adverse actions or rulings.

Respectfully

25. I Declare Under
26. Penalty of Perjury
27. This is True and
28. Correct this 28th
Day of June 2009
in Dublin California

Keenan Wilkins

—3—

I Keenan Wilkins Declare

On 6/29/09 I gave Deputy An Envelope Containing "Request For Reconsideration" In re Shaw 09-61855 MGD

Address To
Bankrupty Clerks office:
1340 Russel Federal Bldg
75 Spring Street SW
Atlanta, GA. 30303
ATTN* Yvonne Evans

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

JUN 3 2009

W. YVONNE EVANS, CLERK
BY_____
DEPUTY CLERK

For Placement in outgoing institutional Mail to U.S. Postal office

I Declare Under California Perjury laws this is true And Correct this 29th Day of June 2009 in Dublin, California