```
            UNITED STATES BANKRUPTCY COURT
             NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION

IN RE:                          :    CASE NO.:  09-61855-MGD
                                :
TODD ANTHONY SHAW               :    CHAPTER 7
                                :
          Debtor                :
```

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

AUG 04 2009

W. YVONNE EVANS
CLERK

DEPUTY CLERK

## MOTION TO WITHDRAW

COMES NOW the below signed counsel for the debtor who requests the court allow his withdrawal as counsel of record in the above-styled case and shows the Court the following:

1.

Debtor's Chapter 7 bankruptcy petition was filed on January 26, 2009.

2.

To the best of counsel's knowledge, the debtor's last known mailing address is 1010 Forest Overlook Drive, Atlanta, Georgia 30331, phone number 702-308-4999.

3.

Counsel certifies that he notified debtor of his intent to withdraw by regular and certified mail in a letter attached hereto as Exhibit "A" dated July 14, 2009. The content of the notice satisfies BLR 9010-5b(1).

4.

More than ten days have elapsed since the notice was mailed. The notice sent by certified mail was received on July 22, 2009. See Exhibit "B". The notice sent by electronic mail was returned as undelivered on July 15th.

5.

The debtor has failed to object to the intent to withdraw.

6.

The debtor may file an objection to this motion to withdraw with the Clerk, United States Bankruptcy Court, Richard Russell Federal Building, Room 1340, 75 Spring Street, SW, Atlanta, Georgia 30303 within ten (10) days of service of this motion.

WHEREFORE Counsel for the Debtor requests:

1) That the court grant his motion to withdraw from the above-styled case; and

2) Any other relief the court deems necessary.

This 4th day of August, 2009.

_____
RICHARD M. JONES, JR.
Attorney for Debtor
Ga. Bar No. 403072

Law Office of Richard M. Jones, Jr., P.C.
North Center  Suite 309H
4319 Covington Hwy.
Decatur, GA  30035
(404) 289-6500

Exhibit A

# LAW OFFICE OF
# RICHARD M. JONES, JR., P.C.
### A Professional Corporation

North Center ♦ Suite 309-H ♦ 4319 Covington Hwy. ♦ Decatur, Georgia 30035
(404) 289-6500 ♦ Fax: (404) 289-1888
e-mail: rmjones@mindspring.com ♦ www.rmjonesatty.com

---

Bankruptcy - Ch. 7 and 13 ♦ Auto Accidents ♦ Uncontested Divorce ♦ Adoption Name Changes ♦ Wills and Probate

July 14, 2009

<u>VIA ELECTRONIC CERTIFIED AND REGULAR MAIL</u>

Todd Anthony Shaw
1010 Forest Overlook Drive
Atlanta, GA 30303

                        RE: Your Bankruptcy Case
                              Case No. 09-61855-MGD

Dear Mr. Shaw:

    This letter is to inform you of my intent to withdraw from your case and file a motion to withdraw ten days from the date of this letter.

    Once you receive the Order from the court allowing my withdrawal you must promptly notify the bankruptcy clerk in writing at 1340 Richard Russell Federal Building, 75 Spring Street SW, Atlanta, Georgia 30303, (404) 215-1000 and mail a copy of said notice to all adverse parties or their counsel in your case of the following: (1) the names of the parties and case number for each case you are involved in and (2) your current phone number and mailing address. You must promptly notify the court and adverse parties or their counsel in writing of changes in your mailing address or phone number during the case.

    You will have the obligation to respond to any discovery or motions in your case and prepare for any trial or hearing or hire other counsel to do so. The failure or refusal to meet these obligations may result in adverse consequences. Service of any notice, pleadings and other papers to you may be made at your last known address.

    Currently you have request for documents from your Chapter 7 trustee, S. Gregory Hays, Hays Financial Consulting, LLC, Suite 200, 3343 Peachtree Road, NE, Atlanta, Georgia 30326, phone number (404) 926-0060. The United States Trustee office (404-331-4437) shows you in violation of the means test. Preparing your unfiled tax returns for 2000 to 2008 would be needed to apply to means test. To date I have received those returns. You also have missed reset Meeting of Creditors hearings where you were to present proof of your social security number. To my knowledge you have failed to

complete the financial management (also called debtor education) class, a minimum requirement to obtain your discharge. I anticipate formal discovery documents to filed by your Chapter 7 trustee and potentially attorney Montie Day. The time to respond to such discovery, if served, will not be affected by the withdrawal.

The bankruptcy court shall retain jurisdiction of your case.

Unless you consent to the withdrawal you have 10 days from the service of this notice to contact my office to object to the withdrawal.

Sincerely,

Richard M. Jones, Jr.

Exhibit B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Todd Anthony Shaw
1010 Forest Overlook Dr.
Atlanta, GA 30303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
Dorothy Shaw    7/22/0[?]

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☒ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7007 2680 0002 3939 4518

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                              :       CASE NO.: 09-61855-MGD
                                    :
TODD ANTHONY SHAW                   :       CHAPTER 7
                                    :
         Debtor                     :

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and exact copy of the foregoing Motion to Withdraw by depositing in the United States mail a true and exact copy thereof with adequate postage thereon to ensure delivery addressed as follows:

> Todd Anthony Shaw
> 1010 Forest Overlook Drive
> Atlanta, GA 30331
>
> S. Gregory Hays
> Chapter 7 Trustee
> Hays Financial Consulting, LLC
> Suite 200
> 3343 Peachtree Road NE
> Atlanta, GA 30326-1420
>
> Neil C. Gordon, Esq.
> Arnall, Golden, Gregory, LLP
> 171 17th Street NW
> Suite 2100
> Atlanta, GA 30363-1031
>
> Martin P. Ochs, Esq.
> Office of the U. S. Trustee
> 362 Richard Russell Federal Building
> 75 Spring Street SW
> Atlanta, GA 30303
>
> Keenan Wilkins
> ART278
> 5325 Broder Blvd.
> Dublin, CA 94568
>
> Montie S. Day, Esq.
> Day Law Offices
> P. O. Box 1525
> Williams, CA 95987
>
> American Home Mortgage Servicing

```
c/o Sidney Gelernter, Esq.
McCurdy & Candler, LLC
250 E. Ponce de Leon Avenue
Suite 600
Decatur, GA 30030

JP Morgan Chase Bank, N.A.
c/o Karen A. Maxcy, Esq.
Johnson & Freedman, LLC
1587 Northeast Expressway
Atlanta, GA 30329

Jennifer Melton
c/o Eric L. Register, Esq.
Register, Lett, LLP
1741 Commerce Drive
Atlanta, GA 30318

Ronnie Jackson, Jr.
c/o Donell Holiday, Esq.
225 Peachtree Street   Suite 1430
P. O. Box 4596
Atlanta, GA 30302

Fulton County Tax Commissioner
141 Pryor Street
Suite 1113
Atlanta, GA 30303

American Home Services, Inc.
4600 Regent Blvd.
Suite 200
Irving, TX 75063-1730

Citifinancial Auto
P. O. Box 9575
Coppell, TX 75019-9575

Estate of James F. Ellerbee
c/o David G. Crokett, PC
1950 The Equitable Bldg.
100 Peachtree Street NW
Atlanta, GA 30303

Georgia Department of Revenue
ATTN: Bankruptcy Unit
P. O. Box 161108
Atlanta, GA 30321

Internal Revenue Service
P. O. Box 21126
Philadelphia, PA 19114

United States Attorney General
```

10th & Constitution Ave.
Washington, DC 20530

Arizona Public Service
P. O. Box 53933
Station 3200
Phoenix, AZ 85072-3933

CBA Collection Bureau
25954 Eden Landing Rd.
Haywaid, CA 92108

Credit Management
4200 International Pkwy.
Carrollton, TX 75007

Debt Solution Recovery
900 Merchants Concourse
Suite 106
Westbury, NY 11590-5114

Havard Collection
4839 N. Elston Ave.
Chicago, IL 60630

National Commerce Brokers, Inc.
75 Second Ave.
Suite 3115
Needham, MA 02494

Trojan Professional Service
P. O. Box 1270
Los Angeles, CA 90720

Valley Construction Service
7025 N. 58th Ave.
Glendale, AZ 85301

Verizon
Bankruptcy Administration
P. O. Box 3397
Bloomington, IL 61702.

This 5th day of August, 2009.

                                                                  Attorney for Debtor

                                                                  Richard M. Jones, Jr.
                                                                  Ga. Bar No.: 403072

Law Office of Richard M. Jones, Jr., P.C.

North Center  Suite 309H
4319 Covington Hwy.
Decatur, Georgia  30035
(404) 289-6500