# EXHIBIT 3

Copyright Office of the United States
THE LIBRARY OF CONGRESS

# Certificate of Recordation

THIS IS TO CERTIFY THAT THE ATTACHED DOCUMENT WAS RECORDED IN THE COPYRIGHT OFFICE ON THE DATE AND IN THE PLACE SHOWN BELOW.

THIS CERTIFICATE IS ISSUED UNDER THE SEAL OF THE COPYRIGHT OFFICE.

| DATE OF RECORDATION |
|---|
| 2Jul01 |

| VOLUME | PAGE |
|---|---|
| 3471 | 481 |

| VOLUME | PAGE |
|---|---|
|  |  |



OFFICIAL SEAL

*Marybeth Peters*

Register of Copyrights and Associate Librarian for Copyright Services

Certificate of Recordation

Fees are effective through June 30, 2002. After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for information.

121862156

**DOCUMENT COVER SHEET**
For Recordation of Documents
UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION
(Assigned by Copyright Office)  JUL 02 2001
Month  Day  Year

RECEIVED

JUL 3 RECD

DOCUMENT SECTION

Volume 3471  Page 481
Volume _____  Page _____

FUNDS RECEIVED _____

Do not write above this line.

To the Register of Copyrights:

Please record the accompanying original document or copy thereof.

FOR OFFICE USE ONLY

**1** Name of the party or parties to the document spelled as they appear in the document (List up to the first three)
Todd Shaw, Inc.
Todd A. Shaw
Zomba Recording Corporation

**2** Date of execution and/or effective date of the accompanying document
05 / 30 / 01
(month) (day) (year)

**3** Completeness of document
☒ Document is complete by its own terms.
☐ Document is not complete. Record "as is."

**4** Description of document
☐ Transfer of Copyright
☒ Security Interest
☐ Change of Name of Owner
☐ Termination of Transfer(s) [Section 304]
☐ Shareware
☐ Life, Identity, Death Statement [Section 302]
☐ Transfer of Mask Works
☐ Other _____

**5** Title of first work as given in the document
Ain't Nothin' But a Word to me

**6** Total number of titles in document Two hundred fifty six (256)

**7** Amount of fee calculated
$ 440.00

**8** Fee enclosed
☐ Check
☐ Money Order

☒ Fee authorized to be charged to:
Copyright Office
Deposit Account number  DAO 67857
Account name  Zomba Recording Corp.

**9** Affirmation: I hereby affirm to the Copyright Office that the information given on this form is a true and correct representation of the accompanying document. This affirmation will not suffice as a certification of a photocopy signature on the document. (Affirmation must be signed even if you are also signing Space 10.)

Signature
Date July 2, 2001
(212) 318-6481   (212) 230-7863
Phone Number     Fax Number

**10** Certification: Complete this certification in addition to the Affirmation if a photocopy of the original signed document is substituted for a document bearing the actual signature.
NOTE: This space may not be used for an official certification.

I certify under penalty of perjury under the laws of the United States of America that the accompanying document is a true copy of the original document.

Signature _____
Duly Authorized Agent of: _____
Date _____

Recordation will be mailed in window envelope to this address:
Name▼ Jeffrey Williams
c/o Paul, Hastings, Janofsky & Walker LLP
Number/Street/Apt▼ 399 Park Avenue
City/State/ZIP▼ New York, New York 10022

The recordation fee for this Document Cover Sheet is $50 and $15 for each group of 10 additional titles as of July 1, 1999.

Complete all necessary spaces
Sign your Cover Sheet in Space 9
ENCLOSE ALL OF THESE TOGETHER:
1. Two copies of the Document Cover Sheet
2. Check/money order payable to Register of Copyrights
3. Document

MAIL TO:
Library of Congress, Copyright Office
Documents Recordation Section, LM-462
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*Knowingly and willfully falsifying material facts on this form may result in criminal liability. 18 U.S.C. §1001.
June 1999—20,000
WEB REV: June 1999   ♻ PRINTED ON RECYCLED PAPER

V3471 D481



Execution Copy

## COPYRIGHT SECURITY AGREEMENT

This Copyright Security Agreement, dated as of May 30, 2001 (the "Copyright Security Agreement"), is made by and among Todd Shaw, Inc. (d/b/a "Too Short Records"), Todd A. Shaw (together with Todd Shaw, Inc., the "Grantors" and each a "Grantor") and Zomba Recording Corporation, a New York corporation ("Secured Party").

WHEREAS, Grantors own the copyrights in the Compositions (as defined below), including but not limited to those Compositions listed on the attached Schedule I, and any copyright registrations and copyright applications relating thereto;

WHEREAS, Todd Shaw, Inc. d/b/a "Too Short Records" is the Borrower under that certain Promissory Note dated May 30, 2001 (as the same may be amended from time to time, the "Promissory Note"), in favor of Secured Party; and

WHEREAS, pursuant to the terms of the Security Agreement, dated as of May 30, 2001 (as such Security Agreement may be amended from time to time, the "Security Agreement"), among Grantors and Secured Party (in such capacity, "Grantee"), the Grantors have granted to Grantee a security interest in all right, title and interest of such Grantor in, to and under all of the Works (as defined below) and to all rights relating to the Works throughout the universe, including but not limited to Copyrights (as defined below), to secure the payment of all amounts owing by the Grantors under the Promissory Note and the Security Agreement.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Grantors agrees as follows:

1.  Assignment and Grant of Security Interests. To secure the complete and timely payment of all the Secured Obligations (as defined in the Security Agreement) of the Grantors, now or hereafter existing from time to time, each Grantor does hereby grant to Grantee, its successors and assigns, a continuing security interest in all right, title and interest throughout the universe of such Grantor in, to and under the following property, whether now owned or existing or hereafter acquired or arising and regardless of where located (all being collectively referred to as the "Collateral"):

(A) All of such Grantor's right, title and interest in and to the musical compositions composed by Todd A. Shaw alone, or in collaboration with others, including without limitation the compositions listed on Schedule I hereto, all arrangements or portions thereof and all cues, titles, lyrics, libretti, music, musical scores, arrangements, adaptations, translations, annotations, and other versions thereof and all other works derived in whole or in part from the foregoing, whether claimed or registered as a musical composition or as part of a dramatico-musical work consisting of lyrics and/or music and all abridgements, condensations, revisions, interpolations, versions, collections,

NY/336068.6

26/08 2009 15:03 FAX @004/015
Case 09-61855-bem    Doc 54-3    Filed 10/27/09    Entered 10/27/09 09:54:19    Desc
Exhibit 3    Page 5 of 15

V34/1 D481 Page 2

compilations and adaptations thereof, whether registered or unregistered, published or unpublished, and all underlying materials and derivatives of all of the foregoing in any form, medium or embodiment (collectively, the "Compositions") that are subject to (i) that certain Co-Publishing Agreement dated as of February 2, 1988 by and among Zomba Enterprises, Inc. ("ZEI") and Willesden Music Inc. and Randy Austin and Todd Shaw d/b/a SRAND MUSIC (BMI), (ii) that certain Co-Publishing Agreement dated as of April 1, 1994 by and between ZEI and Dangerous Music, Inc. f/s/o Todd Shaw p/k/a "Todd Short", as amended from time to time and (iii) any other music publishing or other similar agreement covering the songwriting/publishing services of Todd Shaw or any entity pursuant to or through which Todd Shaw is now conducting or has previously conducted business (collectively, the "Publishing Agreements") (including, but not limited to the Copyrights in the Compositions listed on Schedule I hereto) now owned or hereafter created or acquired by such Grantor (the "Works");

(B)  All (a) copyrights, rights and interests in copyrights, works protectable by copyright, copyright registrations now owned or hereafter created or acquired by such Grantor (b) renewals and extensions of any of the foregoing; (c) income, royalties, damages and payments now or hereafter due and/or payable under any of the foregoing, including, without limitation, damages or payments for past or future infringements of any of the foregoing; (d) all rights to sue for past, present and future infringements of any of the foregoing; (e) all rights corresponding to any of the foregoing throughout the world; and (f) all goodwill associated with and symbolized by any of the foregoing (the "Copyrights") in, and all like rights relating to, the Works throughout the universe for the full term thereof (and any renewals extensions, restorations and/or continuations of the term or terms thereof, whether such rights are vested, contingent or reversionary under any copyright law now or hereafter in force or effect anywhere in the universe), including but not limited to all rights in the U.S. Copyright Office Registrations listed in Schedule II hereto, along with all of such Grantor's other rights in the Works of any nature, whether or not now known, and any legal, beneficial, or equitable right to the use or ownership of the Works in any and all fields of use now or hereafter existing throughout the universe, in any or all media, or by any means of technology, now known or hereafter developed, including but not limited to the rights to reproduce, adapt, transform, derive, distribute, perform, record, and to otherwise exploit the Works and create and exploit all derivative works based on the Works in any medium or by any manner now known or hereafter developed throughout the universe and to authorize others to do any or all of the foregoing;

(C)  Any and all agreements, assignments, licenses and other documents of whatsoever kind or nature, heretofore or hereafter made or executed, which relate to the Works, the Copyrights in and/or relating to the Works or any rights therein;

(D) All causes of action in law or equity, including the right to sue for past, present and future infringement of the Copyrights, arising from the date of creation of each such Work, whether known or unknown to any Grantor or Grantee, and all the income, royalties, damages, payments, profits, receipts and proceeds from the foregoing, accrued and unpaid or hereafter accruing from the use of the Works, including, without limitation, damages or payments for past or future infringements of any of the Copyrights and also including, upon an event of default under the Promissory Note, the right to institute actions or proceedings in the Secured Party's own name; and

(E) All proceeds of, and all other profits or receipts, in whatever form, arising from the sale, assignment licensing or other disposition of, or realization upon any Collateral, including, without limitation, all claims of such Grantor against third parties with respect to any Collateral, whether now existing or hereafter arising and any other value received as a consequence of the possession of any Collateral.

2. <u>No Modification of or Effect on the Security Agreement</u>. Nothing herein shall be construed to modify or vitiate the terms and conditions of the Security Agreement, and all representations, warranties and covenants contained in the Security Agreement are incorporated by reference in this Copyright Security Agreement, and shall be given full force and effect as if fully set forth herein.

3. <u>Governing Law</u>. This Copyright Security Agreement shall be governed, as applicable, by the laws of the United States and by the internal laws of the State of New York, irrespective of its choice of law provisions.

4. <u>Severability</u>. If any part or provision of this Copyright Security Agreement is determined by a court of competent jurisdiction to be void, invalid or unenforceable, the remainder of this Copyright Security Agreement shall continue with full force and effect.

IN WITNESS WHEREOF, each Grantor has caused this Copyright Security Agreement to be duly executed as of the day first written above.

Acknowledged:

ZOMBA RECORDING CORPORATION

By: _____
Title: Daniel Zucker
       Senior Vice President

TODD SHAW, INC.,
d/b/a "Too Short Records"

By: _____
Title: Todd Shaw
       Chief Executive Officer

_____
Todd A. Shaw
p/k/a "Too Short"

NY 136068.6

# SCHEDULE I

# COMPOSITIONS

NY/336066 t

## Srand Music

| Title | Copyright Registration Number | Copyright Registration Date |
|---|---|---|
| Ain't Nothin But A Word To Me | PA-954-848 | 8/17/99 |
| Ain't Nothing Like Pimpin | PA-942-254 | 5/3/99 |
| Alias Crazy Rak | PA-443-668 | 10/10/89 |
| All About It | | |
| All My Bitches Are Gone | PA-734-866 | 11/14/94 |
| Bad Ways | PA-943-330 | 5/11/99 |
| Big Thangs | PA-945-526 | 4/14/99 |
| Blowjob Betty | PA-734-867 | 11/14/94 |
| Buy You Some | PA-943-846 | 5/12/99 |
| Buy You Some (Feat. Erick Sermon/MC Breed/Kool Ace) | PA-943-333 | 5/11/99 |
| Call Me | PA-942-256 | 5/3/99 |
| Can I Get A Bitch | | |
| Can't Stop a/k/a Don't Stop Rappin' | PA-953-015 | 6/17/99 |
| Check Yourself | PA-440-358 | 10/10/89 |
| City Of Dope | PA-734-825 | 11/14/94 |
| Clownin' Wit Da Crew | PA-942-255 | 5/3/99 |
| Cocktales | PA-942-257 | 5/3/99 |
| Coming Up Short | | |
| Couldn't Be A Better Player | PA-440-357 | 10/10/89 |
| Cusswords | PA-734-868 | 11/14/94 |
| The Dangerous Crew | PA-954-849 | 8/17/99 |
| Dead Or Alive | Income participation | |
| Devil Without A Cause | PA-440-356 | 10/10/89 |
| Don't Fight The Feeling | PA-734-863 | 11/14/94 |
| Don't Fight The Intro | PA-942-275 | 5/3/99 |
| Don't Fuck For Free | PA-951-366 | 8/17/99 |
| Dope Fiend Beat | PA-943-294 | 5/11/99 |
| Extra Dangerous Thanks | PA-962-157 | 6/15/99 |
| Freaky Tales | PA-942-410 | 5/11/99 |
| From The Ground Up | PA-951-093 | 6/15/99 |
| Fuck Faces | PA-943-331 | 5/11/99 |
| Fuck My Car | PA-942-322 | 5/11/99 |
| Fuckin' Wit Banks | PA-943-852 | 5/12/99 |
| Funk Session | PA-942-273 | 5/3/99 |
| Game | PA-800-338 | 1/3/96 |
| The Game Is Sold Not Told | | |
| Gangstas And Players | PA-940-426 | 3/23/99 |
| Gas Chamber | | |
| Get All Your Change | PA-734-869 | 11/14/99 |
| Get In Where You Fit In | | |
| Get Your Hustle On | PA-943-327 | 5/11/99 |
| Gettin' It | PA-945-837 | 5/17/99 |
| Gettin' It (Remix) | income participation | |
| The Ghetto | PA-942-270 | 5/3/99 |
| Giving Up The Funk | PA-954-850 | 8/17/99 |
| Hard On The Boulevard | PA-962-478 | 7/21/99 |
| Hit The Highway | | |

Tooshort catalog acquisition too short schedule

Srand Music

| Title | Copyright Registration Number | Copyright Registration Date |
|---|---|---|
| Hoes | PA-943-288 | 5/11/99 |
| Hoochie | PA-943-290 | 5/11/99 |
| I Ain't Nothin' But A Dog | PA-943-287 | 5/11/99 |
| I Ain't Trippin' | PA-440-353 | 10/10/89 |
| I Must Confess | PA-943-338 | 5/11/99 |
| I Want To Be Free (That's The Truth) | PA-943-289 | 5/11/99 |
| I'm A Player (Album/Street/Radio Versions) | PA-734-862 | 11/14/94 |
| I'm A Player (Street Remix/Radio Remix) | PA-644-794 | 11/10/94 |
| In The Oaktown | PA-954-851 | 8/17/99 |
| In The Trunk | PA-943-286 | 5/11/99 |
| Incependence Day | | |
| It Don't Stop | PA-943-292 | 5/11/99 |
| It's A Cold Day (The Funk Wit U Mix) | PA-945-835 | 4/27/99 |
| It's All Good | PA-734-864 | 11/14/94 |
| It's Alright | PA-966-034 | 3/30/99 |
| It's Your Life | PA-954-852 | 8/17/99 |
| Jazzy Hoes | PA-937-817 | 3/9/99 |
| Just Another Day | PA-734-865 | 11/14/99 |
| Keep It Real | | |
| Leave It Alone | PA-943-842 | 5/12/99 |
| Life Is...Too Short | PA-443-687 | 10/10/89 |
| Little Girls | PA-951-367 | 8/17/99 |
| Livin' That Life | | |
| The Loot | PA-734-828 | 11/14/94 |
| Love Jones | | |
| Mack Attack | PA-951-368 | 8/17/99 |
| Money In The Ghetto | | |
| Nasty Rhymes | PA-943-336 | 5/11/99 |
| Never Talk Down | PA-943-337 | 5/11/99 |
| No Love From Oakland | PA-972-121 | 11/5/99 |
| Nobody Does It Better | PA-440-354 | 10/10/89 |
| Oakland | PA-440-355 | 10/10/89 |
| Only Out To Fuck | PA-945-907 | 5/21/99 |
| Paper Chase | | |
| Partytime | PA-951-369 | 8/17/99 |
| Paula And Janet | PA-954-853 | 8/17/99 |
| Paystyle | PA-942-269 | 5/3/99 |
| Pimp Me | PA-943-334 | 5/11/99 |
| Pimp The Ho | PA-440-351 | 10/10/89 |
| Pimpin' In Da South | | |
| Pimpology | PA-954-854 | 8/17/99 |
| Playboy Short | PA-964-927 | 9/8/99 |
| Playboy Short II | PA-951-370 | 8/17/99 |
| Punk Bitch | PA-954-855 | 8/17/99 |
| Racia | PA-660-383 | 6/14/99 |
| Rap Like Me | PA-954-856 | 8/17/99 |
| Rapper's Ball | PA-948-330 | 5/18/99 |

Tooshort/catalog acquisition/too short schedule

Srand Music

| Title | Copyright Registration Number | Copyright Registration Date |
|---|---|---|
| Rapper's Ball (Traxster Remix) | PA-890-685 | 4/23/98 |
| Real Niggaz | | |
| Recognize Game | PA-440-352 | 10/10/99 |
| Rhymes | | |
| Ride Wit' Us | | |
| Sample The Funk | PA-942-274 | 5/3/99 |
| The Shit That Will Fuck With Your Brain Boy | PA-940-777 | 4/27/99 |
| Short Dog – Hit 'Em Up | | |
| Short Dog's In The House | PA-954-858 | 8/17/99 |
| Smoke 'Em Like A Blunt | PA-940-434 | 3/23/99 |
| So Watcha Sayin' | PA-943-339 | 5/11/99 |
| So You Want To Be A Gangster | PA-943-293 | 5/11/99 |
| Something To Ride To | | |
| Step Daddy | PA-943-291 | 5/11/99 |
| Survivin' The Game | PA-943-328 | 5/11/99 |
| Take My Bitch | PA-943-332 | 5/11/99 |
| Tell The Feds | PA-997-836 | 3/16/99 |
| Thangs Change | PA-942-258 | 5/3/99 |
| That's Why | PA-943-329 | 5/11/99 |
| To Da Beat | PA-942-413 | 5/11/99 |
| Trouble (Scared To Blast) | PA-943-845 | 5/12/99 |
| True Worldwide Playaz | PA-950-122 | 6/8/99 |
| The Universal Mix | PA-951-371 | 6/17/99 |
| We Do This | PA-942-272 | 5/3/99 |
| What Rap | | |
| Where I'm From | income participation | |
| Where I'm From (Don't Fight The Remix) | income participation | |
| The World is Filled | | |
| You Know What I Mean | PA-951-372 | 8/17/99 |
| You Thought | PA-953-014 | 6/17/99 |
| Your Sister | PA-976-645 | 11/30/99 |
| 2 Kill A G | PA-734-822 | 11/14/94 |
| 4 Tha Hustlas | PA-945-522 | 4/14/99 |

Tooshort catalog acquisition/too short schedule

T. Shaw LLC

| Title | Copyright Registration Number | Copyright Registration Date |
|---|---|---|
| All The Time | | |
| Ain't No Bitches | | |
| Anything Is Possible | | |
| Be My Dirty Love | | |
| Call Me Daddy | | |
| Can't Stay Away | | |
| Don't Hate The Player | | |
| First Night | | |
| Funkin Over Nuthin' Pt. 1 | | |
| Funkin Over Nuthin' Pt. 2 | | |
| Get Your Hustle On | | |
| Good Life | | |
| Here We Go | | |
| Here We Go (Remix) | | |
| How Does It Feel | | |
| Invasion Of The Flat Booty Bitches | | |
| It's About That Money | | |
| Just Like Dope | | |
| Keep Paging Me | | |
| Longevity | | |
| Make Money, Money | | |
| More Freaky Tales | | |
| Nation Riders Anthem | | |
| Old School | | |
| Pimp Shit | | |
| Recognize Game | | |
| Sex Me The Way You Dance | | |
| She Know | | |
| Still Strugglin' | | |
| Suckas Do What They Can (Real Playaz) | | |
| Tell The Feds | | |
| What Happened To The Groupies | | |
| Where They At? | | |
| You Might Get G'eed | | |
| You Nasty | | |
| 2 Bitches a/k/a 2 Women | | |

Tooshort catalog acquisition/too short schedule

## Dangerous Music

| Title | Copyright Registration Number | Copyright Registration Date |
|---|---|---|
| Ain't Nothing Like Pimpin' | PA-942-254 | 5/3/99 |
| Blowjob Betty | PA-734-867 | 11/14/94 |
| Buy You Some | PA-943-846 | 5/12/99 |
| Buy You Some (Feat. Erick Sermon/MC Breed/Kool Ace) | PA-943-333 | 5/11/99 |
| Call Me | | |
| Clownin' Wit Da Crew | PA-734-825 | 11/14/94 |
| Coming Up Short | PA-942-257 | 5/3/99 |
| The Dangerous Crew | PA-734-868 | 11/14/94 |
| Don't Try This At Home | PA-943-854 | 5/12/99 |
| Extra Dangerous Thanks | PA-942-294 | 5/11/99 |
| Freddy B | PA-943-848 | 5/12/99 |
| Fuckin' Wit Banks | PA-942-322 | 5/11/99 |
| Funk Session | PA-943-852 | 5/12/99 |
| The Game Is Sold Not Told | PA-800-338 | 1/3/96 |
| Get In Where You Fit In | PA-734-869 | 11/14/99 |
| Gettin' It | PA-943-327 | 5/11/99 |
| Gettin' It (Remix) | PA-945-837 | 5/17/99 |
| Giving Up The Funk | PA-942-270 | 5/3/99 |
| Gone With The Wind | PA-943-844 | 5/12/99 |
| I Must Confess | PA-943-338 | 5/11/99 |
| In The Trunk | PA-943-286 | 5/11/99 |
| It Don't Stop | PA-943-292 | 5/11/99 |
| It's A Cold Day (The Funk Wit U Mix) | PA-945-835 | 4/27/99 |
| It's All Good | PA-734-864 | 11/14/94 |
| Joe Riz | PA-943-847 | 5/12/99 |
| Leave It Alone | PA-943-842 | 5/12/99 |
| Let 'Em Know | | |
| Never Talk Down | PA-943-336 | 5/11/99 |
| Only Out To Fuck | PA-945907 | 5/21/99 |
| Out For The Props | PA-943-858 | 5/12/99 |
| Paystyle | PA-942-269 | 5/3/99 |
| Pimp Me | PA-943-334 | 5/11/99 |
| Pimpin's Just In Me | PA-943-855 | 5/12/99 |
| Rumors | PA-943-857 | 5/12/99 |
| Rumors (Jealous A. Remix) | PA-970-144 | 10/19/99 |
| Thangs Change | PA-942-258 | 5/3/99 |
| We Do This | PA-942-272 | 5/3/99 |
| Weed Break | PA-943-853 | 5/12/99 |
| Welcome To The Bay | PA-943-843 | 5/12/99 |
| You Crossed Me | PA-943-850 | 5/12/99 |
| 2 Kill A G | PA-734-822 | 11/14/94 |

Tooshort/catalog acquisition/too short schedule

## Dopefiend Music/Dopefiend Beats

| Title | Copyright Registration Number | Copyright Registration Date |
|---|---|---|
| Abstract Hustle | | |
| All 4 Keeps | | |
| Are You Ready For This | | |
| At Cha Neck | | |
| Bounce, Rock, Skate, Roll | | |
| Can't Stay Away | | |
| County Line | | |
| Crazy World | | |
| Don't Lie To Kick It | | |
| Don't Trust Her | | |
| First Night | | |
| G-2000 | | |
| Get All Your Change | | |
| Gettin' Paid | | |
| Gimme Mine | | |
| Hellbound | | |
| Here's A Letter | | |
| Holding On To You | | |
| How It Got So Bad | | |
| I Ain't Gonna Forget This | | |
| I'm A Player Bitch | | |
| If I Wasn't High | | |
| In Jail | | |
| It's Goin' Down | | |
| Jackin' Rich Rappers | | |
| Keep Walkin' | | |
| Killa Team | | |
| Lady Luv | | |
| Live In The Blue Basement | | |
| Love Jones | | |
| Make Money, Money | | |
| Nation Riders | | |
| Never Change | | |
| No Fear | | |
| One Live To Live | | |
| One Time Shot | | |
| Out Of Control | | |
| Paper Chase | | |
| Playa Hatin' Hoes | | |
| Rich Kids 4 Life | | |
| Save Me | | |
| She Know | | |
| Shout It Or Be 'Bout It | | |
| Spread Your Love | | |
| Stand In My Way | | |
| Still Strugglin' | | |
| Streets Of L.A. (Make Me Wanna Cry) | | |
| Time After Time | | |
| Video Game Player | | |

Tooshort/catalog acquisition/too short schedule

## SCHEDULE II

## COPYRIGHTS

[ see Schedule I ]