# EXHIBIT 5

▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬

FILED AND RECORDED
08/01/2008 01:51PM at 01:51PM
UCC Control #. 0072008016003
R.B. MCINTYRE
BARROW County Clerk of Superior Court
Receipt # 251455

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone:(800) 331-3282  Fax: (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)    14206 SONY MUSIC ENT

CT Lien Solutions          19977596
P.O. Box 29071
Glendale, CA 91209-9071    GAGA

File with: BARROW, GA

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| SHAW | TODD | A | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1010 FOREST OVERLOOK DRIVE | ATLANTA | GA | 30331 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
ZOMBA RECORDING CORPORATION

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 137-139 WEST 25TH STREET | NEW YORK | NY | 10001 | USA |

4. This FINANCING STATEMENT covers the following collateral:

SEE ATTACHED EXHIBIT A FOR COLLATERAL DISCREPTION. EMAILED TO UDS_GLENDALE_SERVICE@UCCDIRECT.COM

FILED AND RECORDED
08/01/2008 01:51PM at 01:51PM
UCC Control #. 0072008016003
R.B. MCINTYRE
BARROW County Clerk of Superior Court
Receipt # 251455

| 5. ALTERNATIVE DESIGNATION [if applicable] | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum  [if applicable]
7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)  [ADDITIONAL FEE]  [optional]   ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
19977596

ACKNOWLEDGMENT COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Prepared by UCC Direct Services, P.O. Box 29071,
Glendale, CA 91209-9071  Tel (800) 331-3282

UDS_GLENDALE_Customer_
Service@UCCDIRECT.COM

**EXHIBIT A**    Attachment

To UCC-1 Financing Statement

DEBTOR:                    Todd A. Shaw
                           1010 Forest Overlook Drive
                           Atlanta, Georgia 30331


SECURED PARTY:             Zomba Recording Corporation
                           137-139 West 25th Street
                           New York, NY 10001


This financing statement cover all of the Debtor's right, title and interest in, to and under the following property, whether now owned or hereafter acquired, now existing or hereafter arising and wherever located (collectively, the "Collateral"):

    (a)    All accounts receivable due from Secured Party to Debtor pursuant to the Recording Agreement;

    (b)    All accounts receivable due from Zomba Enterprises, Inc. ("ZEI") to Debtor under (i) that certain Publishing Agreements, by and among Debtor, Todd Shaw, Inc., and ZEI, dated as of May 9, 1997 and (ii) any other music publishing administration or other similar agreement covering the songwriting/publishing services of Todd A. Shaw (in each case as amended from time to time, the "Publishing Agreements");

    (c)    The Compositions that are subject to the Publishing Agreements, including but not limited to the Copyrights in the following compositions listed on Schedule I hereto, now owned or hereafter created or acquired by the Debtor (collectively, the "Works");

    (d)    The Copyrights in, and all like or different rights relating to, the Works throughout the universe for the full term thereof (and any renewals and/or extensions of the term or terms of copyright in the Works, whether such rights are vested,

1

NY/339121.2

contingent or reversionary under any copyright law now or
hereinafter in force or effect in the United States or in any other
country throughout the world), along with each Debtor's other
rights in the Works of any nature, whether or not now known,
and any legal, beneficial or equitable right to the use or
ownership of the Works in any and all fields of use now or
hereafter existing throughout the universe, by any means of
technology now known or hereafter developed, including but not
limited to the rights to reproduce, adapt, transform, derive,
distribute, perform, record, and to otherwise exploit the Works
and create and exploit all derivative works based on the Works
in any medium, now owned or hereafter developed, and to
authorize others to do any or all of the foregoing;

(e)     The Trademark Rights;

(f)     Any and all agreements, assignments, licenses and
other documents of whatsoever kind or nature, heretofore or
hereafter made or executed which relate to the Works, the
Copyrights in and/or relating to the Works or the Trademark
Rights or any rights therein;

(g)     All causes of action, including those for infringement,
arising from the date of creation of each such Work, whether
now known or unknown to any Debtor or Secured Party, and,
upon an Event of Default under either the Promissory Note, the
right to institute actions or proceedings in the Secured Party's
own name; and

(h)     All Proceeds of the foregoing payable to Debtor.

As used herein, the following term have the meanings set forth below:

"Compositions" means collectively the musical compositions
composed by Todd A. Shaw alone, or in collaboration with others, including
without limitation the following compositions listed on Schedule I hereto, all
arrangements or portions thereof and all cues, titles, lyrics, libretto, music,
musical scores, arrangements, adaptations, translations, annotations, and other
versions thereof and all other works derived in whole or in part from the
foregoing, whether claimed or registered as a musical composition or as part of a
dramatic-musical work consisting of lyrics and/or music and all abridgements,
condensations, revisions, interpolations, versions, collections, compilations and
adaptations thereof, whether registered or unregistered, published or

2

NY/339121.2

unpublished, and all underlying materials and derivatives of all of the foregoing in any form, medium or embodiment.

"Copyrights" means collectively all the following: (a) all copyrights, rights and interests in copyrights, works protectable by copyright, copyright registrations and copyright applications now owned or hereafter created or acquired by any Debtor; (b) all renewals and extensions of any of the foregoing; (c) all income, royalties, damages and payments now or hereafter due and/or payable under any of the foregoing, including, without limitation, damages or payments for past or future infringements of any of the foregoing; (d) the right to sue for past, present and future infringements of any of the foregoing; (e) all rights corresponding to any of the foregoing throughout the world; and (f) all goodwill associated with and symbolized by any of the foregoing.

"Event of Default" means the following terms (as described in the Promissory Note):

(i) the Borrower fails to pay any amounts due and payable under this Promissory Note or the Security Agreement and of such default continues for a period of ten (10) days thereafter,

(ii) the Borrower breaches any of its other covenants or obligations hereunder or under the Security Agreement and such default continues for a period of ten (10) days thereafter,

(iii) any representation or warranty of Borrower under the Security Agreement shall be false or misleading in any material respect, or

(iv) Borrower or Shaw becomes insolvent, bankrupt or generally fails to pay its or his debts as such debts become due; is adjudicated insolvent or bankrupt; admits in writing its or his inability to pay its or his debts; or shall suffer a custodian, receiver or trustee for it or him or substantially all of its or his property to be appointed; makes an assignment for the benefit of creditors; or suffers proceedings under any law related to bankruptcy, insolvency, liquidation or the reorganization, readjustment or the release of debtors to be instituted against it or him; if proceedings under any law related to bankruptcy, insolvency, liquidation, or the reorganization, readjustment or the release of debtors to be instituted against it or him; if proceedings under any law related to bankruptcy, insolvency, liquidation, or the reorganization, readjustment or the release of debtors is instituted or commenced by Borrower or Shaw; if any order for relief is entered relating to any of the foregoing proceedings; if Borrower or Shaw shall call a meeting of its or his creditors with a view to arranging a

composition or adjustment of its or his debts; or if Borrower or
Shaw shall by any act or failure to act indicate its or his consent to,
approval of or acquiescence in any of the foregoing

"Proceeds" means all proceeds of, and all other profits or receipts,
in whatever form, arising from the sale, assignment, licensing or other disposition
of, or realization upon, any Collateral including, without limitation, all claims of
Debtor against third parties with respect to any Collateral, whether now existing
or hereafter arising and any other value received as a consequence of the
possession of any Collateral.

"Promissory Note" means the note evidencing the indebtedness of
the Todd Shaw, Inc. under a loan and each advance made in respect thereof and
the Debtor's guarantee thereof, together with any modification thereto.

"Recording Agreement" means the agreement relating to the
furnishing of exclusive recording services of Artist, by and between Secured
Party and Debtor dated as of May 1, 1997, as amended.

"Trademark  Rights" means (a) all rights, title and interest in and to
the name "Too Short" and all trademarks, logos and goodwill associated
therewith, now existing or hereafter adopted or acquired, all registrations and
recordings thereof, and all applications in connection therewith, whether in the
United States Patent and Trademark Office or in any similar office or agency of
the United States, any State thereof or any other country or any political
subdivision thereof, (b) all renewals and extensions of any of the foregoing, (c) all
income, royalties, damages and payments now or hereafter due and/or payable
under any of the foregoing, including, without limitation, damages or payments
for past or future infringements of any of the foregoing; (d) the right to sue for
past, present and future infringements of any of the foregoing; (e) all rights
corresponding to any of the foregoing throughout the world; and (f) all goodwill
associated with and symbolized by any of the foregoing.

"UCC" means the Uniform Commercial Code as in effect on the
date hereof in the State of New York.

SCHEDULE I

## Srand Music

| Title | Copyright Registration Number | Copyright Registration Date |
|---|---|---|
| Ain't Nothin' But A Word To Me | PA-954-848 | 8/17/99 |
| Ain't Nothing Like Pimpin' | PA-942-254 | 5/3/99 |
| Alias Crazy Rak | PA-443-668 | 10/10/89 |
| All About It | | |
| All My Bitches Are Gone | PA-734-866 | 11/14/94 |
| Bad Ways | PA-943-330 | 5/11/99 |
| Big Thangs | PA-945-526 | 4/14/99 |
| Blowjob Betty | PA-734-867 | 11/14/94 |
| Buy You Some | PA-943-846 | 5/12/99 |
| Buy You Some (Feat. Erick Sermon/MC Breed/Kool Ace) | PA-943-333 | 5/11/99 |
| Call Me | | |
| Can I Get A Bitch | PA-942-256 | 5/3/99 |
| Can't Stop a/k/a Don't Stop Rappin' | | |
| Check Yourself | PA-953-015 | 6/17/99 |
| City Of Dope | PA-440-358 | 10/10/89 |
| Clownin' Wit Da Crew | PA-734-825 | 11/14/94 |
| Cocktales | PA-942-255 | 5/3/99 |
| Coming Up Short | PA-942-257 | 5/3/99 |
| Couldn't Be A Better Player | | |
| Cusswords | PA-440-357 | 10/10/89 |
| The Dangerous Crew | PA-734-868 | 11/14/94 |
| Dead Or Alive | PA-954-849 | 8/17/99 |
| Devil Without A Cause | Income participation | |
| Don't Fight The Feeling | PA-440-356 | 10/10/89 |
| Don't Fight The Intro | PA-734-863 | 11/14/94 |
| Don't Fuck For Free | PA-942-275 | 5/3/99 |
| Dope Fiend Beat | PA-951-366 | 8/17/99 |
| Extra Dangerous Thanks | PA-943-294 | 5/11/99 |
| Freaky Tales | PA-962-157 | 6/15/99 |
| From The Ground Up | PA-942-410 | 5/11/99 |
| Fuck Faces | PA-951-093 | 6/15/99 |
| Fuck My Car | PA-943-331 | 5/11/99 |
| Fuckin' Wit Banks | PA-942-322 | 5/11/99 |
| Funk Session | PA-943-852 | 5/12/99 |
| Game | PA-942-273 | 5/3/99 |
| The Game Is Sold Not Told | PA-800-338 | 1/3/96 |
| Gangstas And Players | | |
| Gas Chamber | PA-940-426 | 3/23/99 |
| Get All Your Change | | |
| Get In Where You Fit In | PA-734-869 | 11/14/99 |
| Get Your Hustle On | | |
| Gettin' It | PA-943-327 | 5/11/99 |
| Gettin' It (Remix) | PA-945-837 | 5/17/99 |
| The Ghetto | Income participation | |
| Giving Up The Funk | PA-942-270 | 5/3/99 |
| Hard On The Boulevard | PA-954-850 | 8/17/99 |
| Hit The Highway | PA-962-478 | 7/21/99 |

Tooshort/catalog acquisition/too short schedule

Srand Music

| Title | Copyright Registration Number | Copyright Registration Date |
|---|---|---|
| Hoes | PA-943-288 | 5/11/99 |
| Hoochie | PA-943-290 | 5/11/99 |
| I Ain't Nothin' But A Dog | PA-943-287 | 5/11/99 |
| I Ain't Trippin' | PA-440-353 | 10/10/89 |
| I Must Confess | PA-943-338 | 5/11/99 |
| I Want To Be Free (That's The Truth) | PA-943-289 | 5/11/99 |
| I'm A Player (Album/Street/Radio Versions) | PA-734-862 | 11/14/94 |
| I'm A Player (Street Remix/Radio Remix) | PA-644-794 | 11/10/94 |
| In The Oaktown | PA-954-851 | 8/17/99 |
| In The Trunk | PA-943-286 | 5/11/99 |
| Independence Day | | |
| It Don't Stop | PA-943-292 | 5/11/99 |
| It's A Cold Day (The Funk Wit U Mix) | PA-945-835 | 4/27/99 |
| It's All Good | PA-734-864 | 11/14/94 |
| It's Alright | PA-966-034 | 3/30/99 |
| It's Your Life | PA-954-852 | 8/17/99 |
| Jazzy Hoes | PA-937-817 | 3/9/99 |
| Just Another Day | PA-734-865 | 11/14/99 |
| Keep It Real | | |
| Leave It Alone | PA-943-842 | 5/12/99 |
| Life Is...Too Short | PA-443-687 | 10/10/89 |
| Little Girls | PA-951-367 | 8/17/99 |
| Livin' That Life | | |
| The Loot | PA-734-828 | 11/14/94 |
| Love Jones | | |
| Mack Attack | PA-951-368 | 8/17/99 |
| Money In The Ghetto | | |
| Nasty Rhymes | PA-943-336 | 5/11/99 |
| Never Talk Down | PA-943-337 | 5/11/99 |
| No Love From Oakland | PA-972-121 | 11/5/99 |
| Nobody Does It Better | PA-440-354 | 10/10/89 |
| Oakland | PA-440-355 | 10/10/89 |
| Only Out To Fuck | PA-945-907 | 5/21/99 |
| Paper Chase | | |
| Partytime | PA-951-369 | 8/17/99 |
| Paula And Janet | PA-954-853 | 8/17/99 |
| Paystyle | PA-942-269 | 5/3/99 |
| Pimp Me | PA-943-334 | 5/11/99 |
| Pimp The Ho | PA-440-351 | 10/10/89 |
| Pimpin' In Da South | | |
| Pimpology | PA-954-854 | 8/17/99 |
| Playboy Short | PA-964-927 | 9/8/99 |
| Playboy Short II | PA-951-370 | 8/17/99 |
| Punk Bitch | PA-954-855 | 8/17/99 |
| Racia | PA-660-383 | 6/14/99 |
| Rap Like Me | PA-954-856 | 8/17/99 |
| Rapper's Ball | PA-948-330 | 5/18/99 |

Tooshort/catalog acquisition/too short schedule

## Srand Music

| Title | Copyright Registration Number | Copyright Registration Date |
|---|---|---|
| Rapper's Ball (Traxster Remix) | | |
| Real Niggaz | PA-890-685 | 4/23/98 |
| Recognize Game | | |
| Rhymes | PA-440-352 | 10/10/89 |
| Ride Wit' Us | | |
| Sample The Funk | PA-942-274 | 5/3/99 |
| The Shit That Will Fuck With Your Brain Boy | PA-940-777 | 4/27/99 |
| Short Dog – Hit 'Em Up | | |
| Short Dog's In The House | PA-954-858 | 8/17/99 |
| Smoke 'Em Like A Blunt | PA-940-434 | 3/23/99 |
| So Watcha Sayin' | PA-943-339 | 5/11/99 |
| So You Want To Be A Gangster | PA-943-293 | 5/11/99 |
| Something To Ride To | | |
| Step Daddy | PA-943-291 | 5/11/99 |
| Survivin' The Game | PA-943-328 | 5/11/99 |
| Take My Bitch | PA-943-332 | 5/11/99 |
| Tell The Feds | PA-997-836 | 3/16/99 |
| Thangs Change | PA-942-258 | 5/3/99 |
| That's Why | PA-943-329 | 5/11/99 |
| To Da Beat | PA-942-413 | 5/11/99 |
| Trouble (Scared To Blast) | PA-943-645 | 5/12/99 |
| True Worldwide Playaz | PA-950-122 | 6/8/99 |
| The Universal Mix | PA-951-371 | 8/17/99 |
| We Do This | PA-942-272 | 5/3/99 |
| What Rap | | |
| Where I'm From | income participation | |
| Where I'm From (Don't Fight The Remix) | income participation | |
| The World Is Filled | | |
| You Know What I Mean | PA-951-372 | 8/17/99 |
| You Thought | PA-953-014 | 6/17/99 |
| Your Sister | PA-976-645 | 11/30/99 |
| 2 Kill A G | PA-734-822 | 11/14/94 |
| 4 Tha Hustlas | PA-945-522 | 4/14/99 |

Tooshort/catalog acquisition/too short schedule

## T. Shaw LLC

| Title | Copyright Registration Number | Copyright Registration Date |
|---|---|---|
| All The Time | | |
| Ain't No Bitches | | |
| Anything Is Possible | | |
| Be My Dirty Love | | |
| Call Me Daddy | | |
| Can't Stay Away | | |
| Don't Hate The Player | | |
| First Night | | |
| Funkin' Over Nuthin' Pt. 1 | | |
| Funkin' Over Nuthin' Pt. 2 | | |
| Get Your Hustle On | | |
| Good Life | | |
| Here We Go | | |
| Here We Go (Remix) | | |
| How Does It Feel | | |
| Invasion Of The Flat Booty Bitches | | |
| It's About That Money | | |
| Just Like Dope | | |
| Keep Paging Me | | |
| Longevity | | |
| Make Money, Money | | |
| More Freaky Tales | | |
| Nation Riders Anthem | | |
| Old School | | |
| Pimp Shit | | |
| Recognize Game | | |
| Sex Me The Way You Dance | | |
| She Know | | |
| Still Strugglin' | | |
| Suckas Do What They Can (Real Playaz) | | |
| Tell The Feds | | |
| What Happened To The Groupies | | |
| Where They At? | | |
| You Might Get G'eed | | |
| You Nasty | | |
| 2 Bitches a/k/a 2 Women | | |

Tooshort/catalog acquisition/too short schedule

Dangerous Music

| Title | Copyright Registration Number | Copyright Registration Date |
|---|---|---|
| Ain't Nothing Like Pimpin' | PA-942-254 | 5/3/99 |
| Blowjob Betty | PA-734-867 | 11/14/94 |
| Buy You Some | PA-943-846 | 5/12/99 |
| Buy You Some (Feat. Erick Sermon/MC Breed/Kool Ace) | PA-943-333 | 5/11/99 |
| Call Me | | |
| Clownin' Wit Da Crew | PA-734-825 | 11/14/94 |
| Coming Up Short | PA-942-257 | 5/3/99 |
| The Dangerous Crew | PA-734-868 | 11/14/94 |
| Don't Try This At Home | PA-943-854 | 5/12/99 |
| Extra Dangerous Thanks | PA-942-294 | 5/11/99 |
| Freddy B | PA-943-848 | 5/12/99 |
| Fuckin' Wit Banks | PA-942-322 | 5/11/99 |
| Funk Session | PA-943-852 | 5/12/99 |
| The Game Is Sold Not Told | PA-800-338 | 1/3/96 |
| Get In Where You Fit In | PA-734-869 | 11/14/99 |
| Gettin' It | PA-943-327 | 5/11/99 |
| Gettin' It (Remix) | PA-945-837 | 5/17/99 |
| Giving Up The Funk | PA-942-270 | 5/3/99 |
| Gone With The Wind | PA-943-844 | 5/12/99 |
| I Must Confess | PA-943-338 | 5/11/99 |
| In The Trunk | PA-943-286 | 5/11/99 |
| It Don't Stop | PA-943-292 | 5/11/99 |
| It's A Cold Day (The Funk Wit U Mix) | PA-945-835 | 4/27/99 |
| It's All Good | PA-734-864 | 11/14/94 |
| Joe Riz | PA-943-847 | 5/12/99 |
| Leave It Alone | PA-943-842 | 5/12/99 |
| Let 'Em Know | | |
| Never Talk Down | PA-943-336 | 5/11/99 |
| Only Out To Fuck | PA-945907 | 5/21/99 |
| Out For The Props | PA-943-858 | 5/12/99 |
| Paystyle | PA-942-269 | 5/3/99 |
| Pimp Me | PA-943-334 | 5/11/99 |
| Pimpin's Just In Me | PA-943-855 | 5/12/99 |
| Rumors | PA-943-857 | 5/12/99 |
| Rumors (Jealous A. Remix) | PA-970-144 | 10/19/99 |
| Thangs Change | PA-942-258 | 5/3/99 |
| We Do This | PA-942-272 | 5/3/99 |
| Weed Break | PA-943-853 | 5/12/99 |
| Welcome To The Bay | PA-943-843 | 5/12/99 |
| You Crossed Me | PA-943-850 | 5/12/99 |
| 2 Kill A G | PA-734-822 | 11/14/94 |

Tooshort/catalog acquisition/too short schedule

### Dopefiend Music/Dopefiend Beats

| Title | Copyright Registration Number | Copyright Registration Date |
|---|---|---|
| Abstract Hustle | | |
| All 4 Keeps | | |
| Are You Ready For This | | |
| At Cha Neck | | |
| Bounce, Rock, Skate, Roll | | |
| Can't Stay Away | | |
| County Line | | |
| Crazy World | | |
| Don't Lie To Kick It | | |
| Don't Trust Her | | |
| First Night | | |
| G-2000 | | |
| Get All Your Change | | |
| Gettin' Paid | | |
| Gimme Mine | | |
| Hellbound | | |
| Here's A Letter | | |
| Holding On To You | | |
| How It Got So Bad | | |
| I Ain't Gonna Forget This | | |
| I'm A Player Bitch | | |
| If I Wasn't High | | |
| In Jail | | |
| It's Goin' Down | | |
| Jackin' Rich Rappers | | |
| Keep Walkin' | | |
| Killa Team | | |
| Lady Luv | | |
| Live In The Blue Basement | | |
| Love Jones | | |
| Make Money, Money | | |
| Nation Riders | | |
| Never Change | | |
| No Fear | | |
| One Live To Live | | |
| One Time Shot | | |
| Out Of Control | | |
| Paper Chase | | |
| Playa Hatin' Hoes | | |
| Rich Kids 4 Life | | |
| Save Me | | |
| She Know | | |
| Shout It Or Be 'Bout It | | |
| Spread Your Love | | |
| Stand In My Way | | |
| Still Strugglin' | | |
| Streets Of L.A. (Make Me Wanna Cry) | | |
| Time After Time | | |
| Video Game Player | | |

Tooshort/catalog acquisition/too short schedule

## Dopefiend Music/Dopefiend Beats

| Title | Copyright Registration Number | Copyright Registration Date |
|---|---|---|
| When You See Me | | |
| Where You At? | | |
| Wreckognize | | |

Tooshort/catalog acquisition/too short schedule

FILED AND RECORDED
08/01/2008 01:51PM at 01:51PM
UCC Control #: 0072008016002
R.B. MCINTYRE
BARROW County Clerk of Superior Court
Receipt # 251455

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone:(800) 331-3282  Fax: (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

14206 SONY MUSIC ENT

CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

19977510

GAGA

File with: BARROW, GA

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| TODD SHAW, INC. | | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1010 FOREST OVERLOOK DRIVE | ATLANTA | GA | 30331 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | CORPORATION | GA | K716294 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| TOO SHORT RECORDS | | | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1010 FOREST OVERLOOK DRIVE | ATLANTA | GA | 30331 | USA |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | CORPORATION | GA | | ☒ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ZOMBA RECORDING CORPORATION | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 137-139 WEST 25TH STREET | NEW YORK | NY | 10001 | USA |

4. This FINANCING STATEMENT covers the following collateral:

SEE ATTACHMENT EXHIBIT A EMAILED TO UDS_GLENDALE_CUSTOMER_SERVICE@UCCDIRECT.COM

FILED AND RECORDED
08/01/2008 01:51PM at 01:51PM
UCC Control #: 0072008016002
R.B. MCINTYRE
BARROW County Clerk of Superior Court
Receipt # 251455

| 5. ALTERNATIVE DESIGNATION [if applicable] | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) In the REAL ESTATE RECORDS.  Attach Addendum    [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA
19977510

ACKNOWLEDGMENT COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Prepared by UCC Direct Services, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

UDS_GLENDALE_Customer_
Service@UCCDIRECT.COM

EXHIBIT A     Attachment

To UCC-1 Financing Statement

DEBTOR:                  Todd A. Shaw
                         1010 Forest Overlook Drive
                         Atlanta, Georgia 30331


SECURED PARTY:           Zomba Recording Corporation
                         137-139 West 25th Street
                         New York, NY 10001


        This financing statement cover all of the Debtor's right, title and interest in, to and
under the following property, whether now owned or hereafter acquired, now existing or
hereafter arising and wherever located (collectively, the "Collateral"):

                (a)     All accounts receivable due from Secured Party to
                Debtor pursuant to the Recording Agreement;

                (b)     All accounts receivable due from Zomba Enterprises,
                Inc. ("ZEI") to Debtor under (i) that certain Publishing
                Agreements, by and among Debtor, Todd Shaw, Inc., and ZEI,
                dated as of May 9, 1997 and (ii) any other music publishing
                administration or other similar agreement covering the
                songwriting/publishing services of Todd A. Shaw (in each case
                as amended from time to time, the "Publishing Agreements");

                (c)     The Compositions that are subject to the Publishing
                Agreements, including but not limited to the Copyrights in the
                following compositions listed on Schedule I hereto, now owned
                or hereafter created or acquired by the Debtor (collectively, the
                "Works");

                (d)     The Copyrights in, and all like or different rights
                relating to, the Works throughout the universe for the full term
                thereof (and any renewals and/or extensions of the term or
                terms of copyright in the Works, whether such rights are vested,

NY/339121.2

1

contingent or reversionary under any copyright law now or
hereinafter in force or effect in the United States or in any other
country throughout the world), along with each Debtor's other
rights in the Works of any nature, whether or not now known,
and any legal, beneficial or equitable right to the use or
ownership of the Works in any and all fields of use now or
hereafter existing throughout the universe, by any means of
technology now known or hereafter developed, including but not
limited to the rights to reproduce, adapt, transform, derive,
distribute, perform, record, and to otherwise exploit the Works
and create and exploit all derivative works based on the Works
in any medium, now owned or hereafter developed, and to
authorize others to do any or all of the foregoing;

(e)     The Trademark Rights;

(f)     Any and all agreements, assignments, licenses and
other documents of whatsoever kind or nature, heretofore or
hereafter made or executed which relate to the Works, the
Copyrights in and/or relating to the Works or the Trademark
Rights or any rights therein;

(g)     All causes of action, including those for infringement,
arising from the date of creation of each such Work, whether
now known or unknown to any Debtor or Secured Party, and,
upon an Event of Default under either the Promissory Note, the
right to institute actions or proceedings in the Secured Party's
own name; and

(h)     All Proceeds of the foregoing payable to Debtor.


As used herein, the following term have the meanings set forth below:

"Compositions" means collectively the musical compositions
composed by Todd A. Shaw alone, or in collaboration with others, including
without limitation the following compositions listed on Schedule I hereto, all
arrangements or portions thereof and all cues, titles, lyrics, libretto, music,
musical scores, arrangements, adaptations, translations, annotations, and other
versions thereof and all other works derived in whole or in part from the
foregoing, whether claimed or registered as a musical composition or as part of a
dramatic-musical work consisting of lyrics and/or music and all abridgements,
condensations, revisions, interpolations, versions, collections, compilations and
adaptations thereof, whether registered or unregistered, published or

2

unpublished, and all underlying materials and derivatives of all of the foregoing in any form, medium or embodiment.

"Copyrights" means collectively all the following: (a) all copyrights, rights and interests in copyrights, works protectable by copyright, copyright registrations and copyright applications now owned or hereafter created or acquired by any Debtor; (b) all renewals and extensions of any of the foregoing; (c) all income, royalties, damages and payments now or hereafter due and/or payable under any of the foregoing, including, without limitation, damages or payments for past or future infringements of any of the foregoing; (d) the right to sue for past, present and future infringements of any of the foregoing; (e) all rights corresponding to any of the foregoing throughout the world; and (f) all goodwill associated with and symbolized by any of the foregoing.

"Event of Default" means the following terms (as described in the Promissory Note):

(i) the Borrower fails to pay any amounts due and payable under this Promissory Note or the Security Agreement and of such default continues for a period of ten (10) days thereafter,

(ii) the Borrower breaches any of its other covenants or obligations hereunder or under the Security Agreement and such default continues for a period of ten (10) days thereafter,

(iii) any representation or warranty of Borrower under the Security Agreement shall be false or misleading in any material respect, or

(iv) Borrower or Shaw becomes insolvent, bankrupt or generally fails to pay its or his debts as such debts become due; is adjudicated insolvent or bankrupt; admits in writing its or his inability to pay its or his debts; or shall suffer a custodian, receiver or trustee for it or him or substantially all of its or his property to be appointed; makes an assignment for the benefit of creditors; or suffers proceedings under any law related to bankruptcy, insolvency, liquidation or the reorganization, readjustment or the release of debtors to be instituted against it or him; if proceedings under any law related to bankruptcy, insolvency, liquidation, or the reorganization, readjustment or the release of debtors to be instituted against it or him; if proceedings under any law related to bankruptcy, insolvency, liquidation, or the reorganization, readjustment or the release of debtors is instituted or commenced by Borrower or Shaw; if any order for relief is entered relating to any of the foregoing proceedings; if Borrower or Shaw shall call a meeting of its or his creditors with a view to arranging a

composition or adjustment of its or his debts; or if Borrower or Shaw shall by any act or failure to act indicate its or his consent to, approval of or acquiescence in any of the foregoing

"Proceeds" means all proceeds of, and all other profits or receipts, in whatever form, arising from the sale, assignment, licensing or other disposition of, or realization upon, any Collateral including, without limitation, all claims of Debtor against third parties with respect to any Collateral, whether now existing or hereafter arising and any other value received as a consequence of the possession of any Collateral.

"Promissory Note" means the note evidencing the indebtedness of the Todd Shaw, Inc. under a loan and each advance made in respect thereof and the Debtor's guarantee thereof, together with any modification thereto.

"Recording Agreement" means the agreement relating to the furnishing of exclusive recording services of Artist, by and between Secured Party and Debtor dated as of May 1, 1997, as amended.

"Trademark Rights" means (a) all rights, title and interest in and to the name "Too Short" and all trademarks, logos and goodwill associated therewith, now existing or hereafter adopted or acquired, all registrations and recordings thereof, and all applications in connection therewith, whether in the United States Patent and Trademark Office or in any similar office or agency of the United States, any State thereof or any other country or any political subdivision thereof, (b) all renewals and extensions of any of the foregoing, (c) all income, royalties, damages and payments now or hereafter due and/or payable under any of the foregoing, including, without limitation, damages or payments for past or future infringements of any of the foregoing; (d) the right to sue for past, present and future infringements of any of the foregoing; (e) all rights corresponding to any of the foregoing throughout the world; and (f) all goodwill associated with and symbolized by any of the foregoing.

"UCC" means the Uniform Commercial Code as in effect on the date hereof in the State of New York.

SCHEDULE I

## Srand Music

| Title | Copyright Registration Number | Copyright Registration Date |
|---|---|---|
| Ain't Nothin' But A Word To Me | PA-954-848 | 8/17/99 |
| Ain't Nothing Like Pimpin' | PA-942-254 | 5/3/99 |
| Alias Crazy Rak | PA-443-668 | 10/10/89 |
| All About It | | |
| All My Bitches Are Gone | PA-734-866 | 11/14/94 |
| Bad Ways | PA-943-330 | 5/11/99 |
| Big Thangs | PA-945-526 | 4/14/99 |
| Blowjob Betty | PA-734-867 | 11/14/94 |
| Buy You Some | PA-943-846 | 5/12/99 |
| Buy You Some (Feat. Erick Sermon/MC Breed/Kool Ace) | PA-943-333 | 5/11/99 |
| Call Me | | |
| Can I Get A Bitch | PA-942-256 | 5/3/99 |
| Can't Stop a/k/a Don't Stop Rappin' | | |
| Check Yourself | PA-953-015 | 6/17/99 |
| City Of Dope | PA-440-358 | 10/10/89 |
| Clownin' Wit Da Crew | PA-734-825 | 11/14/94 |
| Cocktales | PA-942-255 | 5/3/99 |
| Coming Up Short | PA-942-257 | 5/3/99 |
| Couldn't Be A Better Player | | |
| Cusswords | PA-440-357 | 10/10/89 |
| The Dangerous Crew | PA-734-868 | 11/14/94 |
| Dead Or Alive | PA-954-849 | 8/17/99 |
| Devil Without A Cause | income participation | |
| Don't Fight The Feeling | PA-440-356 | 10/10/89 |
| Don't Fight The Intro | PA-734-863 | 11/14/94 |
| Don't Fuck For Free | PA-942-275 | 5/3/99 |
| Dope Fiend Beat | PA-951-366 | 8/17/99 |
| Extra Dangerous Thanks | PA-943-294 | 5/11/99 |
| Freaky Tales | PA-962-157 | 6/15/99 |
| From The Ground Up | PA-942-410 | 5/11/99 |
| Fuck Faces | PA-951-093 | 6/15/99 |
| Fuck My Car | PA-943-331 | 5/11/99 |
| Fuckin' Wit Banks | PA-942-322 | 5/11/99 |
| Funk Session | PA-943-852 | 5/12/99 |
| Game | PA-942-273 | 5/3/99 |
| The Game Is Sold Not Told | PA-800-338 | 1/3/96 |
| Gangstas And Players | | |
| Gas Chamber | PA-940-426 | 3/23/99 |
| Get All Your Change | | |
| Get In Where You Fit In | PA-734-869 | 11/14/99 |
| Get Your Hustle On | | |
| Gettin' It | PA-943-327 | 5/11/99 |
| Gettin' It (Remix) | PA-945-837 | 5/17/99 |
| The Ghetto | income participation | |
| Giving Up The Funk | PA-942-270 | 5/3/99 |
| Hard On The Boulevard | PA-954-850 | 8/17/99 |
| Hit The Highway | PA-962-478 | 7/21/99 |

Tooshort/catalog acquisition/too short schedule

Srand Music

| Title | Copyright Registration Number | Copyright Registration Date |
|---|---|---|
| Hoes | PA-943-288 | 5/11/99 |
| Hoochie | PA-943-290 | 5/11/99 |
| I Ain't Nothin' But A Dog | PA-943-287 | 5/11/99 |
| I Ain't Trippin' | PA-440-353 | 10/10/89 |
| I Must Confess | PA-943-338 | 5/11/99 |
| I Want To Be Free (That's The Truth) | PA-943-289 | 5/11/99 |
| I'm A Player (Album/Street/Radio Versions) | PA-734-862 | 11/14/94 |
| I'm A Player (Street Remix/Radio Remix) | PA-644-794 | 11/10/94 |
| In The Oaktown | PA-954-851 | 8/17/99 |
| In The Trunk | PA-943-286 | 5/11/99 |
| Independence Day | | |
| It Don't Stop | PA-943-292 | 5/11/99 |
| It's A Cold Day (The Funk Wit U Mix) | PA-945-835 | 4/27/99 |
| It's All Good | PA-734-864 | 11/14/94 |
| It's Alright | PA-966-034 | 3/30/99 |
| It's Your Life | PA-954-852 | 8/17/99 |
| Jazzy Hoes | PA-937-817 | 3/9/99 |
| Just Another Day | PA-734-865 | 11/14/99 |
| Keep It Real | | |
| Leave It Alone | PA-943-842 | 5/12/99 |
| Life Is...Too Short | PA-443-687 | 10/10/89 |
| Little Girls | PA-951-367 | 8/17/99 |
| Livin' That Life | | |
| The Loot | PA-734-828 | 11/14/94 |
| Love Jones | | |
| Mack Attack | PA-951-368 | 8/17/99 |
| Money In The Ghetto | | |
| Nasty Rhymes | PA-943-336 | 5/11/99 |
| Never Talk Down | PA-943-337 | 5/11/99 |
| No Love From Oakland | PA-972-121 | 11/5/99 |
| Nobody Does It Better | PA-440-354 | 10/10/89 |
| Oakland | PA-440-355 | 10/10/89 |
| Only Out To Fuck | PA-945-907 | 5/21/99 |
| Paper Chase | | |
| Partytime | PA-951-369 | 8/17/99 |
| Paula And Janet | PA-954-853 | 8/17/99 |
| Paystyle | PA-942-269 | 5/3/99 |
| Pimp Me | PA-943-334 | 5/11/99 |
| Pimp The Ho | PA-440-351 | 10/10/89 |
| Pimpin' In Da South | | |
| Pimpology | PA-954-854 | 8/17/99 |
| Playboy Short | PA-964-927 | 9/8/99 |
| Playboy Short II | PA-951-370 | 8/17/99 |
| Punk Bitch | PA-954-855 | 8/17/99 |
| Racia | PA-660-383 | 6/14/99 |
| Rap Like Me | PA-954-856 | 8/17/99 |
| Rapper's Ball | PA-948-330 | 5/18/99 |

Tooshort/catalog acquisition/too short schedule

Srand Music

| Title | Copyright Registration Number | Copyright Registration Date |
|---|---|---|
| Rapper's Ball (Traxster Remix) | | |
| Real Niggaz | PA-890-685 | 4/23/98 |
| Recognize Game | | |
| Rhymes | PA-440-352 | 10/10/89 |
| Ride Wit' Us | | |
| Sample The Funk | PA-942-274 | 5/3/99 |
| The Shit That Will Fuck With Your Brain Boy | PA-940-777 | 4/27/99 |
| Short Dog – Hit 'Em Up | | |
| Short Dog's In The House | PA-954-858 | 8/17/99 |
| Smoke 'Em Like A Blunt | PA-940-434 | 3/23/99 |
| So Watcha Sayin' | PA-943-339 | 5/11/99 |
| So You Want To Be A Gangster | PA-943-293 | 5/11/99 |
| Something To Ride To | | |
| Step Daddy | PA-943-291 | 5/11/99 |
| Survivin' The Game | PA-943-328 | 5/11/99 |
| Take My Bitch | PA-943-332 | 5/11/99 |
| Tell The Feds | PA-997-836 | 3/16/99 |
| Thangs Change | PA-942-258 | 5/3/99 |
| That's Why | PA-943-329 | 5/11/99 |
| To Da Beat | PA-942-413 | 5/11/99 |
| Trouble (Scared To Blast) | PA-943-845 | 5/12/99 |
| True Worldwide Playaz | PA-950-122 | 6/8/99 |
| The Universal Mix | PA-951-371 | 8/17/99 |
| We Do This | PA-942-272 | 5/3/99 |
| What Rap | | |
| Where I'm From | income participation | |
| Where I'm From (Don't Fight The Remix) | income participation | |
| The World Is Filled | | |
| You Know What I Mean | PA-951-372 | 8/17/99 |
| You Thought | PA-953-014 | 6/17/99 |
| Your Sister | PA-976-645 | 11/30/99 |
| 2 Kill A G | PA-734-822 | 11/14/94 |
| 4 Tha Hustlas | PA-945-522 | 4/14/99 |

Tooshort/catalog acquisition/too short schedule

**T. Shaw LLC**

| Title | Copyright Registration Number | Copyright Registration Date |
|---|---|---|
| All The Time | | |
| Ain't No Bitches | | |
| Anything Is Possible | | |
| Be My Dirty Love | | |
| Call Me Daddy | | |
| Can't Stay Away | | |
| Don't Hate The Player | | |
| First Night | | |
| Funkin' Over Nuthin' Pt. 1 | | |
| Funkin' Over Nuthin' Pt. 2 | | |
| Get Your Hustle On | | |
| Good Life | | |
| Here We Go | | |
| Here We Go (Remix) | | |
| How Does It Feel | | |
| Invasion Of The Flat Booty Bitches | | |
| It's About That Money | | |
| Just Like Dope | | |
| Keep Paging Me | | |
| Longevity | | |
| Make Money, Money | | |
| More Freaky Tales | | |
| Nation Riders Anthem | | |
| Old School | | |
| Pimp Shit | | |
| Recognize Game | | |
| Sex Me The Way You Dance | | |
| She Know | | |
| Still Strugglin' | | |
| Suckas Do What They Can (Real Playaz) | | |
| Tell The Feds | | |
| What Happened To The Groupies | | |
| Where They At? | | |
| You Might Get G'eed | | |
| You Nasty | | |
| 2 Bitches a/k/a 2 Women | | |

Tooshort/catalog acquisition/too short schedule

Dangerous Music

| Title | Copyright Registration Number | Copyright Registration Date |
|---|---|---|
| Ain't Nothing Like Pimpin' | PA-942-254 | 5/3/99 |
| Blowjob Betty | PA-734-867 | 11/14/94 |
| Buy You Some | PA-943-846 | 5/12/99 |
| Buy You Some (Feat. Erick Sermon/MC Breed/Kool Ace) | PA-943-333 | 5/11/99 |
| Call Me | | |
| Clownin' Wit Da Crew | PA-734-825 | 11/14/94 |
| Coming Up Short | PA-942-257 | 5/3/99 |
| The Dangerous Crew | PA-734-868 | 11/14/94 |
| Don't Try This At Home | PA-943-854 | 5/12/99 |
| Extra Dangerous Thanks | PA-942-294 | 5/11/99 |
| Freddy B | PA-943-848 | 5/12/99 |
| Fuckin' Wit Banks | PA-942-322 | 5/11/99 |
| Funk Session | PA-943-852 | 5/12/99 |
| The Game Is Sold Not Told | PA-800-338 | 1/3/96 |
| Get In Where You Fit In | PA-734-869 | 11/14/99 |
| Gettin' It | PA-943-327 | 5/11/99 |
| Gettin' It (Remix) | PA-945-837 | 5/17/99 |
| Giving Up The Funk | PA-942-270 | 5/3/99 |
| Gone With The Wind | PA-943-844 | 5/12/99 |
| I Must Confess | PA-943-338 | 5/11/99 |
| In The Trunk | PA-943-286 | 5/11/99 |
| It Don't Stop | PA-943-292 | 5/11/99 |
| It's A Cold Day (The Funk Wit U Mix) | PA-945-835 | 4/27/99 |
| It's All Good | PA-734-864 | 11/14/94 |
| Joe Riz | PA-943-847 | 5/12/99 |
| Leave It Alone | PA-943-842 | 5/12/99 |
| Let 'Em Know | | |
| Never Talk Down | PA-943-336 | 5/11/99 |
| Only Out To Fuck | PA-945907 | 5/21/99 |
| Out For The Props | PA-943-858 | 5/12/99 |
| Paystyle | PA-942-269 | 5/3/99 |
| Pimp Me | PA-943-334 | 5/11/99 |
| Pimp's Just In Me | PA-943-855 | 5/12/99 |
| Rumors | PA-943-857 | 5/12/99 |
| Rumors (Jealous A. Remix) | PA-970-144 | 10/19/99 |
| Thangs Change | PA-942-258 | 5/3/99 |
| We Do This | PA-942-272 | 5/3/99 |
| Weed Break | PA-943-853 | 5/12/99 |
| Welcome To The Bay | PA-943-843 | 5/12/99 |
| You Crossed Me | PA-943-850 | 5/12/99 |
| 2 Kill A G | PA-734-822 | 11/14/94 |

Tooshort/catalog acquisition/too short schedule

## Dopefiend Music/Dopefiend Beats

| Title | Copyright Registration Number | Copyright Registration Date |
|---|---|---|
| Abstract Hustle | | |
| All 4 Keeps | | |
| Are You Ready For This | | |
| At Cha Neck | | |
| Bounce, Rock, Skate, Roll | | |
| Can't Stay Away | | |
| County Line | | |
| Crazy World | | |
| Don't Lie To Kick It | | |
| Don't Trust Her | | |
| First Night | | |
| G-2000 | | |
| Get All Your Change | | |
| Gettin' Paid | | |
| Gimme Mine | | |
| Hellbound | | |
| Here's A Letter | | |
| Holding On To You | | |
| How It Got So Bad | | |
| I Ain't Gonna Forget This | | |
| I'm A Player Bitch | | |
| If I Wasn't High | | |
| In Jail | | |
| It's Goin' Down | | |
| Jackin' Rich Rappers | | |
| Keep Walkin' | | |
| Killa Team | | |
| Lady Luv | | |
| Live In The Blue Basement | | |
| Love Jones | | |
| Make Money, Money | | |
| Nation Riders | | |
| Never Change | | |
| No Fear | | |
| One Live To Live | | |
| One Time Shot | | |
| Out Of Control | | |
| Paper Chase | | |
| Playa Hatin' Hoes | | |
| Rich Kids 4 Life | | |
| Save Me | | |
| She Know | | |
| Shout It Or Be 'Bout It | | |
| Spread Your Love | | |
| Stand In My Way | | |
| Still Strugglin' | | |
| Streets Of L.A. (Make Me Wanna Cry) | | |
| Time After Time | | |
| Video Game Player | | |

Tooshort/catalog acquisition/too short schedule

## Dopefiend Music/Dopefiend Beats

| Title | Copyright Registration Number | Copyright Registration Date |
|---|---|---|
| When You See Me | | |
| Where You At? | | |
| Wreckognize | | |

Tooshort/catalog acquisition/too short schedule