# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### 1215 UNITED STATES COURTHOUSE
### 75 SPRING STREET, S.W.
### ATLANTA, GEORGIA 30303-3367

CHAMBERS OF
**MARY GRACE DIEHL**
JUDGE

PHONE: 404-215-1029

March 29, 2010

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 200
3343 Peachtree Road, NE
Atlanta, GA 30326-1420

      Re: Todd Anthony Shaw, Debtor
         <u>Bankruptcy Case No. 09-61855-MGD</u>

Dear Mr. Hays

    I am writing to bring to your attention Judge Diehl's open calendar procedure. You recently filed an Motion to Pay Administrative Expense (Docket #78) in the above referenced case to be heard on April 8, 2010. Please be advised that the **notice time is insufficient**. Select an appropriate hearing date and re-notice the hearing.

    Attorneys must now prepare, serve and file a notice of hearing with respect to motions filed in cases assigned to Judge Diehl (with certain exceptions explained in the court's open calendar procedure). You may obtain a copy of the instructions on using the open calendar procedure, including dates and times on which hearings may be set, on Judge Diehl's page in the court's website at www.ganb.uscourts.gov. You may also obtain a copy of these materials in Chambers in Atlanta. Please note that any motion with respect to which a hearing is not properly set according to the court's instructions within twenty-five (25) days of the filing of the motion may be denied for failure to prosecute without further notice or hearing.

                        Sincerely,

                        /s/
                        Eva W. Moody
                        Courtroom Deputy