## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
**SOUTHEASTERN HOSPITALITY, LLC**
675 PONCE DE LEON AVE, SUITE 215
Atlanta, GA 30308

**47−3390646**

Case No.: **18−67291−pmb**
Chapter: **7**
Judge: **Paul Baisier**

## ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

### S. Gregory Hays

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

Paul Baisier
United States Bankruptcy Judge

Dated:  October 7, 2019
Form 184