

**IT IS ORDERED as set forth below:**

**Date: August 21, 2018**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-61855-BEM |
| | ) | |
| TODD ANTHONY SHAW, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR FEDERAL**
**BANKRUPTCY RULE 2004 EXAMINATION OF AND**
**DOCUMENT PRODUCTION BY SONY MUSIC ENTERTAINMENT**

This matter is before the Court on the Motion [Doc. No. 147] (the "**Motion**") for Federal

Bankruptcy Rule 2004 Examination of and Document Production by Sony Music Entertainment

("**Sony**") filed by S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate

of Todd Anthony Shaw ("**Debtor**").  In the Motion, Trustee seeks to conduct an examination of

Sony by and through its designated representative pursuant to Fed. R. Bankr. P. 2004.   The

Court having reviewed the Motion and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**: pursuant to Fed. R. Bankr. P. 2004(a),

Trustee is authorized to examine Sony by and through its designated representative in

accordance with Fed. R. Bankr. P. 2004(c), and may compel attendance for examination and the

production of designated documentary evidence in the manner provided in Fed. R. Bankr. P.

9016, which incorporates the procedure for the issuance of a subpoena as set forth in Federal

Rule of Civil Procedure 45.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*


By:*/s/ Michael J. Bargar*
     Michael J. Bargar
     GA Bar No. 645709
     michael.bargar@agg.com
171 17th Street, N.W., Suite 2100
Atlanta, GA 30363-1031
Phone (404) 873-8500/ Fax (404) 873-8501

## DISTRIBUTION LIST

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

Julie B. Shapiro
Director, Business and Legal Affairs
Sony Music Entertainment
25 Madison Avenue, 22nd Floor
New York, NY 10010-8601

Joan Hyun Kyung Cho
Universal Music Group, Inc.
2220 Colorado Avenue
Santa Monica, CA 90404

The Corporation Trust Company
Re: Universal Music Group, Inc.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Corporation Service Company
Re: Sony Music Entertainment
251 Little Falls Drive
Wilmington, DE 19808

Todd Anthony Shaw
1010 Forest Overlook Drive
Atlanta, GA 30331

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW
Suite 2100
Atlanta, GA 30363