Fulton County Tax Commissioner's Office



Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk

JUN - 3 2019

By:_____
         Deputy Clerk

May 30, 2019

M. Regina Thomas, Clerk
United States Bankruptcy Court
For Northern District of Georgia
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

        Re:  Chapter 7 Bankruptcy No. 09-61855
            Parcel Number: 14F-0061-0003-162-6

Dear Ms. Thomas:

Regarding the subject matter referenced above please let this letter serve to inform you that the proof of claim filed by the Fulton County Tax Commissioner is paid-in-full. Any payments received following the discharge, dismissal and/or termination dates of this case will be refunded..

If you have any questions regarding this matter, please telephone Shelley Jefferson at (404) 613-0659 or Damika Pitts at 404-613-0089.

Sincerely,

*Damika Pitts*

Damika Pitts
Tax Tag Clerk Supervisor
cc: Todd Shaw, Debtor
    S.Gregory Hays, Trustee

---

*Current Tax Division*
141 Pryor Street, S.W. Suite 1106, Atlanta, Georgia 30303
Telephone (404) 613-6100, Fax (404) 730-6154