UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-61855-BEM |
| | : | |
| TODD ANTHONY SHAW, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____ | : | |
| | | |
| S. GREGORY HAYS, Chapter 7 Trustee for the Estate of Todd Anthony Shaw, | : : | |
| | : | CONTESTED MATTER |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| KEENAN WILKINS, | : | |
| | : | |
| Respondent. | : | |
| _____ | : | |

**NOTICE OF REQUIREMENT OF RESPONSE TO TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 4-1 FILED BY KEENAN WILKINS, OF DEADLINE FOR FILING RESPONSE, AND OF HEARING**

**PLEASE TAKE NOTICE** that S. Gregory Hays, the Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Todd Anthony Shaw (the "Estate"), has filed an Objection to Proof of Claim No. 4-1 filed by Keenan Wilkins seeking an order to disallow the claim it in its entirety for purposes of distribution.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the relief requested, or if you want the court to consider your views, then on **or before August 5, 2019**, you or your attorney must:

(1)   File with the court a written response, explaining your positions and views as to why your claim should be allowed as filed. The written response must be filed at the following address:

13625307v2

Clerk, United States Bankruptcy Court<br>
1340 Richard B. Russell Building<br>
75 Ted Turner Drive, S.W.<br>
Atlanta, Georgia 30303

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will **actually receive** it on or before the date stated above.

(2)  Mail or deliver a copy of your written response to the Objector's attorney at the address stated below. You must attach a Certificate of Service to your written response stating when, how, and on whom (including addresses) you served the response.

If you or your attorney file a timely response, then a hearing will be held in **Courtroom 1402 United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia at 10:00 a.m. on August 6, 2019.** You or your attorney must attend the hearing and advocate your position.

Dated: June 28, 2019

ARNALL GOLDEN GREGORY LLP
*Attorneys for Chapter 7 Trustee*

By:*/s/ Michael J. Bargar*

171 17th Street, NW, Suite 2100  Michael J. Bargar
Atlanta, Georgia 30363  Georgia Bar No. 645709
Phone: (404) 873-8500  michael.bargar@agg.com

13625307v2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-61855-BEM |
| | : | |
| TODD ANTHONY SHAW, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____ | : | |
| S. GREGORY HAYS, Chapter 7 Trustee for the Estate of Todd Anthony Shaw, | : | |
| | : | CONTESTED MATTER |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| KEENAN WILKINS, | : | |
| | : | |
| Respondent. | : | |
| _____ | : | |

**TRUSTEE'S OBJECTION TO PROOF OF
CLAIM NO. 4-1 FILED BY KEENAN WILKINS**

COMES NOW S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of Todd Anthony Shaw ("**Debtor**"), by and through undersigned counsel, and objects to Proof of Claim No. 4-1 filed by Keenan Wilkins ("**Claimant**"), by showing the Court as follows:

1.

On January 26, 2009 (the "**Petition Date**"), Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code. Trustee was thereafter appointed the Chapter 7 trustee for Debtor's bankruptcy estate.

2.

At the commencement of the Bankruptcy Case, a bankruptcy estate was created pursuant to 11 U.S.C. § 541(a) (the "**Bankruptcy Estate**"), and that Bankruptcy Estate includes all

13625307v2

Debtor's legal or equitable interests in property as of the commencement of the bankruptcy case and any interest in property that the estate acquires after commencement of the bankruptcy case. 11 U.S.C. § 541(a)(1) and (7) (2009). Trustee is the sole representative of the Bankruptcy Estate. 11 U.S.C. § 323(a) (2009).

3.

Debtor filed this bankruptcy case as a no-asset case. [Doc. No. 1 at Page 1].

4.

On February 22, 2010, Claimant filed Proof of Claim No. 4-1 claiming more than $100,000.00 "as held by RnD Distributors LLC, Houston, TX - partnership interest, not distributed to Claimant" ("**Claim 4-1**").

5.

On February 7, 2011, Claimant filed Proof of Claim No. 7-1 claiming more than $100,000.00 "as held by RnD Distributors LLC, Houston, TX- partnership interest, not distributed to Claimant" ("**Claim 7-1**").

6.

Upon information and belief, Claimant filed a complaint (the "**Complaint**") against Debtor in Superior Court of California, County of Alameda, Case No. RG08414494 alleging a breach of oral contract for the production of the album "I Love the Bay." *See* [Proof of Claim 4-1, Page 37 of 38]. RnD Distributions LLC ("**RnD**") allegedly continues to sell the album. *Id*. Claimant alleges that Claimant and Debtor agreed to co-produce the album, but Debtor instead produced the album alone. *Id*. Claim 4-1 allegedly arises from money Claimant paid to artists performing on the album and an "advance" that RnD promised to Claimant presumably for sales of "I Love the Bay." *Id.* at Page 37-38 of 38.

13625307v2

7.

Trustee objects to Claim 4-1 because Trustee can find no evidence that Debtor and Claimant were parties to a contract, and Debtor denies receiving any royalty payments or compensation related to the sale of the "I Love the Bay" musical compilation project. In this regard, Debtor stated in an affidavit attached to Claim 4-1, which was apparently going to be filed with Debtor's answer to the Complaint, that he "has not received any monies or payments regarding and/or related to sales of the 'I Love the Bay' musical compilation project" [Page 28 of 38, ¶ 6] and that he is not indebted to Claimant [Page 28 of 38, ¶ 7].

8.

Trustee also objects to Claim 4-1 because even if the amounts claimed by the Claimant are owed to the Claimant, Debtor is not the obligor on those debts. Based on the support filed with Claim 4-1, RnD would be the obligor of such debts, if in fact such debts exist. *See* [Proof of Claim 4-1, Page 37 of 38].

9.

Claimant has not shown the existence of a contract between Debtor and Claimant or that Debtor is otherwise indebted to Claimant. As such, Claimant is not entitled to a distribution from the Bankruptcy Estate, and Claim 4-1 should be disallowed in its entirety.

[INTENTIONALLY LEFT BLANK]

WHEREFORE, the Trustee respectfully requests that the Court:

a)      Disallow Claim No. 4-1 in its entirety for purposes of distribution; and

b)      Grant such other and further relief as the Court may deem just and proper.

Respectfully submitted this 28th day of June, 2019

**ARNALL GOLDEN GREGORY LLP**
*Attorneys for Chapter 7 Trustee*

By:*/s/ Michael J. Bargar*

| | |
|---|---|
| 171 17th Street, NW, Suite 2100 | Michael J. Bargar |
| Atlanta, Georgia 30363 | Georgia Bar No. 645709 |
| Phone: (404) 873-8500 | michael.bargar@agg.com |

13625307v2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-61855-BEM |
| | : | |
| TODD ANTHONY SHAW, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____ | : | |
| | | |
| S. GREGORY HAYS, Chapter 7 Trustee for the Estate of Todd Anthony Shaw, | : : | |
| | : | CONTESTED MATTER |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| KEENAN WILKINS, | : | |
| | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing *TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 4-1 FILED BY KEENAN WILKINS* and *NOTICE OF REQUIREMENT OF RESPONSE TO TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 4-1 FILED BY KEENAN WILKINS, OF DEADLINE FOR FILING RESPONSE, AND OF HEARING* by depositing a copy of the same in a properly addressed envelope with adequate postage affixed thereon to assure delivery by First Class mail or Certified Mail, as indicated, to the following entities at the addresses stated:

**First Class Mail**
Martin P. Ochs
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**First Class Mail**
Todd Anthony Shaw
1010 Forest Overlook Drive
Atlanta, GA 30331

13625307v2

**First Class Mail**
Keenan Wilkins
ART 278
550 6th ST.
Oakland, CA 94607

**First Class Mail**
Marjorie G. Mandanis
Attorney at Law
626 Jefferson, Suite 13
Redwood City, CA 94063

**First Class Mail**
S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road NW
Atlanta, GA 30305-2153

**First Class Mail**
Montie Day
Day Law Offices
P.O. Box 1525
Williams, CA 95987

This 28 day of June, 2019.

By:*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709
michael.bargar@agg.com

13625307v2