

**IT IS ORDERED as set forth below:**

**Date: August 12, 2019**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-61855-BEM |
| TODD ANTHONY SHAW, | : | CHAPTER 7 |
| Debtor. | : | |

### ORDER SUSTAINING OBJECTION
### TO CLAIM NO. 4-1 FILED BY KEENAN WILKINS

On June 28, 2019, S. Gregory Hays, as Chapter 7 Trustee for the bankruptcy estate of Todd Anthony Shaw ("**Trustee**"), filed an objection (the "**Objection**") to Claim No. 4-1 (the "**Claim**") filed by Keenan Wilkins ("**Claimant**") and a notice of requirement of response and notice of hearing (the "**Notice**") setting a hearing (the "**Hearing**") on the Objection for August 6, 2019 [Doc. No. 159]. Counsel for Trustee asserts that he served the Objection and Notice on all requisite parties in interest. [Doc. No. 159].

In the Objection, Trustee requested that the Claim be disallowed in its entirety.

13776836v1

No party in interest filed a response to the Objection.

Counsel for Trustee appeared at the calendar call for the Hearing. No creditor or other party interest appeared at the calendar call for the Hearing.

The Court having considered the Objection and the entire record in this bankruptcy case and no parties in interest having filed or served a response to the Objection or appearing at the Hearing to oppose the relief requested in the Objection; and, for good cause shown, it is hereby

**ORDERED** that the Objection is **SUSTAINED**: Claim No. 4-1 is disallowed in its entirety.

**[END OF DOCUMENT]**

Order prepared and presented by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Phone: (404) 873-7030/ Fax: (404) 873-7031
michael.bargar@agg.com

**Identification of parties to be served:**

Martin P. Ochs
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Todd Anthony Shaw
1010 Forest Overlook Drive
Atlanta, GA 30331

13776836v1

Montie Day
Day Law Offices
P. O. BOX 1525
Williams, CA 95987

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road NW
Atlanta, GA 30305-2153

Keenan Wilkins
ART 278
550 6th ST.
Oakland, CA 94607

Marjorie G. Mandanis
Attorney at Law
626 Jefferson, Suite 13
Redwood City, CA 94063

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

13776836v1