UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                          :      CASE NO. 09-61855-BEM
                                :
TODD ANTHONY SHAW,              :        CHAPTER 7
                                :
         Debtor.               :

**FIRST INTERIM APPLICATION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF HAYS FINANCIAL
CONSULTING, LLC, AS ACCOUNTANTS TO THE CHAPTER 7 TRUSTEE**

**COMES NOW** Hays Financial Consulting, LLC ("**HFC**" or "**Applicant**"), accountants to

S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for the above-styled case, and, pursuant to 11

U.S.C. § 330 and Bankruptcy Rule 2016, and files this first interim application ("**Application**")

seeking allowance of compensation in the amount of $52,639.00 and reimbursement of expenses

in the amount of $5,829.66 for the period from November 16, 2009 through and including

September 30, 2019 (the "**Application Period**"). In support hereof, Applicant shows as follows:

1.

On January 26, 2009 (the "**Petition Date**"), Todd Anthony Shaw ("**Debtor**") filed a

voluntarily petition under Chapter 7 of Title 11 of the United States Code (11 U.S.C. § 101, *et seq.*,

as amended, is hereinafter referred to as the "**Bankruptcy Code**"), initiating Case No. 09-61855-

BEM (the "**Case**"). Shortly thereafter, Trustee was appointed, and he remains, the duly acting

Chapter 7 trustee in this Case.

2.

On November 20, 2009, the Trustee filed an Application to Employ Hays Financial

Consulting, LLC as Accountants for the Trustee [Doc. No. 60]. On November 23, 2009, an Order

approving the employment of HFC as Accountants to the Trustee was entered [Doc. No. 61].

3.

Pursuant to this Application, Applicant seeks interim approval, allowance, and payment pursuant to §§ 330 and 331 of the Bankruptcy Code of compensation for services rendered as accountants for the Trustee incurred in connection therewith during the Application Period.

4.

For the period covered by this application, HFC devoted a total of not less than 184.5 hours in rendering services as accountants to the Trustee. Applicant has not previously been allowed or paid any compensation for the period covered by this application. Summaries of hours spent by subject area and by professional are attached as Exhibit "A".

5.

The Trustee is currently holding $460,195.60 in the bankruptcy estate's bank account.  The funds resulted from a November 24, 2009 stipulation between the Trustee and Zomba Recordings LLC ("**Zomba**") [Doc. No. 62] to split the continuing music royalties owed to the Debtor with 20% being paid to the bankruptcy estate and 80% being paid to Zomba until Zomba's secured claim is satisfied.  Due to the 2016 sampling of an estate composition ("Recently Sampled Composition") and a considerable increase in royalties, the Zomba loan was satisfied in early 2019. The Trustee anticipates a gradual reduction in future royalty payments as the Recently Sampled Composition and past compositions age. The Trustee intends to locate a purchaser for the bankruptcy estate's rights in the pre-petition compositions and future royalty payments.

6.

Because of the additional time required to close the bankruptcy case, contemporaneously with the filing of this Application, Trustee has filed a Motion for Authority to Make Interim Distribution, which proposes a 100% distribution to allowed secured claimants, a 100%

distribution to allowed priority claimants and a 3% distribution to timely filed, allowed, general unsecured claimants. All claim issues have been resolved and appropriate reserves have been made for fees and expenses associated with the final administration of the bankruptcy case.

7.

The services of the Applicant during the Application Period are summarized by category below.

(a)    **Accounting.** This category includes time spent reviewing and analyzing royalty payments and allocation of same between the bankruptcy estate and Zomba and monitoring same and the review and preparation of an analysis for the interim distribution to creditors.

(b)    **Fee / Employment Applications & Objection.** This category involves the preparation of this Application and the exhibits attached to it.

(c)    **Tax Issues.** This category includes activity by the Applicant including analysis of the estate income from music royalties for years 2009 through year 2018 and the preparation of federal and state tax returns of the bankruptcy estate for these years, (2) preparation of letters pursuant to code section 505(b), and (3) responding and addressing issues raised by the IRS.

8.

Applicant shows that all services were necessary to assist the Trustee in the proper and effective administration of the Debtor's estate and the exercise of the powers of the Trustee. Applicant shows that the fair and reasonable value of such services, and the costs of comparable services in a case not proceeding under the Bankruptcy Code, is not less than $52,639.00, based primarily on the normal hourly rates of providing such services and calculated using the "lodestar"

calculation of reasonable hourly rates multiplied by the number of hours actually expended, as summarized on Exhibit "A". The time expended and services performed by HFC are duly itemized and set forth in Exhibit "B" attached hereto and by reference incorporated herein and made part of this Application.

9.

Applicant shows that all services for which compensation during this Application Period is requested have been actually provided to the Debtor and/or the Trustee, and to no other parties, and have been necessary for the proper and effective administration of this case and for the benefit of the Debtor's estate and its creditors.

10.

Applicant's employees have substantial experience and expertise in providing financial and accounting services in bankruptcy cases and to fiduciaries in such cases. Applicant's employee hourly rates are fair and reasonable and the same as the cost for such services other than in a bankruptcy case.

11.

The compensation requested is allowable pursuant to the twelve factor test (the "Johnson Factors") set forth in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714, 717-19 (5th Cir. 1974), as modified and made applicable to bankruptcy cases by the Eleventh Circuit Court of Appeals in Grant v. George Schumann Tire & Battery Co., 908 F.2d 874 (11th Cir. 1990). The Johnson Factors and their applicability in these cases are as follows:

(a)    Time and Labor Required: HFC expended 184.5 hours in performing services as accountants to the Trustee during the Application Period. The billing rates of the various professionals and other personnel who have performed services for the

Committee are detailed in HFC's billing statements, which are attached hereto as Exhibit "A".

(b)    <u>Novelty and Difficulty of Questions Presented</u>:  The work performed by HFC has involved issues of varying complexity, as set forth in substantial detail in the billing statements attached to this Application.

(c)    <u>Skill Requisite to Perform Professional Services</u>:  The Trustee selected HFC as its accountants because HFC's professionals possess substantial expertise and experience in bankruptcy and related fields and are well-qualified to perform professional services.

(d)    <u>Preclusion of Other Employment Due to Acceptance of the Cases</u>: Professionals of HFC have devoted time and resources to these cases, to the possible preclusion of involvement in other matters.

(e)    <u>Customary Fees for the Type of Services Rendered</u>:  HFC believes that the fees requested and the hourly rates set forth herein are consistent fees typically charged for the type of services rendered in cases of this magnitude and complexity. The hourly rates charged by HFC in this Application are comparable to the rates that HFC would charge to a non-bankruptcy client for work of a similar nature and complexity.

(f)    <u>Whether the Fee is Fixed or Contingent</u>:  Pursuant to section 330(a) of the Bankruptcy Code, HFC's fee is subject to Court approval, and is primarily based upon hourly rates and does not involve any fixed or flat fees.  Compensation is "contingent" only in the sense that there are risks of non-allowance or non-payment.

(g)    <u>Time Limitations Imposed by the Client or Other Circumstances</u>:  Certain tax filing deadlines have been applicable herein.

(h)    <u>The Amount Involved and Results Obtained</u>:  HFC shows that the Trustee, with the assistance of all professionals involved, has achieved a successful result in this case.

(i)    <u>The Experience, Reputation, and Ability of the Professional</u>:  HFC has extensive experience in bankruptcy matters. Its reputation and ability are well known to the Court.

(j)    <u>Undesirability of the Case</u>:    This factor is inapplicable to the present Chapter 7 cases.

(k)    <u>Nature and Length of Professional Relationship with the Client</u>:  HFC was employed by the Trustee as his accountants in this bankruptcy case. Thus, the professional relationship is an ongoing one.

(l)    <u>Awards in Similar Cases</u>:  HFC is regularly awarded compensation in Chapter 7 and Chapter 11 cases on the same basis as requested herein.

12.

In connection with the provision of services as set forth herein above, Applicant has incurred expenses in the amount of $5,829.66. The majority of the expenses being income taxes owed by the bankruptcy estate but paid by the Trustee's firm. Expenses are summarized on **Exhibit "A"** and itemized on **Exhibit "C"** attached hereto and incorporated herein. Applicant seeks allowance of said expenses as reasonable and necessarily incurred.

13.

No agreement or understanding exists between HFC and any other person for the sharing of compensation to be received for services rendered in connection with this case.  All services for

which compensation is requested were performed for the Trustee and the estate and not on behalf of any committee, creditor or any other person or persons.

14.

Based on the foregoing, Applicant seeks interim allowance of $52,639.00 as compensation for the period covered by this Application. Applicant shows that compensation in such amount is reasonable compensation based on the nature, the extent, and the value of services rendered, the time spent to provide such services, and the cost of comparable services other than in a bankruptcy case.

15.

Attached hereto as Exhibit "D" is a Declaration of S. Gregory Hays, Managing Principal of Applicant, confirming the facts set out in the Application and exhibits hereto.

**WHEREFORE**, Applicant respectfully prays:

a.      That Applicant be allowed interim compensation in the amount of $52,639.00.00 as and for the reasonable value of services rendered in connection with its retention as accountants for the Trustee for the Application Period;

b.      That Applicant be allowed the sum of $5,829.66 for the reimbursement of out-of-pocket expenses incurred in this case during the Application Period;

c.      that the Court authorize payment of amounts allowed as deemed appropriate and equitable by the Court from the fund available in the bankruptcy estate; and

d.      that the Court grant such other and further relief as may be just and proper.

Respectfully submitted, this 13th day of November, 2019.

_/s/ S. Gregory Hays_
S. Gregory Hays

2964 Peachtree Rd, NW  Ste. 555
Atlanta, Georgia 30305
(404) 926-0060

**Exhibit "A" Follows**

**Hays Financial Consulting, LLC**
2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

**Todd Anthony Shaw**
**Case # 09-61855-BEM**

**For the Period from   11/16/2009  to  9/30/2019**

October 3, 2019

Professional Services

|  | Hours | Amount |
|---|---|---|
| Accounting | 17.60 | 5,249.00 |
| Fee / Employment Applications & Objection | 3.50 | 1,050.00 |
| Tax Issues | 163.40 | 46,340.00 |
| **For professional services rendered** | **184.50** | **$52,639.00** |

Additional Charges :

|  | |
|---|---|
| Copying Cost | 286.65 |
| Estate Taxes Paid | 4,821.34 |
| Expense Reports | 26.00 |
| Fax | 1.25 |
| Federal Express | 53.27 |
| Lexis | 76.02 |
| Postage | 142.01 |
| Tax Return Filing Fees | 423.12 |
| **Total costs** | **$5,829.66** |

| **Total amount of this bill** | **$58,468.66** |
|---|---|

# Hays Financial Consulting, LLC

2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

**Todd Anthony Shaw**
**Case # 09-61855-BEM**

**For the Period from   11/16/2009  to  9/30/2019**

October 3, 2019

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| Dick Atcheson | 1.90 | 475.00 |
|  | 250.00/hr |  |
| James R. Jennings, CPA | 140.30 | 39,682.50 |
|  | 282.84/hr |  |
| Kathryn A. Malek, PHR | 0.20 | 34.00 |
|  | 170.00/hr |  |
| Robert E. Meehan, CPA | 1.30 | 325.00 |
|  | 250.00/hr |  |
| Scott S. Askue | 40.80 | 12,122.50 |
|  | 297.12/hr |  |
| **For professional services rendered** | **184.50** | **$52,639.00** |

Additional Charges :

| | |
|---|---|
| Copying Cost | 286.65 |
| Estate Taxes Paid | 4,821.34 |
| Expense Reports | 26.00 |
| Fax | 1.25 |
| Federal Express | 53.27 |
| Lexis | 76.02 |
| Postage | 142.01 |
| Tax Return Filing Fees | 423.12 |
| **Total costs** | **$5,829.66** |
| **Total amount of this bill** | **$58,468.66** |

CFE - Certified Fraud Examiner                                    CPA - Certified Public Accountant
CIRA - Certified Insolvency and Restructuring Advisor            PHR - Professional in Human Resources
CTP - Certified Turnaround Professional

**Exhibit "B" Follows**

**Hays Financial Consulting, LLC**
2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

**Todd Anthony Shaw**
**Case # 09-61855-BEM**

For the Period from   11/16/2009  to  9/30/2019

October 3, 2019

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| | **Accounting** | | |
| 12/9/2009 KAM | Prepared amended W-9 in preparation for incoming wire transfer. | 0.20<br>170.00/hr | 34.00 |
| 12/14/2009 SSA | Drafted email to Kathy Malek regarding posting of receipt form ZEI and allocation of same. | 0.20<br>275.00/hr | 55.00 |
| 1/28/2010 SSA | Reviewed and verified transactions during December 2009. | 0.20<br>300.00/hr | 60.00 |
| 4/27/2010 SSA | Reviewed receipt of funds from Universal Music. Drafted email to Wayne Terry regarding allocation of same. | 0.70<br>300.00/hr | 210.00 |
| 10/1/2012 SSA | Updated report of royalty payments to date. | 0.20<br>300.00/hr | 60.00 |
| 10/3/2012 SSA | Reviewed royalty statement for first half of 2012. | 0.20<br>300.00/hr | 60.00 |
| 9/9/2013 SSA | Reviewed file and drafted email to Wayne Terry regarding outstanding balance owed to Zomba on note. | 0.50<br>300.00/hr | 150.00 |
| 10/4/2013 SSA | Reviewed and scheduled most recent royalty payment. | 0.30<br>300.00/hr | 90.00 |
| 11/1/2013 SSA | Reviewed settlement, transaction history and other information relating to the music and royalties from same.  Drafted email to Todd Applebaum regarding same. | 1.00<br>300.00/hr | 300.00 |
| 4/23/2014 SSA | Reviewed file and drafted email to attorney for Zomba regarding status of royalty payments and Zomba's equity in same. | 0.40<br>300.00/hr | 120.00 |
| 6/20/2014 SSA | Drafted follow up email to Universal Music regarding payments to secured lender. | 0.20<br>300.00/hr | 60.00 |
| 10/29/2014 SSA | Reviewed status of funds received to date.  Drafted email to Robert Allen and Anthony Saragueta regarding status of Zomba loan. | 0.70<br>300.00/hr | 210.00 |
| 11/18/2014 SSA | Researched for contact information at Sony regarding balance owed on note to Zomba.  Drafted email to Ellen Hochberg regarding same.  Prepared updated analysis of estimated balance owed based on receipts into the bankruptcy estate. | 0.60<br>300.00/hr | 180.00 |
| 6/8/2016 SSA | Reviewed filed and drafted email to Mike Bargar regarding balance owed on secured note. Telephone call from Mr. Bargar regarding same. | 0.60<br>300.00/hr | 180.00 |
| 7/19/2016 SSA | Reviewed status of case and drafted email to Mike Bargar regarding contact with Zomba regarding loan balance. | 0.40<br>300.00/hr | 120.00 |
| 7/25/2016 SSA | Reviewed email from Zomba regarding funds withheld for distribution to Dangerous Music. Drafted detailed email to Mike Bargar regarding resolution of Zomba's secured claim. | 1.00<br>300.00/hr | 300.00 |

**Todd Anthony Shaw**

Page    2

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/16/2016 SSA | Telephone call from Mike Bargar regarding discussions with Sony and Universal Music regarding royalty payments. | 0.20<br>300.00/hr | 60.00 |
| 9/8/2016 SSA | Reviewed email from Universal Music regarding the status of their loan payoff. Drafted email to Mike Bargar regarding additional information needed. | 0.30<br>300.00/hr | 90.00 |
| 4/3/2017 SSA | Processed semi-annual royalty payments and calculated secured lender claim. | 0.40<br>300.00/hr | 120.00 |
| 5/4/2017 SSA | Recorded receipt of royalty check. Updated loan payoff calculation. | 0.40<br>300.00/hr | 120.00 |
| 6/7/2017 SSA | Telephone call from Mike Bargar regarding his discussion with counsel for secured lender and royalties owed on loan. | 0.20<br>300.00/hr | 60.00 |
| 8/28/2017 SSA | Reviewed file and drafted email to Mike Bargar regarding loan balance. | 0.20<br>300.00/hr | 60.00 |
| 4/18/2018 SSA | Drafted letters to Universal Music Publishing and Universal Music Group regarding change of contact information. Updated report of royalty receipts to date to calculated estimated secured loan balance. | 1.30<br>300.00/hr | 390.00 |
| 7/31/2018 SSA | Reviewed documents requested on Rule 2004 examination request. Drafted email to Michael Bargar regarding additional information needed for determination on note balance. | 0.30<br>300.00/hr | 90.00 |
| 8/21/2018 SSA | Reviewed response from Universal Music to 2004 exam and funds paid towards loan to date. | 0.40<br>300.00/hr | 120.00 |
| 9/4/2018 SSA | Reviewed file. Reviewed and responded to email from Mike Bargar regarding accounting for loan and information for same. | 0.40<br>300.00/hr | 120.00 |
| 11/9/2018 SSA | Reviewed and responded to email from Mike Bargar regarding accounting production from Sony. | 0.20<br>300.00/hr | 60.00 |
| 11/12/2018 SSA | Reviewed documents produced by Sony regarding to the loan payoff. Researched basis for spike in music royalties. Drafted email regarding findings. | 1.50<br>300.00/hr | 450.00 |
| 12/19/2018 SSA | Reviewed account receipts. Drafted email to Mike Bargar regarding same. | 0.30<br>300.00/hr | 90.00 |
| 4/18/2019 SSA | Reviewed documents from Sony Music. Calculated estimated overpayment on final payment to Sony. | 1.00<br>300.00/hr | 300.00 |
| 5/20/2019 SSA | Discussed royalty income and other issues with Jim Jennings relating to tax estimation payments. | 0.20<br>300.00/hr | 60.00 |
| 8/9/2019 SSA | Reviewed claims and prepared analysis for an interim distribution. | 1.20<br>300.00/hr | 360.00 |
| 9/27/2019 SSA | Prepared updated distribution analysis. Calculated expected updated claims and impact on distribution. Prepare analysis of funds received and disbursed to date. | 0.90<br>300.00/hr | 270.00 |
| 9/30/2019 SSA | Updated analysis for interim distribution and royalties payments received. Updated report of royalties received. | 0.80<br>300.00/hr | 240.00 |
| | Subtotal | 17.60 | 5,249.00 |

**Fee / Employment Applications & Objection**

| | | | |
|---|---|---|---|
| 8/12/2019 SSA | Prepared exhibits for fee application. | 2.20<br>300.00/hr | 660.00 |
| 8/13/2019 SSA | Completed drafting fee application and preparation of exhibits to same. | 1.30<br>300.00/hr | 390.00 |
| | Subtotal | 3.50 | 1,050.00 |

**Todd Anthony Shaw**

Page      3

|  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|

### Tax Issues

| Date | By | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/16/2009 | REM | Reviewed tax issues regarding copyright royalties, liens, and abandonment's. | 1.30 250.00/hr | 325.00 |
| 11/18/2009 | DA | Researched tax impact of proposed settlement. | 0.60 250.00/hr | 150.00 |
|  | SSA | Reviewed tax impact of settlement with Zomba. Drafted email to Bob Meehan regarding same. Discussed same with Frank White. Drafted email to Wayne Terry regarding treatment of 1099s by ZEI. | 2.00 275.00/hr | 550.00 |
| 11/19/2009 | SSA | Telephone call from Frank White regarding hearing and tax issues with distribution. | 0.30 275.00/hr | 82.50 |
| 11/20/2009 | DA | Discussions with Scott Askue and the Trustee as to the tax issues involved with the proposed settlement to the Estate . | 0.40 250.00/hr | 100.00 |
|  | SSA | Reviewed stipulation relating to Zomba motion for relief from stay. Telephone call from Frank White regarding same. Tax research on same. Discussed tax issues with the Trustee. | 1.00 275.00/hr | 275.00 |
| 11/23/2009 | SSA | Reviewed email from Wayne Terry regarding issuing of 1099's. Telephone call from Frank White regarding same. Reviewed email from Mr. White regarding same. | 0.50 275.00/hr | 137.50 |
| 12/2/2009 | SSA | Prepared and drafted email to Frank White regarding W-9 for payment from ZEI. | 0.30 275.00/hr | 82.50 |
|  | SSA | Drafted letter to Terry Wayne representing ZEI regarding payment of funds to the Trustee. | 0.40 275.00/hr | 110.00 |
| 1/6/2010 | SSA | Reviewed proof of claim filed by the IRS. | 0.30 300.00/hr | 90.00 |
| 1/14/2010 | DA | Drafted a letter to the IRS to respond to their request for tax returns for tax years 2003 forward. | 0.20 250.00/hr | 50.00 |
| 8/27/2010 | DA | Additional research on the tax impact of royalty settlement and assignment. | 0.70 250.00/hr | 175.00 |
| 9/14/2010 | SSA | Reviewed tax treatment of the abandoned music royalties. | 0.50 300.00/hr | 150.00 |
| 4/11/2011 | SSA | Reviewed recoveries and tax issues for preparation of tax return. | 0.30 300.00/hr | 90.00 |
| 4/13/2011 | JRJ | Prepared tax projection and extension for Federal and GA returns. | 1.60 275.00/hr | 440.00 |
| 4/14/2011 | JRJ | Prepared 2010 Federal and State extensions (including payments) | 0.80 275.00/hr | 220.00 |
| 7/22/2011 | JRJ | Discussed cash activity with Scott Askue (royalty income). Researched for 2009 files. Drafted email to Monica Renaud regarding 2009 return. | 1.00 275.00/hr | 275.00 |
|  | SSA | Prepared report of receipts and disbursements for preparation of year 2010 tax return. | 0.30 300.00/hr | 90.00 |
| 7/25/2011 | JRJ | Researched prior year files. Confirmed filing or non-filing of 2009 Estate income tax returns. | 1.00 275.00/hr | 275.00 |
|  | JRJ | Prepared draft of 2010 Form 1041 and Georgia Form 501, income tax return of the estate. Reviewed all receipts and disbursements (2.4). Prepared form 1040 and Form 500 attachments (1.0) | 3.40 275.00/hr | 935.00 |
| 7/26/2011 | JRJ | Finalized accounting for 2010 prior to preparing returns. | 1.00 275.00/hr | 275.00 |
| 7/28/2011 | JRJ | Prepared and finalized Federal and Georgia income tax returns for year ended 12/31/2010 (3.0). Drafted e-mail to Monica Renaud and Scott Askue regarding 2009 issues (0.1). | 3.10 275.00/hr | 852.50 |
| 8/3/2011 | JRJ | Met with Monica Renaud regarding files on Todd Shaw and background of royalty income and non filing in 2009. | 1.00 275.00/hr | 275.00 |

**Todd Anthony Shaw**

Page       4

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/4/2011 | JRJ | Discussed issue of 2009 royalty income with Scott Askue. | 0.20 275.00/hr | 55.00 |
| | JRJ | Finalized accounting for 2010 pursuant to finalizing income tax returns. | 1.60 275.00/hr | 440.00 |
| 9/9/2011 | SSA | Reviewed and approved Federal and state tax returns. | 0.40 300.00/hr | 120.00 |
| 9/12/2011 | JRJ | Discussed 2010 Federal and State income tax returns with Scott Askue. Discussed balance due in Georgia. Discussed estimated payments to be prepared. Prepared estimated coupons and prepared check requests for 2011 estimated payments. Finalized return and processed for signature. | 1.80 275.00/hr | 495.00 |
| 9/13/2011 | JRJ | Prepared 2009 Income tax returns of the Bankruptcy Estate including Form 1040 attachment-set up (1.0), Form 1041 and Form 501 (1.0). Prepared memo to file of unreported royalty income, abandonment of portion of asset and earned but unpaid royalties (1.0). | 3.00 275.00/hr | 825.00 |
| 12/13/2011 | SSA | Met with Jim Jennings regarding taxable income for year 2009. Prepared analysis of income by year per settlement. | 0.80 300.00/hr | 240.00 |
| | JRJ | Met and discussed prior year royalty income earned with Scott Askue. Discussed schedule to be prepared, by year, in order to determine extent of unreported royalty income for year ended 12/31/2009. Discussed methodology of bifurcating settlement proceeds received in 2009 between royalties earned in 2009 and royalties earned in years prior to 2009. | 0.40 275.00/hr | 110.00 |
| 12/14/2011 | JRJ | Prepared Power of Attorney and letter requesting Master File Transcript for Todd A. Shaw, Individually (pursuant to resolving royalty income reporting). Submitted to Trustee for signature on Power of Attorney. | 1.30 275.00/hr | 357.50 |
| 1/3/2012 | JRJ | Researched Federal and Georgia estimated tax payments made for 2011.  Researched 2010 extension payments made for Estate of Todd A. Shaw. Discussed Order signed by judge approving extension payments to IRS and Georgia Department of Revenue (payments made by Hays Financial Consulting earlier in year). Discussed voiding checks. Discussed at length with Scott Askue and Kathy Malek. Discussed regarding sending of reissued check to Georgia Department of Revenue for 2010 balance due. | 1.10 275.00/hr | 302.50 |
| 1/12/2012 | JRJ | Reviewed and responded to IRS Notice regarding Power of Attorney authorization for request of information on 1099s issued by royalty payors (pursuant to determining level of taxable income for year ended 12/312009). Wrote letter to IRS clarifying request and provided official documentation of appointment of Chapter 7 Trustee to the bankruptcy case. | 1.20 275.00/hr | 330.00 |
| 2/22/2012 | JRJ | Researched 2010/2011 checks prepared to IRS and GA. Dept. of Revenue. Discussed with Scott Askue and reviewed Orders issued in error. Discussed correction of problem with taxes paid versus tax checks to be voided. | 1.10 275.00/hr | 302.50 |
| | SSA | Reviewed status of tax payments and met with Jim Jennings regarding same. | 0.40 300.00/hr | 120.00 |
| 3/6/2012 | JRJ | Prepared Forms 4506-T (2 separate forms) request for tax transcripts, prior year income tax returns, prior year 1099s, in response to IRS correspondence received. Requested transcripts, returns, and 1099s for 2001-2008. Prepared package, including POA, for Certified Mailing. | 1.20 275.00/hr | 330.00 |

**Todd Anthony Shaw**

Page    5

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/23/2012 JRJ | Prepared Federal and Georgia extensions for year ended 12/31/2011. Researched income tax estimates and income for year. | 1.30 275.00/hr | 357.50 |
| 4/23/2012 JRJ | Prepared 2011 estate income tax return: reviewed prior year file. Reviewed estimated income tax payments made in 2011 for Federal and Georgia. Discussed same with Scott Askue | 0.70 275.00/hr | 192.50 |
| JRJ | Reviewed BMS data and prepared taxable income summary for single filer 1040. | 1.10 275.00/hr | 302.50 |
| JRJ | Prepared 2011 single filer Federal form 1040 and Georgia form 500 (pro forma return attachments to Form 1041 and form 501). | 1.10 275.00/hr | 302.50 |
| JRJ | Prepared 2011 Federal form 1041 Estate income tax return. Prepared Georgia Form 501 Estate income tax return. Assembled 1041/1040 and 501/500 package for review by Scott Askue. | 1.60 275.00/hr | 440.00 |
| JRJ | Prepared Federal form 8948 to accompany 2011 Federal form 1041. | 0.20 275.00/hr | 55.00 |
| JRJ | Prepared 2012 Federal and Georgia estimated tax coupons for Bankruptcy Estate of Todd Shaw. | 0.40 275.00/hr | 110.00 |
| 4/26/2012 JRJ | Received large package of Master File Transcript data for 2001-2008. Reviewed all 1040, 1099, and W-2 transcripts. Attempted to identify those payors of Royalties (pursuant to determining level of taxable income generated in 2009, the first post petition year of case). Discussed at length with Scott Askue. Agreed to prepare a schedule/analysis of 1099s received to compare to monies held in escrow lien account by Universal/Zomba. | 1.60 275.00/hr | 440.00 |
| 4/27/2012 JRJ | Prepared schedule and analysis of royalty payments from 2001-2008, pursuant to determining extent that Universal Publishing (aka Zomba) issued 1099s in pre petition years after receiving requested historical reporting information from IRS.  Identified payors of royalties previously unknown. Agreed to request subsequent years beginning with 2009 and search for additional payors whose payment streams may be the property of the Estate. | 1.90 275.00/hr | 522.50 |
| JRJ | Prepared 3rd request for taxpayer data, form 4506-T,  for years 2009-2011 for Todd A. Shaw.(w-2;1099). Submitted to Trustee for signature. | 1.20 275.00/hr | 330.00 |
| 4/30/2012 JRJ | Finalized 4506-T request for 2009,2010,2011 IRS data. Sent Certified Mail. | 0.40 275.00/hr | 110.00 |
| 6/6/2012 JRJ | Read and responded to IRS rejection of request for additional transcript data. Submitted response letter to Trustee for signature, pursuant to faxing package to IRS. | 1.00 275.00/hr | 275.00 |
| 6/8/2012 JRJ | Processed response to IRS Request for Transcript. Faxed to IRS. | 0.10 275.00/hr | 27.50 |
| 10/1/2012 JRJ | Researched information provided by IRS regarding prior years' earned income and 1099 reporting, pursuant to preparing 2009 Estate tax returns. Prepared memorandum on research, findings, and conclusions. | 1.80 275.00/hr | 495.00 |
| 10/3/2012 JRJ | Telephone call to IRS RAIVS Division to discuss status of additional information requested on Todd Shaw (years 2000-2008). | 0.40 275.00/hr | 110.00 |
| JRJ | Prepared revised 2009 Form 1041 and Georgia Form 501 for Bankruptcy Estate of Todd Shaw. | 1.90 275.00/hr | 522.50 |
| 10/4/2012 JRJ | Revised 2009 pro forma Federal 1040 and Georgia 500 in accordance with settlement agreement with Zomba. Discussed same with Scott Askue. | 1.60 275.00/hr | 440.00 |

**Todd Anthony Shaw**

Page   6

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/4/2012 | SSA | Met with Jim Jennings regarding background of royalties earned and other issues for tax returns. | 0.20<br>300.00/hr | 60.00 |
| | JRJ | Organized 2009 files including 1099 research. | 1.00<br>275.00/hr | 275.00 |
| | JRJ | Finalized and processed 2009 Forms Federal 1041/1040, and Georgia 501/500. Discussed and submitted to Scott Askue for review/comment. | 2.10<br>275.00/hr | 577.50 |
| 10/8/2012 | JRJ | Prepared amended 2010 Federal return to correct extension payment (to file corrected return for 505b request). | 1.20<br>275.00/hr | 330.00 |
| | JRJ | Prepared Rule 505(b) letter for Bankruptcy Estate for year ended 12/31/2010 (form 1041). | 1.00<br>275.00/hr | 275.00 |
| | JRJ | Prepared Rule 505(b) Request for Prompt Determination for 12/31/2010 Georgia Fiduciary return of Bankruptcy Estate. | 1.00<br>275.00/hr | 275.00 |
| 10/9/2012 | JRJ | Finalized 2009 Form 1041 and GA. Form 500 after Scott Askue review and comments. Prepared Federal and Georgia check requests. | 1.20<br>275.00/hr | 330.00 |
| 10/11/2012 | JRJ | Finalized 2009 Federal and Georgia return. Met with Trustee for signature. | 0.40<br>275.00/hr | 110.00 |
| | JRJ | Finalized 2010 amended Federal return for overpayment issue. Met with Trustee regarding same and 505(b) returns to file. | 0.30<br>275.00/hr | 82.50 |
| 10/15/2012 | JRJ | Finalized, processed and mailed 2010 Form 1041 amended return. | 1.00<br>275.00/hr | 275.00 |
| 10/18/2012 | JRJ | Finalized, processed and mailed 2009 Form 1041/1040 and Georgia form 501/500. | 0.40<br>275.00/hr | 110.00 |
| 11/13/2012 | JRJ | Reviewed and responded to IRS Notice regarding assignment of Federal ID number. Requested deactivation of incorrect ID number. Sent copy of 2009 return along with letter. | 0.40<br>275.00/hr | 110.00 |
| | JRJ | Researched 2010 tax file in order to respond to Georgia assessment Notice received for year ended 12/31/2010 (missing payments). | 0.40<br>275.00/hr | 110.00 |
| 11/14/2012 | JRJ | Researched income tax payment that was approved by Court order 114 which is reported as unpaid on Georgia DOR Notice for year ended 12/31/2010, which assesses income tax, penalties, and interest. Reviewed checks that were voided in 2011 and check that was "stopped payment" in 2012. Researched files in order to ascertain problem. | 1.20<br>275.00/hr | 330.00 |
| | JRJ | Prepared two (2) check requests for tax due for year ended 12/31/2010 to Georgia Dept of Revenue (check was approved under Court Order but did not clear bank) and interest and penalties.  Submitted to Trustee for approval of tax payment. | 0.80<br>275.00/hr | 220.00 |
| 12/19/2012 | JRJ | Reviewed IRS Notice for tax interest and penalties. year ended 12/31/2010. Prepared two check requests. | 1.00<br>275.00/hr | 275.00 |
| 12/21/2012 | JRJ | Reviewed check requests for taxes to be paid for years ended 12/31/2009 and 12/31/2011. | 0.30<br>275.00/hr | 82.50 |
| 1/10/2013 | SSA | Reviewed outstanding administrative tax bill. Drafted email to the Trustee regarding payment of same. | 0.30<br>300.00/hr | 90.00 |
| 1/22/2013 | SSA | Reviewed tax bill. Drafted email to Kathy Malek regarding preparation of motion to pay administrative expense. | 0.20<br>300.00/hr | 60.00 |
| | JRJ | Prepared check request for IRS notice. | 0.20<br>275.00/hr | 55.00 |
| 2/19/2013 | JRJ | Read IRS Notice regarding assignment of Federal ID number to bankruptcy estate. Noted and filed for future correction. | 0.10<br>275.00/hr | 27.50 |

**Todd Anthony Shaw**

Page   7

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/28/2013 | JRJ | Lengthy phone conversation with IRS Revenue Officer Burton regarding whereabouts of Todd Shaw. Discussed my role in case and status of my Power of Attorney executed by Trustee regarding search for individual income tax transcripts on Todd Shaw for 2001-2008. Agreed to Revoke Power of Attorney.  Researched Power of Attorney on file. Prepared Revocation Notice and faxed to IRS Revenue Officer Burton at his request. | 1.20 275.00/hr | 330.00 |
| 4/2/2013 | JRJ | Reviewed transaction activity in order to determine whether extension payments need to be made for y/e 12/31/12. | 0.40 275.00/hr | 110.00 |
| 4/4/2013 | JRJ | Reviewed transaction reports for 2012. Prepared taxable income and estimated GA tax for 2012. Drafted email to Scot Askue regarding same (GA extension payment). | 1.00 275.00/hr | 275.00 |
| 4/5/2013 | JRJ | Reviewed 2012 activity, calculated Georgia taxes due, and prepared Federal and Georgia extensions. Prepared check request for Georgia extension. | 1.10 275.00/hr | 302.50 |
| 4/12/2013 | JRJ | Processed Federal extension for year ended 12/31/2012. | 0.90 275.00/hr | 247.50 |
| 6/6/2013 | JRJ | Filed Revocation of Power of Attorney at request of Revenue Officer. | 1.00 275.00/hr | 275.00 |
| 7/18/2013 | JRJ | Read IRS Notice which shows credits on account. Finalized 2011 return and prepared check request. | 1.10 275.00/hr | 302.50 |
| 7/30/2013 | JRJ | Reviewed transaction activity for 2012. Prepared taxable income summary, receipts and disbursements schedule, proof of cash/bank reconciliation. | 1.80 275.00/hr | 495.00 |
| | JRJ | Prepared draft of 2012 Federal and State (GA) pro forma Form 1040 (for stacking with Form 1041). | 1.70 275.00/hr | 467.50 |
| 7/31/2013 | JRJ | Prepared draft of form 2012 form 1041 for stacking with 1040 return. | 1.40 275.00/hr | 385.00 |
| 8/2/2013 | JRJ | Reviewed corrected and finalized/processed final 2012 Federal Form 1041/1040 and Georgia Form 501/500. Submitted to Trustee for review/comment/signature. | 2.90 275.00/hr | 797.50 |
| 8/12/2013 | JRJ | Finalized and processed 2012 Federal and state tax returns for Bankruptcy Estate. | 0.60 275.00/hr | 165.00 |
| 8/28/2013 | JRJ | Finalized and processed 2011 federal return. Discussed Georgia return with Scott Askue. | 0.80 275.00/hr | 220.00 |
| | JRJ | Finalized 2011 Georgia estate income tax return. Prepared check request. | 0.80 275.00/hr | 220.00 |
| | SSA | Discussed tax issues with Jim Jennings. | 0.20 300.00/hr | 60.00 |
| 9/25/2013 | JRJ | Prepared Rule 505(b) Request for Prompt Determination for year ended 12/31/2012 Federal return and Georgia returns. | 1.00 275.00/hr | 275.00 |
| 10/16/2013 | JRJ | Reviewed notice sent by IRS for 2009 federal income taxes due. Researched returns filed/taxes paid. Prepared letter to IRS requesting support for assessment. | 1.00 275.00/hr | 275.00 |
| 10/28/2013 | JRJ | Reviewed 2013 cash receipts from schedule provided by Scott Askue. | 0.20 275.00/hr | 55.00 |
| 10/30/2013 | JRJ | Discussed taxability of 2013 recoveries with Scott Askue. Discussed timing of sale of royalty interest, remaining amounts owed to secured lender, and timing of filing fee applications. | 0.40 275.00/hr | 110.00 |
| | SSA | Met with Jim Jennings regarding taxability of transactions and projected taxes owed. | 0.30 300.00/hr | 90.00 |
| 11/18/2013 | JRJ | Read Notice from IRS to Bankruptcy Estate of Todd Shaw for year ended 12/31/2011.  Researched 2011 file and prepared  Reasonable Cause letter to IRS requesting removal of penalties. | 0.80 275.00/hr | 220.00 |

**Todd Anthony Shaw**

Page      8

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/20/2013 | JRJ | Researched and resubmitted check requests for income taxes for year ended 12/31/2009 for the Bankruptcy Estate of Todd Shaw (court approval). | 0.40 275.00/hr | 110.00 |
| 12/10/2013 | JRJ | Prepared second check request for 2011 taxes after receiving court approval. | 0.20 275.00/hr | 55.00 |
| 1/9/2014 | JRJ | Read Order for approval of 2011 GA Taxes. Discussed with Kathy Malek (regarding source documentation and processing for payment). | 0.10 275.00/hr | 27.50 |
| 1/13/2014 | JRJ | Processed 2011 GA filing of tax return after reviewing approved check amount. | 0.20 275.00/hr | 55.00 |
| 1/20/2014 | JRJ | Read and responded to IRS Notice of Intent to Levy for outstanding assessments relating to year ended 12/31/2011. | 0.50 275.00/hr | 137.50 |
| 2/19/2014 | JRJ | Had two phone conversations with Ms. Christiani of Georgia Dept of Revenue Bankruptcy Section regarding request for Prompt Assessment for year ended 12/31/12 and missing year's tax returns. Researched 2011, tax payments, approved court order, and faxed 35 pages of documents to Ms. Christiani. Discussed problem with incorrect Federal ID number assigned. Discussed locating all years except for 2011. | 1.00 275.00/hr | 275.00 |
| 2/22/2014 | JRJ | Additional research performed on Federal ID number discrepancy. Faxed recent notice from IRS to Ms. Christiani at Georgia Dept of Revenue, per her request (2011 issue with return filed and missing payment application). | 0.60 275.00/hr | 165.00 |
| 3/6/2014 | JRJ | Prepared 2013 Estate income tax return (Estate return and individual pro forma return) and Georgia estate income tax return. | 2.10 275.00/hr | 577.50 |
| | SSA | Prepared 2013 transaction reports for preparation of 2013 tax return. | 0.30 300.00/hr | 90.00 |
| 3/11/2014 | JRJ | Prepared IRS Appeal letter to Ms. De Calonne, Appeals Officer in Covington KY, and supporting documents for requesting removal of 2011 tax penalty assessments. | 1.20 275.00/hr | 330.00 |
| | JRJ | Prepared new IRS Power of Attorney to accompany submittal of Appeal Letter to Ms. Decallone of IRS Appeals Division. | 0.80 275.00/hr | 220.00 |
| 3/12/2014 | JRJ | Finalized IRS Appeal letter and package for year ended 12/31/2011 after Scott Askue review/comment. | 1.20 275.00/hr | 330.00 |
| 3/15/2014 | JRJ | Revised and corrected IRS Appeal letter for year ended 12/31/2011 after review by Trustee. Discussed same briefly with Trustee. | 1.00 275.00/hr | 275.00 |
| 3/24/2014 | SSA | Reviewed file and 2013 transactions for clarity on royalty issues. | 0.20 300.00/hr | 60.00 |
| 4/1/2014 | JRJ | Reviewed IRS Master File Transcript for Bankruptcy Estate of Todd Shaw for year ended 12/31/2009 (reconciled to Notice). | 0.40 275.00/hr | 110.00 |
| 4/14/2014 | JRJ | Read IRS Notice regarding Appeals status (year ended 12/31/2011). | 0.10 275.00/hr | 27.50 |
| 4/29/2014 | JRJ | Prepared Federal and Georgia 505b request packages. | 1.20 275.00/hr | 330.00 |
| 5/5/2014 | JRJ | Reviewed GA Notice for ye 12/31/13. Prepared Check request for payment due. | 0.50 275.00/hr | 137.50 |
| 8/8/2014 | JRJ | Reviewed IRS Appeal response letter to 2011 penalties. Contacted Christine Williams, Appeals Tax Specialist in Ogden UT and left lengthy voicemail regarding clarification of her version of facts as communicated in her letter. | 0.20 275.00/hr | 55.00 |
| 8/18/2014 | JRJ | Reviewed IRS Appeal letter response and prepared comments and recommendation regarding same. | 0.80 275.00/hr | 220.00 |

**Todd Anthony Shaw**

Page    9

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/29/2014 | JRJ | Reviewed notice from GA DOR for year ended 12/31/13 and followed up. | 0.20<br>275.00/hr | 55.00 |
| 9/26/2014 | JRJ | Read and responded to IRS Notice of Intent to Levy for year ended 12/31/2011. | 0.40<br>275.00/hr | 110.00 |
| 10/6/2014 | SSA | Reviewed notice from Universal Music.  Prepared w-9 for future payments and drafted email to same. | 0.40<br>300.00/hr | 120.00 |
| 11/12/2014 | SSA | Reviewed account ledgers year 2014 transactions and tax filing requirements and planning. | 0.20<br>300.00/hr | 60.00 |
| 3/31/2015 | JRJ | Reviewed 2014 transaction data. Prepared 2014 Federal and Georgia taxable income summaries. | 1.00<br>275.00/hr | 275.00 |
| | SSA | Prepared report of 2014 activity for preparation of 2014 tax returns. | 0.20<br>300.00/hr | 60.00 |
| | JRJ | Prepared initial drafts of 2014 Federal and Georgia Estate income tax returns, Form 1041 and 501,  as well as  pro forma 1040 and GA form 500. | 1.90<br>275.00/hr | 522.50 |
| | JRJ | Finalized and processed 2014 returns of the bankruptcy estate. | 1.00<br>275.00/hr | 275.00 |
| 4/1/2015 | SSA | Reviewed 2014 transactions and verified 2014 tax returns. | 0.40<br>300.00/hr | 120.00 |
| 4/21/2015 | JRJ | Prepared 505(b) requests for Federal and Georgia 2014 Estate income tax returns of the Bankruptcy Estate of Todd A. Shaw. | 1.00<br>275.00/hr | 275.00 |
| 11/18/2015 | JRJ | Reviewed 2015 transaction activity  to date (thru 11/18/2015) cash receipts and disbursements. | 0.10<br>275.00/hr | 27.50 |
| 4/1/2016 | SSA | Prepared activity report for year 2015 for tax return. | 0.40<br>300.00/hr | 120.00 |
| 4/7/2016 | JRJ | Prepared Federal 2015 extension for bankruptcy estate of Todd Shaw after initial review of Form 2 data. | 1.30<br>300.00/hr | 390.00 |
| 11/4/2016 | JRJ | Reviewed income and expenses for 2016 ytd. Prepared estimated tax calculation for Federal and Georgia. | 0.80<br>300.00/hr | 240.00 |
| 11/9/2016 | SSA | Reviewed file and docket. Drafted summary of case and tax impact of transactions. | 0.40<br>300.00/hr | 120.00 |
| 4/10/2017 | JRJ | Reviewed 2016 data, prepared 2016 Federal extension for the bankruptcy estate of Todd Shaw. Set up for e-file and e-filed extension. | 1.40<br>300.00/hr | 420.00 |
| 4/12/2017 | JRJ | Reprocessed extension for paper filing after IRS rejected electronic filing (problem with Bankruptcy estates currently being researched by IRS). Prepared certified mailing package and sent in USPS mail. | 1.00<br>300.00/hr | 300.00 |
| 6/14/2017 | JRJ | Reviewed 2016 Form 2 and prior year file. Prepared taxable income summary. | 1.00<br>300.00/hr | 300.00 |
| | JRJ | Prepared 2016 pro forma Form 1040 and attachments. Prepared Georgia pro forma Form 500. | 1.90<br>300.00/hr | 570.00 |
| | JRJ | Prepared 2016 Federal Form 1041 and attachments. Prepared 2016 Georgia Form 501. | 2.10<br>300.00/hr | 630.00 |
| 7/1/2017 | JRJ | Finalized Form 1041/1040 and Georgia 501/500 for year ended 12/31/2016, after Scott Askue comments and processed returns. | 1.80<br>300.00/hr | 540.00 |
| | JRJ | Prepared Rule 505(b) Requests for Prompt Determination for Federal and Georgia 2016 Bankruptcy estate returns. | 1.00<br>300.00/hr | 300.00 |
| 12/11/2017 | SSA | Prepared 2017 transaction ledger for tax estimate. | 0.20<br>300.00/hr | 60.00 |
| 12/13/2017 | JRJ | Reviewed Form 2 year to date 2017. Prepared estimated Federal and Georgia taxable income, for purpose of filing motion to allow payment of estimated tax.<br>Communicated findings and recommended Federal and Georgia estimates to be paid. | 1.50<br>300.00/hr | 450.00 |

**Todd Anthony Shaw**

Page    10

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/8/2018 | JRJ | Prepared Federal 2017 pro forma federal Form 1040 for attaching to Federal Form 1041 after receiving updated Form 2 data. | 2.00 300.00/hr | 600.00 |
| | JRJ | Prepared Federal 2017 Federal Form 1041 Fiduciary Tax Return and attachments after receiving updated Form 2 data. | 1.00 300.00/hr | 300.00 |
| | JRJ | Prepared Georgia 2017 pro forma Form 500 and attachments after receiving updated Form 2 data. | 1.00 300.00/hr | 300.00 |
| | JRJ | Prepared Georgia 2017 Form 501 fiduciary tax return after receiving updated Form 2 data. | 1.00 300.00/hr | 300.00 |
| | SSA | Prepared account ledger for year 2017 for preparation of tax estimated payment and return. | 0.30 300.00/hr | 90.00 |
| 1/11/2018 | JRJ | Finalized Federal and Georgia fiduciary income tax returns for year ended 12/31/2017 and submitted to Trustee for review, comment, and execution. | 1.60 300.00/hr | 480.00 |
| | JRJ | Prepared Federal Rule 505b Requests for Prompt Determination for year ended 12/31/17 fiduciary income tax returns and processed accompanying copies of Federal returns. | 1.00 300.00/hr | 300.00 |
| | JRJ | Prepared Georgia Rule 505b Requests for Prompt Determination for year ended 12/31/17 fiduciary income tax returns and processed accompanying copies of Federal returns. | 1.00 300.00/hr | 300.00 |
| 2/5/2018 | JRJ | Reviewed 1099s issued to Bankruptcy Estate of Todd A Shaw and compared to actual receipts. Noted large discrepancies of approximately $50,000 and discussed with Scott Askue. Agreed to revise tax returns and report difference as nominee distribution to claimant/payer for portion not received by estate. | 0.50 300.00/hr | 150.00 |
| | JRJ | Revised Federal and Georgia pro forma 1040 and 500 for year ended 12/31/17, based on revised 1099s received from payors. | 1.00 300.00/hr | 300.00 |
| | JRJ | Revised Federal and Georgia 1041 and 501 for year ended 12/31/17 based on revised 1099s received from payors. | 1.00 300.00/hr | 300.00 |
| 2/6/2018 | JRJ | Reviewed corrected 1099s received today and updated presentation on tax returns. Finalized revised returns. | 1.00 300.00/hr | 300.00 |
| 2/22/2018 | SSA | Drafted summary of tax issues for application to pay administrative claim. | 0.20 300.00/hr | 60.00 |
| 4/11/2018 | JRJ | Processed and mailed Federal 1041, GA. 501, and 505b Requests for Prompt Determination for Federal and Georgia 2017 returns. | 0.60 300.00/hr | 180.00 |
| 5/30/2018 | SSA | Researched year 2017 1099s issues relating to correspondence from the IRS. | 0.30 300.00/hr | 90.00 |
| 5/31/2018 | JRJ | Had brief telephone conversation with Ashley Thomas of IRS regarding 1099 discrepancies on 12/31/17 return. Prepared Power of Attorney as requested and faxed to IRS. | 0.50 300.00/hr | 150.00 |
| 6/1/2018 | JRJ | Had follow up telephone conversation with Ashley Thomas of IRS regarding 1099 discrepancies on 12/31/17 return. Discussed IRS copies of additional 1099s reported personally in the name of Todd A. Shaw. Discussed obtaining copies of these. | 0.40 300.00/hr | 120.00 |
| 6/4/2018 | JRJ | Drafted letter to IRS representative Ashley Thomas regarding additional 1099s of Todd A. Shaw (matters concerning Request for Prompt Assessment under Rule 505b). | 0.70 300.00/hr | 210.00 |
| 6/5/2018 | SSA | Reviewed and commented on 1099s and letter to the IRS regarding document request relating to royalty payments. | 0.40 300.00/hr | 120.00 |

**Todd Anthony Shaw**

Page      11

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/11/2018 | SSA | Reviewed report of 1099s received by the Debtor between 2009 and current. Noted payments for further investigation. | 1.10 300.00/hr | 330.00 |
| 6/20/2018 | JRJ | Reviewed all 1099s issued to Todd Shaw personally from 2009-2017, provided under request from IRS. Analyzed royalty payors. Compiled list of royalty payors and total royalties paid by year. Analyzed trend and communicated this to Trustee counsel, pursuant to queries to be made with publishing houses in order to determine whether the Debtor is being paid royalties on creations that were in existence prior to the petition date.  Communicated findings and preliminary conclusions. | 1.40 300.00/hr | 420.00 |
| 6/26/2018 | JRJ | Analyzed 1099s and analysis sent to trustee counsel regarding royalty income. | 0.40 300.00/hr | 120.00 |
| 10/29/2018 | JRJ | Reviewed case transaction activity for 2018 and scheduled comments on same. | 0.10 300.00/hr | 30.00 |
| 12/13/2018 | SSA | Reviewed royalty payments and report of funds received by Sony. Drafted email to Michael Bargar regarding same. | 0.50 300.00/hr | 150.00 |
| 1/6/2019 | JRJ | Reviewed Form 2 activity for the year ended 12/31/18. Scheduled out income and expense items for reporting on 1040 and 1041. | 1.00 300.00/hr | 300.00 |
| | JRJ | Prepared draft of pro forma Form 1040 and Georgia form 500. | 1.40 300.00/hr | 420.00 |
| | JRJ | Prepared draft of Federal Form 1041 and Georgia Form 501. | 1.50 300.00/hr | 450.00 |
| 2/14/2019 | SSA | Prepared W-9 for additional payments from Universal Music. | 0.30 300.00/hr | 90.00 |
| 2/18/2019 | JRJ | Prepared Federal Form 1041 for year ended 12/31/18. Finalized and processed Federal return. | 1.00 300.00/hr | 300.00 |
| | JRJ | Prepared Georgia Form 501 for year ended 12/31/18. Finalized and processed Georgia return. | 1.00 300.00/hr | 300.00 |
| | JRJ | Prepared Rule 505(b) Request for Prompt Determination along with all required attachments for Form 1041 for year ended 12/31/2018. | 1.00 300.00/hr | 300.00 |
| | JRJ | Prepared Rule 505(b) Request for Prompt Determination along with all required attachments for Georgia Form 501 for year ended 12/31/2018. | 1.00 300.00/hr | 300.00 |
| 2/21/2019 | SSA | Drafted email to Mike Bargar regarding taxes owed for 2018 royalty receipts. | 0.30 300.00/hr | 90.00 |
| 3/26/2019 | JRJ | Processed and mailed Federal and Georgia 2018 estate returns upon receipt of signed checks from the trustee. | 0.80 300.00/hr | 240.00 |
| 4/18/2019 | SSA | Reviewed field tax claims and tax liens. | 1.10 300.00/hr | 330.00 |
| 5/23/2019 | SSA | Prepared form 2, estimated setoffs and discussed estimated tax payment with Jim Jennings. | 0.90 300.00/hr | 270.00 |
| | JRJ | Researched new tax rates and std deduction and prepared projection for 2019 using actual and estimated royalty income and accrued unbilled case administration expenses. | 1.50 300.00/hr | 450.00 |
| 5/29/2019 | SSA | Reviewed filed tax claims. Researched nature of same. Telephone call to Fulton County Tax Commissioner's office, the IRS and the GA Department of Revenue regarding amendments to same. Drafted notes on resolution. | 2.50 300.00/hr | 750.00 |
| 6/3/2019 | JRJ | Finalized projection for 2019. Drafted email to trustee counsel regarding Motion to pay estimated taxes for 2019 | 0.90 300.00/hr | 270.00 |

**Todd Anthony Shaw**                                                    Page    12

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

| 6/19/2019 | JRJ | Revised projection of Federal and state estimated taxes after discussing with trustee counsel. Resubmitted totals for including in Motion to pay 2019 Federal and State estimated income taxes. | 1.00<br>300.00/hr | 300.00 |
| 7/16/2019 | SSA | Reviewed and verified content of motion to pay administrative tax claims. | 0.20<br>300.00/hr | 60.00 |
| 7/26/2019 | SSA | Reviewed and commented on notice from the IRS regarding post petition earnings of Mr. Shaw personally. | 0.40<br>300.00/hr | 120.00 |
| 7/30/2019 | JRJ | Discussed California tax notices for Todd Shaw assessments with trustee counsel. Discussed proposed research of sources of royalty income paid to Todd Shaw personally (from IRS records obtained), and reaching out to various royalty payers in order to confirm payments of royalties paid on songs created prior to petition date and post petition. Discussed same with trustee. | 0.70<br>300.00/hr | 210.00 |
| 8/9/2019 | JRJ | Reviewed Order allowing for the payment of 2019 Federal and Georgia estimated taxes for q3 2019 ($46,365 and $11,104, respectively). Researched and confirmed amounts. | 0.20<br>300.00/hr | 60.00 |
| 8/21/2019 | JRJ | Prepared estimated vouchers for 3rd quarter 2019 for Federal Form 1041 and Georgia Form 501. Processed and mailed. | 1.00<br>300.00/hr | 300.00 |
|  |  | Subtotal | 163.40 | 46,340.00 |
|  |  | **For professional services rendered** | **184.50** | **$52,639.00** |

**Exhibit "C" Follows**

**Hays Financial Consulting, LLC**

2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

Todd Anthony Shaw
Case # 09-61855-BEM

**For the Period from   11/16/2009  to  9/30/2019**

October 3, 2019

|  |  | <u>Amount</u> |
|---|---|---:|
| | <u>**Expenses**</u> | |
| 11/30/2009 | Copying cost for November 2009. | 4.95 |
| | Postage charges for November 2009. | 1.83 |
| 12/2/2009 | FedEx to Hemar, Rousso & Heald LLP | 10.50 |
| 12/31/2009 | Copying cost for December 2009. | 1.95 |
| | Fax charges for December 2009. | 0.75 |
| | Postage charges for December 2009. | 0.88 |
| 1/31/2010 | Copying cost for January 2010. | 1.50 |
| | Postage charges for January 2010. | 0.78 |
| 2/8/2010 | Lexis Nexis research fees for period ended 1/31/10 | 11.22 |
| 3/31/2010 | Postage charges for March 2010. | 1.83 |
| 4/30/2010 | Copying cost for April 2010. | 41.70 |
| 5/5/2010 | FedEx to Bank of America | 21.75 |
| 5/31/2010 | Copying cost for the month of May. | 0.90 |
| | Postage for the month of May. | 0.44 |
| 7/7/2010 | FedEx to Imperial Credit Corporation 6/17/10 | 21.02 |
| 7/31/2010 | Postage for month of July | 0.44 |
| | Copying cost for month of July | 1.20 |
| 8/23/2010 | Expense Report - Colt Conner for mileage, parking and filing fee for recording of Trustee Deed in property records. Parking:  $3.00 Mileage:  $11.00 Filing Fees:  $12.00 | 26.00 |
| 8/31/2010 | Postage for the month of August. | 0.88 |
| 10/31/2010 | Postage for October 2010. | 0.88 |
| 11/30/2010 | Faxes for the month of November 2010. | 0.50 |
| | Postage for the month of November 2010. | 0.44 |
| 12/31/2010 | Postage for December 2010. | 0.44 |
| 1/1/2011 | Photocopies for January 2011 | 0.60 |
| 4/14/2011 | Estimated tax payments included with 2010 Extension of time to file - IRS $1,600.00 and 2010 Extension of time to file - GA Department of Revenue $700.00 | 2,300.00 |
| 4/30/2011 | Copies for April 2011 | 2.10 |
| | Postage for April 2011 | 11.08 |
| 7/1/2011 | Copying cost | 8.85 |
| 8/26/2011 | Lacerte tax filing fees for period ended 8/16/11 | 100.44 |
| 9/30/2011 | Postage | 30.14 |
| 12/31/2011 | Postage | 5.59 |
| | Copying cost | 0.45 |
| 1/31/2012 | Copying cost | 1.50 |
| 3/31/2012 | Postage | 6.40 |
| 4/20/2012 | Lexis Nexis research fees for period ended 3/23/2012 | 64.80 |
| 4/30/2012 | Postage | 6.40 |
| 7/13/2012 | Lacerte tax filing fees 4/23/12 | 47.52 |
| 10/12/2012 | Bankruptcy estate taxes due. 2009 Income Tax:  $289.00 and 2009 State of Georgia Income Tax:  $382.00 | 671.00 |

**Todd Anthony Shaw**                                               Page       2

                                                                        Amount

| Date | Description | Amount |
|---|---|---|
| 10/31/2012 | Postage | 5.10 |
| | Copying cost | 29.55 |
| 4/12/2013 | Georgia Dept of Revenue Extension Payment | 50.00 |
| 4/30/2013 | Postage | 0.46 |
| 5/31/2013 | Copying cost | 13.50 |
| 8/31/2013 | Postage | 2.64 |
| | Postage | 1.52 |
| 9/30/2013 | Postage | 1.38 |
| 10/31/2013 | Postage | 7.08 |
| 11/30/2013 | Copying cost | 59.40 |
| 1/31/2014 | Postage | 2.12 |
| 3/11/2014 | 2014 Net Worth Tax | 26.00 |
| 3/31/2014 | Postage | 7.61 |
| 5/9/2014 | 12/31/13 GA Tax Due | 26.39 |
| 5/31/2014 | Postage | 3.64 |
| 7/23/2014 | Fast Tax software fees - 2013 | 25.00 |
| 8/31/2014 | 2013 corporate tax return to the IRS | 860.00 |
| | 2013 Georgia state tax | 27.95 |
| 9/30/2014 | Postage | 2.13 |
| 10/31/2014 | Copying cost | 45.90 |
| 11/30/2014 | Copying cost | 43.20 |
| 1/31/2015 | Copying cost | 0.30 |
| 2/28/2015 | Copying cost | 0.30 |
| 4/30/2015 | Postage | 5.81 |
| 9/30/2015 | 2014 tax software charges | 40.16 |
| 4/30/2016 | Postage | 0.49 |
| 7/8/2016 | Tax software charge-2015 - Form 1040 filing and processing. | 35.00 |
| | Tax software charge-2015 (Bankruptcy Estate) Form 1041 filing and processing. | 35.00 |
| 4/19/2017 | Postage - Tax return extension | 6.59 |
| 6/30/2017 | Georgia tax 2016 | 410.00 |
| | Federal income tax 2016 | 450.00 |
| 7/31/2017 | Postage | 6.86 |
| 8/31/2017 | 1040-2016 software filing and processing fee | 35.00 |
| | 1041-2016 software filing and processing fee | 35.00 |
| 1/31/2018 | Copying cost | 28.80 |
| 4/30/2018 | Postage | 8.93 |
| 10/25/2018 | Software charges 2017 (Form 1040) | 35.00 |
| | Software charges 2017 (form 1041) | 35.00 |
| 2/28/2019 | Postage | 3.80 |
| 3/31/2019 | Postage | 6.40 |
| 8/31/2019 | Postage | 1.00 |

Subtotal                                                        5,829.66

**Total costs**                                              **$5,829.66**

# Exhibit "D" Follows

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                :      CASE NO. 09-61855-BEM
                                      :
TODD ANTHONY SHAW,                    :        CHAPTER 7
                                      :
      Debtor.                         :

## DECLARATION

I, S. Gregory Hays, declare under penalty of perjury that:

1. I am the Managing Principal at Hays Financial Consulting, LLC ("HFC") and have
   knowledge of the facts set forth herein.

2. The facts set out in the foregoing First Interim Application for Allowance of Compensation
   and Reimbursement of Expenses of Hays Financial Consulting, LLC as Accountants to the
   Chapter 7 Trustee and in the exhibits attached thereto are true and correct to the best of my
   knowledge, information and belief. Those facts are known to me personally and by
   business records of HFC, maintained in the ordinary course of business, including time and
   reimbursement records made by personnel at HFC.


                                    _/s/ S. Gregory Hays_
                                    S. Gregory Hays

**CERTIFICATE OF SERVICE**

This is to certify that I caused to be served the foregoing *First Interim Application for Allowance of Compensation and Reimbursement of Expenses of Hays Financial Consulting LLC as Accounts to the Chapter 7 Trustee* causing a copy of same to be deposited in the United States Mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery to:

Office of the U.S. Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA  30303

Todd Anthony Shaw
1010 Forest Overlook Drive
Atlanta, GA 30331

This 13th day of November, 2019.

_  /s/ S. Gregory Hays_
S. Gregory Hays