UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-61855-BEM |
| | : | |
| TODD ANTHONY SHAW, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____ | : | |

**MOTION FOR AUTHORITY TO MAKE SECOND INTERIM DISTRIBUTION**

COMES NOW S. Gregory Hays, Chapter 7 trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Todd Anthony Shaw ("**Debtor**"), by and through undersigned counsel, and files this *Motion for Authority to Make Second Interim Distribution* ("**Distribution Motion**"). In support of the Distribution Motion, Trustee shows as follows:

**Jurisdiction and Venue**

1. This Bankruptcy Court has jurisdiction to hear this Distribution Motion under 28 U.S.C. §§ 157 and 1334. This Distribution Motion presents a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper before this Bankruptcy Court under 28 U.S.C. §§ 1408 and 1409.

**Background**

2. On January 26, 2009, (the "**Petition Date**"), Debtor and filed a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division (the "**Bankruptcy Court**"), initiating Bankruptcy Case No. 09-61855-BEM (the "**Bankruptcy Case**").

3. Trustee is the duly authorized and acting Chapter 7 Trustee for the Bankruptcy Estate.

15775163v1

4. Debtor filed this Bankruptcy Case as a no-asset case. [Doc. No. 1 at Page 1].

5. Nevertheless, the Trustee is currently holding $543,964.22 in the Bankruptcy Estate's bank account. The estate funds resulted from a November 24, 2009 stipulation between the Trustee and Zomba Recordings LLC ("**Zomba**") [Doc. No. 62] to split the continuing music royalties ("**Royalties**") owed to the Debtor with 20% being paid to the Bankruptcy Estate and 80% being paid to Zomba until Zomba's secured claim was satisfied. Due to the sampling of a Bankruptcy Estate composition resulting in a considerable increase in Royalties, the Zomba loan was satisfied in early 2019.

6. On November 13, 2019, Trustee filed a motion to make interim distributions [Doc. No. 171] (the "**First Motion to Make Interim Distributions**"), and, on December 19, 2019, the Court entered an order [Doc. No. 177] granting the First Motion to Make Interim Distributions. Thereafter, in accordance with the First Motion to Make Interim Distributions, Trustee made a 100% distribution to allowed, secured claimants; a 100% distribution to allowed, priority claimants; and a 3.0% initial distribution to timely filed, allowed, general unsecured claimants

7. Trustee intends to locate a purchaser for the bankruptcy estate's rights in the pre-petition compositions and future royalty payments. In the meantime, Trustee would like to make another interim distribution to holders of timely filed, non-priority general unsecured creditors.

8. To date, Trustee has recovered over $960,000.00 from the Bankruptcy Estate's share of the Royalties and has paid administrative expenses totaling $312,588.00 relating to costs associated with the maintenance and insurance on the Debtor's primary residence while listed for sale by the Trustee, bank and technology fees, allowed professional fees and expenses, and federal and state income taxes on royalty income.

15775163v1

9. The deadline for all creditors to file proofs of claim was March 9, 2010. [Doc. No. 69].

### Relief Requested

10. Trustee requests authority from the Bankruptcy Court to pay, through an interim distribution, a 31.1% distribution to timely filed, allowed, general unsecured claimants. All claim issues have been resolved and appropriate reserves have been made for fees and expenses associated with the final administration of the bankruptcy case. Attached hereto and incorporated herein by reference as Exhibit "A" is a detailed listing of the proposed distributions to creditors (the "**Interim Distribution Analysis**").

### Basis for Relief

11. Contemporaneously with this Distribution Motion, Trustee and the accountants employed in this Bankruptcy Case will file interim applications for compensation. In the interim application of Trustee, Trustee is requesting approval of $26,813.09 in interim compensation and $133.54 in reimbursement of expenses. The requested compensation of $26,813.09 represents the statutory allowance of compensation pursuant to 11 U.S.C. § 326 based on the distributions to date plus the proposed interim distributions of $467,964.22 (which includes proposed payments for interim fee applications of professionals—discussed below). Trustee is requesting authority from the Court to pay 100% of his requested interim compensation and 100% of his expenses for a total of $26,946.33.

12. In the interim application of Hays Financial Consulting, LLC ("**HFC**"), as accountants for Trustee, HFC is requesting approval of $12,240.00 in interim compensation and $111.00 in reimbursement of expenses. HFC is requesting authority from the Bankruptcy Court

for Trustee to pay 100% of its requested interim compensation and 100% of its expenses for a total of $12,351.00.

13.     Timely filed, allowed general unsecured claims total $1,379,885.56, as set forth on Exhibit "A." Trustee proposes to make an interim distribution of $428,666.59 (or a 31.1% payment) to holders of timely filed, allowed, general unsecured claims.

14.     The remaining funds for the reserves and additional administrative expense claims and the remaining, allowed, general unsecured claims will be approximately $76,000.00.[1]

WHEREFORE, Trustee respectfully requests that the Bankruptcy Court (i) grant this Distribution Motion, (ii) authorize an interim distribution in this Bankruptcy Case on approved claims based on the attached Interim Distribution Analysis, and (iii) grant such other and further relief as the Court may deem just and proper.

Respectfully submitted this 9th day of November, 2020.

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By: */s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    michael.bargar@agg.com

171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363
(404) 873-7030
(404) 873-7031 (facsimile)

---

[1] Contemporaneously with the filing of the instant Distribution Motion, Trustee will move the Court for authority to make 2020 Q4 tax payments to the Internal Revenue Service and the Georgia Department of Revenue.

15775163v1

## EXHIBIT "A" FOLLOWS

15775163v1

Todd Anthony Shaw
Case # 09-61855-bem

| | | | | |
|---|---|---|---|---|
| Cash in Bank (11/2/2020) | | | | $543,964.22 |
| | | | | |
| Reserve for Estimated Tax Payment, 4th Quarter 2020 (Federal) | | | | $22,000.00 |
| Reserve for Estimated Tax Payment, 4th Quarter 2020 (Georgia) | | | | $4,000.00 |
| General Reserve | | | | $50,000.00 |
| | | | | $76,000.00 |
| | | | | |
| Funds for Distribution | | | | $467,964.22 |

| Administrative Claims (Pending Fee Applications) | | Claim | | Proposed Payment |
|---|---|---|---|---|
| HFC | Fees & Exp (10/1/2019 - 9/30/2020) | $12,351.00 | | $12,351.00 |
| Trustee | Commission & Exp | $26,946.63 | | $26,946.63 |
| | | $39,297.63 | | **$39,297.63** |

**Proposed Distribution to Creditors**                                                                                                    **$428,666.59**

| Secured and Priority Claims | | Claim | Paid to Date | Proposed Payment | |
|---|---|---|---|---|---|
| Zomba Recording LLC | POC 2 - Paid in Full | $443,857.62 | $443,857.66 | $0.00 | |
| Internal Revenue Service | POC 3P Prioirty Claim | $34,604.28 | $34,604.28 | $0.00 | |
| Georgia Dept of Revenue | POC 5-2 Secured Claim | $36,112.34 | $36,112.34 | $0.00 | |
| | | $514,574.24 | $514,574.28 | **$0.00** | |
| Unsecured Claims | | | | | |
| Fulton County Tax | POC # 1 - Withdrawn (Dkt#155) | $0.00 | $0.00 | $0.00 | 0.0% |
| Internal Revenue Service | POC # 3Ua | $1,284,229.62 | $38,526.89 | $398,950.72 | 31.1% |
| Keenan Wilkins | POC # 4&7 - Disallowed (Dkt # 164&165) | $0.00 | $0.00 | $0.00 | 0.0% |
| Ronnie Jackson, Jr. | POC # 6-3 | $95,655.94 | $2,869.68 | $29,715.87 | 31.1% |
| | | $1,379,885.56 | $41,396.57 | **$428,666.59** | |

| Tardily Filed Unsecured Claims §726(a)(3) | | | | |
|---|---|---|---|---|
| Santander Consumer USA Inc. | POC # 8 | $8,941.03 | | $0.00 |

| Fines, Penalties Claims §726(a)(4) | | | | |
|---|---|---|---|---|
| Internal Revenue Service | POC 3Ub Penalties | $788,809.12 | | $0.00 |

**Total Interim Disributions**                                                                                                    **$467,964.22**

Funds Remaining in Bankruptcy Estate After Proposed Distributions                                                     $76,000.00

## CERTIFICATE OF SERVICE

This is to certify that on November 9, 2020, the undersigned caused to be served a true and correct copy of the forgoing *Motion for Authority to Make Second Interim Distribution* by depositing copies of same into the United States mail on the date set forth above, with adequate postage affixed thereto to assure delivery by regular first class mail to the following entities at the addresses stated:

Office of the U.S. Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA  30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road NW
Atlanta, GA 30305-2153

Todd Anthony Shaw
1010 Forest Overlook Drive
Atlanta, GA 30331

Montie Day
Day Law Offices
P.O. Box 1525
Williams, CA 95987

This 9th day of November, 2020.

By:*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709

15775163v1