UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-61855-BEM |
| | : | |
| TODD ANTHONY SHAW, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |

**SECOND INTERIM APPLICATION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF HAYS FINANCIAL
CONSULTING, LLC, AS ACCOUNTANTS TO THE CHAPTER 7 TRUSTEE**

**COMES NOW** Hays Financial Consulting, LLC ("**HFC**" or "**Applicant**"), accountants to S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for the above-styled case, and, pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016, and files this second interim application ("**Application**") seeking allowance of compensation in the amount of $12,240.00 and reimbursement of expenses in the amount of $111.00 for the period from October 1, 2019 through and including September 30, 2020 (the "**Application Period**"). In support hereof, Applicant shows as follows:

1.

On January 26, 2009 (the "**Petition Date**"), Todd Anthony Shaw ("**Debtor**") filed a voluntarily petition under Chapter 7 of Title 11 of the United States Code (11 U.S.C. § 101, *et seq.*, as amended, is hereinafter referred to as the "**Bankruptcy Code**"), initiating Case No. 09-61855-BEM (the "**Case**"). Shortly thereafter, Trustee was appointed, and he remains, the duly acting Chapter 7 trustee in this Case.

2.

On November 20, 2009, the Trustee filed an Application to Employ Hays Financial Consulting, LLC as Accountants for the Trustee [Doc. No. 60]. On November 23, 2009, an Order approving the employment of HFC as Accountants to the Trustee was entered [Doc. No. 61].

3.

Pursuant to this Application, Applicant seeks interim approval, allowance, and payment pursuant to §§ 330 and 331 of the Bankruptcy Code of compensation for services rendered as accountants for the Trustee incurred in connection therewith during the Application Period.

4.

The Applicant's first interim fee application [Docket No. 168] was filed on November 13, 2019 seeking allowance of compensation in the amount of $52,639.00 for fees incurred and $5,829.66 for reimbursement of expenses as accountants to the Trustee for the period November 16, 2009 through and including September 30, 2019. These fees and expenses incurred were deemed reasonable and necessary by the court and were ordered paid by the Trustee on December 19, 2019 [Doc. No. 176].

5.

For the period covered by this application, HFC devoted a total of not less than 41.2 hours in rendering services as accountants to the Trustee. Applicant has not previously been allowed or paid any compensation for the period covered by this application. Summaries of hours spent by subject area and by professional are attached as Exhibit "A".

6.

On November 13, 2019, the Trustee filed his Motion for Authority to Make Interim Distribution [Doc. No. 171] which was approved on December 19, 2019 [Doc. No. 176]. The Trustee paid a 100% distribution to allowed secured claimants, a 100% distribution to allowed priority claimants and a 3% distribution to timely filed, allowed, general unsecured claimants.

7.

The Trustee is currently holding $543,964.25 in the bankruptcy estate's bank account. The funds resulted from a November 24, 2009 stipulation between the Trustee and Zomba Recordings LLC ("**Zomba**") [Doc. No. 62] to split the continuing music royalties owed to the Debtor with 20% being paid to the bankruptcy estate and 80% being paid to Zomba until Zomba's secured claim is satisfied. Due to the 2016 sampling of an estate composition ("Recently Sampled Composition") and a considerable increase in royalties, the Zomba loan was satisfied in early 2019. The Trustee anticipates a gradual reduction in future royalty payments as the Recently Sampled Composition and past compositions age. The Trustee intends to locate a purchaser for the bankruptcy estate's rights in the pre-petition compositions and future royalty payments.

8.

Because of the additional time required to close the bankruptcy case, contemporaneously with the filing of this Application, Trustee has filed a second Motion for Authority to Make Interim Distribution, which proposes a 31% distribution to timely filed, allowed, general unsecured claimants. All claim issues have been resolved and appropriate reserves have been made for fees and expenses associated with the final administration of the bankruptcy case.

9.

In addition, the recent increase in royalties has created additional taxable income to the Bankruptcy Estate. The Trustee and other professionals are filing interim fee applications to offset some of the additional royalty income in year 2020, which will reduce the Bankruptcy Estate's tax liability.

10.

The services of the Applicant during the Application Period are summarized by category below.

    (a)    **Accounting.** This category includes time spent reviewing and analyzing royalty payments and monitoring of same along with the review and preparation of an analysis for the interim distribution to creditors.

    (b)    **Business Analysis.** This category includes time spent gathering historical data relating to royalty payments and mechanical sales of materials for a due diligence package to sell the bankruptcy estate's interests.

    (c)    **Fee / Employment Applications & Objection.** This category involves finalizing Applicant's first interim fee application and the exhibits attached to it.

    (d)    **Tax Issues.** This category includes activity by the Applicant including (1) analysis of the estate income from music royalties for year 2019 and the preparation of federal and state tax returns of the bankruptcy estate, (2) preparation of letters pursuant to code section 505(b), (3) preparation of Forms 1099, (4) review of receipts and calculation of estimated quarterly tax payments, and (5) responding and addressing issues raised by the IRS relating to the 2017 tax return.

11.

Applicant shows that all services were necessary to assist the Trustee in the proper and effective administration of the Debtor's estate and the exercise of the powers of the Trustee. Applicant shows that the fair and reasonable value of such services, and the costs of comparable services in a case not proceeding under the Bankruptcy Code, is not less than $12,240.00, based primarily on the normal hourly rates of providing such services and calculated using the "lodestar"

calculation of reasonable hourly rates multiplied by the number of hours actually expended, as summarized on Exhibit "A". The time expended and services performed by HFC are duly itemized and set forth in Exhibit "B" attached hereto and by reference incorporated herein and made part of this Application.

12.

Applicant shows that all services for which compensation during this Application Period is requested have been actually provided to the Debtor and/or the Trustee, and to no other parties, and have been necessary for the proper and effective administration of this case and for the benefit of the Debtor's estate and its creditors.

13.

Applicant's employees have substantial experience and expertise in providing financial and accounting services in bankruptcy cases and to fiduciaries in such cases. Applicant's employee hourly rates are fair and reasonable and the same as the cost for such services other than in a bankruptcy case.

14.

The compensation requested is allowable pursuant to the twelve factor test (the "Johnson Factors") set forth in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714, 717-19 (5th Cir. 1974), as modified and made applicable to bankruptcy cases by the Eleventh Circuit Court of Appeals in Grant v. George Schumann Tire & Battery Co., 908 F.2d 874 (11th Cir. 1990). The Johnson Factors and their applicability in these cases are as follows:

    (a)    Time and Labor Required: HFC expended 41.2 hours in performing services as accountants to the Trustee during the Application Period. The billing rates of the various professionals and other personnel who have performed services for the

Committee are detailed in HFC's billing statements, which are attached hereto as Exhibit "A".

(b)  <u>Novelty and Difficulty of Questions Presented</u>:  The work performed by HFC has involved issues of varying complexity, as set forth in substantial detail in the billing statements attached to this Application.

(c)  <u>Skill Requisite to Perform Professional Services:</u>  The Trustee selected HFC as its accountants because HFC's professionals possess substantial expertise and experience in bankruptcy and related fields and are well-qualified to perform professional services.

(d)  <u>Preclusion of Other Employment Due to Acceptance of the Cases:</u> Professionals of HFC have devoted time and resources to these cases, to the possible preclusion of involvement in other matters.

(e)  <u>Customary Fees for the Type of Services Rendered</u>:  HFC believes that the fees requested and the hourly rates set forth herein are consistent fees typically charged for the type of services rendered in cases of this magnitude and complexity. The hourly rates charged by HFC in this Application are comparable to the rates that HFC would charge to a non-bankruptcy client for work of a similar nature and complexity.

(f)  <u>Whether the Fee is Fixed or Contingent</u>:  Pursuant to section 330(a) of the Bankruptcy Code, HFC's fee is subject to Court approval, and is primarily based upon hourly rates and does not involve any fixed or flat fees.  Compensation is "contingent" only in the sense that there are risks of non-allowance or non-payment.

(g)  <u>Time Limitations Imposed by the Client or Other Circumstances</u>:  Certain tax filing deadlines have been applicable herein.

(h) <u>The Amount Involved and Results Obtained</u>: HFC shows that the Trustee, with the assistance of all professionals involved, has achieved a successful result in this case.

(i) <u>The Experience, Reputation, and Ability of the Professional</u>: HFC has extensive experience in bankruptcy matters. Its reputation and ability are well known to the Court.

(j) <u>Undesirability of the Case</u>: This factor is inapplicable to the present Chapter 7 cases.

(k) <u>Nature and Length of Professional Relationship with the Client</u>: HFC was employed by the Trustee as his accountants in this bankruptcy case. Thus, the professional relationship is an ongoing one.

(l) <u>Awards in Similar Cases</u>: HFC is regularly awarded compensation in Chapter 7 and Chapter 11 cases on the same basis as requested herein.

15.

In connection with the provision of services as set forth herein above, Applicant has incurred expenses in the amount of $111.00. Expenses are summarized on **Exhibit "A"** and itemized on **Exhibit "C"** attached hereto and incorporated herein. Applicant seeks allowance of said expenses as reasonable and necessarily incurred.

16.

No agreement or understanding exists between HFC and any other person for the sharing of compensation to be received for services rendered in connection with this case. All services for which compensation is requested were performed for the Trustee and the estate and not on behalf of any committee, creditor or any other person or persons.

17.

Based on the foregoing, Applicant seeks interim allowance of $12,240.00 as compensation for the period covered by this Application. Applicant shows that compensation in such amount is reasonable compensation based on the nature, the extent, and the value of services rendered, the time spent to provide such services, and the cost of comparable services other than in a bankruptcy case.

18.

Attached hereto as Exhibit "D" is a Declaration of S. Gregory Hays, Managing Principal of Applicant, confirming the facts set out in the Application and exhibits hereto.

**WHEREFORE**, Applicant respectfully prays:

a. That Applicant be allowed interim compensation in the amount of $12,240.00 as and for the reasonable value of services rendered in connection with its retention as accountants for the Trustee for the Application Period;

b. That Applicant be allowed the sum of $111.00 for the reimbursement of out-of-pocket expenses incurred in this case during the Application Period;

c. that the Court authorize payment of amounts allowed as deemed appropriate and equitable by the Court from the fund available in the bankruptcy estate; and

d. that the Court grant such other and further relief as may be just and proper.

Respectfully submitted, this 9th day of November, 2020.

                                         */s/ S. Gregory Hays*
                                         S. Gregory Hays

2964 Peachtree Rd, NW Ste. 555
Atlanta, Georgia 30305
(404) 926-0060

# Exhibit A

**Hays Financial Consulting, LLC**
2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

**Todd Anthony Shaw**
**Case # 09-61855-BEM**

For the Period from   10/1/2019   to   9/30/2020

October 5, 2020

Professional Services

|  | Hours | Amount |
|---|---:|---:|
| Accounting | 9.00 | 2,700.00 |
| Business Analysis | 7.90 | 2,370.00 |
| Fee / Employment Applications & Objection | 1.60 | 480.00 |
| Tax Issues | 22.70 | 6,690.00 |
| **For professional services rendered** | **41.20** | **$12,240.00** |

Additional Charges :

| | |
|---|---:|
| Federal Express | 25.19 |
| Postage | 11.90 |
| Tax Return Preparation | 73.91 |
| **Total costs** | **$111.00** |
| | |
| **Total amount of this bill** | **$12,351.00** |

# Hays Financial Consulting, LLC

2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

---

**Todd Anthony Shaw**
**Case # 09-61855-BEM**

**For the Period from    10/1/2019   to   9/30/2020**

October 5, 2020

Professional Services

|  | Hrs/Rate | Amount |
|---|---:|---:|
| James R. Jennings, CPA | 15.90 | 4,770.00 |
|  | 300.00/hr |  |
| Scott S. Askue | 24.50 | 7,350.00 |
|  | 300.00/hr |  |
| Theresa Brummer | 0.80 | 120.00 |
|  | 150.00/hr |  |
| **For professional services rendered** | **41.20** | **$12,240.00** |

Additional Charges :

| | |
|---|---:|
| Federal Express | 25.19 |
| Postage | 11.90 |
| Tax Return Preparation | 73.91 |
| **Total costs** | **$111.04** |
| **Total amount of this bill** | **$12,351.00** |

---

CFE - Certified Fraud Examiner                CPA - Certified Public Accountant
CIRA - Certified Insolvency and Restructuring Advisor    PHR - Professional in Human Resources
CTP - Certified Turnaround Professional

# Exhibit B

**Hays Financial Consulting, LLC**
2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

---

**Todd Anthony Shaw**
**Case # 09-61855-BEM**

For the Period from    10/1/2019    to    9/30/2020

October 5, 2020

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| | **Accounting** | | |
| 10/3/2019 SSA | Reviewed amended claim filed by creditor. Calculated interest and verified interest calculation methodology. Prepared updated distribution analysis. | 2.20<br>300.00/hr | 660.00 |
| 11/12/2019 SSA | Set up online access to royalty data. Prepared updated distribution analysis bases on funds held back that were received from Sony. | 1.30<br>300.00/hr | 390.00 |
| 3/30/2020 SSA | Reviewed and responded to email from Michael Bargar regarding payment of royalties. Set up account and reviewed royalty statements from Universal Music. | 0.80<br>300.00/hr | 240.00 |
| 5/8/2020 SSA | Reviewed funds received to date. Prepared analysis of same for estimated tax payments. Prepared distribution analysis for a second interim distribution. | 2.20<br>300.00/hr | 660.00 |
| 5/11/2020 SSA | Finalized analysis ad drafted email to Mike Bargar regarding proposed interim distribution and issues with same. | 0.60<br>300.00/hr | 180.00 |
| 9/10/2020 SSA | Set up portal for access to historic royalty payment data. Drafted email to Universal Music regarding same. | 1.00<br>300.00/hr | 300.00 |
| 9/21/2020 SSA | Reviewed funds received to date and drafted email to Mike Bargar regarding same. | 0.30<br>300.00/hr | 90.00 |
| 9/29/2020 SSA | Prepared second interim distribution analysis based on projected fees and tax reserves. | 0.60<br>300.00/hr | 180.00 |
| | Subtotal | 9.00 | 2,700.00 |
| | **Business Analysis** | | |
| 10/17/2019 SSA | Reviewed and researched issues regarding royalty payments. | 0.40<br>300.00/hr | 120.00 |
| 10/29/2019 SSA | Reviewed file and drafted email to Mike Bargar regarding royalty and payment information from Sony. | 0.30<br>300.00/hr | 90.00 |
| 11/4/2019 SSA | Reviewed status of case and drafted email to Mike Bargar regarding recoveries from Sony. Researched music industry and flow of royalties. | 1.50<br>300.00/hr | 450.00 |
| 2/6/2020 SSA | Reviewed and responded to email regarding funds collected by Sony. Reviewed documents and file regarding sources of income for preparation of due diligence file. | 0.70<br>300.00/hr | 210.00 |
| 2/10/2020 SSA | Reviewed and responded to email regarding turnover of funds by Sony. Emails regarding future funds and due diligence package. | 0.50<br>300.00/hr | 150.00 |
| 3/31/2020 SSA | Reviewed file for expected receipts in early April 2020 for estimated tax payment and due diligence package. | 0.50<br>300.00/hr | 150.00 |

**Todd Anthony Shaw**  Page  2

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 4/16/2020 | SSA | | Researched for available information and drafted email to and reviewed emails from Mike Bargar regarding royalty payments for due diligence package. | 0.50 300.00/hr | 150.00 |
| 9/15/2020 | SSA | | Access royalty payment data and began preparation of due diligence package. | 2.30 300.00/hr | 690.00 |
| 9/16/2020 | SSA | | Researched music generating royalties and future royalty streams for due diligence package. | 1.20 300.00/hr | 360.00 |
| | | | Subtotal | 7.90 | 2,370.00 |

### Fee / Employment Applications & Objection

| | | | | | |
|---|---|---|---|---|---|
| 10/3/2019 | SSA | | Updated and finalized interim fee application and exhibits to same. | 1.60 300.00/hr | 480.00 |
| | | | Subtotal | 1.60 | 480.00 |

### Tax Issues

| | | | | | |
|---|---|---|---|---|---|
| 10/29/2019 | SSA | | Researched industry standards and royalty payments. Reviewed 1099s from the IRS and prepared analysis of same. Drafted findings to help clear up issues prior to interim distribution. | 2.60 300.00/hr | 780.00 |
| 10/30/2019 | JRJ | | Reviewed year to date activity in order to assess 2019 tax filing requirements. | 0.40 300.00/hr | 120.00 |
| 11/1/2019 | SSA | | Reviewed file and drafted email to Jim Jennings regarding open matters and issues to be addressed on tax returns. | 0.30 300.00/hr | 90.00 |
| 11/4/2019 | SSA | | Prepared updated reports of 2019 activity and estimated transactions for estimation of 2019 taxes | 0.80 300.00/hr | 240.00 |
| 12/27/2019 | JRJ | | Reviewed q3 projection prepared for Bankruptcy Estate of Todd Shaw in order to confirm sufficiency of Federal and Georgia estimated tax payments. | 0.60 300.00/hr | 180.00 |
| 1/24/2020 | SSA | | Reconciled 1099s received for royalties received. | 0.30 300.00/hr | 90.00 |
| 1/27/2020 | JRJ | | Reviewed 2019 Trustee Form 2 activity. Prepared Federal and Georgia taxable income analysis. | 1.10 300.00/hr | 330.00 |
| | | JRJ | Prepared 2019 pro forma form 1040 for Bankruptcy Estate of Todd A. Shaw. | 1.50 300.00/hr | 450.00 |
| | | JRJ | Prepared 2019 pro forma Georgia Form 500 for Bankruptcy Estate of Todd A. Shaw. | 0.90 300.00/hr | 270.00 |
| | | JRJ | Prepared sensitivity analysis of Federal itemized vs standard deduction in order to maximize deductions and tax liability on Georgia income tax return. | 1.40 300.00/hr | 420.00 |
| 1/28/2020 | JRJ | | Prepared draft of Federal 1041 and attachments for year ended 12/31/19. | 1.40 300.00/hr | 420.00 |
| | | JRJ | Prepared draft of Georgia Form 501 and attachments for year ended 12/31/19. | 0.90 300.00/hr | 270.00 |
| 1/31/2020 | TB | | Prepared 1099 forms for year 2019. | 0.80 150.00/hr | 120.00 |
| 2/3/2020 | JRJ | | Revised income reporting on Form 1041 for year ended 12/31/19 after receipt and review of Form 1099 for Universal Music Publishing Inc. | 0.80 300.00/hr | 240.00 |
| 2/4/2020 | JRJ | | Performed final 1099 reconciliation and finalized and processed 2019 Federal Form 1041/1040 and Georgia Forms 501/500. Submitted to Trustee for signature. | 0.80 300.00/hr | 240.00 |
| | | JRJ | Prepared USC 505(b) request For Prompt Determination for 2019 Federal Form 1041/1040 and Georgia Forms 501/500. Submitted to Trustee for signature. | 1.30 300.00/hr | 390.00 |

**Todd Anthony Shaw**  Page  3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/6/2020 | SSA | Reviewed and verified content of 2019 tax return and taxes due. | 0.30 300.00/hr | 90.00 |
| 3/5/2020 | JRJ | Finalized and mailed 2019 Georgia return of Estate of Todd Shaw, as well as 505b Request for Prompt Determination after obtaining court approval for payment of Georgia income tax. | 0.60 300.00/hr | 180.00 |
| 5/8/2020 | JRJ | Analyzed and prepared 2nd quarter Federal and Georgia estimated taxes pursuant to filing a motion to pay. | 1.30 300.00/hr | 390.00 |
| 6/9/2020 | SSA | Reviewed prior motions to pay income tax estimates. Prepared motion edits and drafted email to Mike Bargar regarding 2020 payment estimates. | 0.50 300.00/hr | 150.00 |
| 7/8/2020 | JRJ | Processed 2nd quarter 2020 Federal and Georgia estimated tax payments after expiration of Notice period. | 0.90 300.00/hr | 270.00 |
| 9/1/2020 | JRJ | Reviewed Form 2 through 9/1/2020 for royalty payments and confirmed extent of remaining distributions through December 31, 2020 for tax payment projection. | 0.60 300.00/hr | 180.00 |
| 9/8/2020 | SSA | Reviewed issues and emails regarding payment of 2017 income taxes in response to letter from the IRS. | 0.60 300.00/hr | 180.00 |
| 9/10/2020 | JRJ | Reviewed Notice received from IRS regarding 12/31/17 tax assessment and overpayment. Reviewed 2017 Federal return and responded to IRS via telephone (Mrs. Martinez). Scanned and sent return to Mrs. Martinez. | 1.10 300.00/hr | 330.00 |
| 9/29/2020 | JRJ | Discussed 4th quarter estimated payments with Scott Askue and status of case. | 0.30 300.00/hr | 90.00 |
|  | SSA | Prepared and reviewed report of 2020 transactions for preparation of estimated taxes owed. | 0.60 300.00/hr | 180.00 |
|  |  | Subtotal | 22.70 | 6,690.00 |
|  |  | **For professional services rendered** | **41.20** | **$12,240.00** |

# Exhibit C

**Hays Financial Consulting, LLC**

2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

---

**Todd Anthony Shaw**
Case # 09-61855-BEM

October 5, 2020

| | | **Amount** |
|---|---|---:|
| | **Expenses** | |
| 10/22/2019 | Tax software fee 1041 | 35.00 |
| | Tax software fee 1040 | 35.00 |
| 12/31/2019 | Postage | 1.50 |
| 1/31/2020 | Forms, printing and postage for 1099s | 3.91 |
| | Postage | 2.00 |
| 2/29/2020 | Postage | 3.40 |
| | FedEx for 1099's | 3.61 |
| 3/31/2020 | Postage | 5.00 |
| 7/7/2020 | FedEx | 21.58 |
| | Subtotal | 111.00 |

# Exhibit "D" Follows

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-61855-BEM |
| | : | |
| TODD ANTHONY SHAW, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |

**DECLARATION**

I, S. Gregory Hays, declare under penalty of perjury that:

1. I am the Managing Principal at Hays Financial Consulting, LLC ("HFC") and have knowledge of the facts set forth herein.

2. The facts set out in the foregoing Second Interim Application for Allowance of Compensation and Reimbursement of Expenses of Hays Financial Consulting, LLC as Accountants to the Chapter 7 Trustee and in the exhibits attached thereto are true and correct to the best of my knowledge, information and belief. Those facts are known to me personally and by business records of HFC, maintained in the ordinary course of business, including time and reimbursement records made by personnel at HFC.

                                                                      */s/ S. Gregory Hays*
                                                                     S. Gregory Hays

## CERTIFICATE OF SERVICE

This is to certify that I caused to be served the foregoing *Second Interim Application for Allowance of Compensation and Reimbursement of Expenses of Hays Financial Consulting LLC as Accounts to the Chapter 7 Trustee* causing a copy of same to be deposited in the United States Mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery to:

Office of the U.S. Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA  30303

Todd Anthony Shaw
1010 Forest Overlook Drive
Atlanta, GA 30331

Montie Day
Day Law Offices
P.O. Box 1525
Williams, CA  95987

This 9th day of November, 2020.

                                                                                   */s/ S. Gregory Hays*
                                                                                  S. Gregory Hays