UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-61855-BEM |
| | : | |
| TODD ANTHONY SHAW, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**NOTICE OF PLEADING, DEADLINE TO OBJECT, AND FOR HEARING**

**PLEASE TAKE NOTICE** that Hays Financial Consulting, LLC ("**HFC**") has filed its *Second Interim Application of Hays Financial Consulting, LLC for Allowance of Compensation and Reimbursement of Expenses As Accountants to the Chapter 7 Trustee* and related papers [Doc. No. 191] with the Court seeking an order granting: (1) allowance of compensation in the amount of $12,240.00; (2) allowance of expenses incurred in the amount of $111.00; and (3) Trustee authority to pay the allowed fees and expenses.

**PLEASE TAKE NOTICE** that S. Gregory Hays, as Chapter 7 trustee in this case ("**Trustee**"), has filed his *Second Application of Trustee for Interim Compensation and Reimbursement of Expenses* and related papers [Doc. No. 192] with the Court seeking an order granting: (1) allowance of compensation in the amount of $26,813.09; (2) allowance of expenses incurred in the amount of $133.54; and (3) Trustee authority to pay the allowed compensation and expenses.

Pursuant to General Order No. 24-2018, the Court may consider these matters without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in the fee applications, you must timely file your objection with the Bankruptcy Clerk** at: Bankruptcy Clerk, U.S.

15796458v1

Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, and serve a copy on the Trustee's attorney, Michael J. Bargar, Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, Georgia 30363, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

Hearings on the fee applications has been scheduled for **December 8, 2020 at 10:00 a.m.**, in **Courtroom 1402**, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia. If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearings will be held at the time and place as scheduled.

*Given the current public health crisis, <u>hearings may be telephonic only</u>. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone."*

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

15796458v1

Dated: November 10, 2020.

                                          ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By: */s/ Michael J. Bargar*

171 17th Street, NW, Suite 2100     Michael J. Bargar
Atlanta, GA 30363     Georgia Bar No. 645709
404.873-7031     michael.bargar@agg.com

15796458v1