

**IT IS ORDERED as set forth below:**

Date: December 10, 2020

_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-61855-BEM |
| | : | |
| TODD ANTHONY SHAW, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____ | : | |

**ORDER GRANTING MOTION FOR
AUTHORITY TO MAKE SECOND INTERIM DISTRIBUTION**

On November 9, 2020, S. Gregory Hays, Chapter 7 Trustee for Todd Anthony Shaw ("**Trustee**"), filed a *Motion for Authority to Make Second Interim Distribution* [Doc. No. 189] (the "**Motion**"), seeking authority to make interim distributions to certain creditors based on the Interim Distribution Analysis attached to the Motion.[1]

On November 10, 2020, Trustee filed a *Notice of Pleading, Deadline to Object, and for Hearing* [Doc. No. 193] (the "**Notice**"), in accordance with General Order No. 24-2018, and

---

[1] Terms not defined in this Order shall have the meanings ascribed to them in the Motion.

15919834v1

setting a hearing on the Motion on December 8, 2020 (the "**Hearing**").  Counsel for Trustee asserts that he served the Notice on all requisite parties in interest. [Doc. No. 196].

The Notice provided notice of the opportunity to object and for hearing pursuant to the procedures in General Order No. 24-2018.  No objection to the Motion was filed prior to the objection deadline provided in the Notice.

Counsel for Trustee appeared at the calendar call for the Hearing.  No creditors or parties in interest appeared.

The Court having considered the Motion and all other matters of record, including the lack of objection to the relief requested in the Motion; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**.  It is further

**ORDERED** that Trustee is authorized to make the interim distributions to the creditors identified in the Interim Distribution Analysis in the amounts set forth in the Interim Distribution Analysis.

**[END OF DOCUMENT]**

Order prepared and presented by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Phone: (404) 873-7030/ Fax:  (404) 873-7031
michael.bargar@agg.com

2

15919834v1

**Identification of parties to be served:**

Office of the U.S. Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Todd Anthony Shaw
1010 Forest Overlook Drive
Atlanta, GA 30331

Montie Day
Day Law Offices
P. O. BOX 1525
Williams, CA 95987

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road NW
Atlanta, GA 30305-2153

Richard M. Jones, Jr.
Law Office of Richard Jones, P.C.
P. O. Box 371031
Decatur, GA 30037

15919834v1