**IT IS ORDERED as set forth below:**

Date: December 10, 2020

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-61855-BEM |
| | : | |
| TODD ANTHONY SHAW, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____: | | |

**ORDER GRANTING (A) SECOND APPLICATION OF TRUSTEE FOR
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES, AND
(B) SECOND INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF HAYS FINANCIAL CONSULTING, LLC,
AS ACCOUNTANTS FOR CHAPTER 7 TRUSTEE**

On November 9, 2020, S. Gregory Hays, Chapter 7 Trustee for Todd Anthony Shaw ("**Trustee**"), filed his second interim application [Doc. No. 192] (the "**Trustee Application**") for allowance of compensation in the amount of $26,813.09 and reimbursement of expenses in the amount of $133.54. Also on November 9, 2020, Hays Financial Consulting, LLC ("**HFC**"), as accountants for Trustee, filed its second interim application [Doc. No. 191] (the "**HFC Application**" together with the Trustee Application, the "**Applications**") for allowance of

15920548v1

compensation in the amount of $12,240.00 and reimbursement of expenses in the amount of $111.00.

On November 10, 2020, Trustee filed a *Notice of Pleading, Deadline to Object, and for Hearing* [Doc. No. 194] (the "**Notice**"), in accordance with General Order No. 24-2018, and setting hearings on the Applications on December 8, 2020 (the "**Hearing**"). Counsel for Trustee asserts that he served the Notice on all requisite parties in interest. [Doc. No. 196].

The Notice provided notice of the opportunity to object and for hearing pursuant to the procedures in General Order No. 24-2018. No objection to the Objections was filed prior to the objection deadline provided in the Notice.

Counsel for Trustee appeared at the calendar call for the Hearing. No creditors or parties in interest appeared.

The services sought to be compensated in the Fee Applications have been evaluated under 11 U.S.C. §§ 326, 330, and 331. The compensation requested by Trustee is equal to the statutory fee provided in 11 U.S.C. §326, and appears reasonable under the circumstances. The compensation of Trustee's professionals is reasonable under the circumstances. Under the principles set forth in *Norman v. Housing Authority of City of Montgomery*, 836 F.2d 1292 (11th Cir. 1988), and this Court's knowledge of prevailing market rates and an evaluation of the skill, experience, and reputation of the professional applicants, the hourly rates, which they seek to charge, are reasonable. Review of the Fee Applications shows the hours expended were reasonable. The Court further finds that the expenses, for which reimbursement is sought, were reasonable and necessary in rendering the services. No factors are present in this case that require reduction or enhancement of the lodestar. Accordingly, and for good cause shown, it is hereby

15920548v1

**ORDERED** that the Applications are **GRANTED**.  It is further

**ORDERED** that Trustee is allowed compensation in the amount of $26,813.09 plus $133.54 as reimbursement for expenses.  It is further

**ORDERED** that HFC is allowed compensation in the amount of $12,240.00 plus $111.00 as reimbursement for expenses.  It is further

**ORDERED** that the Trustee is authorized to pay the full amount of the awarded compensation and expenses approved in this Order, subject to Trustee's making the interim distributions that he requested in his *Motion for Authority to Make Second Interim Distribution* [Doc. No. 189].

### [END OF DOCUMENT]

Order prepared and presented by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
　　Michael J. Bargar
　　Georgia Bar No. 645709
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Phone: (404) 873-7030/ Fax:  (404) 873-7031
michael.bargar@agg.com

**Identification of parties to be served:**

Office of the U.S. Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Todd Anthony Shaw
1010 Forest Overlook Drive
Atlanta, GA 30331

Montie Day
Day Law Offices
P. O. BOX 1525
Williams, CA 95987

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road NW
Atlanta, GA 30305-2153

Richard M. Jones, Jr.
Law Office of Richard Jones, P.C.
P. O. Box 371031
Decatur, GA 30037

15920548v1