**IT IS ORDERED as set forth below:**

Date: March 23, 2021

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-61855-BEM |
| | ) | |
| TODD ANTHONY SHAW, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING APPLICATION TO EMPLOY
BROKER, SUBJECT TO OBJECTION**

On March 16, 2021, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Estate**") of Todd Anthony Shaw ("**Debtor**"), filed an *Application for Approval of Employment of MCE Management LLC as Broker for Trustee* (the "**Application**") [Doc. No. 209], seeking an order from the Court authorizing Trustee employ MCE Management LLC ("**MCE**") as his broker to market for sale certain musical compositions of the Estate, in accordance with the terms of the engagement letter attached to the Application as Exhibit "B."

No notice or hearing on the Application is necessary. Based upon the verified statement included with the Application, it appears that (a) MCE does not represent any interest adverse to

16329007v1

the Estate and is disinterested as that term is defined in 11 U.S.C. §101(14); and (b) this case justifies employment of professionals for the purpose specified.

Subject to objection filed by the United States Trustee, the Debtor, or any other party in interest in this case within twenty-one (21) days from the date of entry of this Order, it is here by **ORDER** and **ADJUDGED** as follows:

1. Pursuant to 11 U.S.C. § 327 and Fed. R. Bankr. P. 20014, the Application to employ MCE to represent the Trustee and the Estate as broker is hereby approved.

2. No compensation shall be paid to MCE until the Court has allowed such compensation in accordance with 11 U.S.C. §§ 330 and 331 and Fed. R. Bankr. P. 2016, after notice and a hearing of an appropriate application for compensation.

Any objection to this Order shall be served on the United States Trustee, the Trustee, counsel for Trustee, and Debtor.  If an objection is timely filed, the Trustee shall schedule a hearing on the Application and such objection pursuant to the Court's Open Calendar Procedures, and shall provide notice of such hearing to the Debtor, Trustee, the United States Trustee, and the objecting party.

**[END OF DOCUMENT]**

Order prepared and presented by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Chapter 7 Trustee*

By: */s/ Michael J. Bargar*
    Michael J. Bargar
    GA Bar No.  645709
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363.1031
Tel: (404) 873-8500
Email:  michael.bargar@agg.com

16329007v1

## DISTRIBUTION LIST

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363.1031

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA  30303

S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Doug Colton
MCE Management, LLC
558 Rosedale Avenue
Nashville, TN 37211

All entities on the mailing matrix for this case

16329007v1