UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-61855-BEM |
| | : | |
| TODD ANTHONY SHAW, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____ | : | |

**MOTION FOR AUTHORITY TO MAKE THIRD INTERIM DISTRIBUTION**

COMES NOW S. Gregory Hays, Chapter 7 trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Todd Anthony Shaw ("**Debtor**"), by and through undersigned counsel, and files this *Motion for Authority to Make Third Interim Distribution* ("**Distribution Motion**"). In support of the Distribution Motion, Trustee shows as follows:

**Jurisdiction and Venue**

1. This Bankruptcy Court has jurisdiction to hear this Distribution Motion under 28 U.S.C. §§ 157 and 1334. This Distribution Motion presents a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper before this Bankruptcy Court under 28 U.S.C. §§ 1408 and 1409.

**Background**

2. On January 26, 2009, (the "**Petition Date**"), Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division (the "**Bankruptcy Court**"), initiating Bankruptcy Case No. 09-61855-BEM (the "**Bankruptcy Case**").

3. Trustee is the duly authorized and acting Chapter 7 Trustee for the Bankruptcy Estate.

17329225v1

4. Debtor filed this Bankruptcy Case as a no-asset case. [Doc. No. 1 at Page 1].

5. Nevertheless, through the efforts of Trustee and his professionals, Trustee is currently holding $437,848.44 in the Bankruptcy Estate's bank account. The estate funds resulted from, among other things, a November 24, 2009 stipulation between the Trustee and Zomba Recordings LLC ("**Zomba**") [Doc. No. 62] to split the continuing music royalties ("**Royalties**") owed to the Debtor with 20% being paid to the Bankruptcy Estate and 80% being paid to Zomba until Zomba's secured claim is satisfied. Due to the 2016 sampling of a Bankruptcy Estate composition that resulted in a considerable increase in Royalties, the Zomba loan was satisfied in early 2019.

6. Trustee has employed a broker and intends to locate a purchaser for the bankruptcy estate's rights in the pre-petition compositions and future royalty payments. Trustee estimates that the sale of these items will result in significant value to the bankruptcy estate and likely allow Trustee to pay a substantial portion of the unpaid non-priority, general unsecured claims.

7. On November 13, 2019, Trustee filed a motion to make interim distributions [Doc. No. 171] (the "**First Motion to Make Interim Distributions**"), and, on December 19, 2019, the Court entered an order [Doc. No. 177] granting the First Motion to Make Interim Distributions. Thereafter, in accordance with the First Motion to Make Interim Distributions, Trustee made a 100% distribution to allowed, secured claimants; a 100% distribution to allowed, priority claimants; and a 3.0% initial distribution to timely filed, allowed, general unsecured claimants.

8. On November 9, 2020, Trustee filed a second motion to make interim distributions [Doc. No. 189] (the "**Second Motion to Make Interim Distributions**"), and, on

17329225v1

December 10, 2020, the Court entered an order [Doc. No. 197] granting the Second Motion to Make Interim Distributions. Thereafter, in accordance with the Second Motion to Make Interim Distributions, Trustee made another 31.1% distribution to timely filed, allowed, general unsecured claimants

9. As mentioned above, Trustee is in the process of locating a purchaser for the bankruptcy estate's rights in the pre-petition compositions and future royalty payments. In the meantime, Trustee would like to make another interim distribution to holders of timely filed, non-priority general unsecured creditors.

10. To date, Trustee has recovered a total of approximately $1,382,500.00 from the bankruptcy estate's share of the Royalties and has paid administrative expenses totaling $403,939.83 relating to costs associated with the maintenance and insurance on the Debtor's primary residence while listed for sale by the Trustee, bank and technology fees, and federal and state income taxes on royalty income.

11. The deadline for all creditors to file proofs of claim was March 9, 2010. [Doc. No. 69]. All claims work has been completed.

## Relief Requested

12. Trustee requests authority from the Bankruptcy Court to pay, through an interim distribution, an additional 18.7% distribution to timely filed, allowed, general unsecured claimants. All claim issues have been resolved and appropriate reserves have been made for fees and expenses associated with the final administration of the bankruptcy case. Attached hereto and incorporated herein by reference as Exhibit "A" is a detailed listing of the proposed distributions to creditors (the "**Interim Distribution Analysis**").

17329225v1

**Basis for Relief**

13. Contemporaneously with this Distribution Motion, Trustee and the attorneys and accountants employed in this Bankruptcy Case will file interim applications for compensation. In the third interim application of Trustee, Trustee is requesting approval of $13,243.77 in interim compensation and $250.11 in reimbursement of expenses. The requested compensation of $13,243.77 represents the statutory allowance of compensation pursuant to 11 U.S.C. § 326. Trustee is requesting authority from the Court to pay 100% of his requested interim compensation and 100% of his expenses for a total of $13,493.88.

14. In the third interim application of Hays Financial Consulting, LLC ("**HFC**"), as accountants for Trustee, HFC is requesting approval of $15,495.00 in interim compensation and $180.16 in reimbursement of expenses. HFC is requesting authority from the Bankruptcy Court for Trustee to pay 100% of its requested interim compensation and 100% of its expenses for a total of $15,675.16.

15. In the second interim application of Arnall Golden Gregory LLP ("**AGG**"), as attorneys for Trustee, AGG is requesting approval of $30,295.00 in interim compensation and $414.54 in reimbursement of expenses. AGG is requesting authority from the Bankruptcy Court for Trustee to pay 100% of its requested interim compensation and 100% of its expenses for a total of $30,709.54

16. Timely filed, allowed general unsecured claims total $1,379,885.56, as set forth on Exhibit "A." Trustee proposes to make an interim distribution of $257,969.86 (or a 18.7% payment) to holders of timely filed, allowed, general unsecured claims. If approved, Trustee will have made three total distributions to these non-priority, general unsecured claims totaling 52.8% of their claims.

17. The remaining funds for the reserves and additional administrative expense claims and the remaining, allowed, general unsecured claims will be approximately $120,000.00.

WHEREFORE, Trustee respectfully requests that the Bankruptcy Court (i) grant this Distribution Motion, (ii) authorize an interim distribution in this Bankruptcy Case on approved claims based on the attached Interim Distribution Analysis, and (iii) grant such other and further relief as the Court may deem just and proper.

Respectfully submitted this 9th day of November, 2021.

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By: */s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    michael.bargar@agg.com

171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363
(404) 873-7030
(404) 873-7031 (facsimile)

17329225v1

**EXHIBIT "A" FOLLOWS**

17329225v1

Todd Anthony Shaw
Case # 09-61855-bem

| | | | |
|---|---|---|---|
| Cash in Bank (11/4/2021) | | | $437,848.44 |
| | | | |
| Reserve for Estimated Tax Payment, 4th Quarter 2021 (Federal) | | | $56,000.00 |
| Reserve for Estimated Tax Payment, 4th Quarter 2021 (Georgia) | | | $14,000.00 |
| General Reserve | | | $50,000.00 |
| | | | $120,000.00 |
| | | | |
| Funds for Distribution | | | $317,848.44 |

| Administrative Claims (Pending Fee Applications) | | Claim | Proposed Payment |
|---|---|---|---|
| HFC | Fees & Exp (10/1/2020 - 10/31/2021) | $15,675.16 | $15,675.16 |
| Trustee | Commission & Exp (Thru 10/31/2021) | $13,493.88 | $13,493.88 |
| AGG | Fees & Exp (9/27/2019 - 9/28/2021) | $30,709.54 | $30,709.54 |
| | | **$59,878.58** | **$59,878.58** |

**Proposed Distribution to Creditors** — $257,969.86

| Secured and Priority Claims | | Claim | Paid to Date | Proposed Payment | |
|---|---|---|---|---|---|
| Zomba Recording LLC | POC 2 - Paid in Full | $443,857.62 | $443,857.66 | $0.00 | |
| Internal Revenue Service | POC 3P Priority Claim | $34,604.28 | $34,604.28 | $0.00 | |
| Georgia Dept of Revenue | POC 5-2 Secured Claim | $36,112.34 | $36,112.34 | $0.00 | |
| | | $514,574.24 | $514,574.28 | **$0.00** | |
| Unsecured Claims | | | | | |
| Fulton County Tax | POC # 1 - Withdrawn (Dkt#155) | $0.00 | $0.00 | $0.00 | 0.0% |
| Internal Revenue Service | POC # 3Ua | $1,284,229.62 | $437,477.61 | $240,086.96 | 18.7% |
| Keenan Wilkins | POC # 4&7 - Disallowed (Dkt # 164&165) | $0.00 | $0.00 | $0.00 | 0.0% |
| Ronnie Jackson, Jr. | POC # 6-3 | $95,655.94 | $32,585.55 | $17,882.90 | 18.7% |
| | | $1,379,885.56 | $470,063.16 | **$257,969.86** | |

| Tardily Filed Unsecured Claims §726(a)(3) | | | |
|---|---|---|---|
| Santander Consumer USA Inc. | POC # 8 | $8,941.03 | $0.00 |

| Fines, Penalties Claims §726(a)(4) | | | |
|---|---|---|---|
| Internal Revenue Service | POC 3Ub Penalties | $788,809.12 | $0.00 |

**Total Interim Distributions** — $317,848.44

Funds Remaining in Bankruptcy Estate After Proposed Distributions — $120,000.00

# CERTIFICATE OF SERVICE

This is to certify that on November 9, 2021, the undersigned caused to be served a true and correct copy of the forgoing *Motion for Authority to Make Third Interim Distribution* by depositing copies of same into the United States mail on the date set forth above, with adequate postage affixed thereto to assure delivery by regular first class mail to the following entities at the addresses stated:

Office of the U.S. Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA  30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road NW
Atlanta, GA 30305-2153

Todd Anthony Shaw
1010 Forest Overlook Drive
Atlanta, GA 30331

Montie Day
Day Law Offices
P.O. Box 1525
Williams, CA 95987

This 9th day of November, 2021.

By:*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709

17329225v1