UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-61855-BEM |
| | : | |
| TODD ANTHONY SHAW, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |

**THIRD INTERIM APPLICATION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF HAYS FINANCIAL
CONSULTING, LLC, AS ACCOUNTANTS TO THE CHAPTER 7 TRUSTEE**

**COMES NOW** Hays Financial Consulting, LLC ("**HFC**" or "**Applicant**"), accountants to

S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for the above-styled case, and, pursuant to 11

U.S.C. § 330 and Bankruptcy Rule 2016, and files this third interim application ("**Application**")

seeking allowance of compensation in the amount of $15,495.00 and reimbursement of expenses

in the amount of $180.16 for the period from October 1, 2020 through and including October 31,

2021 (the "**Application Period**"). In support hereof, Applicant shows as follows:

1.

On January 26, 2009 (the "**Petition Date**"), Todd Anthony Shaw ("**Debtor**") filed a

voluntarily petition under Chapter 7 of Title 11 of the United States Code (11 U.S.C. § 101, *et seq.*,

as amended, is hereinafter referred to as the "**Bankruptcy Code**"), initiating Case No. 09-61855-

BEM (the "**Case**"). Shortly thereafter, Trustee was appointed, and he remains, the duly acting

Chapter 7 trustee in this Case.

2.

On November 20, 2009, the Trustee filed an Application to Employ Hays Financial

Consulting, LLC as Accountants for the Trustee [Doc. No. 60]. On November 23, 2009, an Order

approving the employment of HFC as Accountants to the Trustee was entered [Doc. No. 61].

3.

Pursuant to this Application, Applicant seeks interim approval, allowance, and payment pursuant to §§ 330 and 331 of the Bankruptcy Code of compensation for services rendered as accountants for the Trustee incurred in connection therewith during the Application Period.

4.

The Applicant's first interim fee application [Docket No. 168] was filed on November 13, 2019 seeking allowance of compensation in the amount of $52,639.00 for fees incurred and $5,829.66 for reimbursement of expenses as accountants to the Trustee for the period November 16, 2009 through and including September 30, 2019.  These fees and expenses incurred were deemed reasonable and necessary by the court and were ordered paid by the Trustee on December 19, 2019 [Doc. No. 176].

5.

The Applicant's second interim fee application [Docket No. 191] was filed on November 9, 2020 seeking allowance of compensation in the amount of $12,240.00 for fees incurred and $111.00 for reimbursement of expenses as accountants to the Trustee for the period October 1, 2019 through and including September 30, 2020.  These fees and expenses incurred were deemed reasonable and necessary by the court and were ordered paid by the Trustee on December 10, 2020 [Doc. No. 198].

6.

This is the third interim application of HFC.  For the period covered by this application, HFC devoted a total of not less than 52.0 hours in rendering services as accountants to the Trustee. Applicant has not previously been allowed or paid any compensation for the period covered by

this application. Summaries of hours spent by subject area and by professional are attached as Exhibit "A".

7.

The Trustee is currently holding $437,848.44 in the bankruptcy estate's bank account. The funds resulted from a November 24, 2009 stipulation between the Trustee and Zomba Recordings LLC ("**Zomba**") [Doc. No. 62] to split the continuing music royalties owed to the Debtor with 20% being paid to the bankruptcy estate and 80% being paid to Zomba until Zomba's secured claim is satisfied. Due to the 2016 sampling of an estate composition ("Recently Sampled Composition") and a considerable increase in royalties, the Zomba loan was satisfied in early 2019. Trustee has employed a broker and is actively pursuing a purchaser for the bankruptcy estate's rights in the pre-petition compositions and future royalty payments.

8.

To date, Trustee has recovered a total of approximately $1,382,500.00 from the Bankruptcy Estate's share of the Royalties and has paid administrative expenses totaling $403,939.83 relating to costs associated with the maintenance and insurance on the Debtor's primary residence while listed for sale by the Trustee, bank and technology fees, and federal and state income taxes on royalty income.

9.

On November 13, 2019, the Trustee filed his Motion for Authority to Make Interim Distribution [Doc. No. 171] which was approved on December 19, 2019 [Doc. No. 176]. The Trustee paid a 100% distribution to allowed secured claimants, a 100% distribution to allowed priority claimants and a 3% distribution to timely filed, allowed, general unsecured claimants.

10.

On November 9, 2020, the Trustee filed his Second Motion for Authority to Make Interim Distribution [Doc. No. 189] which was approved on December 10, 2020 [Doc. No. 197]. The Trustee paid an additional 31.1% distribution to timely filed, allowed, general unsecured claimants.

11.

Because of the additional time required to close the bankruptcy case, contemporaneously with the filing of this Application, Trustee has filed a Third Motion for Authority to Make Interim Distribution, which proposes an 18.7% distribution to timely filed, allowed, general unsecured claimants. All claim issues have been resolved and appropriate reserves have been made for fees and expenses associated with the final administration of the bankruptcy case. If the pending interim distribution is approved by the Court, Trustee will have paid 52.8% to timely filed, allowed, general unsecured claims. All claim issues have been resolved and appropriate reserves have been made for fees and expenses associated with the final administration of the bankruptcy case.

12.

In addition, the recent increase in royalties has created additional taxable income to the Bankruptcy Estate. The Trustee and other professionals are filing interim fee applications to offset some of the additional royalty income in year 2021, which will reduce the Bankruptcy Estate's tax liability.

13.

The services of the Applicant during the Application Period are summarized by category below.

(a)    **Accounting.** This category includes time spent in the preparation of an analysis for the interim distribution to creditors.

(b)    **Business Analysis.** This category includes time spent gathering historical data relating to royalty payments and mechanical sales of materials for a due diligence package to sell the bankruptcy estate's interests.

(c)    **Fee / Employment Applications & Objection.** This category involves finalizing Applicant's second interim fee application and the exhibits attached to it.

(d)    **Tax Issues.** This category includes activity by the Applicant including (1) analysis of the estate income from music royalties for year 2020 and the preparation of federal and state tax returns of the bankruptcy estate, (2) preparation of letters pursuant to code section 505(b), (3) preparation of Forms 1099, and (4) review of receipts and calculation of estimated quarterly tax payments, and (5) responding and addressing issues raised by the IRS and resolving through the Office of the Taxpayer Advocate.

14.

Applicant shows that all services were necessary to assist the Trustee in the proper and effective administration of the Debtor's estate and the exercise of the powers of the Trustee. Applicant shows that the fair and reasonable value of such services, and the costs of comparable services in a case not proceeding under the Bankruptcy Code, is not less than $15,495.00, based primarily on the normal hourly rates of providing such services and calculated using the "lodestar" calculation of reasonable hourly rates multiplied by the number of hours actually expended, as summarized on Exhibit "A".  The time expended and services performed by HFC are duly itemized and set forth in Exhibit "B" attached hereto and by reference incorporated herein and made part of this Application.

15.

Applicant shows that all services for which compensation during this Application Period is requested have been actually provided to the Debtor and/or the Trustee, and to no other parties, and have been necessary for the proper and effective administration of this case and for the benefit of the Debtor's estate and its creditors.

16.

Applicant's employees have substantial experience and expertise in providing financial and accounting services in bankruptcy cases and to fiduciaries in such cases. Applicant's employee hourly rates are fair and reasonable and the same as the cost for such services other than in a bankruptcy case.

17.

The compensation requested is allowable pursuant to the twelve factor test (the "Johnson Factors") set forth in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714, 717-19 (5th Cir. 1974), as modified and made applicable to bankruptcy cases by the Eleventh Circuit Court of Appeals in Grant v. George Schumann Tire & Battery Co., 908 F.2d 874 (11th Cir. 1990). The Johnson Factors and their applicability in these cases are as follows:

(a)    Time and Labor Required:  HFC expended 52.0 hours in performing services as accountants to the Trustee during the Application Period.  The billing rates of the various professionals and other personnel who have performed services for the Committee are detailed in HFC's billing statements, which are attached hereto as Exhibit "A".

(b)     <u>Novelty and Difficulty of Questions Presented</u>:  The work performed by HFC has involved issues of varying complexity, as set forth in substantial detail in the billing statements attached to this Application.

(c)     <u>Skill Requisite to Perform Professional Services</u>:  The Trustee selected HFC as its accountants because HFC's professionals possess substantial expertise and experience in bankruptcy and related fields and are well-qualified to perform professional services.

(d)     <u>Preclusion of Other Employment Due to Acceptance of the Cases</u>: Professionals of HFC have devoted time and resources to these cases, to the possible preclusion of involvement in other matters.

(e)     <u>Customary Fees for the Type of Services Rendered</u>:  HFC believes that the fees requested and the hourly rates set forth herein are consistent fees typically charged for the type of services rendered in cases of this magnitude and complexity. The hourly rates charged by HFC in this Application are comparable to the rates that HFC would charge to a non-bankruptcy client for work of a similar nature and complexity.

(f)     <u>Whether the Fee is Fixed or Contingent</u>:  Pursuant to section 330(a) of the Bankruptcy Code, HFC's fee is subject to Court approval, and is primarily based upon hourly rates and does not involve any fixed or flat fees.  Compensation is "contingent" only in the sense that there are risks of non-allowance or non-payment.

(g)     <u>Time Limitations Imposed by the Client or Other Circumstances</u>:  Certain tax filing deadlines have been applicable herein.

(h)    <u>The Amount Involved and Results Obtained</u>:  HFC shows that the Trustee, with the assistance of all professionals involved, has achieved a successful result in this case.

(i)    <u>The Experience, Reputation, and Ability of the Professional</u>:  HFC has extensive experience in bankruptcy matters. Its reputation and ability are well known to the Court.

(j)    <u>Undesirability of the Case</u>:  This factor is inapplicable to the present Chapter 7 cases.

(k)    <u>Nature and Length of Professional Relationship with the Client</u>:  HFC was employed by the Trustee as his accountants in this bankruptcy case. Thus, the professional relationship is an ongoing one.

(l)    <u>Awards in Similar Cases</u>:  HFC is regularly awarded compensation in Chapter 7 and Chapter 11 cases on the same basis as requested herein.

18.

In connection with the provision of services as set forth herein above, Applicant has incurred expenses in the amount of $180.16. Expenses are summarized on **Exhibit "A"** and itemized on **Exhibit "C"** attached hereto and incorporated herein. Applicant seeks allowance of said expenses as reasonable and necessarily incurred.

19.

No agreement or understanding exists between HFC and any other person for the sharing of compensation to be received for services rendered in connection with this case.  All services for which compensation is requested were performed for the Trustee and the estate and not on behalf of any committee, creditor or any other person or persons.

20.

Based on the foregoing, Applicant seeks interim allowance of $15,495.00 as compensation for the period covered by this Application.  Applicant shows that compensation in such amount is reasonable compensation based on the nature, the extent, and the value of services rendered, the time spent to provide such services, and the cost of comparable services other than in a bankruptcy case.

21.

Attached hereto as Exhibit "D" is a Declaration of S. Gregory Hays, Managing Principal of Applicant, confirming the facts set out in the Application and exhibits hereto.

**WHEREFORE**, Applicant respectfully prays:

a. That Applicant be allowed interim compensation in the amount of $15,495.00 as and for the reasonable value of services rendered in connection with its retention as accountants for the Trustee for the Application Period;

b. That Applicant be allowed the sum of $180.16 for the reimbursement of out-of-pocket expenses incurred in this case during the Application Period;

c. that the Court authorize payment of amounts allowed as deemed appropriate and equitable by the Court from the fund available in the bankruptcy estate; and

d. that the Court grant such other and further relief as may be just and proper.

Respectfully submitted, this 9th day of November, 2021.

       */s/ S. Gregory Hays*
       S. Gregory Hays

2964 Peachtree Rd, NW Ste. 555
Atlanta, Georgia 30305
(404) 926-0060

# Exhibit A

**Hays Financial Consulting, LLC**
2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

**Todd Anthony Shaw**
**Case # 09-61855-BEM**

**For the Period from   10/1/2020   to   10/31/2021**

November 2, 2021

Professional Services

|  | Hours | Amount |
|---|---|---|
| Accounting | 1.20 | 360.00 |
| Business Analysis | 28.10 | 8,430.00 |
| Fee / Employment Applications & Objection | 2.20 | 660.00 |
| Tax Issues | 20.50 | 6,045.00 |
| **For professional services rendered** | **52.00** | **$15,495.00** |

Additional Charges :

|  |  |
|---|---|
| Postage | 40.16 |
| Tax Return Filing Fees | 140.00 |
| **Total costs** | **$180.16** |

| **Total amount of this bill** | **$15,675.16** |
|---|---|

**Hays Financial Consulting, LLC**
2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

**Todd Anthony Shaw**
**Case # 09-61855-BEM**

**For the Period from    10/1/2020   to   10/31/2021**

November 2, 2021

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| James R. Jennings, CPA | 15.30 | 4,590.00 |
|  | 300.00/hr |  |
| Scott S. Askue | 36.00 | 10,800.00 |
|  | 300.00/hr |  |
| Theresa Brummer | 0.70 | 105.00 |
|  | 150.00/hr |  |
| **For professional services rendered** | **52.00** | **$15,495.00** |

Additional Charges :

| | | |
|---|---|---|
| Postage | | 40.16 |
| Tax Return Filing Fees | | 140.00 |
| **Total costs** | | **$180.16** |
| | | |
| **Total amount of this bill** | | **$15,675.16** |

CFE - Certified Fraud Examiner                                CPA - Certified Public Accountant
CIRA - Certified Insolvency and Restructuring Advisor     PHR - Professional in Human Resources
CTP - Certified Turnaround Professional

# Exhibit B

# Hays Financial Consulting, LLC
2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

**Todd Anthony Shaw**
**Case # 09-61855-BEM**

**For the Period from    10/1/2020   to   10/31/2021**

November 2, 2021

Professional Services

|  |  | | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| | | **Accounting** | | |
| 10/5/2020 SSA | | Finalized exhibit for motion to make second interim distribution to unsecured creditors. | 1.20 300.00/hr | 360.00 |
| | | Subtotal | 1.20 | 360.00 |
| | | **Business Analysis** | | |
| 11/19/2020 SSA | | Prepared due diligence package for sale of music royalty stream. | 2.30 300.00/hr | 690.00 |
| 1/22/2021 SSA | | Drafted email to Sony Music regarding access to online artist portal. | 0.20 300.00/hr | 60.00 |
| 1/28/2021 SSA | | Drafted email to Sony royalties regarding access to Artist Portal. | 0.20 300.00/hr | 60.00 |
| 1/29/2021 SSA | | Left message for Sony regarding artist portal access. | 0.10 300.00/hr | 30.00 |
| 2/1/2021 SSA | | Drafted email to Sony Music regarding access to historical payment data. | 0.20 300.00/hr | 60.00 |
| 2/2/2021 SSA | | Drafted email to Julie Shapiro regarding obtaining historical data for due diligence package. | 0.30 300.00/hr | 90.00 |
| 2/4/2021 SSA | | Set up access to artist portal. Drafted email to Sony regarding same. | 0.50 300.00/hr | 150.00 |
| 2/5/2021 SSA | | Reviewed royalty details from Sony. Researched hedge fund specializing in purchase of royalty streams. | 1.60 300.00/hr | 480.00 |
| 2/25/2021 SSA | | Reviewed and compiled current royalty statements. | 0.20 300.00/hr | 60.00 |
| 3/24/2021 SSA | | Analyzed IRS transcript and drafted email to business broker regarding potential sources of income to research. Researched potential income from Mechanical Licensing Collective. | 1.50 300.00/hr | 450.00 |
| 3/25/2021 SSA | | Analyzed royalty statement from second half of 2020. Drafted email to broker regarding data and impact of musical group produced by the Debtor. | 1.30 300.00/hr | 390.00 |
| 4/6/2021 SSA | | Reviewed and responded to email from Doug Colton regarding additional information needed for royalty analysis. | 0.20 300.00/hr | 60.00 |
| 4/12/2021 SSA | | Processed royalty payment and applied to accounts receivable. | 0.20 300.00/hr | 60.00 |
| 4/26/2021 SSA | | Reviewed and verified content of Rule 2004 motion to Broadcast Music. Drafted email to MCE regarding same. | 0.40 300.00/hr | 120.00 |
| 4/28/2021 SSA | | Reviewed and verified content of Rule 2004 motion to SoundExchange. Drafted email to MCE regarding same. | 0.40 300.00/hr | 120.00 |
| 5/6/2021 SSA | | Drafted letter to Sony Music, Universal Music and UMG Z-Songs regarding data production. | 0.50 300.00/hr | 150.00 |

**Todd Anthony Shaw**

Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/17/2021 | SSA | Reviewed and responded to email from Julie Shapiro at Sony regarding data requests. Drafted email to Doug Colton at MCE regarding same. | 0.40 300.00/hr | 120.00 |
| 5/19/2021 | SSA | Reviewed response to subpoena. Drafted email to Mike Bargar regarding same. | 0.30 300.00/hr | 90.00 |
| | SSA | Reviewed and commented on MCE request for data form Sony. | 0.20 300.00/hr | 60.00 |
| 5/20/2021 | SSA | Drafted email to Greg Beeckman regarding due diligence documents. Drafted email to Julie Shapiro with Sony regarding same. Telephone call from Mike Bargar regarding same. | 0.40 300.00/hr | 120.00 |
| | SSA | Drafted email to Julie Shapiro regarding data request for due diligence package. | 0.20 300.00/hr | 60.00 |
| 6/7/2021 | SSA | Reviewed document production from BMI. Began analysis of same. | 2.20 300.00/hr | 660.00 |
| | SSA | Reviewed and verified content of demand letter to BMI. | 0.30 300.00/hr | 90.00 |
| 6/10/2021 | SSA | Continued preparation of analysis of BMI royalty data. | 2.70 300.00/hr | 810.00 |
| 6/15/2021 | SSA | Drafted letter to BMI regarding data production to MCE. | 0.30 300.00/hr | 90.00 |
| 6/24/2021 | SSA | Reviewed documents provided by BMI. Compared composition data to historical data and drafted memo regarding same and property of the bankruptcy estate. | 1.00 300.00/hr | 300.00 |
| | SSA | Drafted email to royalty broker regarding contract with Sony. | 0.20 300.00/hr | 60.00 |
| | SSA | Researched and drafted email to the Trustee regarding findings relating to sampling of the Debtor's works and identification of same for royalty sale. | 0.70 300.00/hr | 210.00 |
| | SSA | Drafted email to Doug Colton of MCE regarding works identified on Zomba contracts. | 0.20 300.00/hr | 60.00 |
| 7/1/2021 | SSA | Attempted to register with SoundExchange to gather additional data for sale. | 0.40 300.00/hr | 120.00 |
| 7/6/2021 | SSA | Gained access and set up multiple user access to SoundExchange documents and data. Reviewed available data. | 2.10 300.00/hr | 630.00 |
| 7/8/2021 | SSA | Analyzed report from SoundExchange of asset ownership based on recording date. Drafted email to the Trustee regarding findings. | 1.30 300.00/hr | 390.00 |
| 7/9/2021 | SSA | Drafted email to Doug Colton regarding SoundExchange analysis of musical work creation date. | 0.30 300.00/hr | 90.00 |
| 8/12/2021 | SSA | Completed registration of bankruptcy estate with Broadcast Music. | 0.20 300.00/hr | 60.00 |
| 9/1/2021 | SSA | Processed and analyzed basis for $138k semi-annual royalty check from UMG. | 1.10 300.00/hr | 330.00 |
| 9/7/2021 | SSA | Reviewed for the status of data from BMI. Drafted email to Mike Bargar regarding same. | 0.30 300.00/hr | 90.00 |
| 9/27/2021 | SSA | Reviewed and analyzed data from SoundExchange in conjunction with recent royalty data. Drafted email to Doug Colton regarding same. | 0.60 300.00/hr | 180.00 |
| 10/22/2021 | SSA | Researched for available data from SoundExchange and BMI for due diligence package. Drafted email to Becky Jones of MCE regarding same. | 0.80 300.00/hr | 240.00 |
| 10/25/2021 | SSA | Reviewed available data and data needed  to complete due diligence package for sale of royalties. Drafted emails to MCE regarding same. | 1.80 300.00/hr | 540.00 |
| | | Subtotal | 28.10 | 8,430.00 |

**Todd Anthony Shaw**

Page     3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

### Fee / Employment Applications & Objection

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/5/2020 | SSA | Drafted fee application and exhibits to same. | 2.20<br>300.00/hr | 660.00 |
| | | Subtotal | 2.20 | 660.00 |

### Tax Issues

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2020 | JRJ | Prepared letter to IRS and letter to Georgia Dept of Revenue regarding 2nd quarter estimated payments. | 1.20<br>300.00/hr | 360.00 |
| 10/4/2020 | JRJ | Prepared 4th quarter Federal and Georgia estimated tax coupons for motion to be filed. | 1.80<br>300.00/hr | 540.00 |
| 10/7/2020 | JRJ | Prepared IRS Form 911 Taxpayer Assistance Order along with letter and faxed to IRS Taxpayer Advocate. | 1.90<br>300.00/hr | 570.00 |
| 11/4/2020 | SSA | Researched and responded to email from Michael Bargar regarding information required for motion to pay administrative tax expenses. | 0.40<br>300.00/hr | 120.00 |
| 12/28/2020 | SSA | Reviewed recoveries to date, tax payment issues and quarterly payment issues. Arrange for payment of quarter 3 tax estimate. | 0.40<br>300.00/hr | 120.00 |
| | JRJ | Prepared third quarter estimated coupons packages for Federal and Georgia 2020 income tax. | 0.80<br>300.00/hr | 240.00 |
| | JRJ | Prepared analysis of 4th quarter estimated taxable income and Federal and Georgia estimated tax payments request to be incorporated in a Motion to approve. | 0.90<br>300.00/hr | 270.00 |
| 1/4/2021 | SSA | Reviewed and verified content of application to pay taxes. | 0.30<br>300.00/hr | 90.00 |
| 1/6/2021 | JRJ | Submitted to IRS third request for Taxpayer Assistance with Office of Taxpayer Advocate (Form 911 and attachments). | 0.40<br>300.00/hr | 120.00 |
| | SSA | Reviewed 2020 account activity. Prepared data for 1099 preparation. Drafted email to payee regarding W9. | 0.50<br>300.00/hr | 150.00 |
| 1/20/2021 | SSA | Drafted email to Donnell Holiday regarding form W9 for his firm. | 0.20<br>300.00/hr | 60.00 |
| 1/31/2021 | TB | Prepared year 2020 Forms 1099. | 0.70<br>150.00/hr | 105.00 |
| 2/1/2021 | SSA | Prepared 2020 transaction ledger for preparation of tax returns and estimated payments. | 0.40<br>300.00/hr | 120.00 |
| 2/3/2021 | JRJ | Drafted letter and compiled data for fax to Mildred Parker of IRS Taxpayer Advocate. | 0.30<br>300.00/hr | 90.00 |
| 2/4/2021 | JRJ | Analyzed 2020 income and expenses for Bankruptcy Estate. Reviewed Form 2 and scheduled out all taxable income and deductible case administrative expenses and claims. | 1.10<br>300.00/hr | 330.00 |
| | JRJ | Prepared draft of 2020 Federal 1040 and 1041 for Bankruptcy Estate. | 1.60<br>300.00/hr | 480.00 |
| | JRJ | Prepared draft of 2020 Georgia 500 and 501 for Bankruptcy Estate. | 1.40<br>300.00/hr | 420.00 |
| 2/5/2021 | SSA | Reviewed account ledger for timing and application of estimated tax payments. | 0.30<br>300.00/hr | 90.00 |
| 2/18/2021 | JRJ | Processed q4 estimated coupons and instructions for submittal to IRS and GA Dept of Revenue. | 1.10<br>300.00/hr | 330.00 |
| | SSA | Prepared payments to the IRS and GA DOR for 4th quarter estimated taxes. | 0.30<br>300.00/hr | 90.00 |
| 2/24/2021 | JRJ | Updated file for additional estimated payments. Finalized and processed Federal and Georgia 2020 Estate income tax returns of the Bankruptcy Estate. Submitted to the trustee. | 1.40<br>300.00/hr | 420.00 |

**Todd Anthony Shaw**                                                      Page        4

|              |     |                                                                                                    | Hrs/Rate | Amount |
|--------------|-----|----------------------------------------------------------------------------------------------------|----------|--------|
| 2/24/2021    | JRJ | Prepared 505(b) packages for 2020 Federal and Georgia income tax returns for the Bankruptcy Estate. | 1.40 300.00/hr | 420.00 |
| 3/17/2021    | SSA | Prepared analysis of taxes paid and owed for year 2020 for motion to pay same. | 0.30 300.00/hr | 90.00 |
| 3/22/2021    | SSA | Drafted email to Mike Bargar regarding motion to pay administrative taxes. | 0.20 300.00/hr | 60.00 |
| 3/25/2021    | SSA | Prepared payment vouchers and payments to the IRS and GA DOR for year 2020 tax balance due. | 0.30 300.00/hr | 90.00 |
| 3/29/2021    | SSA | Reviewed notice from the GA DOR. Researched estimated payments on account. | 0.40 300.00/hr | 120.00 |
| 6/29/2021    | SSA | Reviewed notice from the GA Department of Revenue and reviewed tax filing and payment history relating to same. | 0.30 300.00/hr | 90.00 |
| 9/27/2021    | SSA | Reviewed receipts to date and potential estimated tax payments. | 0.20 300.00/hr | 60.00 |
|              |     | Subtotal | 20.50 | 6,045.00 |
|              |     | **For professional services rendered** | **52.00** | **$15,495.00** |

# Exhibit C

**Hays Financial Consulting, LLC**

2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

**Todd Anthony Shaw**
Case # 09-61855-BEM

November 2, 2021

| | | **Amount** |
|---|---|---|
| | **Expenses** | |
| 10/19/2020 | Tax software licensing fee for filing of bankruptcy estate forms 1040 and 1041. | 70.00 |
| 10/31/2020 | Postage | 0.50 |
| 11/30/2020 | Postage | 3.00 |
| 12/31/2020 | Postage | 2.00 |
| 1/31/2021 | Postage and forms for 1099 preparation | 6.46 |
| 2/28/2021 | Postage | 1.02 |
| 3/31/2021 | Postage | 10.80 |
| 5/31/2021 | Postage | 1.53 |
| 8/20/2021 | Postage - Certified mail. | 14.85 |
| 10/18/2021 | Tax software licensing fee for filing of bankruptcy estate forms 1040 and 1041. | 70.00 |
| | Subtotal | 180.16 |

# Exhibit "D" Follows

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                       :        CASE NO. 09-61855-BEM
                                             :
TODD ANTHONY SHAW,                           :         CHAPTER 7
                                             :
          Debtor.                            :

**DECLARATION**

I, S. Gregory Hays, declare under penalty of perjury that:

1.  I am the Managing Principal at Hays Financial Consulting, LLC ("HFC") and have knowledge of the facts set forth herein.

2.  The facts set out in the foregoing Third Interim Application for Allowance of Compensation and Reimbursement of Expenses of Hays Financial Consulting, LLC as Accountants to the Chapter 7 Trustee and in the exhibits attached thereto are true and correct to the best of my knowledge, information and belief. Those facts are known to me personally and by business records of HFC, maintained in the ordinary course of business, including time and reimbursement records made by personnel at HFC.


                                   _/s/ S. Gregory Hays_
                                   S. Gregory Hays

## CERTIFICATE OF SERVICE

This is to certify that I caused to be served the foregoing *Third Interim Application for Allowance of Compensation and Reimbursement of Expenses of Hays Financial Consulting LLC as Accounts to the Chapter 7 Trustee* causing a copy of same to be deposited in the United States Mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery to:

Office of the U.S. Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA  30303

Todd Anthony Shaw
1010 Forest Overlook Drive
Atlanta, GA 30331

Montie Day
Day Law Offices
P.O. Box 1525
Williams, CA  95987

This 9th day of November, 2021.

　　 */s/ S. Gregory Hays*　
S. Gregory Hays