UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-61855-BEM |
| | : | |
| TODD ANTHONY SHAW, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**AMENDED NOTICE OF PLEADING, DEADLINE TO OBJECT, AND FOR HEARING**

**\*\*\*\*THIS AMENDMENT IS FILED TO REPLACE THE** *Notice of Pleading, Deadline to Object, and for Hearing [Doc. No. 232]* **FILED AND SERVED ON NOVEMBER 10, 2021\*\*\*\*\***

**PLEASE TAKE NOTICE** that Arnall Golden Gregory LLP ("**AGG**") has filed its *Second Interim Application of Arnall Golden Gregory LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel for Trustee* [Doc. No. 228] with the Court seeking an order granting: (1) allowance of compensation in the amount of $30,295.00; (2) allowance of expenses incurred in the amount of $414.54; and (3) Trustee authority to pay the allowed fees and expenses.

**PLEASE TAKE NOTICE** that S. Gregory Hays, as Chapter 7 trustee in this case ("**Trustee**"), has filed his *Third Application of Trustee for Interim Compensation and Reimbursement of Expenses* and related papers [Doc. No. 229] with the Court seeking an order granting: (1) allowance of compensation in the amount of $13,243.77; (2) allowance of expenses incurred in the amount of $250.11; and (3) Trustee authority to pay the allowed compensation and expenses.

**PLEASE TAKE NOTICE** that Hays Financial Consulting, LLC ("**HFC**") has filed its *Third Interim Application of Hays Financial Consulting, LLC for Allowance of Compensation and*

17366495v1

*Reimbursement of Expenses As Accountants to the Chapter 7 Trustee* and related papers [Doc. No. 230] with the Court seeking an order granting: (1) allowance of compensation in the amount of $15,495.00; (2) allowance of expenses incurred in the amount of $180.16; and (3) Trustee authority to pay the allowed fees and expenses.

Pursuant to General Order No. 24-2018, the Court may consider these matters without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in the fee applications, you must timely file your objection with the Bankruptcy Clerk** at: Bankruptcy Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, and serve a copy on the Trustee's attorney, Michael J. Bargar, Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, Georgia 30363, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

Please take further notice that the Court will hold an initial telephonic hearings for announcements on the fee applications at the following number: toll free number 833-568-8864; Meeting ID 160 862 0914 at **10:00 a.m.** on **December 14, 2021** in Courtroom **1402**, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.  Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

17366495v1

If an objection or response is timely filed and served, the hearings will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearings. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated:   November 12, 2021.

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:   */s/ Michael J. Bargar*

171 17th Street, NW, Suite 2100
Atlanta, GA 30363
404.873-7031

Michael J. Bargar
Georgia Bar No. 645709
michael.bargar@agg.com

17366495v1