**IT IS ORDERED as set forth below:**



**Date: December 9, 2021**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-61855-BEM |
| | : | |
| TODD ANTHONY SHAW, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____ | : | |

**ORDER GRANTING (A) THIRD APPLICATION OF TRUSTEE FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES; (B) SECOND INTERIM APPLICATION OF ARNALL GOLDEN GREGORY LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES; AND (C) THIRD INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF HAYS FINANCIAL CONSULTING, LLC, AS ACCOUNTANTS FOR CHAPTER 7 TRUSTEE**

On November 9, 2021, S. Gregory Hays, Chapter 7 Trustee for Todd Anthony Shaw ("**Trustee**"), filed his third interim application [Doc. No. 229] (the "**Trustee Application**") for allowance of interim compensation in the amount of $13,243.77 and reimbursement of expenses in the amount of $250.11.  Also on November 9, 2021, Arnall Golden Gregory LLP ("**AGG**"), as attorneys for Trustee, filed its second interim application [Doc. No. 228] (the "**AGG Application**") for allowance of interim compensation in the amount of $30,295.00 and reimbursement of expenses

17461510v1

in the amount of $414.54. And, again on November 9, 2021, Hays Financial Consulting, LLC ("**HFC**"), as accountants for Trustee, filed its third interim application [Doc. No. 230] (the "**HFC Application**" together with the Trustee Application and the AGG Application, the "**Fee Applications**") for allowance of interim compensation in the amount of $15,495.00 and reimbursement of expenses in the amount of $180.16.

On November 10, 2021, Trustee filed a *Notice of Pleading, Deadline to Object, and for Hearing* [Doc. No. 232] (the "**Notice**"), in accordance with General Order No. 24-2018, and setting hearings on the Fee Applications on December 14, 2021 (the "**Hearing**"). Counsel for Trustee asserts that he served the Notice on all requisite parties in interest. [Doc. No. 233].

On November 12, 2021, Trustee filed an *Amended Notice of Pleading, Deadline to Object, and for Hearing* [Doc. No. 234] (the "**Amended Notice**"), again in accordance with General Order No. 24-2018. Counsel for Trustee certifies that he served the Amended Notice on all requisite parties in interest. [Doc. No. 235].

The Amended Notice provided notice of the opportunity to object and for hearing pursuant to the procedures in General Order No. 24-2018. No objection to the Fee Applications was filed prior to the objection deadline provided in the Amended Notice.

The services sought to be compensated in the Fee Applications have been evaluated under 11 U.S.C. §§ 326, 330, and 331. The compensation requested by Trustee is equal to the statutory fee provided in 11 U.S.C. §326, and appears reasonable under the circumstances. The compensation of Trustee's professionals is reasonable under the circumstances. Under the principles set forth in *Norman v. Housing Authority of City of Montgomery*, 836 F.2d 1292 (11th Cir. 1988), and this Court's knowledge of prevailing market rates and an evaluation of the skill, experience, and reputation of the professional applicants, the hourly rates, which they seek to

charge, are reasonable. Review of the Fee Applications shows the hours expended were reasonable. The Court further finds that the expenses, for which reimbursement is sought, were reasonable and necessary in rendering the services. No factors are present in this case that require reduction or enhancement of the lodestar. Accordingly, and for good cause shown, it is hereby

**ORDERED** that the Fee Applications are **GRANTED**. It is further

**ORDERED** that Trustee is allowed compensation in the amount of $13,243.77 plus $250.11 as reimbursement for expenses. It is further

**ORDERED** that HFC is allowed compensation in the amount of $15,495.00 plus $180.16 as reimbursement for expenses. It is further

**ORDERED** that AGG is allowed compensation in the amount of $30,295.00 plus $414.54 as reimbursement for expenses. It is further

**ORDERED** that the Trustee is authorized to pay the full amount of the awarded compensation and expenses approved in this Order, subject to Trustee's making the interim distributions that he requested in his *Motion for Authority to Make Second Interim Distribution* [Doc. No. 227].

**[END OF DOCUMENT]**

Order prepared and presented by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Phone: (404) 873-7030/ Fax: (404) 873-7031
michael.bargar@agg.com

3

**Identification of parties to be served:**

Office of the U.S. Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Todd Anthony Shaw
1010 Forest Overlook Drive
Atlanta, GA 30331

Montie Day
Day Law Offices
P. O. BOX 1525
Williams, CA 95987

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road NW
Atlanta, GA 30305-2153

4

17461510v1