**IT IS ORDERED as set forth below:**



**Date: March 25, 2022**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-61855-BEM |
| | : | |
| TODD ANTHONY SHAW, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER AUTHORIZING PAYMENT OF ADMINISTRATIVE EXPENSES**

On February 25, 2022, S. Gregory Hays, as Chapter 7 Trustee for the bankruptcy estate of Todd Anthony Shaw ("**Trustee**"), filed a motion for authority to pay administrative expenses of the bankruptcy estate, seeking authority to pay $450.00 to the Georgia Department of Revenue for State income taxes and $6,200.00 to the Internal Revenue Service for federal income taxes for calendar year 2021 [Doc. No. 249] (the "**Motion**").[1]

---

[1] The amounts that Trustee requested to pay to the Georgia Department of Revenue and the Internal Revenue Service are in addition to those amounts previously approved by order [Doc. No. 245] of the Court.

17945976v1

In the Motion, Trustee shows that there are sufficient funds in this bankruptcy estate with which to make the foregoing payments, and Trustee submits that such payments are proper as administrative expenses of the bankruptcy estate.

On February 28, 2022, Trustee filed a *Notice of Trustee's Motion for Authority to Pay Administrative Expenses of Chapter 7 Estate; Deadline to Object; and for Hearing* [Doc. No. 250] (the "**Notice**"), in accordance with the Second Amended and Restated General Order No. 24-2018, and setting a hearing on the Motion on March 29, 2022 (the "**Hearing**").  Counsel for Trustee certifies that he served the Notice on all requisite parties in interest. [Doc. No. 251].

The Notice provided notice of the opportunity to object and for hearing pursuant to the procedures in the Second Amended and Restated General Order No. 24-2018.  No objection to the Motion was filed prior to the objection deadline provided in the Notice.

The Court having considered the Motion and all other matters of record, including the lack of objection to the relief requested in the Motion; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is granted and Trustee is authorized to pay $450.00 to the Georgia Department of Revenue for State income taxes and $6,200.00 to the Internal Revenue Service for federal income taxes.

**[END OF DOCUMENT]**

17945976v1

Order prepared and presented by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Phone: (404) 873-7030/ Fax: (404) 873-7031
michael.bargar@agg.com

**Identification of parties to be served:**

Office of the U.S. Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Todd Anthony Shaw
1010 Forest Overlook Drive
Atlanta, GA 30331

Montie Day
Day Law Offices
P. O. BOX 1525
Williams, CA 95987

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road NW Atlanta, GA
30305-2153

17945976v1