UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-61855-BEM |
| | : | |
| TODD ANTHONY SHAW, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____ | : | |

## CERTIFICATE OF SERVICE

This is to certify that I, Michael J. Bargar, am over the age of 18, and that on April 11, 2022, I caused to be served a true and correct copy of the *Notice of Trustee's Motion for Authority to Pay Administrative Expenses of Chapter 7 Estate; Deadline to Object; and for Hearing* [Doc. No. 255] (the "**Notice**") by first class United States Mail, postage prepaid, on all of those entities set forth on Exhibit "A" at the addresses stated.

This 11th day of April, 2022.

                                               ARNALL GOLDEN GREGORY LLP
                                               *Attorneys for Trustee*

                                               By: */s/ Michael J. Bargar*
                                                    Michael J. Bargar
171 17th Street NW, Suite 2100             GA Bar No. 645709
Atlanta, Georgia 30363-1031               michael.bargar@agg.com
(404) 873-7030

18020053v1

**EXHIBIT "A" FOLLOWS**

18020053v1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 09-61855-bem<br>Northern District of Georgia<br>Atlanta<br>Mon Apr 11 12:18:19 EDT 2022 | American Home Services, Inc.<br>4600 Regent Blvd.<br>Suite 200<br>Irving, TX 75063-2478 | Arizona Public Service<br>P. O. Box 53933<br>Station 3200<br>Phoenix, AZ 85072-3933 |
| Michael J. Bargar<br>Arnall Golden Gregory, LLP<br>Suite 2100<br>171 17th Street, N.W.<br>Atlanta, GA 30363-1031 | CBA Collection Bureau<br>25954 Eden Landing Rd.<br>Haywaid, CA 94545-3837 | CitiFinancial Auto Corporation as assignee o<br>McCullough, Payne & Haan, LLC<br>171 17th Street, N.W., Suite 975<br>Atlanta, GA 30363-1032 |
| Citifinancial Auto<br>P. O. Box 9575<br>Coppell, TX 75019-9509 | Doug Colton<br>MCE Management, LLC<br>558 Rosedale Avenue<br>Nashville, TN 37211-2048 | Lisa Ritchey Craig<br>McCullough Payne & Haan, LLC<br>Suite 2200<br>271 17th Street, NW<br>Atlanta, GA 30363-6213 |
| Credit Management<br>4200 International Pkwy.<br>Carrollton, TX 75007-1912 | MONTIE DAY<br>DAY LAW OFFICES<br>P. O. BOX 1525<br>WILLIAMS, CA 95987-1525 | Montie S. Day<br>Day Law Offices<br>P. O. Box 1525<br>Williams, CA 95987-1525 |
| Frank W. DeBorde<br>Morris, Manning & Martin, LLP<br>1600 Atlanta Financial Center<br>3343 Peachtree Rd., N.E.<br>Atlanta, GA 30326-1044 | Debt Solution Recovery<br>900 Merchants Concourse<br>Suite 106<br>Westbury, NY 11590-5114 | Estate of James F. Ellerbee<br>c/o David G. Crokett, PC<br>1950 The Equitable Builing<br>100 Peachtree Street NW<br>Atlanta, GA 30303-1906 |
| Fulton County Tax Commisioner's Office<br>141 Pryor Street SW, Suite 1113<br>Atlanta, GA 30303-3566 | Fulton County Tax Commissioner<br>141 Pryor Street SW<br>Atlanta, GA 30303-3446 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Sidney Gelernter<br>McCurdy & Candler, L.L.C.<br>Six Piedmont Center - Suite 700<br>3525 Piedmont Road, NE<br>Atlanta, GA 30305-1578 | Sidney Gelernter<br>McCurdy & Candler, LLC<br>Six Piedmont Road - Suite 700<br>3525 Piedmont Road, NE<br>Atlanta, GA 30305-1578 | Neil C. Gordon<br>Arnall Golden Gregory LLP<br>Suite 2100<br>171 17th Street, NW<br>Atlanta, GA 30363-1031 |
| Harvard Collection<br>4839 N. Elston Ave.<br>Chicago, IL 60630-2589 | S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road NW<br>Atlanta, GA 30305-4909 | Hays Financial Consulting, LLC<br>2964 Peachtree Road NW<br>Suite 555<br>Atlanta, GA 30305-4909 |
| Deetric M. Hicks<br>Johnson & Freedman, LLC<br>1587 Northeast Expressway<br>Atlanta, GA 30329-2401 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JPMorgan Chase Bank<br>1587 NE Expressway<br>Atlanta, Ga 30329-2401 |
| Jennifer N. Melton<br>c/o Bedelia C. Hargrove, Esq.<br>1401 Peachtree Street<br>Suite 500<br>Atlanta, GA 30309-3041 | Jennifer N. Melton<br>c/o Eric L. Register. Esq.<br>Register, Lett, LLP<br>1741 Commerce Drive<br>Atlanta, GA 30318-3107 | Keenan Wilkins<br>ART 278<br>550 6th ST.<br>Oakland, CA 94607-3946 |

| | | |
|---|---|---|
| Karen A. Maxcy<br>McCalla Raymer, LLC<br>1587 Northeast Expressway<br>Atlanta, GA 30329-2401 | National Commerce Brokers, Inc<br>75 Second Ave.<br>Suite 3115<br>Needham, MA 02494-2820 | Martin P. Ochs<br>Office of the U. S. Trustee<br>362 Richard Russell Federal Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3330 |
| Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Re/Max Greater Atlanta - The Latham Group<br>Don Latham / Lonnie Latham<br>Building 1300<br>5591 Chamblee-Dunwoody Road<br>Atlanta, GA 30338-4176 | Ronnie Jackson Jr.<br>c/o Donell Holiday, Cred. Attorney<br>P.O. Box 4596<br>Atlanta GA. 30302-4596 |
| Ronnie Jackson, Jr.<br>c/o Donell Holiday, Esq.<br>142 Mitchell Street<br>Suite 108<br>Atlanta, GA 30303-3428 | Ronnie Jackson, Jr.<br>c/o Donnell Holiday, Esq.<br>225 Peachtree Street Suite 1430<br>PO Box 4596<br>Atlanta, GA 30302-4596 | Santander Consumer USA<br>P.O. Box 560284<br>Dallas, TX 75356-0284 |
| Santander Consumer USA Inc.<br>as Servicer for Citi<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 | Todd Anthony Shaw<br>1010 Forest Overlook Drive<br>Atlanta, GA 30331-8344 | Shawna Staton<br>Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |
| Wayne R. Terry<br>Hemar, Rousso & Heald, LLp<br>12th Floor<br>15910 Ventura Boulevard<br>Los Angeles, CA 91436-2829 | Trojan Professional Service<br>P. 0. Box 1270<br>Los Angeles, CA 90078-1270 | United States Attorney<br>Northern District of Georgia<br>Room 600 Richard Russell Bldg.<br>75 Spring St. SW<br>Atlanta, GA 30303-3318 |
| United States Attorney General<br>10th and Constitution Ave.<br>Washington, DC 20530-0001 | Valley Construction Service<br>7025 N. 58th Ave.<br>Glendale, AZ 85301-2424 | Verizon<br>Bankruptcy Administration<br>P. 0. Box 3397<br>Bloomington, IL 61702-3397 |
| Keenan Wilkins<br>ART278<br>5325 Broder Blvd.<br>Dublin, CA 94568-3309 | Zomba Recording LLC<br>550 Madison Avenue<br>New York, NY 10022-3211 | Zomba Recording, LLC c/o Will Tate, Esq.<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, N.E.<br>Atlanta, Georgia 30326-1044 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION, ARCS - BANKRUPTCY<br>1800 CENTURY BLVD NE, SUITE 9100<br>ATLANTA GA 30345-3205 | (d)Georgia Department of Revenue<br>ATTN: Bankruptcy Unit<br>P. 0. Box 161108<br>Atlanta, GA 30321 | Internal Revenue Service<br>P. 0. Box 21126<br>Philadelphia, PA 19114 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)American Home Mortgage Servicing, Inc. as | (u)Arnall Golden Gregory LLP | (u)JPMorgan Chase Bank, N.A. |
| (u)Zomba Enterprises, Inc. | End of Label Matrix<br>Mailable recipients    50<br>Bypassed recipients     4<br>Total                  54 | |