# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| IN RE: | CASE NO: 09-61855-BEM |
|---|---|
| TODD ANTHONY SHAW, | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. 266 |

On 8/23/2022, I did cause a copy of the following documents, described below,

NOTICE OF TRUSTEE'S MOTION FOR AUTHORITY TO PAY ADMINISTRATIVE EXPENSES OF CHAPTER 7 ESTATE; DEADLINE TO OBJECT; AND FOR HEARING ECF Docket Reference No. 266

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/23/2022

/s/ Michael J. Bargar
Michael J. Bargar  645709
Attorney for Panel Trustee
ROUNTREE LEITMAN KLEIN & GEER, LLC
2987 Clairmont Road, Suite 350
Atlanta, GA  30329
404 584 1238
kmoore@rlkglaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | CASE NO: 09-61855-BEM |
|---|---|
| TODD ANTHONY SHAW, | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |
| | ECF Docket Reference No. 266 |

On 8/23/2022, a copy of the following documents, described below,

NOTICE OF TRUSTEE'S MOTION FOR AUTHORITY TO PAY ADMINISTRATIVE EXPENSES OF CHAPTER 7 ESTATE; DEADLINE TO OBJECT; AND FOR HEARING ECF Docket Reference No. 266

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/23/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael J. Bargar
ROUNTREE LEITMAN KLEIN & GEER, LLC
2987 Clairmont Road, Suite 350
Atlanta, GA  30329

```
PARTIES DESIGNATED AS 'EXCLUDE' WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)/DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SENT RECEIPT OF ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING       AMERICAN HOME SERVICES INC          ARIZONA PUBLIC SERVICE
113E1                                  4600 REGENT BLVD                    P 0 BOX 53933
CASE 09-61855-BEM                      SUITE 200                           STATION 3200
NORTHERN DISTRICT OF GEORGIA           IRVING TX 75063-2478                PHOENIX AZ 85072-3933
ATLANTA
TUE AUG 23 10-42-39 EDT 2022


MICHAEL J BARGAR                       CBA COLLECTION BUREAU               CITIFINANCIAL AUTO CORPORATION AS
ROUNTREE LEITMAN KLEIN  GEER LLC       25954 EDEN LANDING RD               ASSIGNEE O
CENTURY PLAZA I                        HAYWAID CA 94545-3837               MCCULLOUGH PAYNE  HAAN LLC
2987 CLAIRMONT ROAD SUITE 350                                              171 17TH STREET NW SUITE 975
ATLANTA GA 30329-4435                                                      ATLANTA GA 30363-1032


CITIFINANCIAL AUTO                     DOUG COLTON                         LISA RITCHEY CRAIG
P 0 BOX 9575                           MCE MANAGEMENT LLC                  MCCULLOUGH PAYNE  HAAN LLC
COPPELL TX 75019-9509                  558 ROSEDALE AVENUE                 SUITE 2200
                                       NASHVILLE TN 37211-2048             271 17TH STREET NW
                                                                           ATLANTA GA 30363-6213


CREDIT MANAGEMENT                      MONTIE DAY                          MONTIE S DAY
4200 INTERNATIONAL PKWY                DAY LAW OFFICES                     DAY LAW OFFICES
CARROLLTON TX 75007-1912               P O BOX 1525                        P O BOX 1525
                                       WILLIAMS CA 95987-1525              WILLIAMS CA 95987-1525


FRANK W DEBORDE                        DEBT SOLUTION RECOVERY              ESTATE OF JAMES F ELLERBEE
MORRIS MANNING  MARTIN LLP             900 MERCHANTS CONCOURSE             CO DAVID G CROKETT PC
1600 ATLANTA FINANCIAL CENTER          SUITE 106                           1950 THE EQUITABLE BUILING
3343 PEACHTREE RD NE                   WESTBURY NY 11590-5114              100 PEACHTREE STREET NW
ATLANTA GA 30326-1044                                                      ATLANTA GA 30303-1906


FULTON COUNTY TAX COMMISIONERS OFFICE  FULTON COUNTY TAX COMMISSIONER      GEORGIA DEPARTMENT OF REVENUE
141 PRYOR STREET SW SUITE 1113         141 PRYOR STREET SW                 COMPLIANCE DIVISION
ATLANTA GA 30303-3566                  ATLANTA GA 30303-3446               ARCS BANKRUPTCY
                                                                           1800 CENTURY BLVD NE SUITE 9100
                                                                           ATLANTA GA 30345-3202


SIDNEY GELERNTER                       SIDNEY GELERNTER                    HARVARD COLLECTION
MCCURDY  CANDLER LLC                   MCCURDY  CANDLER LLC                4839 N ELSTON AVE
SIX PIEDMONT CENTER - SUITE 700        SIX PIEDMONT ROAD - SUITE 700       CHICAGO IL 60630-2589
3525 PIEDMONT ROAD NE                  3525 PIEDMONT ROAD NE
ATLANTA GA 30305-1578                  ATLANTA GA 30305-1578


S GREGORY HAYS                         HAYS FINANCIAL CONSULTING LLC       DEETRIC M HICKS
HAYS FINANCIAL CONSULTING LLC          2964 PEACHTREE ROAD NW              JOHNSON  FREEDMAN LLC
SUITE 555                              SUITE 555                           1587 NORTHEAST EXPRESSWAY
2964 PEACHTREE ROAD NW                 ATLANTA GA 30305-4909               ATLANTA GA 30329-2401
ATLANTA GA 30305-4909


INTERNAL REVENUE SERVICE               JPMORGAN CHASE BANK                 JENNIFER N MELTON
CENTRALIZED INSOLVENCY OPERATIONS      1587 NE EXPRESSWAY                  CO BEDELIA C HARGROVE ESQ
PO BOX 7346                            ATLANTA GA 30329-2401               1401 PEACHTREE STREET
PHILADELPHIA PA 19101-7346                                                 SUITE 500
                                                                           ATLANTA GA 30309-3041
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)/DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


JENNIFER N MELTON                    KEENAN WILKINS                       KAREN A MAXCY
CO ERIC L REGISTER ESQ               ART 278                              MCCALLA RAYMER LLC
REGISTER LETT LLP                    550 6TH ST                           1587 NORTHEAST EXPRESSWAY
1741 COMMERCE DRIVE                  OAKLAND CA 94607-3946                ATLANTA GA 30329-2401
ATLANTA GA 30318-3107




NATIONAL COMMERCE BROKERS INC        MARTIN P OCHS                        OFFICE OF THE UNITED STATES TRUSTEE
75 SECOND AVE                        OFFICE OF THE U S TRUSTEE            362 RICHARD RUSSELL BUILDING
SUITE 3115                           362 RICHARD RUSSELL FEDERAL BLDG     75 TED TURNER DRIVE SW
NEEDHAM MA 02494-2820                75 TED TURNER DRIVE SW               ATLANTA GA 30303-3315
                                     ATLANTA GA 30303-3330




REMAX GREATER ATLANTA  THE LATHAM GROUP   RONNIE JACKSON JR               RONNIE JACKSON JR
DON LATHAM  LONNIE LATHAM                 CO DONELL HOLIDAY CRED ATTORNEY CO DONELL HOLIDAY ESQ
BUILDING 1300                             PO BOX 4596                     142 MITCHELL STREET
5591 CHAMBLEE-DUNWOODY ROAD               ATLANTA GA 30302-4596           SUITE 108
ATLANTA GA 30338-4176                                                     ATLANTA GA 30303-3428




RONNIE JACKSON JR                    SANTANDER CONSUMER USA               SANTANDER CONSUMER USA INC
CO DONNELL HOLIDAY ESQ               PO BOX 560284                        AS SERVICER FOR CITI
225 PEACHTREE STREET SUITE 1430      DALLAS TX 75356-0284                 PO BOX 961245
PO BOX 4596                                                               FORT WORTH TX 76161-0244
ATLANTA GA 30302-4596




DEBTOR
TODD ANTHONY SHAW                    SHAWNA STATON                        WAYNE R TERRY
1010 FOREST OVERLOOK DRIVE           OFFICE OF THE UNITED STATES TRUSTEE  HEMAR ROUSSO  HEALD LLP
ATLANTA GA 30331-8344                362 RICHARD RUSSELL BUILDING         12TH FLOOR
                                     75 TED TURNER DRIVE SW               15910 VENTURA BOULEVARD
                                     ATLANTA GA 30303-3315                LOS ANGELES CA 91436-2829




TROJAN PROFESSIONAL SERVICE          UNITED STATES ATTORNEY               UNITED STATES ATTORNEY GENERAL
P 0 BOX 1270                         NORTHERN DISTRICT OF GEORGIA         10TH AND CONSTITUTION AVE
LOS ANGELES CA 90078-1270            ROOM 600 RICHARD RUSSELL BLDG        WASHINGTON DC 20530-0001
                                     75 SPRING ST SW
                                     ATLANTA GA 30303-3318




VALLEY CONSTRUCTION SERVICE          VERIZON                              KEENAN WILKINS
7025 N 58TH AVE                      BANKRUPTCY ADMINISTRATION            ART278
GLENDALE AZ 85301-2424               P 0 BOX 3397                         5325 BRODER BLVD
                                     BLOOMINGTON IL 61702-3397            DUBLIN CA 94568-3309




ZOMBA RECORDING LLC                  ZOMBA RECORDING LLC CO WILL TATE ESQ
550 MADISON AVENUE                   1600 ATLANTA FINANCIAL CENTER
NEW YORK NY 10022-3211               3343 PEACHTREE ROAD NE
                                     ATLANTA GEORGIA 30326-1044
```

ADDRESSES WHERE MANUAL RECIPIENTS WERE SERVED THE CASES E-SERVED THROUGH THE UNITED STATES BANKRUPTCY
COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM

```
(Creditor)                          (Creditor)                          (Creditor)
Zomba Recording LLC                 Zomba Enterprises, Inc.             Keenan Wilkins
550 Madison Avenue                  represented by:                     ART278
New York, NY 10022                  Wayne R. Terry                      5325 Broder Blvd.
represented by:                     Hemar, Rousso & Heald, LLp          Dublin, CA 94568
Frank W. DeBorde                    12th Floor
Morris, Manning & Martin, LLP       15910 Ventura Boulevard
1600 Atlanta Financial Center       Los Angeles, CA 91436
3343 Peachtree Rd., N.E.
Atlanta, GA 30326

fwd@mmmlaw.com



(Debtor)PRO SE                      Re/Max Greater Atlanta - The Latham ATTORNEY TO BE NOTICED
Todd Anthony Shaw                   Group                               Shawna Staton
1010 Forest Overlook Drive          Don Latham / Lonnie Latham          Office of the United States Trustee
Atlanta, GA 30331                   Building 1300                       362 Richard Russell Building
represented by:                     5591 Chamblee-Dunwoody Road         75 Ted Turner Drive, SW
Richard M. Jones, Jr.               Atlanta, GA 30338                   Atlanta, GA 30303
Law Office of Richard Jones, P.C.   (Broker)
P. O. Box 371031
Decatur, GA 30037

rmjonesatty@gmail.com



(U.S. Trustee)                      (Creditor)                          Karen A. Maxcy
Office of the United States Trustee JPMorgan Chase Bank, N.A.           McCalla Raymer, LLC
362 Richard Russell Building        represented by:                     1587 Northeast Expressway
75 Ted Turner Drive, SW             Deetric M. Hicks                    Atlanta, GA 30329
Atlanta, GA 30303                   Johnson & Freedman, LLC
represented by:                     1587 Northeast Expressway
Martin P. Ochs                      Atlanta, GA 30329
Office of the U. S. Trustee
362 Richard Russell Federal Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

martin.p.ochs@usdoj.gov



(Creditor)                          (Accountant)PRO SE                  Neil C. Gordon
JPMorgan Chase Bank                 Hays Financial Consulting, LLC      Arnall Golden Gregory LLP
1587 NE Expressway                  2964 Peachtree Road NW              Suite 2100
Atlanta, Ga 30329                   Suite 555                           171 17th Street, NW
represented by:                     Atlanta, GA 30305-2153              Atlanta, GA 30363
Deetric M. Hicks
Johnson & Freedman, LLC                                                 angela.ford@agg.com
1587 Northeast Expressway
Atlanta, GA 30329
```

```
ADDRESSES OF PARTIES IN ADVERSARY PROCEEDING WHO WERE SERVED VIA U.S. MAIL SERVICE THROUGH THE UNITED STATES BANKRUPTCY
COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM
```

| | | |
|---|---|---|
| Michael J. Bargar<br>Arnall Golden Gregory, LLP<br>Suite 2100<br>171 17th Street, N.W.<br>Atlanta, GA 30363 | (Trustee)<br>S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road NW<br>Atlanta, GA 30305-2153<br>represented by:<br>Michael J. Bargar<br>Rountree Leitman Klein & Geer LLC<br>Century Plaza I<br>2987 Clairmont Road, Suite 350<br>Atlanta, GA 30329<br><br>mbargar@rlkglaw.com | (Creditor)<br>Fulton County Tax Commisioner's Office<br>141 Pryor Street SW, Suite 1113<br>Atlanta, GA 30303 |
| (Interested Party)<br>MONTIE DAY<br>DAY LAW OFFICES<br>P. O. BOX 1525<br>WILLIAMS, CA 95987<br>Tax ID / EIN: 94-2824749<br>represented by:<br>Montie S. Day<br>Day Law Offices<br>P. O. Box 1525<br>Williams, CA 95987<br><br>OYAD@AOL.COM | Doug Colton<br>MCE Management, LLC<br>558 Rosedale Avenue<br>Nashville, TN 37211<br>(Broker) | (Creditor)<br>CitiFinancial Auto Corporation as<br>assignee of DC Fin Svcs<br>McCullough, Payne & Haan, LLC<br>171 17th Street, N.W., Suite 975<br>Atlanta, GA 30363-1032<br>represented by:<br>Lisa Ritchey Craig<br>McCullough Payne & Haan, LLC<br>Suite 2200<br>271 17th Street, NW<br>Atlanta, GA 30363-6213 |
| Sidney Gelernter<br>McCurdy & Candler, LLC<br>Six Piedmont Road - Suite 700<br>3525 Piedmont Road, NE<br>Atlanta, GA 30305 | (Creditor)<br>American Home Mortgage Servicing, Inc.<br>as successor in interest to Option One<br>Mortgage Corporation<br>represented by:<br>Sidney Gelernter<br>McCurdy & Candler, L.L.C.<br>Six Piedmont Center - Suite 700<br>3525 Piedmont Road, NE<br>Atlanta, GA 30305 | |