UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>TODD ANTHONY SHAW,<br><br>Debtor. | CHAPTER 7<br><br>Case No. 09-61855<br><br>Honorable Barbara Ellis-Monro |

**ENTRY OF APPEARANCE**
**AND REQUEST FOR ALL NOTICES AND DOCUMENTS**

Please enter the appearance of Christina M. Baugh of the law firm of Barnes & Thornburg LLP, as counsel for Todd Anthony Shaw, Debtor in the above-captioned case. As such counsel, Christina M. Baugh hereby enters her appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and such counsel hereby requests that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following person at the following address:

Christina M. Baugh
Barnes & Thornburg, LLP
3340 Peachtree Road N.E., Suite 2900
Atlanta, Georgia 30305
Telephone (404) 264-4026
Facsimile (404) 264-4033
Email: CBaugh@btlaw.com

1

Respectfully submitted this 7th day of July, 2023.

/s/ Christina M. Baugh
Christina M. Baugh
Georgia Bar No. 241880
Barnes & Thornburg LLP
3340 Peachtree Road N.E., Suite 2900
Atlanta, Georgia 30326
Tel: (404) 264-4026
Fax: (404) 264-4033
Email: CBaugh@btlaw.com

*Counsel for Todd Anthony Shaw*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2023, I electronically filed the foregoing ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES AND DOCUMENTS with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing upon all attorneys of record.

*/s/ Christina M. Baugh*
Christina M. Baugh
Georgia Bar No. 241880