**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Atlanta Division 1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404−215−1000

---

| | | |
|---|---|---|
| In Re: | **Todd Anthony Shaw** | Case No.: **09−61855−bem**<br>Chapter: **7**<br>Judge: **Barbara Ellis−Monro** |
| | Debtor(s) | |

---

### NOTICE OF DEFICIENCY

You are hereby notified that Document # 298 filed on July 10, 2023, is deficient for the following reasons:

The document is illegible or incomplete. Please re−file a legible and complete document.

Failure to timely remedy the deficiency noted above may delay prompt administration of the case, including, but not limited to, the timely entry of the debtor's discharge. If this matter is pending before the Court, this Notice of Deficiency does not alter any pending deadlines or remove scheduled hearings from the Court's calendar.

Date: 7/12/23

Vania S. Allen
Clerk of Court

By: Gelonda Howell
Deputy Clerk

Form 431 − Notice of deficiency 11−2020