**IT IS ORDERED as set forth below:**

**Date: July 13, 2023**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>TODD ANTHONY SHAW,<br><br>Debtor. | CASE NO. 09-61855-BEM<br><br><br><br>CHAPTER 7 |

**ORDER AND NOTICE OF EVIDENTIARY HEARING**

1. An evidentiary hearing in the above-styled matter on *Trustee's Motion for Authority to Sell Property of the Bankruptcy Estate Free and Clear of Liens, Claims, Interests, and Encumbrances* [Doc. 280] will be held on **July 31, 2023, at 10:30 AM**, in **COURTROOM 1402**, UNITED STATES COURTHOUSE, RICHARD B. RUSSELL FEDERAL BUILDING, 75 TED TURNER DRIVE (f/k/a SPRING STREET), S.W., ATLANTA, GEORGIA.

2. Counsel and parties appearing *pro se* are hereby directed to filed on the docket witness lists and marked exhibits, with a cover page listing the exhibits, on or before **July 24, 2023**. The parties shall also file on the docket a separate, typed listing of each party's objections to the exhibits of the other party prior to the hearing date. Any listed document to which an objection is not raised shall be deemed to have been stipulated as to authenticity by the parties,

and such documents will be admitted at the hearing without further proof of authenticity. Each party must arrive at the hearing with a set of exhibits for witness use, a set of exhibits for the Courtroom Deputy, and a set of exhibits for the party's own use.

      3. If the parties determine that, by reason of settlement or other good cause, the matter should not be heard, which determination shall be subject to Court approval, counsel are directed to notify the Court immediately in order that the time set aside for the instant hearing may be assigned to other litigants, since all cases in the Court are specifically set to commence on a date certain.

**END OF ORDER**

**Distribution List**

Todd Anthony Shaw
1010 Forest Overlook Drive
Atlanta, GA 30331

Christina M Baugh
Barnes & Thornburg LLP
Suite 2900
3340 Peachtree Road NE
Atlanta, GA 30326

Aaron Gavant
Barnes & Thornburg LLP
One N. Wacker Drive
Suite 4400
Chicago, IL 60606-2833

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road NW
Atlanta, GA 30305-2153

Michael J. Bargar
Rountree Leitman Klein & Geer LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Evelyn J. Meltzer
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
PO Box 1709
Wilmington, PA 19801

Pierce Rigney
Troutman Pepper
600 Peachtree St, NE, Ste 3000
Atlanta, GA 30308

Gary Marsh
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street NE Suite 3000
Atlanta, GA 30308

Montie S. Day
Day Law Offices
P. O. Box 1525
Williams, CA 95987

Donell Holiday
Law Office of Donell Holiday
P.O. Box 4596
Atlanta, GA 30302

Mackenzie B. Pearson
Manatt Entertainment
2049 Century Park East
Suite 1700
Los Angeles, CA 90067

3