UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
|  | ) |  |
| TODD ANTHONY SHAW, | ) | CASE NO. 09-61855-BEM |
|  | ) |  |
|     Debtor. | ) |  |

---

|  |  |  |
|---|---|---|
| S. GREGORY HAYS, as Chapter 7 trustee, | ) |  |
|  | ) |  |
|     Movant, | ) |  |
|  | ) |  |
| v. | ) | CONTESTED MATTER |
|  | ) |  |
| THE INTERNAL REVENUE SERVICE, SOUND EXCHANGE, INC., BROADCAST MUSIC, INC., SONY MUSIC ENTERTAINMENT, BOBBY FRANK ELLERBEE, as Administer of ESTATE OF JAMES F. ELLERBEE, BOBBY FRANK ELLERBEE, THE GEORGIA DEPARTMENT OF REVENUE, GUILFORD FOREST HOMEOWNERS ASSOCIATION, INC., COLLECTIONS INC. OF SAN FRANCISCO A CALIFORNIA CORPORATION, RONNIE JACKSON, JR., and TODD ANTHONY SHAW, | ) ) ) ) ) ) ) ) ) ) ) ) ) |  |
|  | ) |  |
|     Respondents. | ) |  |

## TRUSTEE'S WITNESS AND EXHIBIT LISTS FOR JULY 31, 2023 EVIDENTIARY HEARING

S. Gregory Hays, as Chapter 7 trustee ("**Trustee**") respectfully submits his witness and exhibit list for the July 31, 2023, evidentiary hearing.

I.    **WITNESSES**

    A.  <u>Will Call</u>

        S. Gregory Hays, Trustee
        Doug Colton, broker for bankruptcy estate
        Wayne C. Coleman

    B.  <u>May Call</u>

        Todd Anthony Shaw
        Tiffany Almy
        Joshua Binder
        Gaelen Whitmore

II.    **EXHIBITS**

| Hays/Shaw Sale Motion Evidentiary Hearing Trustee Exhibits | | |
|---|---|---|
| **Exhibit** | **Document** | **Docket No.** |
| 1 | Sale Motion with Sale Agreement | 280 |
| 2 | NOH Sale Motion | 281 |
| 3 | COS | 283 |
| 4 | Outstanding Claim Payment Analysis | N/A |
| 5 | Sale Projections | N/A |
| 6 | Debtor Bankruptcy Disclosure Forms | 11 |
| 7 | Amendment to Schedule D F | 18 |
| 8 | Ellerbee Calculation re BMI Taking | N/A |
| 9 | Debtor Taking re SoundExchange and BMI | N/A |
| 10 | Emails from Bargar to Shaw Team | N/A |
| 11 | IRS Proof of Claim | Claim # 3-1 |
| 12 | IRS Post-Petition Tax Lien | N/A |
| 13 | Offer from SONY $150K | N/A |
| 14 | Email from Universal re No Match | N/A |
| 15 | Claims Register | N/A |
| 16 | Valuation Report* | N/A |
| | | |
| | | |
| | *This report from Trustee's expert was not ready as of | |
| | the Court's submisison deadline.  Trustee will supplement | |
| | his exhibits once the report is ready. | |

2

Attached hereto are copies of the above-listed exhibits.  Trustee reserves the right to supplement his Exhibits and witnesses for impeachment and rebuttal purposes.

Respectfully submitted this 24th day of July, 2023.

**ROUNTREE LEITMAN KLEIN & GEER, LLC**
*Attorneys for Trustee*

By: */s/ Michael J. Bargar*
       Michael J. Bargar
       Georgia Bar No. 645709
       mbargar@rlkglaw.com

Century Plaza I
2987 Clairmont Road
Suite 350
Atlanta, Georgia 30329
T: (404) 410-1220

TRUSTEE EXHIBIT "1" FOLLOWS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
|  | ) |  |
| TODD ANTHONY SHAW, | ) | CASE NO. 09-61855-BEM |
|  | ) |  |
| Debtor. | ) |  |

-------------------------------------------------------------------------------------

|  |  |  |
|---|---|---|
| S. GREGORY HAYS, as Chapter 7 trustee, | ) |  |
|  | ) |  |
| Movant, | ) |  |
|  | ) |  |
| v. | ) | CONTESTED MATTER |
|  | ) |  |
| THE INTERNAL REVENUE SERVICE, | ) |  |
| SOUND EXCHANGE, INC., BROADCAST | ) |  |
| MUSIC, INC., SONY MUSIC | ) |  |
| ENTERTAINMENT, BOBBY FRANK | ) |  |
| ELLERBEE, as Administer of ESTATE OF | ) |  |
| JAMES F. ELLERBEE, BOBBY FRANK | ) |  |
| ELLERBEE, THE GEORGIA DEPARTMENT | ) |  |
| OF REVENUE, GUILFORD FOREST | ) |  |
| HOMEOWNERS ASSOCIATION, INC., | ) |  |
| COLLECTIONS INC. OF SAN FRANCISCO | ) |  |
| A CALIFORNIA CORPORATION, RONNIE | ) |  |
| JACKSON, JR., and TODD ANTHONY SHAW, | ) |  |
|  | ) |  |
| Respondents. | ) |  |

**TRUSTEE'S MOTION FOR AUTHORITY TO SELL PROPERTY OF THE
BANKRUPTCY ESTATE FREE AND CLEAR OF
LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES**

COMES NOW S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy

estate of Todd Anthony Shaw ("**Debtor**"), pursuant to 11 U.S.C. §§ 363(b), (f), and (m), and

Fed. R. Bankr. P. 2002(a)(2), 6004(a), 6004(c) and 9014, through undersigned counsel, and files

*Trustee's Motion for Authority to Sell Property of the Bankruptcy Estate Free and Clear of Liens, Claims, Interests, and Encumbrances* (the "**Sale Motion**"), respectfully showing:

## Venue and Jurisdiction

1.      This Court has jurisdiction over this Sale Motion under 28 U.S.C. §§ 157 and 1334.  Venue of this case in this District is proper under 28 U.S.C. §§ 1408 and 1409.  This Sale Motion is a core proceeding under 28 U.S.C. § 157(b)(2).

## Background

### *a. General Background*

2.      On January 26, 2009 (the "**Petition Date**"), Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code, initiating Case No. 09-61855-BEM (the "**Bankruptcy Case**" or "**Case**").

3.      Also on the Petition Date, Debtor filed under penalty of perjury his *Statement of Financial Affairs, Schedules "A"* through *"J",* and other bankruptcy documents. [Doc. No. 1].

4.      Trustee was thereafter appointed the duly acting Chapter 7 trustee in the Case under 11 U.S.C. § 701(a)(1), and he remains in this role.

5.      At the commencement of the Case, the Debtor's bankruptcy estate was created under 11 U.S.C. § 541(a) (the "**Bankruptcy Estate**"), and it includes all Debtor's legal or equitable interests in property as of the commencement of the Case and any interest in property that the Bankruptcy Estate acquires after commencement of the Case.  11 U.S.C. §§ 541(a)(1) and (7).

6.      Trustee is the sole representative of the Bankruptcy Estate.  11 U.S.C. § 323(a).

7.      The duties of Trustee include an obligation to "collect and reduce to money the property of the estate . . . ." 11 U.S.C. § 704.

### b. Music Royalties

#### 1. Collections to Date

8.      On the Petition Date, Debtor was entitled to payments from certain music royalties, and Trustee has been collecting these payments since the Petition Date.

9.      And, although Debtor originally filed this Case as a no-asset case, Trustee has collected over $2.75M of music royalties since the Petition Date, and as a result of previous distributions authorized by the Court, he is currently holding approximately $1,000,000.00.

10.     A portion of these royalty payments arose out of a stipulation ("**Stipulation**") between Trustee and Zomba Recording LLC ("**Zomba**"), which was approved by order [Doc. No. 62] of the Court on November 24, 2009.

11.     This Stipulation resolved a dispute between Trustee and Zomba related to payments from Zomba Enterprises, Inc. ("**ZEI**") that were owed to the Bankruptcy Estate but in which Zomba claimed an alleged security interest.

12.     As a result of the Stipulation, Trustee was to receive 20% of royalty payments owed by ZEI; Zomba was to receive 80% of these royalty payments, until the alleged loan owed to Zomba is paid in full; and following satisfaction of this debt, Trustee was to receive 100% of the royalty payments.  This secured claim has been fully satisfied.

13.     Upon information and belief, sometime after entry of the Stipulation and the Court's order [Doc. No. 62] approving the same, Zomba transferred its loan rights and interests in recorded works that generate royalties to Sony Music Entertainment ("**Sony**"), and ZEI transferred its interests in the musical composition works that generate royalties to Universal Music Group, Inc. ("**Universal**").  Alternatively, rather than an asset purchase, it may be the case that Sony purchased Zomba, or that Universal purchased ZEI.

3

### 2. Employment of Broker

14.     On March 16, 2021, Trustee filed an application to employ MCE Management, LLC ("**MCE**") as Trustee's broker to assist Trustee in marketing and selling certain music royalty and other property interests of the Bankruptcy Estate [Doc. No. 209] (the "**Application to Employ**").

15.     On March 24, 2021, the Court entered an order [Doc. No. 210] granting the Application to Employ and authorizing Trustee to employ MCE.

16.     Trustee has been marketing the relevant assets since employing MCE in 2021.

### c. Alleged Liens, Interests, and Encumbrances

17.     Debtor scheduled several creditors with secured claims in what was his former residence, but he scheduled no secured claims in any other property interests. *See* [Doc. No. 11].

18.     Upon information and belief, other than the now fully paid secured claim of: (a) Zomba that was the subject of the Stipulation; and (b) the Georgia Department of Revenue, no other creditors hold valid liens, security interests, or encumbrances in the assets that are the subject of this Sale Motion. *See* [Doc. No. 11]; [Doc. No. 62]; [Doc. No. 177]; [Proof of Claims No. 2-1 and 5-2].

19.     To the extent a judgment creditor asserts a lien in the Transferred Assets (defined below), they do not attach to those assets because they are choses in action. *See, e.g., Levine v. Weyer (In re DOTMD, LLC)*, 303 B.R. 519, 525-527 (Bankr. N.D. Ga. 2003) (Bihary, J.).

### d. Filed Claims Against the Bankruptcy Estate

20.     The total of the filed claims against the Bankruptcy Estate is $2,903,980.95. $479,969.96 of this amount is the secured claim of Zomba, which, as mentioned before, has been paid in full.  And, $46,375.28 of this amount arises through the priority claims of the Internal

Revenue Service and the Fulton County Tax Commissioner, which was later withdrawn at Docket No. 155. Because of interim distributions made to date, as authorized by the Court, the total of the remaining unpaid claims against the Bankruptcy Estate is approximately $1,582,000.00.

### Proposed Sale Free and Clear of All Liens, Claims, Interests, and Encumbrances

21.     After much negotiation, Trustee entered into an *Asset Purchase Agreement* for Trustee to sell, assign, and transfer the Bankruptcy Estate's right, title, and interest in and to certain Transferred Assets[1] to Reservoir Media Management, Inc. (the "**Purchaser**"), "as is, where is," for a sale price of $7,550,000.00 (the "**Purchase Price**"),[2] subject to Bankruptcy Court approval (the "**Sale Agreement**").[3] A true and correct copy of the Sale Agreement,[4] is attached hereto and incorporated herein by reference as Exhibit "A."

22.     As set forth in the Sale Agreement, the Contemplated Transaction is subject to higher and better offers. As a result, and as set forth in Section 10.03 of the Sale Agreement, Trustee and Purchaser have agreed (again, subject to Bankruptcy Court approval) to a Break-Up Fee in an aggregate amount not to exceed $50,000.00 for Purchaser's actual, reasonable, and

---

[1]     Capitalized terms not defined in this Sale Motion shall have the meanings ascribed to them in the Sale Agreement. The term Transferred Assets is defined at page 7 of the Sale Agreement.

[2]     As set out in the Sale Agreement, there will be a Holdback of $550,000.00 from the Purchase Price, and Trustee will keep and set-off any funds he has received since the Cash Date of October 1, 2022 against the Purchase Price such that the amount the Purchaser actually pays to Trustee will be reduced by the Post-Cash Date Pre-Closing Receipts that Trustee has received.

[3]     In the interest of time, the Sale Agreement attached as Exhibit "A" does not include completed Schedules A, B, C, D, or E. To the extent necessary and if requested, Trustee will provided copies of these schedules once they are finalized.

[4]     Nothing in this Sale Motion regarding the terms of the Sale Agreement is meant to be comprehensive. To the extent that any provision in this Sale Motion conflicts with the express terms of the Sale Agreement, the terms of the Sale Agreement shall control.

documented legal and financial due diligence costs, provided that Trustee consummates a sale of the Transferred Assets to a Competing Bidder.

23.     The Purchaser was procured through the efforts of Trustee and his Broker, is a *bona fide* purchaser, and is not an insider of Debtor, Trustee, or the Broker.

24.     Trustee's proposed Sale Agreement for a Purchase Price of $7,550,000.00 is: (a) the highest and best offer that Trustee has received; and (b) an appropriate selling price for the Transferred Assets.

25.     Subject to Bankruptcy Court approval, the closing of the sale of the Transferred Assets is scheduled to occur within five (5) Business Days following the date of the Bankruptcy Court's entry of a Final Order in the Bankruptcy Case (the "**Closing Date**").

<div align="center"><b>Relief Requested</b></div>

26.     Trustee requests an order from the Court granting this Sale Motion; approving the Sale Agreement; and authorizing Trustee to sell, assign, and transfer the Bankruptcy Estate's right, title, and interest in and to the Transferred Assets to Purchaser for a Purchase Price of $7,550,000.00 free and clear of all liens, claims, interests, and encumbrances but otherwise on an "as is, where is" with all faults basis.

27.     Trustee requests an order from the Court finding that Trustee and Purchaser have proceeded in good faith and that Trustee and Purchaser are entitled to the protections of 11 U.S.C. § 363(m).

28.     Trustee requests an order from the Court authorizing Trustee to execute any documents necessary to consummate the proposed sale, assignment, and transfer of the Transferred Assets to Purchaser, including those documents attached to the Sale Agreement as Exhibits 1 through 10.

<div align="center">6</div>

29.     Trustee requests an order from the Court approving the Break-Up Fee, in accordance with the terms of Section 10.03 of the Sale Agreement.

30.     Trustee requests an order from the Court ordering and directing the following Payors (as defined in the Sale Agreement) to account and pay the applicable royalty payments and income specified below in respect of the Subject Compositions and Subject Recordings (as applicable) to Purchaser following the Closing Date, in accordance with the Sale Agreement:

    a.  BMI to account and pay to Purchaser One Hundred Percent (100%) of the Songwriter Performance Royalties otherwise payable by BMI on or after the Cash Date in respect of the interest of the Bankruptcy Estate/Debtor in the BMI Compositions.

    b.  UMPG (and any successor-in-interest thereto) to account and pay to Purchaser One Hundred Percent (100%) of the Publisher Royalties and Songwriter Non-Performance Royalties otherwise payable by UMPG (and/or any successor-in-interest thereto, including Debtor to the extent Debtor recaptures rights from UMPG pursuant to the United States Copyright Act) on or after the Cash Date as provided in the UMPG Agreements in respect of the interest of the Bankruptcy Estate/Debtor in the Subject Compositions.

    c.  SoundExchange to account and pay to Purchaser One Hundred Percent (100%) of the Neighboring Rights Artist Share of Neighboring Rights Royalties otherwise payable by SoundExchange on or after the Cash Date in respect of the interest of the Bankruptcy Estate/Debtor in the Subject Recordings.

    d.  Sony (and any successor-in-interest thereto) to account and pay to Purchaser One Hundred Percent (100%) of the Subject Recording Royalties otherwise payable by

Sony (and any successor-in-interest thereto) on or after the Cash Date as provided

in the Sony Agreements in respect of the interest of the Bankruptcy Estate/Debtor

in the Subject Recordings (including any and all SME Accounts pertaining

thereto).

## Legal Analysis

### a. Sale Free and Clear

31.     Section 363 of the Bankruptcy Code authorizes a trustee "after notice and a

hearing . . . [to] use, sell, or lease, other than in the ordinary course of business, property of the

estate . . . ." 11 U.S.C. § 363(b)(1).  Section 105 of the Bankruptcy Code grants this Court the

authority to "issue any order, process, or judgment necessary or appropriate to carry out the

provisions of this title."  11 U.S.C. § 105(a).

32.     The standard to grant a sale of property outside of the ordinary course of business

is the sound business judgment of the trustee.  *In re Chateaugay*, 973 F.2d 141 (2d Cir. 1992);

*Stephens Indus. v. McClung*, 789 F.2d 386, 390 (6th Cir. 1986); *In re Abbotts Dairies of Penn.,

Inc*., 788 F.2d 143 (3d Cir. 1986); *Committee of Equity Security Holders v. Lionel Corp. (In re

Lionel Corp.)*, 722 F.2d 1063, 1071 (2d Cir. 1983).  In this regard, a trustee's showing need not

be exhaustive; rather, a trustee is "simply required to justify the proposed disposition with sound

business reason." *In re Baldwin United Corp.*, 43 B.R. 888, 906 (Bankr. S.D. Ohio 1984).

33.     Trustee can satisfy his burden here because the proposed sale is for a Purchase

Price of $7,550,000.00, which will allow Trustee to make a substantial distribution to holders of

filed claims (if not pay all filed claims, including interest and penalties, in full), and it will allow

Trustee, barring unforeseen events and after payment of administrative expenses, including

income taxes and fees and expenses, to make a substantial surplus distribution to Debtor in

8

excess of seven figures.  This would be a wonderful result in this Case, which, as mentioned before, Debtor filed as a no-asset case.

34.     In turn, Section 363(f) of the Bankruptcy Code authorizes a trustee to sell property under 11 U.S.C. § 363(b) free and clear of any interest in the subject property if, among other things, the price at which the property is to be sold is greater than the aggregate of the liens on such property, or if such interest is the subject of a bona fide dispute.  11 U.S.C. § 363(f). Specifically, that code section provides:

> (f) The trustee may sell property under subsection (b) or (c) of this section free and clear of any interest in such property of an entity other than the estate, only if-
>
> (1)     applicable nonbankruptcy law permits sale of such property free and clear of such interest;
> (2)     such entity consents;
> (3)     such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
> (4)     such interest is in bona fide dispute; or
> (5)     such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

*Id.*

35.     As set forth above and below, Trustee can, under 11 U.S.C. § 363(f), sell the Transferred Assets free and clear of all liens, claims, interests, and encumbrances with any lien (to the extent valid, perfected, enforceable, and unavoidable) attaching to the proceeds of the sale with the same priority and extent as it had in the Transferred Assets.

36.     The proposed Purchase Price is significantly greater than the amounts owed to any party holding a valid lien or security interest in the Transferred Assets.  As a result, Section 363(f)(3) is satisfied.

37.     Alternatively, all alleged judgment liens that a creditor asserts has attached to the Transferred Assets are the subject of a bona fide dispute because those assets are choses in

action, and Section 363(f)(4) is satisfied.  *See, e.g., Levine v. Weyer (In re DOTMD, LLC)*, 303 B.R. 519, 525-527 (Bankr. N.D. Ga. 2003) (Bihary, J.).

38.   Notably, the proposed sale of the Transferred Assets is not in the ordinary course of business, as allowed by 11 U.S.C. § 363(b). Any lien to the extent valid, perfected, enforceable, and unavoidable will attach to the proceeds of the sale as provided by 11 U.S.C. § 363(f).

### b. Good Faith of Trustee and Purchaser

39.   Moreover, 11 U.S.C. § 363(m) provides that the reversal or modification on appeal of an authorization of a sale or lease of property does not affect the validity of the sale or lease under such authorization to an entity that purchased or leased the property in good faith. *See* 11 U.S.C. § 363(m).

40.   Although the Bankruptcy Code does not define good faith, courts have recognized that the kind of misconduct that would destroy a good faith status involves fraud, collusion between the purchaser and other offerors or the trustee, or an attempt to take grossly unfair advantage of other offerors.  *See In re Abbott Dairies of Pa., Inc.*, 788 F.2d 143, 147 (3d Cir. 1986).

41.   Trustee and Purchaser have proceeded in good faith, and the Purchaser is a *bona fide,* good-faith purchaser and not an insider of Debtor, Trustee, or the Broker.  Consequently, Trustee and Purchaser are entitled to the protections of 11 U.S.C. § 363(m).

### Other Relief Requested

42.   In addition, Trustee requests that the Court waive the stay of the order approving the proposed sale as authorized under Rule 6004(h) of the Federal Rules of Bankruptcy Procedure.

**Request for Higher and Better Offers**

43.      Finally, following notice to all creditors and parties in interest of the Sale Motion and the date of the hearing, Trustee invites any and all parties wishing to submit a competing cash bid, which exceeds the present Purchase Price, with no contingencies, and the ability to close within ten (10) days from Bankruptcy Court approval, so long as any such bid is filed with the Court in the form of an objection to the Sale Motion within two (2) business days of the hearing set forth in the notice of hearing filed contemporaneously with this Sale Motion.

44.      To the extent that any entity asserts a right of first refusal as to the Transferred Assets, Trustee invites offers from those entities in accordance with the terms of the underlying agreement.

WHEREFORE, Trustee respectfully requests that the Court enter an Order:

(a)      Granting the Sale Motion;

(b)      Authorizing and approving the Sale Agreement and the sale of the Transferred Assets free and clear of all liens, interests, and encumbrances;

(c)      Finding that Purchaser is a good faith Purchaser and that Trustee and Purchaser are entitled to the protections of 11 U.S.C. § 363(m);

(d)      Authorizing Trustee to execute any document necessary to comply with the terms of the Sale Agreement;

(e)      Approving the Break-Up Fee, in accordance with the terms of Section 10.03 of the Sale Agreement;

(f)      Requiring the Payors (as defined in the Sale Agreement) to account and pay the applicable royalty payments and income (specified above) in respect of the Subject Compositions and Subject Recordings (as applicable) to Purchaser following the Closing Date,

11

in accordance with the Sale Agreement;

(g)    Authorizing the proposed sale to be consummated immediately as allowed by

Federal Rules of Bankruptcy Procedure Rule 6004(h); and

(h)    Granting such other and further relief as the Court deems just or appropriate.

Respectfully submitted this 1st day of May, 2023.


ROUNTREE LEITMAN KLEIN & GEER LLC
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*

Century Plaza I                                Michael J. Bargar
2987 Clairmont Road, Suite 350                Georgia Bar No. 645709
Atlanta, GA 30329                            mbargar@rlkglaw.com
404-410-1220

**EXHIBIT "A" FOLLOWS**

## ASSET PURCHASE AGREEMENT

This AGREEMENT (this "Agreement") dated as of April 5, 2023 (the "Effective Date") is made by and between S. Gregory Hays ("Seller") of and only as Chapter 7 trustee ("Seller") of the bankruptcy estate of Artist-Writer (as hereinafter defined), on the one hand, and Reservoir Media Management, Inc. ("Purchaser"), on the other hand.

## RECITALS

WHEREAS, on January 26, 2009, Artist-Writer filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division;

WHEREAS, shortly thereafter, Seller was appointed the Chapter 7 trustee for Artist-Writer's bankruptcy estate (the "Bankruptcy Estate"), and Seller remains in that role;

WHEREAS, in the role of Chapter 7 trustee of the Bankruptcy Estate, Seller is the sole representative of the Bankruptcy Estate, under 11 U.S.C. § 323(a);

WHEREAS, Seller wishes to sell to Purchaser, and Purchaser wishes to purchase from Seller, all of the Bankruptcy Estate's right, title and interest in and to the Transferred Assets (as hereinafter defined), upon the terms and subject to the conditions set forth in this Agreement;

NOW, THEREFORE, in consideration of the promises and mutual covenants and agreements hereinafter set forth, Seller and Purchaser agree as follows:

## ARTICLE I

## DEFINITIONS; INTERPRETIVE PROVISIONS

Section 1.01  Definitions.

The following defined terms shall have the meanings ascribed to them in this Section 1.01 for all purposes of this Agreement:

"Accounts" means the applicable royalty, writer and/or client account name(s) and number(s) of Seller and/or Artist-Writer associated with each Payor hereunder set forth on Schedule A, attached hereto and made a part hereof.

"Advance" means any amounts paid to Seller or any other Entity on Seller's behalf as a prepayment, advance or loan against future earnings derived from the Subject Compositions or Subject Recordings.

"Affiliate" means with respect to any Entity, any other person or entity controlling, controlled by or under common control with such Entity. As used in this definition, the term "control" (including the terms "controls," "controlled by" and "under common control with") means possession, directly or indirectly, including through one or more intermediaries, of the power to direct or cause the direction of the management or policies of an Entity, whether through the ownership of voting securities, by Contract, or otherwise.

"Approval Order" means an order by the Bankruptcy Court entered in the Bankruptcy Case approving this Agreement and the Contemplated Transactions of this Agreement.

"Artist-Writer" means Todd Anthony Shaw p/k/a "Too Short", individually and sometimes d/b/a Srand Music (BMI).

"Authorship Share" means the percentages of the Subject Compositions accorded to the applicable songwriter(s) (including Artist-Writer) as the author or writer of the Subject Compositions, as specified on the applicable Schedules attached hereto and made a part hereof.

"Bankruptcy Case" means the bankruptcy case of Artist-Writer styled as *In re Todd Shaw* (Case No. 09-61855-BEM) in the Bankruptcy Court.

"Bankruptcy Code" means Title 11 of the United States Code §§ 101, et. seq., as amended.

"Bankruptcy Court" means the United States Bankruptcy Court, for the Northern District of Georgia, Atlanta Division.

"Bankruptcy Estate" shall have the meaning set forth in the Recitals of this Agreement.

"BMI" means Broadcast Music, Inc.

"BMI Account" means BMI writer account number 003288223 (and any related or successor account(s)).

"BMI Agreements" means any and all Contracts entered into by and between Artist-Writer, on the one hand, and BMI, on the other hand that govern the BMI Compositions, and any modifications, extensions, and amendments thereof, including that certain songwriter membership agreement by and between Artist-Writer and BMI, dated as of October 23, 1985.

"BMI Compositions" means, to the extent of the Bankruptcy Estate's right to receive Songwriter Performance Royalties, the musical compositions and musical works written in whole or in part by Artist-Writer prior to January 26, 2009, and currently registered under the BMI Account, as set forth on Schedule B attached hereto and made a part hereof, as well as any Derivative Works thereof. Artist-Writer's Authorship Share in each of the BMI Compositions is set forth on Schedule B.

"Business Day" means any day other than a Saturday, a Sunday, legal holiday or other day on which commercial banks in the United States are authorized or required by Law to close.

"Cash Date" means October 1, 2022.

"Catalog Materials" means, to the extent of Artist-Writer's interest therein, which are in Seller's possession, (i) digital copies of the Subject Composition Agreements and Subject Recording Agreements; (ii) digital copies of any and all accounting statements, royalty statements, and source earning statements relating to the Transferred Assets; and (iii) Seller's account usernames, passwords, and any other applicable login credentials for any online platform or portals operated by each of BMI, SME, SoundExchange and UMPG in connection with the Transferred Assets (the "Logins").

"Claim" shall have the meaning set forth in Article IX.

"Closing" means completion of this Agreement and the transfer of the Transferred Assets to Purchaser in accordance with the terms of this Agreement.

2

"Closing Date" means five (5) Business Days following the date of the Bankruptcy Court's entry of a Final Order in the Bankruptcy Case.

"Closing Payment" shall mean an amount equal to the Purchase Price less an amount equal to the aggregate of: (i) the Post-Cash Date Pre-Closing Receipts, and (ii) the Holdback.

"Contemplated Transactions" means the transactions contemplated by this Agreement.

"Contract" means any contract, agreement, indenture, note, bond, loan, lease, sublease, conditional sales contract, mortgage, license, sublicense, franchise agreement, obligation, promise, undertaking, commitment or other binding arrangement (in each case, whether written or oral).

"Copyrights" means all rights under United States federal or state copyright or foreign copyright, including, all renewals, extensions, continuations, restorations, revivals and reversions thereof (whether vested, contingent or inchoate, whether registered or unregistered and whether such renewals, extensions, continuations, restorations, revivals and reversions are now in existence or come into existence for any reason, including as a result of future legislation or the interpretation thereof), in all countries of the world or otherwise throughout the universe, as well as all United States or foreign applications for copyright registration and all causes of action, including those for infringement, arising from the date of creation of the work subject to such copyright, whether now known or unknown to Seller or Purchaser in all events.

"Copyright Act" means the United States Copyright Act, 17 U.S.C. 101, et. seq., as amended.

"Derivative Work" means, with respect to any musical composition, musical work or sound recording, any arrangement, adaptation, edition, translation, interpolation or sample thereof or any other derivative work based thereon, and all right, title and interest in and to such derivative work.

"Entity" means any individual, corporation, partnership, association or any other organized group of persons or legal successors or representatives of the foregoing.

"Excluded Liabilities" shall have the meaning set forth in Section 2.03.

"Execution" shall have the meaning set forth in Section 4.02(a).

"Execution Date" shall have the meaning set forth in Section 4.02(a).

"Final Order" means an order from the Bankruptcy Court entered in the Bankruptcy Case: (a) which contains language to the effect that under Rule 6004(h) of the Federal Rules of Bankruptcy Procedure the order shall be effective and enforceable immediately upon entry; or (b) if the order does not contain such language under Rule 6004(h), an order: (i) for which any appeal that has been taken has been finally determined or dismissed, or (ii) for which the time for appeal has expired and no appeal has been timely filed.

"Governmental Authority" means (i) any federal, provincial, state, local, municipal, national or international government or governmental authority, regulatory or administrative agency, governmental commission, department, board, bureau, agency or instrumentality, court, tribunal, arbitrator or arbitral body (public or private), or (ii) any self-regulatory organization.

"Holdback" means Five Hundred Fifty Thousand Dollars ($550,000.00).

3

"Interest" means any ownership, administrative or income interest.

"Law" means any law, statute, ordinance, code, regulation, rule, or other requirement of any Governmental Authority.

"Neighboring Rights Agreements" means any and all Contracts by and between Artist-Writer, on the one hand, and any Neighboring Rights Organization, on the other hand, and any modifications, extensions, and amendments thereof, including the SoundExchange Agreements.

"Neighboring Rights Artist Share" means the entire share (as determined under any applicable sound recording performance, broadcast or copyright Laws in any country throughout the world, including under the Copyright Act, 17 U.S.C. 114(g), or under the rules and regulations of any Neighboring Rights Organization) of any Neighboring Rights Royalties payable or becoming payable to Seller in respect of Artist-Writer's status as a "featured artist" or "featured performer" or otherwise in respect of Artist-Writer's contribution as a recording artist, performer or producer of any of the Subject Recordings.

"Neighboring Rights Organization" means any neighboring rights or sound recording performing rights collection organization or society throughout the world, or any other Entity that licenses and collects income in respect of the public performance or broadcast of sound recordings, including SoundExchange and PPL.

"Neighboring Rights Royalties" means any and all royalties, fees, credits, earnings, income, revenues, remuneration, monies, advances, settlement amounts, and any other sums or amounts of any kind or description payable or becoming payable to Seller by any Neighboring Rights Organization in connection with the public performance of the Subject Recordings, including public performance by transmission, broadcast, digital broadcast, webcast, simulcast, satellite, and cable transmission and retransmission, and rental and lending communication, whether accorded pursuant to the Laws and regulations currently in effect or hereinafter enacted in any country of the world or under any applicable agreement. For the avoidance of doubt, the Neighboring Rights Royalties shall include the Neighboring Rights Artist Share, but shall expressly exclude the so-called "label's share" or "copyright owner's share" of Neighboring Rights Royalties payable in respect of the Subject Recordings.

"Ownership Interest" means the percentage share of the UMPG Compositions (out of a one hundred percent [100%] undivided ownership Interest in each UMPG Composition) that is owned and/or controlled by Seller, as specified on Schedule C, attached hereto and made a part hereof.

"Payors" means BMI, SME, SoundExchange and UMPG.

"Post-Cash Date Pre-Closing Receipts" means any and all monies, fees, royalties, revenues, amounts and sums of any kind or description received by Seller from any Entity from and after the Cash Date in connection with the Transferred Assets as of the Closing Date, i.e., __ _____ Dollars ($_____).

"Publisher Non-Performance Royalties" means any and all monies, fees, royalties, revenues, amounts and sums of any kind or description payable or becoming payable to Seller by any Entity anywhere in the universe in respect of the use or exploitation of the Subject Compositions, excluding only the Publisher Performance Royalties and the Songwriter Royalties.

"Publisher Performance Royalties" means any and all monies, fees, royalties, revenues, amounts and sums of any kind or description payable or becoming payable by any Entity

anywhere in the universe in respect of the public performance of the Subject Compositions, excluding only the Songwriter Royalties, but including the so-called "publisher's share" of public performance credits, monies, fees, royalties, revenues, amounts and sums of any kind or description payable or becoming payable by ASCAP, BMI, or any other performing rights organization or society throughout the world or any other Entity in connection with the public performance of any of the Subject Compositions.

"Publisher Royalties" means the Publisher Non-Performance Royalties and the Publisher Performance Royalties.

"Purchase Price" shall have the meaning set forth in Section 3.01(a).

"Purchaser" shall have the meaning set forth in the Preamble.

"Seller" shall have the meaning set forth in the Preamble.

"SME" means Sony Music Entertainment, Inc. and its predecessors, successors and Affiliates, including, without limitation, Zomba Recording Corporation.

"SME Agreements" means any and all Contracts entered into by and between Artist-Writer, on the one hand, and SME, on the other hand, in connection with or relating to the Subject Recordings, and any modifications, extensions, and amendments thereof, including, without limitation, those Contracts set forth on Schedule E, attached hereto and made a part hereof.

"Songwriter Non-Performance Royalties" means any and all monies, fees, royalties, revenues, amounts and sums of any kind or description, excluding only the Songwriter Performance Royalties, payable or becoming payable by any Entity in respect of Artist-Writer's capacity as a songwriter, lyricist, composer or arranger of the Subject Compositions anywhere in the universe, including all monies, fees, royalties, revenues, amounts and sums of any kind or description payable or becoming payable by any Entity in connection with the use or exploitation of the Subject Compositions. To the extent any of the foregoing amounts are not allocated into separate songwriter and publisher shares by the Entity collecting and distributing the same, the Songwriter Non-Performance Royalties shall be deemed fifty percent (50%) of such gross income.

"Songwriter Performance Royalties" means any and all public performance credits, monies, fees, royalties, revenues, amounts and sums of any kind or description payable or becoming payable by any Entity in respect of Artist-Writer's capacity as a songwriter, lyricist, composer or arranger of the Subject Compositions anywhere in the universe, including all of the Seller's share of public performance royalties and fees payable or becoming payable by BMI or any other performing rights organization or society throughout the world or any other Entity in respect of the public performance of any of the Subject Compositions. Without limiting the foregoing, Songwriter Performance Royalties include Artist-Writer's share of public performance royalties and fees payable or becoming payable as a result of any public performance licenses of the Subject Compositions that may be issued directly by any Entity. To the extent any of the foregoing amounts are not allocated into separate songwriter and publisher shares by the Entity collecting and distributing the same, the Songwriter Performance Royalties have been deemed fifty percent (50%) of such gross income.

"Songwriter Royalties" means the Songwriter Performance Royalties and the Songwriter Non-Performance Royalties.

"SoundExchange" means SoundExchange, Inc.

"SoundExchange Agreements" means any and all Contracts by and between Artist-Writer, on the one hand, and SoundExchange, on the other hand, and any modifications, extensions, and amendments thereof.

"Source Agreements" means the Subject Composition Agreements and the Subject Recording Agreements.

"Subject Compositions" means the BMI Compositions and the UMPG Compositions.

"Subject Composition Agreements" means any and all Contracts entered into by Artist-Writer relating to the acquisition, ownership, use or exploitation of the Subject Compositions, including the BMI Agreements and the UMPG Agreements.

"Subject Composition Royalties" means an undivided one hundred percent (100%) of any and all credits, monies, fees, royalties, earnings, income, revenues, remuneration, advances, settlement amounts and any other sums or amounts of any kind or description accounted, credited, paid or payable by any Entity, including UMPG and BMI, anywhere in the universe to Artist-Writer and/or Seller with respect to the Bankruptcy Estate's current or future Interest in the Subject Compositions, including the Songwriter Royalties and the Publisher Royalties, whether pursuant to the Subject Composition Agreements or otherwise in connection with the use or exploitation of the Subject Compositions.

"Subject Recording Agreements" means any and all Contracts entered into by Artist-Writer relating to the acquisition, ownership, use or exploitation of the Subject Recordings, including the SME Agreements and the Neighboring Rights Agreements.

"Subject Recordings" means all audio-only and audiovisual recordings, sound recordings and phonorecords embodying Artist-Writer's musical performance (whether individually or together with other recording artists) or respecting which Artist-Writer rendered services as a recording artist, performer or producer, the creation of which was completed prior to January 26, 2009, and which are currently owned, controlled and/or distributed by SME pursuant to the SME Agreements, including those recordings and phonorecords set forth on Schedule D attached hereto and made a part hereof, and any Derivative Works based thereon in which SME claims an Interest pursuant to the SME Agreements.

"Subject Recording Royalties" means an undivided one hundred percent (100%) of any and all credits, monies, fees, royalties, earnings, income, revenues, remuneration, advances, settlement amounts and any other sums or amounts of any kind or description accounted, credited, paid or payable by any Entity, including SME and SoundExchange, anywhere in the universe to Artist-Writer and/or Seller with respect to the Bankruptcy Estate's current or future Interest in the Subject Recordings, including the Neighboring Rights Royalties, whether pursuant to the Subject Recording Agreements or otherwise in connection with the use or exploitation of the Subject Recordings, including, but not limited to, all such royalties and amounts credited to the applicable SME and SoundExchange Accounts set forth on Schedule A.

"Tax" or "Taxes" shall mean all past, present, and future federal, state, local and foreign taxes, including all levies, duties, imposts, deductions, charges, assessments, fees, liens or withholdings and all liabilities (including all interest, fines, assessments, penalties and additions to tax imposed in connection therewith or with respect thereto) imposed by any Governmental Authority on Seller, any of the Transferred Assets or the Contemplated Transactions.

"<u>Transferred Assets</u>" shall mean:

(i)     an undivided one hundred percent (100%) of all of the Bankruptcy Estate's right, title and Interest in and to the Subject Compositions throughout the universe and in perpetuity, whether retained, reverted, or reverting by operation of contract, law or otherwise (subject to the Subject Composition Agreements), including, without limitation:

(a)     the Copyrights therein and thereto (to the extent of the Bankruptcy Estate's ownership Interest therein), and all renewals, revivals and extensions thereof throughout the universe, and any reversionary Interest of any kind and any similar rights whether now or hereafter known throughout the universe; and

(b)     the sole and exclusive right to collect and retain for Purchaser's own account an undivided one hundred percent (100%) of any and all Subject Composition Royalties payable from and after the Cash Date;

(ii)     an undivided one hundred percent (100%) of all of the Bankruptcy Estate's right, title and Interest in and to the Subject Recordings throughout the universe and in perpetuity, whether retained, reverted, or reverting by operation of contract, law or otherwise (subject to the Subject Recording Agreements), including, without limitation, the sole and exclusive right to collect an undivided one hundred percent (100%) of any and all Subject Recording Royalties payable from and after the Cash Date;

(iii)     one hundred percent (100%) of the Bankruptcy Estate's contractual rights under the Source Agreements, including (to the extent assignable) the sole and exclusive right to exercise any and all of the Bankruptcy Estate's audit and approval rights thereunder in respect of the Subject Recordings or Subject Compositions, as applicable;

(iv)     the perpetual, non-exclusive, royalty-free, worldwide right to use Artist-Writer's name(s), approved likeness and approved biographical material in connection with the marketing, promotion and exploitation of the Subject Recordings and Subject Compositions, and in so-called "institutional advertisements/promotion" for Purchaser's music publishing and/or recording business (including via the Internet, Purchaser's website, etc.); and

(v)     the Catalog Materials.

"<u>UMPG</u>" means Universal Music Publishing Group, Inc. and its Affiliates and predecessors-and successors-in-interest, including, without limitation, Zomba Enterprises, Inc. and Willesden Music, Inc. (BMI).

"<u>UMPG Agreements</u>" means any and all Contracts entered into by and between Artist-Writer, on the one hand, and UMPG, on the other hand, in connection with or relating to the UMPG Compositions, and any modifications, extensions, and amendments thereof, including, without limitation, those Contracts set forth on <u>Schedule E</u>, attached hereto and made a part hereof.

"<u>UMPG Compositions</u>" means the musical compositions and musical works written in whole or in part by Artist-Writer prior to January 26, 2009, whether the same were originally claimed or registered as a musical composition or as a musical part of a dramatico-musical work and any music, lyrics, titles, or cues of such compositions, whether domestic or foreign, or direct or indirect Interests therein, or other rights arising therefrom, including the Copyrights therein, which are currently owned, controlled, published and/or administrated by UMPG pursuant to the UMPG Agreements, as set forth on <u>Schedule C</u> attached hereto and made a part hereof, as well as any Derivative Works related thereto in which UMPG claims an Interest pursuant to the UMPG

7

Agreements. The Ownership Interest and Artist-Writer's Authorship Share in each of the UMPG Compositions is set forth on <u>Schedule C</u>.

<u>Interpretative Provisions</u>.

Unless the express context otherwise requires:

(a)    the words "hereof", "herein" and "hereunder" and words of similar import, when used in this Agreement, shall refer to this Agreement as a whole and not to any particular provision of this Agreement;

(b)    words defined in the singular shall have a comparable meaning when used in the plural, and vice versa;

(c)    the words "Dollars" and "$" mean United States dollars;

(d)    references herein to a specific Article, Section, Subsection, Clause, Recital, Schedule or Exhibit shall refer, respectively, to Articles, Sections, Subsections, Clauses, Recitals, Schedules or Exhibits of or to this Agreement;

(e)    wherever the word "include", "includes" or "including" is used in this Agreement, it shall be deemed to be followed by the words "without limitation";

(f)    reference to any gender shall include each other gender;

(g)    references to any Entity shall include such Entity's heirs, executors, personal representatives, administrators, successors and permitted assigns; provided, however, that nothing contained in this clause (g) is intended to authorize any assignment or transfer not otherwise permitted in this Agreement or create any third party beneficiaries;

(h)    with respect to the determination of any period of time, the word "from" means "from and including" and the words "to" and "until" each mean "to but excluding";

(i)    the word "or" shall be disjunctive and inclusive;

(j)    references herein to any Law shall be deemed to refer to such Law as amended, reenacted, supplemented or superseded in whole or in part and also to all rules and regulations promulgated thereunder;

(k)    references herein to any Contract means such Contract as amended, supplemented or modified (including any waiver thereto) in accordance with the terms thereof;

(l)    the headings contained in this Agreement are for reference purposes only and shall not affect in any way the meaning or interpretation of this Agreement;

(m)    Seller and Purchaser have each participated in the negotiation and drafting of this Agreement and if an ambiguity or question of interpretation should arise, this Agreement shall be construed as if drafted jointly by the parties hereto and no presumption or burden of proof shall arise favoring or burdening either party by virtue of the authorship of any of the provisions in the Agreement;

(n)    any reference to "days" means calendar days unless Business Days are expressly specified; and

8

(o)      when calculating the period of time before which, within which or following which any act is to be done or step taken pursuant to this Agreement, the date that is the reference date in calculating such period shall be excluded, and if the last day for the giving of any notice or the performance of any act required or permitted under this Agreement is a day that is not a Business Day, then the time for the giving of such notice or the performance of such action shall be extended to the next succeeding Business Day.

## ARTICLE II

## SALE AND PURCHASE OF TRANSFERRED ASSETS; CONDITIONS TO CLOSING

Section 2.01  Sale and Purchase of Transferred Assets; § 363 Sale.

(a)      At the Closing, and subject to the conditions set forth in Section 2.04 of this Agreement, Seller shall sell, assign and transfer to Purchaser, and Purchaser shall purchase, acquire and accept from Seller, free and clear of all liens, claims, encumbrances and other interests in the Transferred Assets, but otherwise in "as is and where is" condition, all of the Bankruptcy Estate's right, title and interest in and to the Transferred Assets.

(b)      § 363 Sale.    Seller will seek and diligently pursue approval and entry of the Final Order pursuant to a motion to be filed by Seller under § 363 of the Bankruptcy Code. The Final Order shall provide for a sale free and clear of all liens, claims, and encumbrances and other interests in the Transferred Assets under § 363(f) of the Bankruptcy Code, and shall make a finding under § 363(m) of the Bankruptcy Code that the Purchaser is purchasing the Transferred Assets in good faith.

Section 2.02  Duration of Purchased Rights.

Seller's  assignment to Purchaser includes all of the Bankruptcy Estate's rights in and to: (i) the Transferred Assets; and (ii) all claims, demands, actions and causes of action relating thereto for the full term of the Copyright therein, including all claims, demands, actions and causes of action arising from the date of creation of each Subject Composition and Subject Recording, whether now known or unknown to Seller or Purchaser, in each instance.

Section 2.03  Excluded Liabilities.

Purchaser will not, and nothing in this Agreement shall cause Purchaser to, assume or be obligated to pay, perform, or otherwise discharge any liabilities or obligations of Seller in connection with the Transferred Assets, whether direct or indirect, known or unknown, absolute or contingent (the "Excluded Liabilities"). All such Excluded Liabilities shall be retained by and remain obligations of Seller.   Other than the obligations of Seller expressly set forth in this Agreement, the sale, assignment, and transfer of the Transferred Assets by Seller shall be without recourse against Seller and the Bankruptcy Estate.

Section 2.04  Conditions to Closing.

(a)      Conditions to Seller's Obligation to Close.  All the following conditions must have been satisfied before Seller is obligated to close the Contemplated Transactions.  Seller may waive any failure to satisfy one or more of the conditions.

(i)      Purchaser's Representations and Warranties.    All of Purchaser's representations and warranties must be materially true on and before the Closing Date.

9

(ii)    <u>Bankruptcy Court Approval</u>.  Seller shall have no duty or obligation to close the Contemplated Transaction until: (A) the entry by the Bankruptcy Court of the Approval Order; and (B) the Approval Order becoming a Final Order.

(iii)    <u>Closing Payment</u>.  Purchaser pays the Closing Payment to Seller.

(b)    <u>Conditions to Purchaser's Obligation to Close</u>.  All the following conditions must have been satisfied before Purchaser is obligated to close the Contemplated Transactions. Purchaser may waive any failure to satisfy one or more of the conditions.

(i)    <u>Seller's Representations and Warranties</u>.    All of Seller's representations and warranties shall be accurate in all material respects on and as of the Closing Date as if again made by Seller on and as of such date, except for inaccuracies that do not affect Seller's ability to perform its obligations hereunder.

(ii)    <u>Performance of the Obligations of Seller</u>.    Seller shall have performed in all material respects all obligations required under this Agreement to be performed by it on or before the Closing Date.

(iii)    <u>Bankruptcy Court Approval</u>.  Purchaser shall have no duty or obligation to close the Contemplated Transaction until: (A) the entry by the Bankruptcy Court of the Approval Order; and (B) the Approval Order becoming a Final Order, in form and substance reasonably satisfactory to Purchaser, and no order staying, reversing, modifying or amending the Final Order shall be in effect on the Closing Date.

(iv)    <u>No Violation of Orders</u>.  No preliminary or permanent injunction or other order that declares this Agreement invalid in any respect or prevents the consummation of the Contemplated Transactions shall be in effect.

<div align="center">

**ARTICLE III**

**PURCHASE PRICE**

</div>

Section 3.01  <u>Purchase Price</u>.

(a)    In consideration of the sale and delivery of the Transferred Assets to Purchaser, the warranties and representations of Seller hereunder and Seller's performance of all obligations hereunder, Purchaser shall pay to Seller an aggregate amount equal to Seven Million Five Hundred Fifty Thousand Dollars ($7,550,000.00) (the "<u>Purchase Price</u>"), adjusted and payable as follows:

(i)    <u>Closing Payment</u>.  By or at the Closing, Purchaser shall deliver or cause to be delivered to Seller an amount equal to the Closing Payment by wire transfer of immediately available funds, in accordance with the payment instructions attached hereto as <u>Exhibit 1</u>.

(ii)    <u>Holdback</u>.  The Holdback shall be payable by Purchaser to Seller promptly following the date on which Purchaser has directly received the first regularly scheduled statements and payments of the respective Subject Composition Royalties from each of UMPG and BMI and the applicable Subject Recording Royalties from each of SME and SoundExchange.

**ARTICLE IV**

**THE EXECUTION**

Section 4.01  <u>The Execution</u>.

(a)    The execution of this Agreement by the parties (the "<u>Execution</u>") shall take place on a date to be agreed by the parties (the "<u>Execution Date</u>") remotely or electronically.

**ARTICLE V**

**THE CLOSING; DELIVERIES AT CLOSING**

Section 5.01  <u>The Closing</u>.

(a)    <u>Seller's Deliveries</u>.  By or at the Closing, Seller shall deliver or cause to be delivered to Purchaser the following:

(i)    an Asset Assignment, duly executed by Seller, substantially in the form of <u>Exhibit 2</u>;

(ii)    a Copyright Assignment in respect of the UMPG Compositions, duly executed by Seller, in the form of <u>Exhibit 3</u>;

(iii)    a duly executed Notice of Assignment and General Letter of Direction in the form of <u>Exhibit 4</u>;

(iv)    a duly executed SME Letter of Direction in the form of <u>Exhibit 5</u>;

(v)    a duly executed UMPG Letter of Direction in the form of <u>Exhibit 6</u>;

(vi)    with respect to the assignment of the BMI Songwriter Performance Royalties to Purchaser, a duly executed BMI Letter of Direction relating to the BMI Compositions in the form of <u>Exhibit 7</u> (along with a completed and executed "BMI Royalty Assignment Verification Form" that identifies Purchaser as the assignee of Songwriter Performance Royalties with respect to the BMI Compositions as of the Closing Date); and

(vii)    with respect to SoundExchange:

(A)    a duly executed Certification of Assignment of SoundExchange Featured Artist Royalties in the form of <u>Exhibit 8</u> (along with the SoundExchange List of Assigned Recordings attached hereto as <u>Schedule D</u> and made a part hereof), signed, dated and notarized (the "<u>SoundExchange Certification of Assignment</u>"; and

(B)    a duly executed SoundExchange Account Authorization Form relating solely to the Neighboring Rights Royalties payable by SoundExchange in connection with the Subject Recordings in the form of <u>Exhibit 9</u>, executed by Seller.

(viii)    The Catalog Materials; and

11

(ix)    The Income After Cash Date, as provided in Section 8.02 of this Agreement.

(b)    Purchaser's Deliveries.  By or at the Closing, Purchaser shall deliver or cause to be delivered to Seller the following:

(i)    The Closing Payment; and

(ii)    Such other documents deemed reasonably necessary by Seller to effectuate the Contemplated Transactions.

(c)    Schedule of Receipts.  On or before the Closing Date, Seller shall deliver to Purchaser a schedule of Post-Cash Date Pre-Closing Receipts together with true and complete copies of any and all accounting statements relating thereto provided to Seller or otherwise made available to Seller by any Entity in connection therewith.

(d)    Change of Logins.  Purchaser shall change all of the Logins promptly following the Closing Date.

(e)    Following the Closing, but before the closing of the Bankruptcy Case, Seller shall make reasonable efforts to pursue and, as soon as practical thereafter, deliver to Purchaser written confirmations (e-mail to suffice) from each of BMI, UMPG, SME and SoundExchange acknowledging the applicable letters of direction provided pursuant to Sections 5.01(a)(iv)-(vii) above.

## ARTICLE VI

## REPRESENTATIONS AND WARRANTIES OF SELLER

Seller represents and warrants to Purchaser as follows, as of the Closing Date:

Section 6.01   Corporate Organization.

Artist-Writer is in Chapter 7 proceedings in the Bankruptcy Court.  Subject to any necessary authority from the Bankruptcy Court, Seller has all requisite power and authority to consummate the Contemplated Transactions hereunder.

Section 6.02   Authorization and Validity.

Seller has all requisite power and authority to enter into this Agreement and, subject to the Bankruptcy Court's entry of the Final Order, to carry out Seller's obligations hereunder and thereunder. This Agreement has been duly executed by Seller and, subject to the Bankruptcy Court's entry of the Final Order, constitutes valid and binding obligations, enforceable against the Bankruptcy Estate in accordance with their terms.

Section 6.03   Disclaimer of Other Representations and Warranties.

EXCEPT AS EXPRESSLY SET FORTH IN THIS ARTICLE VI ABOVE, SELLER MAKES NO OTHER REPRESENTATION OR WARRANTY, EXPRESS OR IMPLIED, AT LAW OR IN EQUITY, IN RESPECT OF ANY OF THE TRANSFERRED ASSETS OF THE BANKRUPTCY ESTATE, INCLUDING WITHOUT LIMITATION, WITH RESPECT TO MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE, NON-INFRINGEMENT, AND ACCURACY AND COMPLETENESS OF ANY INFORMATION PROVIDED TO THE PURCHASER AND ITS

REPRESENTATIVES, AND ALL REPRESENTATIONS OR WARRANTIES THAT COULD BE MADE BY SELLER REGARDING THE TRANSFERRED ASSETS OR THE ACCURACY AND COMPLETENESS OF ANY INFORMATION PROVIDED TO THE PURCHASER AND ITS REPRESENTATIVES ARE HEREBY EXPRESSLY DISCLAIMED.  UNDER THE TERMS OF THIS AGREEMENT, PURCHASER IS PURCHASING THE TRANSFERRED ASSETS ON AN AS-IS, WHERE-IS BASIS WITH ALL FAULTS.

This Section 6.03 of the Agreement shall survive the Closing and after the Closing Date. The Seller and Purchaser agree that a failure to include the express language of this Section 6.03 of the Agreement in any transferring document related to the Contemplated Transactions and/or the Closing, including the Asset Assignment, the form of which is attached to this Agreement as Exhibit 2, or the Copyright Assignment, the form of which is attached to this Agreement as Exhibit 3, shall in no way impact the extent or nature of the sale, assignment, and transfer of the Transferred Assets to Purchaser by Seller.  The Seller and Purchaser agree that the merger doctrine will not apply to the Contemplated Transactions, and the Purchaser shall not assert any claims related to the merger doctrine based on a failure to include the language in this Section 6.03 of the Agreement in any transferring document related to the Contemplated Transactions and/or the Closing, including the Asset Assignment, the form of which is attached to this Agreement as Exhibit 2, or the Copyright Assignment, the form of which is attached to this Agreement as Exhibit 3.

## ARTICLE VII

## REPRESENTATIONS AND WARRANTIES OF PURCHASER

Purchaser represents and warrants to Seller as follows, as of the Closing Date:

Section 7.01  Corporate Organization.

Purchaser has all requisite power and authority to own, lease, and operate its properties and assets and to carry on its business as presently conducted and is qualified to do business and is in good standing as a foreign corporation in each jurisdiction where the ownership, leasing, or operation of its assets or properties or conduct of its business requires such qualification, except where the failure to be so organized, qualified, or in such good standing, or to have such power or authority, would not, individually or in the aggregate, reasonably be likely to prevent, materially delay, or materially impair the ability of Purchaser to enter into or consummate the Contemplated Transactions and enter into and carry out its obligations under this Agreement.

Section 7.02  Due Authorization.

(a)    The execution and delivery by Purchaser of this Agreement and the consummation of the Contemplated Transactions have been duly and validly authorized and approved by all necessary action on the part of Purchaser.

(b)    This Agreement has been duly and validly executed and delivered by Purchaser and, assuming the due authorization, execution and delivery by the other parties hereto, constitutes and will constitute legal, valid and binding obligations of Purchaser, enforceable against Purchaser in accordance with its terms, except to the extent that their enforceability may be limited by public policy, bankruptcy, insolvency, reorganization, fraudulent conveyance, moratorium, receivership and other similar Laws affecting the enforcement of creditors' rights in general and general principles of equity (regardless of whether such enforceability is considered in a proceeding in equity or at law).

Section 7.03 <u>Non-Insider Status of Purchaser</u>. Purchaser is not an insider of Artist-Writer as that term is defined under 11 U.S.C. § 101(31) or other applicable law.

Section 7.04 <u>Contemplated Transaction is As-Is, Where-Is, With All Faults</u>. Purchaser acknowledges and understands that it is purchasing the Transferred Assets on an AS-IS, WHERE-IS, WITH ALL FAULTS basis and, except as expressly set forth in Article VI above, that Seller makes no representations or warranties, whether express or implied, about the Transferred Assets, any information provided to the Purchaser and its representatives, or any other matter.

Section 7.05 <u>No Recourse</u>. Purchaser acknowledges and understands that the sale, assignment, and transfer of the Transferred Assets to Purchaser by Seller shall be without recourse against Seller, the Bankruptcy Estate, or any agents or employees of Seller or the Bankruptcy Estate. This Section 7.05 of the Agreement shall survive the Closing and after the Closing Date. The Seller and Purchaser agree that a failure to include the express language of this Section 7.05 of the Agreement in any transferring document related to the Contemplated Transactions and/or the Closing, including the Asset Assignment, the form of which is attached to this Agreement as Exhibit 2, or the Copyright Assignment, the form of which is attached to this Agreement as Exhibit 3, shall in no way impact the extent or nature of the sale, assignment, and transfer of the Transferred Assets to Purchaser by Seller. The Seller and Purchaser agree that the merger doctrine will not apply to the Contemplated Transactions, and the Purchaser shall not assert any claims related to the merger doctrine based on a failure to include the language of this Section 7.05 of the Agreement in any transferring document related to the Contemplated Transactions and/or the Closing, including the Asset Assignment, the form of which is attached to this Agreement as Exhibit 2, or the Copyright Assignment, the form of which is attached to this Agreement as Exhibit 3.

Section 7.06 <u>Higher and Better Offers</u>. Purchaser acknowledges and understands that Seller has a fiduciary duty to obtain the highest and best offer for the Transferred Assets and that the Contemplated Transactions are subject to higher and better offers.

Section 7.07 <u>Bankruptcy Court Approval</u>. Purchaser acknowledges and understands that the Contemplated Transactions and this Agreement are subject to Bankruptcy Court approval. Purchaser further acknowledges and understands that Seller shall have no duty or obligation to close the Contemplated Transaction until the Bankruptcy Court enters an Approval Order that becomes a Final Order.

Section 7.08 <u>Seller's Duties Following Closure of Bankruptcy Case</u>. Purchaser acknowledges and understands that Seller shall have no further duties or obligations with respect to this Agreement after the Bankruptcy Case is closed.

## ARTICLE VIII

## COVENANTS OF SELLER

Section 8.01 <u>No Changes to Source Agreements; No Advances</u>.

(a)    From and after the date hereof, Seller shall not amend any of the Source Agreements without Purchaser's prior written approval.

(b)    From and after the date hereof, Seller shall not solicit or accept any Advance against royalties payable under the Source Agreements, or otherwise encumber the Transferred Assets.

(c)    From and after the date hereof, Seller shall not terminate Seller's affiliation with BMI with respect to the BMI Compositions in any country of the world, nor shall Seller designate a different local collection agency with respect to the Subject Compositions, without Purchaser's prior written approval, and subject to the requirement that such termination or change of affiliation will not adversely affect the Transferred Assets herein granted to Purchaser and/or the right of Purchaser to collect the Songwriter Performance Royalties in respect of the Subject Compositions.

Section 8.02  Income After Cash Date.

If the Bankruptcy Court enters an Approval Order that becomes a Final Order, all Subject Composition Royalties and Subject Recording Royalties paid to or received by Seller on or after the Cash Date shall be the property of Purchaser (the "Income After Cash Date"), and Seller shall transmit the Income After Cash Date to Purchaser at the Closing.

Section 8.03  Further Assurances; Additional Documents.

(a)    If at any time after the Closing but before the closing of the Bankruptcy Case, any further reasonable action is necessary to carry out the purposes of this Agreement, Seller will take any reasonable such further action at Purchaser's cost and expense (including the execution, delivery and filing of such further instruments and documents) as Purchaser reasonably may request. After the Bankruptcy Case closes, Seller shall have no further duties or obligations under this Agreement.

(b)    Seller agrees to make, execute, and deliver any further documents, instruments, and writings which are reasonably necessary to carry out the terms and purposes of this Agreement until the Bankruptcy Case is closed. After the Bankruptcy Case closes, Seller shall have no further duties or obligations under this Agreement.

Section 8.04  Bankruptcy Matters.

Seller and Purchaser shall use commercially reasonable efforts to cooperate, assist and consult with each other to secure the entry of the Final Order following the Execution Date, and to consummate the Contemplated Transactions, including furnishing affidavits or other documents or information for filing with the Bankruptcy Court for the purposes, among others, of providing necessary assurances of performance by Purchaser under this Agreement and furnishing any testimony regarding the Contemplated Transactions, including to support the good-faith nature of the negotiations leading to this Agreement.

## ARTICLE IX

## PUBLIC ANNOUNCEMENT

Section 9.01  Public Announcement.

Purchaser shall have the right to issue a press release or other public announcement in connection with the acquisition of the Transferred Assets, provided any such press release or other public announcement shall be subject to Seller's prior written approval in each instance (not to be unreasonably withheld or delayed), and further provided that nothing contained herein shall prohibit Purchaser's public disclosure of information pertaining to the Transferred Assets if such disclosure is required by applicable laws, rules and/or regulations.

## ARTICLE X

## TERMINATION

Section 10.01  <u>Pre-Closing Termination</u>.

Notwithstanding anything to the contrary contained in this Agreement, Purchaser shall have the right to terminate this Agreement prior to the Closing Date upon written notice to Seller in the event that the Bankruptcy Court fails to issue an Approval Order that is a Final Order within ninety (90) days following the Execution Date.

Section 10.02  <u>Automatic Termination of Agreement</u>.

Subject to Section 10.03 of this Agreement, if the Bankruptcy Court denies approval of this Agreement, then, unless otherwise agreed to by Purchaser and Seller in writing, this Agreement shall terminate and be of no further force or effect, and Purchaser and Seller will be restored to their respective factual and legal positions which existed immediately prior to execution of this Agreement.

Section 10.03  <u>Break-Up Fee</u>. In the event that, as a result of any competitive bidding process related to the Bankruptcy Case following the Execution Date: (i) a third-party purchaser (a "<u>Competing Bidder</u>") makes an offer to purchase the Transferred Assets from Seller at a purchase price amount that exceeds the Purchase Price hereunder (a "<u>Competing Bid</u>"), which such Competing Bid is accepted by Seller and approved by the Bankruptcy Court; (ii) Purchaser elects not to increase the Purchase Price hereunder to exceed the purchase price of the Competing Bid; and (iii) Seller consummates a sale of the Transferred Assets to the Competing Bidder upon the terms of the Competing Bid: (A) the Contemplated Transactions shall not be consummated and Purchaser and Seller shall no longer have any obligations to one another, except as set forth in this Section 10.03 of the Agreement; and (B) Seller shall promptly file an appropriate motion (the "<u>Break-Up Fee Motion</u>") with the Bankruptcy Court for the Bankruptcy Court's approval of the reimbursement by Seller to Purchaser of Purchaser's actual, reasonable, documented (summary invoices shall suffice for such documentation purposes) legal and financial due diligence costs and related expenses incurred in connection with this Agreement and the Contemplated Transactions hereunder, in an aggregate amount not to exceed Fifty Thousand Dollars ($50,000) (the "<u>Break-Up Fee</u>").  If applicable pursuant to the foregoing, and if and only if the Break-Up Fee Motion and the Break-Up Fee are approved by the Bankruptcy Court, Seller shall pay the Break-Up Fee to Purchaser in accordance with the payment instructions attached hereto as <u>Exhibit 1</u> promptly following the Bankruptcy Court's approval of the Break-Up Fee Motion.

## ARTICLE XI

## MISCELLANEOUS

Section 11.01  <u>Expenses</u>.

Except as otherwise expressly provided herein, each party hereto shall pay all of its own fees, costs and expenses (including attorneys' and accountants' fees, costs and expenses) in connection with the negotiation of this Agreement, the performance of its obligations hereunder and the consummation of the Contemplated Transactions.

Section 11.02  Notices.

Any notice, request, demand, instruction, payment or other communication given under or in connection with this Agreement shall be deemed to have been duly given and made, upon receipt, if given in writing and served by personal delivery upon or certified mail, registered mail, or courier service, return receipt requested, sent to the party for whom the communication was intended at the address set forth below to the Entities indicated (provided that if by e-mail, any such communication shall be deemed to have been duly given and made upon its transmission):

<table>
<tr><td>If to Seller:</td><td>S. Gregory Hays<br>Hays Financial Consulting, LLC<br>2964 Peachtree Road NW, Ste. 555<br>Atlanta, GA 30305<br>Email: ghays@haysconsulting.net;<br>    saskue@haysconsulting.net</td></tr>
<tr><td>With copies to:</td><td>Rountree Leitman Klein & Geer, LLC<br>Century Plaza I<br>2987 Clairmont Rd., Ste. 350<br>Atlanta, GA 30329<br>Attn: Michael J. Bargar, Esq.<br>Email: mbargar@rlkglaw.com</td></tr>
<tr><td>If to Purchaser:</td><td>Reservoir Media Management, Inc.<br>200 Varick Street, Suite 801A<br>New York, New York 10014<br>Attn: Rell Lafargue, President & COO; Jeff McGrath, EVP & General Counsel<br>Email: rl@reservoir-media.com;<br>    jm@reservoir-media.com</td></tr>
<tr><td>With copies to:</td><td>Manatt, Phelps & Phillips, LLP<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>Attn: Eric Custer, Esq.<br>Email: ecuster@manatt.com</td></tr>
</table>

Section 11.03  No Third-Party Beneficiaries.

This Agreement shall be binding upon and inure solely to the benefit of Purchaser and Seller and their successors and permitted assigns, and nothing in this Agreement, express or implied, is intended to or shall be construed to confer upon any other Entity any legal or equitable rights, benefits or remedies of any nature whatsoever under or by reason of this Agreement. This Agreement may be amended or terminated, subject to Bankruptcy Court approval, and any provision of this Agreement may be waived, subject to Bankruptcy Court approval, in accordance with the terms hereof without the consent of any Entity other than Purchaser or Seller.

Section 11.04  Assignment.

Following the Closing, Purchaser may fully assign, license and transfer all or any portion of the Transferred Assets acquired pursuant to this Agreement or any of Purchaser's rights or obligations hereunder. In no event may Seller encumber, sell, assign, license or transfer, in whole or in part, any of the contractual benefits or contractual obligations under this Agreement without

the prior written consent of Purchaser, and any purported assignment or delegation of any such contractual benefits or contractual obligations in contravention of this Section 10.05 shall be null and void and of no force and effect. This Agreement shall be binding upon, shall inure to the benefit of and shall be enforceable by the parties and their respective successors and permitted assigns.

Section 11.05  Entire Agreement.

This Agreement (including all Exhibits and Schedules) contains all of the terms, conditions, representations and warranties agreed to by the parties relating to the subject matter of this Agreement and supersedes all prior and contemporaneous agreements, negotiations, correspondence, undertakings and communications of the parties or their representatives, oral or written, respecting such subject matter. Upon the Closing of the Contemplated Transactions, the Deal Memorandum – Asset Purchase Agreement – Subject to Contract relating to the Transferred Assets dated October 31, 2022 shall be deemed terminated as of the Execution Date by mutual consent of Seller and Purchaser without any further obligation on any party thereto. No modification, amendment or termination of this Agreement or of any provision hereof shall be effective unless confirmed by a written instrument signed by both parties and approved by the Bankruptcy Court.

Section 11.06  Waiver.

Waiver of any term or condition of this Agreement by any party shall only be effective if in writing and shall not be construed as a waiver of any subsequent breach or failure of the same term or condition or a waiver of any other term or condition of this Agreement.

Section 11.07  Cure.

No failure by either party to perform any of its respective obligations hereunder shall be deemed a breach hereof, unless the other party shall give the allegedly breaching party written notice of such failure and such other party does not cure such non-performance within thirty (30) days after receipt of such notice. The foregoing shall not apply to any breach not capable of cure and the foregoing 30-day cure period shall be reduced to ten (10) days for or with respect to any party's obligation to pay or remit any specified sum required hereunder.

Section 11.08  Governing Law.

This Agreement shall be governed by, and construed in accordance with, the laws of the State of Georgia, without regard to its conflict of laws principles.

Section 11.09  Bankruptcy Court Jurisdiction.

The Bankruptcy Court shall retain exclusive jurisdiction over Purchaser and Seller for enforcement of this Agreement and any and all disputes, controversies, or claims regarding the interpretation, validity, construction or other issue relating to or concerning this Agreement. An action relating to, based upon, or arising from a breach of this Agreement shall be brought only in the Bankruptcy Court which shall retain exclusive jurisdiction over the subject matter and Purchaser and Seller for this purpose. Each of the parties waives any defense of inconvenient forum to the maintenance of any such legal proceeding brought in the Bankruptcy Court in accordance with this Section 11.09. EACH OF THE PARTIES HEREBY EXPRESSLY WAIVES THE RIGHT TO A TRIAL BY JURY IN ANY CLAIM OR CAUSE OF ACTION (WHETHER IN CONTRACT OR TORT) BROUGHT BY OR AGAINST IT THAT MAY BE BASED UPON, ARISE OUT OF, OR RELATE TO THIS AGREEMENT, OR THE NEGOTIATION, EXECUTION, OR

PERFORMANCE OF THIS AGREEMENT (INCLUDING ANY CLAIM OR CAUSE OF ACTION BASED UPON, ARISING OUT OF, OR RELATED TO ANY REPRESENTATION OR WARRANTY MADE IN OR IN CONNECTION WITH THIS AGREEMENT OR AS AN INDUCEMENT TO ENTER INTO THIS AGREEMENT).

Section 11.10  Survival of Representations and Warranties.

All representations, warranties, covenants and other agreements made by either party under this Agreement or pursuant hereto shall survive any independent investigation of their truth and accuracy by or on behalf of the other and shall be true and accurate as of the Closing Date, and shall further survive the Closing Date and remain in full force and effect thereafter.

Section 11.11  Remedies Cumulative; Specific Performance.

Any and all remedies herein expressly conferred upon a party hereto shall be deemed cumulative with and not exclusive of any other remedy conferred hereby, or by law or equity upon such party, and the exercise by a party hereto of any one remedy shall not preclude the exercise of any other remedy and nothing in this Agreement shall be deemed a waiver by any party of any right to specific performance or injunctive relief. Each party hereto agrees that irreparable damage would occur in the event that any of the provisions of this Agreement were not performed by them in accordance with the terms hereof or were otherwise breached and that each party hereto shall be entitled to seek an injunction or injunctions to prevent breaches of the provisions hereof and to seek specific performance of the terms hereof, in addition to any other remedy at law or equity.

Section 11.12  Relationship Between the Parties.

Nothing contained herein will constitute a partnership between or a joint venture by Seller and Purchaser. Neither party hereto will hold itself out contrary to the terms of this Section 11.12, and neither party will become liable for any obligations, act or omission of the other party contrary to the provisions hereof. Nothing in this Agreement will constitute: (i) Seller, or any other Entity, as Purchaser's partner, agent, employer or employee; (ii) or Purchaser, or any other Entity, as Seller's partner, agent, employer or employee.

Section 11.13  Severability.

If any provision of this Agreement is held by a court of competent jurisdiction to be invalid, void or unenforceable, the remainder of the provisions of this Agreement will remain in full force and effect and shall in no way be affected, impaired or invalidated so long as neither the economic nor the legal substance of the Contemplated Transactions is affected in any manner materially adverse to any party hereto. Upon such a determination, Purchaser and Seller shall negotiate in good faith to modify this Agreement so as to effect the original intent of the parties as closely as possible in a reasonably acceptable manner so that the Contemplated Transactions may be consummated to the fullest extent possible; provided, however, that any such changes to the terms of this Agreement shall be subject to Bankruptcy Court Approval.

Section 11.14  Voluntary Execution of this Agreement.

Purchaser and Seller hereby mutually acknowledge and represent and warrant that they have been fully advised by their respective legal counsel of their rights and responsibilities under this Agreement, that they have read, know, and understand completely the contents hereof, and that they have voluntarily executed the same. Purchaser and Seller further mutually acknowledge and represent and warrant that they have had input into the drafting of this Agreement and that, accordingly, in any construction to be made of this Agreement, it shall not be construed for or

against either Purchaser or Seller but rather shall be given fair and reasonable interpretation based on the plain language of this Agreement and the expressed intent of Purchaser and Seller.

Section 11.15  <u>Counterparts</u>.

This Agreement may be signed in any number of counterparts with the same effect as if the signatures to each counterpart were upon a single instrument, and all such counterparts together shall be deemed an original of this Agreement. Signatures (electronic or otherwise) affixed to this Agreement, and to any other agreements contemplated to be executed or submitted in connection with the consummation of the Contemplated Transactions, are acceptable.  This Agreement shall be deemed executed when, and only when, each party hereto shall have received a counterpart hereof signed by all of the other parties hereto. Delivery of an executed counterpart of this Agreement by electronic communication shall be as effective as delivery of a manually executed counterpart of this Agreement.

*[This page intentionally left blank. Signature pages follow.]*

IN WITNESS WHEREOF, the parties have duly executed this Agreement as of the date set forth above.

**SELLER**

S. Gregory Hays, as and only as the Chapter 7 Trustee of the Bankruptcy Estate of Todd Anthony Shaw p/k/a "Too Short"

Date of Execution: 4-6-23

**PURCHASER**

Reservoir Media Management, Inc.

By:

Rell Lafargue, President & Chief Operating Officer

Date of Execution: 4/7/2023

**EXHIBITS TO ASSET PURCHASE AGREEMENT**

between

**S. Gregory Hays, as and only as Chapter 7 trustee ("Seller") of the bankruptcy estate of Todd Anthony Shaw p/k/a "Too Short", individually and sometimes d/b/a Srand Music (BMI) ("Artist-Writer")**

and

**Reservoir Media Management, Inc.**

Dated: April 5, 2023

**EXHIBITS**

| | |
|---|---|
| Exhibit 1 | Payment Instructions |
| Exhibit 2 | Asset Assignment |
| Exhibit 3 | Copyright Assignment |
| Exhibit 4 | Notice of Assignment and General Letter of Direction |
| Exhibit 5 | SME LOD |
| Exhibit 5A | Sony Change Request Payee Form |
| Exhibit 6 | UMPG LOD |
| Exhibit 7 | BMI LOD |
| Exhibit 7A | BMI Royalty Assignment Verification Form |
| Exhibit 8 | Certification of Assignment of SoundExchange Featured Artist Royalties |
| Exhibit 9 | SoundExchange Account Authorization Form |

**EXHIBIT 1**

**Payment Instructions**

*See attached*

**EXHIBIT 2**

**Asset Assignment**

ASSIGNMENT, on April 5, 2023 ("**Effective Date**"), between S. Gregory Hays, as and only as the Chapter 7 trustee ("**Assignor**") of the bankruptcy estate (the "**Bankruptcy Estate**") of Todd Anthony Shaw p/k/a "Too Short", individually and sometimes d/b/a Srand Music (BMI) ("**Artist-Writer**"), on the one hand, and Reservoir Media Management, Inc. ("**Assignee**"), on the other hand.

References are made to the following:

(1)     That certain asset purchase agreement dated as of the Effective Date ("**Purchase Agreement**") between Assignor and Assignee.  Unless otherwise defined herein, all capitalized terms used herein shall have the meanings ascribed to them in the Purchase Agreement.  In the event of any inconsistencies between this Assignment and the Purchase Agreement, the Purchase Agreement shall control.

(2)     "**Accounts**" means the applicable royalty, writer and/or client account name(s) and number(s) of Seller and/or Artist-Writer associated with each Payor hereunder set forth on Schedule A, attached hereto and made a part hereof.

(3)     "**Bankruptcy Case**" means the bankruptcy case of Artist-Writer styled as *In re Todd Shaw* (Case No. 09-61855-BEM) in the Bankruptcy Court.

(4)     "**Bankruptcy Court**" means the United States Bankruptcy Court, for the Northern District of Georgia, Atlanta Division.

(5)     "**BMI**" means Broadcast Music, Inc.

(6)     "**BMI Account**" means BMI writer account number 003288223 (and any related or successor account(s)).

(7)     "**BMI Compositions**" means, to the extent of the Bankruptcy Estate's right to receive Songwriter Performance Royalties, the musical compositions and musical works written in whole or in part by Artist-Writer prior to January 26, 2009, and currently registered under the BMI Account, as set forth on Schedule B attached hereto and made a part hereof, as well as any Derivative Works thereof.

(8)     "**Cash Date**" means October 1, 2022.

(9)     "**Catalog Materials**" means, to the extent of Artist-Writer's interest therein, which are in Seller's possession, (i) digital copies of the Subject Composition Agreements and Subject Recording Agreements; (ii) digital copies of any and all accounting statements, royalty statements, and source earning statements relating to the Transferred Assets; and (iii) Seller's account usernames, passwords, and any other applicable login credentials for any online platform or portals operated by each of BMI, SME, SoundExchange and UMPG in connection with the Transferred Assets (the "**Logins**").

(10)    "**Derivative Work**" means, with respect to any musical composition, musical work or sound recording, any arrangement, adaptation, edition, translation, interpolation or sample thereof or any other derivative work based thereon, and all right, title and interest in and to such derivative work.

(11)    "**Interest**" means any ownership, administrative or income interest.

(12)    "**Neighboring Rights Artist Share**" means the entire share (as determined under any applicable sound recording performance, broadcast or copyright Laws in any country throughout the world, including under the Copyright Act, 17 U.S.C. 114(g), or under the rules and regulations of any Neighboring Rights Organization) of any

Neighboring Rights Royalties payable or becoming payable to Seller in respect of Artist-Writer's status as a "featured artist" or "featured performer" or otherwise in respect of Artist-Writer's contribution as a recording artist, performer or producer of any of the Subject Recordings.

(13) "**Neighboring Rights Royalties**" means any and all royalties, fees, credits, earnings, income, revenues, remuneration, monies, advances, settlement amounts, and any other sums or amounts of any kind or description payable or becoming payable to Seller by any Neighboring Rights Organization in connection with the public performance of the Subject Recordings, including public performance by transmission, broadcast, digital broadcast, webcast, simulcast, satellite, and cable transmission and retransmission, and rental and lending communication, whether accorded pursuant to the Laws and regulations currently in effect or hereinafter enacted in any country of the world or under any applicable agreement. For the avoidance of doubt, the Neighboring Rights Royalties shall include the Neighboring Rights Artist Share, but shall expressly exclude the so-called "label's share" or "copyright owner's share" of Neighboring Rights Royalties payable in respect of the Subject Recordings.

(14) "**Publisher Non-Performance Royalties**" means any and all monies, fees, royalties, revenues, amounts and sums of any kind or description payable or becoming payable to Seller by any Entity anywhere in the universe in respect of the use or exploitation of the Subject Compositions, excluding only the Publisher Performance Royalties and the Songwriter Royalties.

(15) "**Publisher Performance Royalties**" means any and all monies, fees, royalties, revenues, amounts and sums of any kind or description payable or becoming payable by any Entity anywhere in the universe in respect of the public performance of the Subject Compositions, excluding only the Songwriter Royalties, but including the so-called "publisher's share" of public performance credits, monies, fees, royalties, revenues, amounts and sums of any kind or description payable or becoming payable by ASCAP, BMI, or any other performing rights organization or society throughout the world or any other Entity in connection with the public performance of any of the Subject Compositions.

(16) "**Publisher Royalties**" means the Publisher Non-Performance Royalties and the Publisher Performance Royalties.

(17) "**Purchaser**" shall mean the Assignee set forth in this Assignment above.

(18) "**Seller**" shall mean the Assignor set forth in this Assignment above.

(19) "**SME**" means Sony Music Entertainment, Inc. and its predecessors, successors and Affiliates, including, without limitation, Zomba Recording Corporation.

(20) "**Songwriter Non-Performance Royalties**" means any and all monies, fees, royalties, revenues, amounts and sums of any kind or description, excluding only the Songwriter Performance Royalties, payable or becoming payable by any Entity in respect of Artist-Writer's capacity as a songwriter, lyricist, composer or arranger of the Subject Compositions anywhere in the universe, including all monies, fees, royalties, revenues, amounts and sums of any kind or description payable or becoming payable by any Entity in connection with the use or exploitation of the Subject Compositions. To the extent any of the foregoing amounts are not allocated into separate songwriter and publisher shares by the Entity collecting and distributing the same, the Songwriter Non-Performance Royalties shall be deemed fifty percent (50%) of such gross income.

(21) "**Songwriter Performance Royalties**" means any and all public performance credits, monies, fees, royalties, revenues, amounts and sums of any kind or description payable or becoming payable by any Entity in respect of Artist-Writer's capacity as a songwriter, lyricist, composer or arranger of the Subject Compositions anywhere in the universe, including all of the Seller's share of public performance royalties and fees payable or becoming payable by BMI or any other performing rights organization or society throughout the world or any other Entity in respect of the public performance of any of the Subject Compositions. Without limiting the foregoing, Songwriter Performance Royalties include Artist-Writer's share of public performance royalties and fees payable or becoming payable as a result of any public performance licenses of the Subject Compositions that may be issued directly by any Entity. To the extent any of the foregoing amounts are not allocated into separate songwriter and publisher shares by the Entity collecting and distributing the same, the Songwriter Performance Royalties have been deemed fifty percent (50%) of such gross income.

(22)  "**Songwriter Royalties**" means the Songwriter Performance Royalties and the Songwriter Non-Performance Royalties.

(23)  "**SoundExchange**" means SoundExchange, Inc.

(24)  "**Source Agreements**" means the Subject Composition Agreements and the Subject Recording Agreements, including, without limitation, those set forth on Schedule E attached hereto and made a part hereof.

(25)  "**Subject Compositions**" means the BMI Compositions and the UMPG Compositions.

(26)  "**Subject Composition Agreements**" means any and all Contracts entered into by Artist-Writer relating to the acquisition, ownership, use or exploitation of the Subject Compositions, including the BMI Agreements and the UMPG Agreements.

(27)  "**Subject Composition Royalties**" means an undivided one hundred percent (100%) of any and all credits, monies, fees, royalties, earnings, income, revenues, remuneration, advances, settlement amounts and any other sums or amounts of any kind or description accounted, credited, paid or payable by any Entity, including UMPG and BMI, anywhere in the universe to Artist-Writer and/or Seller  with respect to the Bankruptcy Estate's current or future Interest in the Subject Compositions, including the Songwriter Royalties and the Publisher Royalties, whether pursuant to the Subject Composition Agreements or otherwise in connection with the use or exploitation of the Subject Compositions.

(28)  "**Subject Recording Agreements**" means any and all Contracts entered into by Artist-Writer relating to the acquisition, ownership, use or exploitation of the Subject Recordings, including the SME Agreements and the Neighboring Rights Agreements.

(29)  "**Subject Recordings**" means all audio-only and audiovisual recordings, sound recordings and phonorecords embodying Artist-Writer's musical performance (whether individually or together with other recording artists) or respecting which Artist-Writer rendered services as a recording artist, performer or producer, the creation of which was completed prior to January 26, 2009, and which are currently owned, controlled and/or distributed by SME pursuant to the SME Agreements, including those recordings and phonorecords set forth on Schedule D attached hereto and made a part hereof, and any Derivative Works based thereon in which SME claims an Interest pursuant to the SME Agreements.

(30)  "**Subject Recording Royalties**" means an undivided one hundred percent (100%) of any and all credits, monies, fees, royalties, earnings, income, revenues, remuneration, advances, settlement amounts and any other sums or amounts of any kind or description accounted, credited, paid or payable by any Entity, including SME and SoundExchange, anywhere in the universe to Artist-Writer and/or Seller with respect to the Bankruptcy Estate's current or future Interest in the Subject Recordings, including the Neighboring Rights Royalties, whether pursuant to the Subject Recording Agreements or otherwise in connection with the use or exploitation of the Subject Recordings, including, but not limited to, all such royalties and amounts credited to the applicable SME and SoundExchange Accounts set forth on Schedule A.

(31)  "**Transferred Assets**" shall mean:

(i)   an undivided one hundred percent (100%) of all of the Bankruptcy Estate's right, title and Interest in and to the Subject Compositions throughout the universe and in perpetuity, whether retained, reverted, or reverting by operation of contract, law or otherwise (subject to the Subject Composition Agreements), including, without limitation:

(a)        the Copyrights therein and thereto (to the extent of the Bankruptcy Estate's ownership Interest therein), and all renewals, revivals and extensions thereof throughout the universe, and any reversionary Interest of any kind and any similar rights whether now or hereafter known throughout the universe; and

(b)    the sole and exclusive right to collect and retain for Purchaser's own account an undivided one hundred percent (100%) of any and all Subject Composition Royalties payable from and after the Cash Date;

(ii)    an undivided one hundred percent (100%) of all of the Bankruptcy Estate's right, title and Interest in and to the Subject Recordings throughout the universe and in perpetuity, whether retained, reverted, or reverting by operation of contract, law or otherwise (subject to the Subject Recording Agreements), including, without limitation, the sole and exclusive right to collect an undivided one hundred percent (100%) of any and all Subject Recording Royalties payable from and after the Cash Date;

(iii) one hundred percent (100%) of the Bankruptcy Estate's contractual rights under the Source Agreements, including (to the extent assignable) the sole and exclusive right to exercise any and all of the Bankruptcy Estate's audit and approval rights thereunder in respect of the Subject Recordings or Subject Compositions, as applicable;

(iv) the perpetual, non-exclusive, royalty-free, worldwide right to use Artist-Writer's name(s), approved likeness and approved biographical material in connection with the marketing, promotion and exploitation of the Subject Recordings and Subject Compositions, and in so-called "institutional advertisements/promotion" for Purchaser's music publishing and/or recording business (including via the Internet, Purchaser's website, etc.); and

(v)   the Catalog Materials.

(32)   "**UMPG**" means Universal Music Publishing Group, Inc. and its Affiliates and predecessors-and successors-in-interest, including, without limitation, Zomba Enterprises, Inc. and Willesden Music, Inc. (BMI).

(33)   "**UMPG Compositions**" means the musical compositions and musical works written in whole or in part by Artist-Writer prior to January 26, 2009, whether the same were originally claimed or registered as a musical composition or as a musical part of a dramatico-musical work and any music, lyrics, titles, or cues of such compositions, whether domestic or foreign, or direct or indirect Interests therein, or other rights arising therefrom, including the Copyrights therein, which are currently owned, controlled, published and/or administered by UMPG pursuant to the UMPG Agreements, as set forth on Schedule C attached hereto and made a part hereof, as well as any Derivative Works related thereto in which UMPG claims an Interest pursuant to the UMPG Agreements.

As authorized by that certain sale order [Doc. No. xxx] (the "**Sale Order**") of the Bankruptcy Court entered in the Bankruptcy Case on XXXXX, 2023, and in accordance with the express terms of the Sale Order, in exchange for good and valuable consideration, the receipt and sufficiency of which are hereby mutually acknowledged, Assignor hereby sells, assigns, transfers to Assignee, its successors and assigns, and Assignor hereby acquires and accepts from Assignor the Bankruptcy Estate's undivided right, title, and interest in and to the Transferred Assets.

Assignor incorporates by reference the express terms of the Sale Order and Purchase Agreement into this Assignment.

This Assignment shall be binding upon and inure solely to the benefit of Assignor and Assignee and their successors and permitted assigns.  This Assignment shall be governed by, and construed in accordance with, the laws of the State of Georgia, without regard to its conflict of laws principles.  The Bankruptcy Court shall have exclusive jurisdiction over Assignor and Assignee for enforcement of this Assignment and any and all disputes, controversies, or claims regarding the interpretation, validity, construction or other issue relating to or concerning this Assignment.  If any provision of this Assignment shall be held void, invalid or inoperative, no other provisions of this Assignment shall be affected and the remaining provisions of this Assignment shall remain in full force and effect.

[INTENTIONALLY LEFT BLANK]

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment on the date hereof.

**ASSIGNOR:**

_____

**S. Gregory Hays**, as and only as the Chapter 7
trustee of the Bankruptcy Estate of Todd Anthony
Shaw p/k/a "Too Short"

STATE OF _____

COUNTY OF _____, ss.:

On _____, 2023, before me, personally
appeared S. Gregory Hays, personally known to me or
proved to me on the basis of satisfactory evidence to
be the person whose name is subscribed to the within
instrument and that, by his signature on the
instrument the person, executed said instrument.

_____

Notary Public

**EXHIBIT 3**

**Copyright Assignment**

Reference is hereby made to that certain asset purchase agreement dated April 5, 2023 (the "**Asset Purchase Agreement**"), between S. Gregory Hays, as and only as the Chapter 7 trustee ("**Assignor**") of the bankruptcy estate (the "**Bankruptcy Estate**") of Todd Anthony Shaw p/k/a "Too Short", individually and sometimes d/b/a Srand Music (BMI) ("**Artist-Writer**"), on the one hand, and Reservoir Media Management, Inc. ("**Assignee**"), on the other hand.  Unless otherwise defined herein, all capitalized terms used herein shall have the meanings ascribed to them in the Asset Purchase Agreement.  In the event of any inconsistencies between this copyright assignment ("**Assignment**") and the Asset Purchase Agreement, the Asset Purchase Agreement shall control.

As authorized by that certain sale order [Doc. No. xxx] (the "**Sale Order**") of the Bankruptcy Court entered in the Bankruptcy Case on XXXXX, 2023, and in accordance with the express terms of the Sale Order, for valuable consideration, receipt of which is hereby acknowledged, effective as of October 1, 2022, Assignor hereby sells, assigns and transfers to Assignee an undivided One Hundred Percent (100%) of all of the Bankruptcy Estate's right, title and interest in and to those certain musical compositions set forth on Schedule 1 attached hereto and made a part hereof and any Derivative Works (as defined below) thereof (each a "**Subject Composition**", and collectively, the "**Subject Compositions**"), including, without limitation, the Copyrights (as defined below) therein and thereto (to the extent of the Bankruptcy Estate's ownership interest therein), and all renewals, revivals and extensions thereof throughout the universe and any reversionary interest of any kind and any similar rights whether now or hereafter known throughout the universe.

"**Derivative Work**" means, with respect to any musical composition, musical work or sound recording, any arrangement, adaptation, edition, translation, interpolation or sample thereof or any other derivative work based thereon, and all right, title and interest in and to such derivative work.

"**Copyrights**" means all rights under United States federal or state copyright or foreign copyright, including, all renewals, extensions, continuations, restorations, revivals and reversions thereof (whether vested, contingent or inchoate, whether registered or unregistered and whether such renewals, extensions, continuations, restorations, revivals and reversions are now in existence or come into existence for any reason, including as a result of future legislation or the interpretation thereof), in all countries of the world or otherwise throughout the universe, as well as all United States or foreign applications for copyright registration and all causes of action, including those for infringement, arising from the date of creation of the work subject to such copyright, whether now known or unknown to Assignor or Assignee in all events.

Assignor incorporates by reference the express terms of the Sale Order and Asset Purchase Agreement into this Copyright Assignment.

If any provision of this Assignment shall be held void, invalid or inoperative, no other provision of this Assignment shall be affected as a result thereof and, accordingly, the remaining provisions of this Assignment shall remain in full force and effect.

IN WITNESS WHEREOF, the undersigned duly executed this Assignment this _____ day of _____, 2023.

**ASSIGNOR:**

_____
**S. Gregory Hays**, as and only as the Chapter 7 trustee of
the Bankruptcy Estate of Todd Anthony Shaw
 p/k/a "Too Short"

EXHIBIT 4

**Notice of Assignment / General Letter of Direction**

**S. Gregory Hays**,
as and only as the Chapter 7 trustee
of the bankruptcy estate of Todd Anthony Shaw
c/o Hays Financial Consulting, LLC
2964 Peachtree Road NW, Ste. 555
Atlanta, GA 30305

Dated as of:  April 5, 2023

To Whom It May Concern:

Re:     **Notice of Sale and Assignment of Royalties –  Todd Anthony Shaw  p/k/a "Too Short"**

Dear Sir/Madam:

Reference is made to the Asset Purchase Agreement dated April 5, 2023 (the "**Effective Date**"), between S. Gregory Hays, as and only as the Chapter 7 trustee ("**Seller**") of the bankruptcy estate (the "**Bankruptcy Estate**") of Todd Anthony Shaw p/k/a "Too Short", individually and sometimes d/b/a Srand Music (BMI) ("**Artist-Writer**"), on the one hand, and Reservoir Media Management, Inc. ("**Purchaser**"), on the other hand (the "**Purchase Agreement**").

Please be advised that in accordance with the express terms of that certain sale order [Doc. No. xxx] (the "Sale Order") of the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division entered in the Bankruptcy Case (Case No. 09-61855-BEM) of Todd Anthony Shaw p/k/a "Too Short" on XXXXX, 2023, and pursuant to the Purchase Agreement, Seller has sold, transferred and/or otherwise assigned to Purchaser an undivided one hundred percent (100%) interest in all of the Bankruptcy Estate's right to collect and receive: (i) all royalties and other income credited, paid and/or payable to Artist-Writer and/or Seller in respect of any and all of the musical compositions and musical works created, written, or composed, in whole or in part, by Artist-Writer as set forth on Schedule A and Schedule B attached hereto and made a part hereof, as well as any arrangement, adaptation, edition, translation or sample of such composition(s) or any other derivative work(s) based thereon  (the "**Subject Compositions**"), including, without limitation, the so-called "writer's share" of public performance royalties deriving from Artist-Writer's authorship interest in the Subject Compositions; and (ii) all royalties and other income credited paid and/or payable to Artist-Writer and/or Seller in respect of those sound recordings as set forth on Schedule C attached hereto and made a part hereof, as well as any arrangement, adaptation, edition, translation or sample of such recording(s) or any other derivative work(s) based thereon (the "**Subject Recordings**"), including, without limitation, the so-called "featured artist" or "featured performer" share of "neighboring rights" royalties payable in respect of the featured performances of Artist-Writer embodied in the Subject Recordings by the applicable society or agency in the territory concerned (e.g., SoundExchange in the United States pursuant to Section 114(g) of the U.S. Copyright Act) (collectively, the "**Royalties**"). As of the Effective Date, Purchaser is entitled, regardless of when earned, to receive all Royalties otherwise payable to Seller on or after October 1, 2022.

Accordingly, until further instructed by Purchaser or its successors or assigns, you are hereby authorized and instructed to remit, in accordance with the Purchase Agreement, all Royalties, along with all statements and correspondence pertaining thereto, to Purchaser at the following address:

Reservoir Media Management, Inc.
200 Varick Street, Suite 801A
New York, New York  10014
Attn: Royalty Department
Email: royalties@reservoir-media.com
Federal I.D. Number:  71-1031874

Please mark your records accordingly and acknowledge receipt of this notification by signing the enclosed copy and returning it to Purchaser at the address set forth above.

Very truly yours,

_____

**S. Gregory Hays**, as and only as the Chapter 7 trustee of the Bankruptcy Estate of Todd Anthony Shaw p/k/a "Too Short"


ACKNOWLEDGED:

By:_____
Name:_____
Title:_____

**EXHIBIT 5**

**SME Letter of Direction**

**S. Gregory Hays**,
as and only as the Chapter 7 trustee
of the bankruptcy estate of Todd Anthony Shaw
c/o Hays Financial Consulting, LLC
2964 Peachtree Road NW, Ste. 555
Atlanta, GA 30305

April 5, 2023

Sony Music Entertainment
Attention: Royalty Helpdesk
301 Route 17 North, 11th Floor
Rutherford, NJ 07070

      **Re:**      **Notice of Assignment of Royalties – Todd Anthony Shaw  p/k/a "Too Short"**

Gentlepersons:

Reference is made to the Sony Music ("**Sony**") vendor numbers concerning the Sony account numbers and names listed on <u>Schedule A</u> attached to and made a part of this letter (the "**Sony Accounts**").

Please be advised that as of April 5, 2023 (the "**Effective Date**") in accordance with the express terms of that certain sale order [Doc. No. xxx] (the "**Sale Order**") of the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division entered in the Bankruptcy Case (Case No. 09-61855-BEM) of Todd Anthony Shaw p/k/a "Too Short" on XXXXX, 2023, and pursuant to an asset purchase agreement between S. Gregory Hays, as and only as the Chapter 7 trustee ("**Seller**") of the bankruptcy estate (the "**Bankruptcy Estate**") of Todd Anthony Shaw p/k/a "Too Short", individually and sometimes d/b/a Srand Music (BMI) ("**Artist-Writer**"), on the one hand, and Reservoir Media Management, Inc. ("**Purchaser**"), on the other hand, Seller assigned to Purchaser all of the Bankruptcy Estate's rights to receive royalties and other income, including, to the extend assignable to Purchaser, any audit recoveries, that are credited to the Sony Accounts and paid and/or payable to Seller on or after October 1, 2022 (the "**Royalties**").

Accordingly, until such time as you receive further instruction from Purchaser or its successors or assigns, Sony is hereby authorized and directed, as of the Effective Date and thereafter:

      (i)      to pay to Purchaser, accompanied by statements, all Royalties, regardless of when earned such payments to be made via wire as follows:

> Reservoir Media Management, Inc.
> 200 Varick Street, Suite 801A
> New York, New York  10014
> Attn: Royalty Department
> Federal I.D. Number:  71-1031874
> Email: royalties@reservoir-media.com

      (ii)      to send any and all correspondence concerning the Royalties to Purchaser at the following address:

> Reservoir Media Management, Inc.

200 Varick Street, Suite 801A
New York, New York  10014
Attn: Royalty Department
Federal I.D. Number:  71-1031874
Email: royalties@reservoir-media.com

Please mark your records accordingly.  Your acknowledgement of receipt of this Notice of Assignment by signing the
enclosed copy and returning it to Purchaser at the address set forth above would be appreciated.

Very truly yours,

_____
**S. Gregory Hays**, as and only as the Chapter 7
trustee of the Bankruptcy Estate of
Todd Anthony Shaw  p/k/a "Too Short"

ACKNOWLEDGED:

By: _____
Name: _____
Title:_____

<u>**EXHIBIT 5A**</u>

<u>**Sony Change Request Payee Form**</u>

*See attached*

# SONY MUSIC ENTERTAINMENT CHANGE REQUEST: PAYEE FORM

**SONY MUSIC**

**Please complete and return this form by:**

\* *Designates required field*

**\* Account Type:**

☒ Artist    ☐ Publisher    ☐ Management

☐ Producer  ☐ Third Party/Other

Email:    royalty.statements@sonymusic.com

Fax:     (201) 777-3047 [Attention: Royalty Helpdesk]

Mail:    Sony Music Entertainment
Attention: Royalty Helpdesk
301 Route 17 North, 11th Floor
Rutherford, NJ 07070 USA

**\* Change Request (select one):**

☐ Payee (Vendor) Add Request

☒ Payee (Vendor) Change Request

☐ Payee (Vendor) Change Request (related to death of royalty participant)

➢ Include recently certified copy of the letter testamentary (legal will) or letters of administration providing details on who should be receiving these royalties and a copy of the death certificate.

☒ I approve adding a new participant as my authorized representative. My authorized representative will be entitled to receive a copy of my royalty summary statement by mail and access to Sony Music's Artist Portal. In addition, I authorize Sony Music to answer any questions my representative raises concerning my royalty accounting. I understand that to revoke this access I must advise the Sony Music Entertainment Royalty Helpdesk in writing.

**\* Print Name of Sony Music Royalty Payee (Vendor):** S. Gregory Hays, Chapter 7 trustee of the bankruptcy estate of Todd Anthony Shaw p/k/a Too Short

**\* Address:** c/o Hays Financial Consulting, LLC

2964 Peachtree Road NW, Ste. 555, Atlanta, GA 30305  Attn: Gregory Hays

**\* Telephone Number:** _____  **\* Email Address:** ghays@haysconsulting.net / saskue@haysconsulting.net

**\* Print Name of _NEW_ Payee or Authorized Representative:** Reservoir Media Management, Inc.

**\* Address:** 200 Varick Street, Suite 801A
New York, NY 10014

**\* Telephone Number:** 212-675-0541    **\* Email Address:** royalties@reservoir-media.com

**Please indicate all accounts effected by this change request. If it is ALL, then write "ALL ACCOUNTS":** ALL ACCOUNTS of the Bankruptcy Estate of Todd Anthony Shaw p/k/a Too Short

By signing below, I warrant and represent that: (a) I have full and complete authority to request the change(s) set forth herein to the account(s) referenced above, and, if the party requesting such change(s) is an entity, I am fully authorized to act and request such change(s) on behalf of such entity; ~~(b) the implementation of the change(s) requested herein will not violate or infringe upon the rights of any other party;~~ (c) the information stated herein is truthful and accurate; ~~and (d) I shall indemnify and hold Sony Music Entertainment harmless against any and all claims and any and all damages, losses or expenses Sony Music Entertainment may incur by reason of implementation of the change(s) requested herein and/or as a result of the breach of any of the foregoing warranties and representations.~~

*Notarize this form here*

**\* PRINT YOUR NAME HERE:**
S.  Gregory Hays, Chapter 7 trustee of the bankruptcy estate of Todd Anthony Shaw p/k/a "Too Short"

**\* TODAY'S DATE:**
_____

**\* SIGN HERE Sony Music Royalty Payee (Vendor):** _____

☐ Check here to confirm a W-9 Tax Form (U.S. resident), W8BEN or 8233 (non U.S. resident) has been attached. **IF A TAX FORM IS NOT PROVIDED, SONY MUSIC ENTERTAINMENT MAY BE REQUIRED TO WITHHOLD TAXES FROM YOUR ROYALTY PAYMENT.**

Thank you for assisting us in maintaining up to date records regarding your royalty account. Once your form is received by Sony Music, your change request will be reviewed. We will contact you if additional supporting documentation is required in order to ensure the accuracy and validity of your request. Sony Music reserves the right to require you to sign and deliver an affidavit affirming the information provided to Sony Music herein.

v16

**EXHIBIT 6**

**UMPG Letter Of Direction**

**S. Gregory Hays,**
as and only as the Chapter 7 trustee
of the bankruptcy estate of Todd Anthony Shaw
c/o Hays Financial Consulting, LLC
2964 Peachtree Road NW, Ste. 555
Atlanta, GA 30305

As of the 5 day of April, 2023

Universal Music Publishing Group ("**Universal**")
2100 Colorado Avenue,
Santa Monica, CA 90404
Attn: Chief Counsel

Gentlepersons:

1.    Please be advised that: (a) on January 26, 2009, Todd Anthony Shaw p/k/a "Too Short" ("**Writer**") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division; and (b) S. Gregory Hays was appointed and remains the Chapter 7 trustee ("**Grantor**") for Writer's bankruptcy estate (the "**Bankruptcy Estate**"), and as such, Grantor is the sole representative of the Bankruptcy Estate under 11 U.S.C. Section 323(a).

2.    By the terms and conditions of: (i) that certain co-publishing agreement dated as of February 2, 1988, between Zomba Enterprises Inc. (ASCAP) and Willesden Music Inc. (BMI), on the one hand, and Randy Austin and Todd Shaw d/b/a Srand Music (BMI), on the other hand, as amended by that certain amendment thereto dated as of April 5, 1989; and (ii) that certain co-publishing agreement dated as of April 1, 1994, between Zomba Enterprises Inc., on the one hand, and Dangerous Music, Inc. f/s/o Todd Shaw p/k/a "Too Short", on the other hand, as amended by that certain amendment thereto dated as of May 9, 1997 (collectively, the "**Agreements**"), Universal is required (subject to the terms and conditions of the Agreements) to make certain payments to Grantor.

3.    Although the Agreements provide for all royalty amounts becoming payable thereunder ("**Royalty Payments**") to be paid to Grantor, in accordance with the express terms of that certain sale order [Doc. No. xxx] (the "**Sale Order**") of the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division entered in the Bankruptcy Case (Case No. 09-61855-BEM) of Writer on XXXXX, 2023, Grantor hereby requests and authorizes Universal to pay one hundred percent (100%) of all Royalty Payments directly to Reservoir Media Management, Inc. (the "**Authorized Party**").  Authorized Party requests that all Royalty Payments be paid by direct deposit in accordance with the information specified on Universal's payment information and tax forms, which are attached hereto.

4.    Grantor hereby acknowledges and confirms that all payments hereunder shall constitute payments to Grantor under the Agreements.

5.    Universal's compliance with this authorization shall constitute an accommodation to Grantor alone. This authorization and Universal's compliance therewith shall not constitute an assignment of Grantor's rights under the Agreements to the Authorized Party. The Authorized Party is not a beneficiary of any advances or Royalty Payments and/or the Agreements.  This letter shall not be deemed to give any right or remedy to the Authorized Party.

For the avoidance of doubt, this Letter of Direction is freely revocable by Grantor, Universal and/or the Authorized Party at any time.

Very truly yours,

_____

**S. Gregory Hays**, as and only as the Chapter 7 trustee of the bankruptcy estate of Todd Anthony Shaw p/k/a "Too Short"

**EXHIBIT 7**

**BMI Letter of Direction**

**S. Gregory Hays**,
as and only as the Chapter 7 trustee
of the bankruptcy estate of Todd Anthony Shaw
c/o Hays Financial Consulting, LLC
2964 Peachtree Road NW, Ste. 555
Atlanta, GA 30305

As of April 5, 2023

Broadcast Music, Inc. ("**BMI**")
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0030

    Re:    Letter of Direction – Todd Anthony Shaw p/k/a "Too Short"

Gentlepersons:

Please be advised that, as of April 5, 2023 (the "**Effective Date**") in accordance with the express terms of that certain sale order [Doc. No. xxx] (the "**Sale Order**") of the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division entered in the Bankruptcy Case (Case No. 09-61855-BEM) of Todd Anthony Shaw p/k/a "Too Short" on XXXXX, 2023, and pursuant to an asset purchase agreement between S. Gregory Hays, as and only as the Chapter 7 trustee ("**Seller**") of the bankruptcy estate (the "**Bankruptcy Estate**") of Todd Anthony Shaw p/k/a "Too Short", individually and sometimes d/b/a Srand Music (BMI) ("**Writer**"), on the one hand, and Reservoir Media Management, Inc. ("**Reservoir**"), on the other hand, Seller has sold, transferred and/or otherwise assigned to Reservoir, among other things, an undivided one hundred percent (100%) interest in one hundred percent (100%) of the Bankruptcy Estate's share of the so-called "writer's share" of public performance royalties payable by BMI in respect of the Compositions (as defined below), payable on or after October 1, 2022, regardless of when earned (collectively, the "**Royalties**").

"**Compositions**" means the musical works and musical compositions in the BMI songwriter catalogue of Writer (BMI Writer Account No. 003288223) that are listed on Schedule A annexed hereto and by this reference made a part hereof, as well as any arrangements, adaptations, editions, translations, or samples of such compositions or any other derivative works based thereon.

Accordingly, until such time as BMI receives further instruction from Reservoir or its successors or assigns, BMI is hereby directed and authorized by the undersigned, as of the Effective Date and thereafter, in accordance with the payment instructions below, to pay all Royalties to Reservoir. All payments and statements as well as any notices or correspondence in connection with the Royalties and/or the Compositions should be sent to Reservoir at the following address:

        Reservoir Media Management, Inc.
        200 Varick Street, Suite 801A
        New York, New York 10014
        Attn: Royalty Department
        Federal I.D. Number:  71-1031874
        Email: royalties@reservoir-media.com

Please mark your records accordingly. Your acknowledgement of receipt of this Notice of Assignment by signing the enclosed copy and returning it to Reservoir at the address set forth above would be appreciated.

Very truly yours,

_____

**S. Gregory Hays**, as and only as the Chapter 7
trustee of the bankruptcy estate of
Todd Anthony Shaw p/k/a "Too Short"

ACKNOWLEDGED AND AGREED:

**BROADCAST MUSIC, INC. ("BMI")**

By:_____

Name:_____

Title:_____

**EXHIBIT 7A**

**BMI Royalty Assignment Verification Form**

*See attached*



**INSTRUCTIONS FOR COMPLETING THE BMI ROYALTY ASSIGNMENT FORM**

A.  Complete a separate form for EACH person or company to whom you wish to assign your royalties. Sign and date the form in front of a notary public who should sign and stamp where indicated.

B.  **ONCE YOUR ASSIGNMENT IS SUBMITTED TO BMI, YOU WILL HAVE PERMANENTLY SOLD YOUR ROYALTY STREAM. IT CANNOT BE WITHDRAWN OR LIMITED IN TIME. TO RECLAIM YOUR ROYALTIES, AN ASSIGNMENT WILL HAVE TO BE MADE BACK TO YOU FROM THE OTHER PARTY.**

C.  If BMI does not already have the social security number (for a person) or Taxpayer Identification Number (for a company or trust) in its records, you must submit an IRS Form W-9 for the person or company to which you have assigned your royalties. You can get a Form W-9 at www.irs.gov.

D.  If you executed a separate assignment document for the same transaction covered by the BMI Royalty Assignment Form, please do not send that document to BMI. The form will be used to update our records to pay the other party and no attempt will be made to compare the form with any separate document.

E.  If your assignment is for less than your whole catalogue you must attach to the form a schedule listing the title and BMI work number of the individual works and cues whose royalties are being assigned. Sign each page. Only the works on the schedule will be processed as part of the assignment.

F.  Return the form (with the W-9, if applicable) by postal mail to BMI Performing Rights Administration, 10 Music Square East, Nashville, TN 37203. Attn: Royalty Assignment Group, or as an attachment to an e-mail sent to RAF@bmi.com.

G.  A $500 processing fee will be deducted from the first royalties payable under the assignment. The fee is $250 if the entity to which you are assigning your royalties is a corporation, LLC or trust solely owned by you. The fee is waived if the form is submitted with an application for BMI affiliation or with the submission of a BMI Estate Questionnaire for a deceased affiliate.

H.  If you have any questions about the completion of the form, please send them by e-mail to RAF@bmi.com. We will reply as promptly as possible.

*When BMI processes your assignment, it will create a payee account for each person, company or trust to which you assigned your royalties and you will not have access to that account or any information in it without their permission.*



## ROYALTY ASSIGNMENT FORM

**USE THIS FORM TO ASSIGN ROYALTIES EARNED BY WORKS IN YOUR BMI CATALOGUE TO ANOTHER PERSON OR COMPANY. YOUR "WORKS" INCLUDE THOSE SUBMITTED TO BMI ON REGISTRATION FORMS, ONLINE OR VIA CUE SHEETS FROM THIRD PARTIES. AN ASSIGNMENT WITH RESPECT TO LESS THAN A WHOLE CATALOGUE WILL BE ACCEPTED ONLY IF ALL THE WORKS OF WHICH ROYALTIES ARE BEING ASSIGNED ARE IN YOUR CATALOGUE WHEN THIS FORM IS RECEIVED AND ARE LISTED ON AN ATTACHED SCHEDULE. IF YOU ARE ASSIGNING YOUR COPYRIGHTS UNDER A SONGWRITER/PUBLISHER AGREEMENT, YOU SHOULD NOT USE THIS FORM. PUBLISHER ROYALTIES WILL BE PAID TO THE PUBLISHER THAT ACQUIRED THE COPYRIGHTS.**

1. My name Gregory Hays, Chapter 7 trustee of the bankruptcy estate of Todd Anthony Shaw p/k/a "Too Short" d/b/a Srand Music(BMI)      2. My social security number

3. I am permanently and irrevocably assigning (Insert a number between 1 and 100)  100  % of my royalties

as indicated in number 4 below from my BMI account number(s)  003288223 (Writer Account)  to
(State their name, complete address and contact person if a company or other entity)

Reservoir Media Management, Inc.

200 Varick Street, Suite 801A

New York, New York  10014   Attn: Rell Lafargue, President & COO

E-mail address of above party (for online access to account)  jm@reservoir-media.com; royalties@reservoir-media.com

If a company or other entity is entered above, is it <u>solely</u> owned by you? ☐ Yes ☐ No

4. My assignment applies to (You must <u>initial</u> inside <u>one</u> applicable box below)

☐ my royalties earned from all works that are in my BMI catalogue on the date of this assignment or that may be entered into in my BMI catalogue afterwards.

☐ my royalties earned only from the works that are in my BMI catalogue on the date of this assignment, but not my royalties earned by works that may be entered into my catalogue afterwards.

☐ my royalties earned only by the works on the attached schedule.    the Bankruptcy Estate's

**CERTIFICATION AND TRANSFER:  I warrant and represent to BMI that, by my signature below, I am knowingly and without coercion assigning as specified above my right to receive my BMI royalties to the party named above, that I have consulted a legal or financial advisor regarding the implications of the assignment or have knowingly waived my right to do so, that I am making the assignment with full knowledge and understanding of its consequences with respect to payment of my BMI royalties, that I have received valuable consideration for making the assignment, that I intend for the assignment to be irrevocable, and that I have not made the assignment with the intent to evade the income tax or other laws of the United States or of any state or local jurisdiction or foreign nation to which I may be subject.**

_____Today's Date: _____
      Sign on the line above

Sworn to and subscribed before me at _____ on _____ 20 _____

_____    *IMPRINT NOTARY*
    Signature of Notary Public    *STAMP HERE:*

*This assignment will not be processed if any portion is incomplete. BMI will update its records to pay the assignee as of the royalty distribution following completion of processing. However, due to the nature of some assignments, several royalty distributions may be made before processing is completed. Also, the limitations of BMI's systems may cause some royalties on some assigned works to be paid to the assignor, including but not limited to retroactive royalty payments and foreign royalties. Assignments are only accepted subject to those conditions and no retroactive adjustments are available. The fee for processing an assignment is $500 per payee, except if the payee is a corporation, LLC or trust of which you are sole owner, for which the fee is $250. There is no fee if this assignment is submitted with an application for BMI affiliation or with an Estate Questionnaire for a deceased BMI affiliate.*

RAF 3/12

EXHIBIT 8

**Certification of Assignment of SoundExchange Feature Artist Royalties**

*See attached*



## ASSIGNMENT OF SOUNDEXCHANGE
## FEATURED ARTIST ROYALTIES

As a general matter, SoundExchange will only pay Featured Artist royalties directly to the performer who earned the royalties. SoundExchange will, however, honor an assignment of Featured Artist royalties provided that all of the following conditions have been met:

1. The assignment is made by a performer who is directly registered with SoundExchange to an assignee, who must also be directly registered with SoundExchange (either prior to the assignment or in connection with the assignment).

2. Performers whose royalties are subject to liens, levies, court orders or other encumbrances are not eligible to assign their royalties.

3. The assignment is irrevocable.

4. The performer making the assignment has earned at least $25,000 in featured artist royalties from SoundExchange during the three (3) year period immediately prior to the date of the assignment. SoundExchange will not honor any assignment that includes future recordings.

5. The assignment is related to an arms-length transaction between the undersigned for the fair market value of the performer's SoundExchange featured artist royalties, and is not part of, or a condition to, enter into a new, or amend an existing, recording, publishing, management or other agreement. Notwithstanding the foregoing, if the assignment is part of a larger transaction for, all or a portion of, the performer's professional assets (e.g., a purchase of publishing rights, sound recording royalties, SoundExchange royalties, merchandise, etc.); the performer must have earned a minimum of $100,000 in featured artist royalties from SoundExchange.

6. ~~The assignment agreement has been personally signed by the performer.~~ Any assignments by minors must be reaffirmed upon their reaching the age of majority.

7. The undersigned acknowledge that they each have been represented by independent counsel for the purpose of advising them in connection with the arms-length transaction or fair market value related to this assignment.

Version 3-31-22

~~The undersigned hereby represents and warrants to SoundExchange that the conditions set forth above have been met (or, in the case of condition 6, will be met) with regard to the recordings set forth on Exhibit A attached hereto.~~

Any assignment implemented by SoundExchange shall apply to future royalties and royalties unpaid as of when the assignment is processed by SoundExchange. SoundExchange will not process any assignments retroactively.

All post-assignment adjustments, including debits and credits, shall be the sole responsibility of assignee, regardless of when the royalty-bearing transmissions occurred or the royalties accrued.

All Letters of Direction currently on file with SoundExchange paying a portion of the featured artist royalties assigned herein to creative participants (e.g., producers, mixers, engineers) will be transferred to the assignee's account and SoundExchange will continue to pay the creative participants.

If any dispute arises between the undersigned regarding this assignment that results in litigation, SoundExchange will put all assigned royalties on hold until the parties resolve the dispute and communicate such resolution (i.e., court order or settlement agreement) to SoundExchange. For the avoidance of doubt, SoundExchange will not resolve the dispute for the parties.

~~The undersigned will, at all times, defend, indemnify and hold harmless SoundExchange, Inc. and its predecessors-in-interest, successors, and affiliates, and their respective board members, officers and employees, from and against any and all claims, damages, liabilities, costs and expenses, including legal expenses and any reasonable outside counsel fees, relating to or arising out of this assignment.~~

IN WITNESS WHEREOF, the undersigned do hereby execute this Agreement by duly authorized officials as of the last date set forth below:

PERFORMER

*Signed: _____

Printed Name: S. Gregory Hays, Chapter 7 Trustee, Todd Anthony Shaw p/k/a "Too Short"

SoundExchange Payee ID: 2179729174

SoundExchange Payee Name: S. Gregory Hays, Chapter 7 Trustee, Todd Anthony Shaw

Date: _____

ASSIGNEE

Signed: _____

Printed Name: Rell Lafargue

Title: President & COO

Company: Reservoir Media Management, Inc.

Assignee Payee ID: 1000073760

Assignee Payee Name: Reservoir Media Management, Inc.

Date: _____

*This document must be (i) signed by the performer, (ii) dated, and (iii) notarized. SoundExchange will not accept a submission that is signed by a proxy or representative for the performer.

Version 3-31-22

**EXHIBIT 9**

**SoundExchange Account Authorization Form**

*See attached*



## <u>ACCOUNT AUTHORIZATION FORM – PRIMARY CONTACT</u>

LEGAL NAME OF PERFORMER

(Print): __Todd Anthony Shaw p/k/a "Too Short"_____

SOUNDEXCHANGE PAYMENT NAME [company or individual]

(Print): _____S. Gregory Hays, Chapter 7 Trustee, Todd Anthony Shaw_____

I hereby authorize the following individual or entity to act on my behalf with respect to managing, maintaining and administering my account with SoundExchange, Inc. This includes, but is not limited to, modifying payee contact information; claiming repertoire; and collecting foreign royalties pursuant to a membership agreement and international mandate signed either by me or the following authorized individual or entity.

NAME OF AUTHORIZED INDIVIDUAL OR ENTITY:

(Print): __Reservoir Media Management_____

☒ I further authorize the above-named individual or entity to execute Letters of Direction on my behalf. (check box or leave blank)

This Account Authorization Form is effective as of the date set forth below, and may be revoked by me at any time for any reason. I hereby confirm that SoundExchange, and each of its directors, officers, employees, agents, representatives, successors and assigns ("Affiliates") may rely on this Account Authorization Form until notified of revocation via a SoundExchange Revocation of Account Authorization Form signed by me. ~~I hereby agree to indemnify and hold SoundExchange and each of its Affiliates harmless from and against any and all claims, liabilities, suits, losses, damages, and expenses, including, without limitation, costs and reasonable attorney's fees, arising in connection with or related to this Account Authorization Form.~~

This Account Authorization Form shall be governed by and construed in accordance with the laws of the ~~District of Columbia.~~ the State of Georgia, without regard to its conflict of laws principles.

SoundExchange requires that this Account Authorization Form be signed by the Performer.

**PERFORMER**

Performer Signature: _____

Performer Legal Name (Print): __S. Gregory Hays, Chapter 7 Trustee, Todd Anthony Shaw__

Date of Signature: _____

TRUSTEE EXHIBIT "2" FOLLOWS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| | ) | CHAPTER 7 |
| IN RE: | ) | |
| | ) | CASE NO. 09-61855-BEM |
| TODD ANTHONY SHAW, | ) | |
| | ) | |
| Debtor. | ) | |
| ------------------------------------------- | )------------------------------------------- | |
| | ) | |
| S. GREGORY HAYS, as Chapter 7 trustee, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| THE INTERNAL REVENUE SERVICE, | ) | |
| SOUND EXCHANGE, INC., BROADCAST | ) | |
| MUSIC, INC., SONY MUSIC | ) | |
| ENTERTAINMENT, BOBBY FRANK | ) | |
| ELLERBEE, as Administer of ESTATE OF | ) | |
| JAMES F. ELLERBEE, BOBBY FRANK | ) | |
| ELLERBEE, THE GEORGIA DEPARTMENT | ) | |
| OF REVENUE, GUILFORD FOREST | ) | |
| HOMEOWNERS ASSOCIATION, INC., | ) | |
| COLLECTIONS INC. OF SAN FRANCISCO | ) | |
| A CALIFORNIA CORPORATION, RONNIE | ) | |
| JACKSON, JR., and TODD ANTHONY SHAW, | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF HEARING ON TRUSTEE'S MOTION FOR AUTHORITY TO SELL
PROPERTY OF THE BANKRUPTCY ESTATE FREE AND CLEAR OF
LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES**

   **PLEASE TAKE NOTICE** that on May 1, 2023, S. Gregory Hays, as Chapter 7 Trustee

("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Todd Anthony Shaw

("**Debtor**"), filed *Trustee's Motion for Authority to Sell Property of the Bankruptcy Estate Free*

*and Clear of Liens, Claims, Interests, and Encumbrances* [Doc. No. 280] (the "**Sale Motion**") and related papers with the Court, seeking, among other things, an order from the Court authorizing Trustee to sell the Bankruptcy Estate's right, title, and interest in and to certain Transferred Assets[1] under 11 U.S.C. §§ 363(b), (f), and (m), and Fed. R. Bankr. P. 2002(a)(2), 6004(a), 6004(c), and 9014, to Reservoir Media Management, Inc. (the "**Purchaser**"), "as is, where is," for a sale price of $7,550,000.00 (the "**Purchase Price**"),[2] subject to Bankruptcy Court approval (the "**Sale Agreement**"). A true and correct copy of the Sale Agreement is attached as Exhibit "A" to the Sale Motion and incorporated herein by reference. In the Sale Motion, Trustee also requests an order from the Court: (a) finding that Trustee and Purchaser have proceeded in good faith and that Trustee and Purchaser are entitled to the protections of 11 U.S.C. § 363(m); (b) authorizing Trustee to execute any documents necessary to consummate the proposed sale, assignment, and transfer of the Transferred Assets to Purchaser, including those documents attached to the Sale Agreement as Exhibits 1 through 10; (c) approving a Break-Up Fee, as more particularly described in the Sale Motion and in accordance with the terms of Section 10.03 of the Sale Agreement; (d) requiring the Payors (as defined in the Sale Agreement) to account and pay the applicable royalty payments and income (as specified in the Sale Motion) in respect of the Subject Compositions and Subject Recordings (as applicable) to Purchaser following the Closing Date, in accordance with the Sale

---

[1] Capitalized terms not defined in this notice shall have the meanings ascribed to them in the Sale Agreement. The term Transferred Assets is defined at page 7 of the Sale Agreement.

[2] As set out in the Sale Agreement, there will be a Holdback of $550,000.00 from the Purchase Price, and Trustee will keep and set-off any funds he has received since the Cash Date of October 1, 2022 against the Purchase Price such that the amount the Purchaser actually pays to Trustee will be reduced by the Post-Cash Date Pre-Closing Receipts that Trustee has received.

Agreement; and (e) authorizing the proposed sale to be consummated immediately as allowed by Federal Rules of Bankruptcy Procedure Rule 6004(h).

Trustee estimates that the proposed sale will result in sufficient funds coming into the Bankruptcy Estate to allow Trustee to make a substantial distribution to holders of filed and remaining claims against the Bankruptcy Estate (if not pay them in full) and to make a very large surplus distribution to Debtor, in accordance with the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that although Trustee believes that the proposed sale is in the best interest of the Bankruptcy Estate and its creditors, Trustee invites any and all parties wishing to submit a competing cash bid, which exceeds the present Purchase Price, with no contingencies, and the ability to close within ten (10) days from Bankruptcy Court approval, so long as any such bid is filed with the Court in the form of an objection to the Sale Motion within two (2) business days of the Hearing (defined below).

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the *Sale Motion* on July 11, 2023 (the "**Hearing**").  The Court will hold an initial telephonic Hearing for announcements on the *Sale Motion* at the following number: 833-568-8864 US Toll-free Meeting ID: 160 862 0914 at 10:00 a.m. in Courtroom 1402, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the Court's ruling on the Sale Motion. You should read Sale Motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.). If you do not want the Court to grant the relief sought in the Sale Motion or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the Sale Motion with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the Hearing. The address of the Clerk's Office is: Suite 1340 Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the counsel for the Trustee, Michael J. Bargar, Rountree Leitman Klein & Geer LLC, Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, GA 30329.

Dated:  May 1, 2023.

ROUNTREE LEITMAN KLEIN & GEER LLC
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    mbargar@rlkglaw.com

Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329
404-410-1220

4

TRUSTEE EXHIBIT "3" FOLLOWS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: TODD ANTHONY SHAW

CASE NO: 09-61855-BEM

S. GREGORY HAYS, AS CHAPTER 7 TRUSTEE,

v.

THE INTERNAL REVENUE SERVICE, SOUND
EXCHANGE, INC., BROADCAST MUSIC, INC.,
SONY MUSIC ENTERTAINMENT, BOBBY FRANK
ELLERBEE, AS ADMINISTER OF ESTATE OF
JAMES F. ELLERBEE, BOBBY FRANK ELLERBEE,
THE GEORGIA DEPARTMENT OF REVENUE,
GUILFORD FOREST HOMEOWNERS
ASSOCIATION, INC., COLLECTIONS INC. OF SAN
FRANCISCO A CALIFORNIA CORPORATION,
RONNIE JACKSON, JR. AND TODD ANTHONY
SHAW.

**SUPPLEMENTAL
CERTIFICATE OF SERVICE
DECLARATION OF MAILING**
Chapter: 7

ECF Docket Reference No. 281

---

On 5/2/2023, I did cause a copy of the following documents, described below,

Notice of Hearing on Trustee's Motion for Authority to Sell Property of the Bankruptcy Estate Free and Clear of Liens,
Claims, Interests, and Encumbrances ECF Docket Reference No. 281

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with
sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and
incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.
com, a Administrative Office of the United States Bankruptcy Courts, Approved Notice Provider. A copy of the declaration
of service is attached hereto and incorporated as if fully set forth herein.

DATED: 5/2/2023

/s/ Michael J. Bargar
Michael J. Bargar  645709
Rountree Leitman Klein & Geer, LLC
Century Plaza I, 2987 Clairmont Rd., Ste. 350
Atlanta, GA  30329
404 584 1238

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:  TODD ANTHONY SHAW

S. GREGORY HAYS, AS CHAPTER 7 TRUSTEE,

v.

THE INTERNAL REVENUE SERVICE, SOUND
EXCHANGE, INC., BROADCAST MUSIC, INC.,
SONY MUSIC ENTERTAINMENT, BOBBY FRANK
ELLERBEE, AS ADMINISTER OF ESTATE OF
JAMES F. ELLERBEE, BOBBY FRANK ELLERBEE,
THE GEORGIA DEPARTMENT OF REVENUE,
GUILFORD FOREST HOMEOWNERS
ASSOCIATION, INC., COLLECTIONS INC. OF SAN
FRANCISCO A CALIFORNIA CORPORATION,
RONNIE JACKSON, JR. AND TODD ANTHONY
SHAW.

CASE NO: 09-61855-BEM

**SUPPLEMENTAL
CERTIFICATE OF SERVICE**

Chapter: 7

ECF Docket Reference No. 281

On 5/2/2023, a copy of the following documents, described below,
Notice of Hearing on Trustee's Motion for Authority to Sell Property of the Bankruptcy Estate Free and Clear of Liens,
Claims, Interests, and Encumbrances ECF Docket Reference No. 281

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with
sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and
incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above
referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and
that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/2/2023

/s/ Jay S Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael J. Bargar
Rountree Leitman Klein & Geer, LLC
Century Plaza I, 2987 Clairmont Rd., Ste. 350
Atlanta, GA  30329

USPS FIRST-CLASS MAIL SERVICE.  INDENTED CLASSMATE  RECIPIENTS  ....
Parties whose names are struck through were not sent this Bankruptcy Noticing Center 1st Mail Service.

CASE INFO

~~EXCLUDE~~

~~(U)AMERICAN HOME MORTGAGE SERVICING~~
~~INC AS SU~~

AMERICAN HOME SERVICES  INC
4600 REGENT BLVD
SUITE 200
IRVING  TX 75063-2478

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 09-61855-BEM
NORTHERN DISTRICT OF GEORGIA
TUE MAY 2 8-51-0 PST 2023

~~EXCLUDE~~

ARIZONA PUBLIC SERVICE
P 0 BOX 53933
STATION 3200
PHOENIX  AZ 85072-3933

~~MICHAEL J BARGAR~~
~~ROUNTREE LEITMAN KLEIN  GEER LLC~~
~~CENTURY PLAZA I~~
~~2987 CLAIRMONT ROAD  SUITE 350~~
~~ATLANTA  GA 30329-4435~~

CBA COLLECTION BUREAU
25954 EDEN LANDING RD
HAYWAID  CA 94545-3837

CITIFINANCIAL AUTO CORPORATION AS
ASSIGNEE O
MCCULLOUGH  PAYNE  HAAN  LLC
171 17TH STREET  NW  SUITE 975
ATLANTA  GA 30363-1032

CITIFINANCIAL AUTO
P 0 BOX 9575
COPPELL  TX 75019-9509

DOUG COLTON
MCE MANAGEMENT  LLC
558 ROSEDALE AVENUE
NASHVILLE  TN 37211-2048

LISA RITCHEY CRAIG
MCCULLOUGH PAYNE  HAAN  LLC
SUITE 2200
271 17TH STREET  NW
ATLANTA  GA 30363-6213

CREDIT MANAGEMENT
4200 INTERNATIONAL PKWY
CARROLLTON TX 75007-1912

MONTIE DAY
DAY LAW OFFICES
P O BOX 1525
WILLIAMS  CA 95987-1525

MONTIE S DAY
DAY LAW OFFICES
P O BOX 1525
WILLIAMS  CA 95987-1525

FRANK W DEBORDE
MORRIS  MANNING  MARTIN  LLP
1600 ATLANTA FINANCIAL CENTER
3343 PEACHTREE RD  NE
ATLANTA  GA 30326-1044

DEBT SOLUTION RECOVERY
900 MERCHANTS CONCOURSE
SUITE 106
WESTBURY  NY 11590-5114

ESTATE OF JAMES F ELLERBEE
CO DAVID G CROKETT  PC
1950 THE EQUITABLE BUILING
100 PEACHTREE STREET NW
ATLANTA  GA 30303-1906

FULTON COUNTY TAX COMMISIONERS OFFICE
141 PRYOR STREET SW  SUITE 1113
ATLANTA  GA 30303-3566

FULTON COUNTY TAX COMMISSIONER
141 PRYOR STREET SW
ATLANTA  GA 30303-3446

(P)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

SIDNEY GELERNTER
MCCURDY  CANDLER  LLC
SIX PIEDMONT CENTER - SUITE 700
3525 PIEDMONT ROAD  NE
ATLANTA  GA 30305-1578

SIDNEY GELERNTER
MCCURDY  CANDLER  LLC
SIX PIEDMONT ROAD - SUITE 700
3525 PIEDMONT ROAD  NE
ATLANTA  GA 30305-1578

~~EXCLUDE~~

~~(D)(P)GEORGIA DEPARTMENT OF REVENUE~~
~~COMPLIANCE DIVISION~~
~~ARCS BANKRUPTCY~~
~~1800 CENTURY BLVD NE SUITE 9100~~
~~ATLANTA GA 30345-3202~~

HARVARD COLLECTION
4839 N ELSTON AVE
CHICAGO  IL 60630-2589

S GREGORY HAYS
HAYS FINANCIAL CONSULTING  LLC
SUITE 555
2964 PEACHTREE ROAD NW
ATLANTA  GA 30305-4909

HAYS FINANCIAL CONSULTING  LLC
2964 PEACHTREE ROAD NW
SUITE 555
ATLANTA  GA 30305-4909

DEETRIC M HICKS
JOHNSON  FREEDMAN  LLC
1587 NORTHEAST EXPRESSWAY
ATLANTA  GA 30329-2401

(P)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

USPS FIRST-CLASS MAIL ATTACHMENTS
Parties whose names are struck through were not served data on First Class Mail Service.

EXCLUDE

JPMORGAN CHASE BANK
1587 NE EXPRESSWAY
ATLANTA  GA 30329-2401

(U)JPMORGAN CHASE BANK   NA

JENNIFER N MELTON
CO BEDELIA C HARGROVE  ESQ
1401 PEACHTREE STREET
SUITE 500
ATLANTA  GA 30309-3041

JENNIFER N MELTON
CO ERIC L REGISTER ESQ
REGISTER  LETT  LLP
1741 COMMERCE DRIVE
ATLANTA  GA 30318-3107

KEENAN WILKINS
ART 278
550 6TH ST
OAKLAND  CA 94607-3946

KAREN A MAXCY
MCCALLA RAYMER  LLC
1587 NORTHEAST EXPRESSWAY
ATLANTA  GA 30329-2401

NATIONAL COMMERCE BROKERS  INC
75 SECOND AVE
SUITE 3115
NEEDHAM  MA 02494-2820

MARTIN P OCHS
OFFICE OF THE U S TRUSTEE
362 RICHARD RUSSELL FEDERAL BLDG
75 TED TURNER DRIVE  SW
ATLANTA  GA 30303-3330

OFFICE OF THE UNITED STATES TRUSTEE
362 RICHARD RUSSELL BUILDING
75 TED TURNER DRIVE  SW
ATLANTA  GA 30303-3315

REMAX GREATER ATLANTA  THE LATHAM GROUP
DON LATHAM  LONNIE LATHAM
BUILDING 1300
5591 CHAMBLEE-DUNWOODY ROAD
ATLANTA  GA 30338-4176

RONNIE JACKSON JR
CO DONELL HOLIDAY  CRED ATTORNEY
PO BOX 4596
ATLANTA GA 30302-4596

RONNIE JACKSON  JR
CO DONELL HOLIDAY  ESQ
142 MITCHELL STREET
SUITE 108
ATLANTA  GA 30303-3428

RONNIE JACKSON  JR
CO DONELL HOLIDAY  ESQ
225 PEACHTREE STREET SUITE 1430
PO BOX 4596
ATLANTA  GA 30302-4596

SANTANDER CONSUMER USA
PO BOX 560284
DALLAS  TX 75356-0284

SANTANDER CONSUMER USA INC
AS SERVICER FOR CITI
PO BOX 961245
FORT WORTH  TX 76161-0244

DEBTOR
TODD ANTHONY SHAW
1010 FOREST OVERLOOK DRIVE
ATLANTA  GA 30331-8344

SHAWNA STATON
OFFICE OF THE UNITED STATES TRUSTEE
362 RICHARD RUSSELL BUILDING
75 TED TURNER DRIVE  SW
ATLANTA  GA 30303-3315

WAYNE R TERRY
HEMAR  ROUSSO  HEALD  LLP
12TH FLOOR
15910 VENTURA BOULEVARD
LOS ANGELES  CA 91436-2829

TROJAN PROFESSIONAL SERVICE
P 0 BOX 1270
LOS ANGELES  CA 90078-1270

UNITED STATES ATTORNEY
NORTHERN DISTRICT OF GEORGIA
ROOM 600 RICHARD RUSSELL BLDG
75 SPRING ST SW
ATLANTA  GA 30303-3318

UNITED STATES ATTORNEY GENERAL
10TH AND CONSTITUTION AVE
WASHINGTON  DC 20530-0001

VALLEY CONSTRUCTION SERVICE
7025 N 58TH AVE
GLENDALE  AZ 85301-2424

VERIZON
BANKRUPTCY ADMINISTRATION
P 0 BOX 3397
BLOOMINGTON  IL 61702-3397

KEENAN WILKINS
ART278
5325 BRODER BLVD
DUBLIN  CA 94568-3309

EXCLUDE

(U)ZOMBA ENTERPRISES  INC

ZOMBA RECORDING LLC
550 MADISON AVENUE
NEW YORK  NY 10022-3211

ZOMBA RECORDING  LLC CO WILL TATE  ESQ
1600 ATLANTA FINANCIAL CENTER
3343 PEACHTREE ROAD  NE
ATLANTA  GEORGIA 30326-1044

TRUSTEE EXHIBIT "4"

| Type | Claim # | Claimant Name | Allowed | Paid to date | Estimate Final Payment w/ Int. |
|------|---------|---------------|---------|--------------|-------------------------------|
| General Unsecured Claims | | | | | |
| | 3Ua | Internal Revenue Service | $1,284,229.62 | $677,564.57 | $686,472.01 |
| | 6-3 | Ronnie Jackson Jr. | $95,655.94 | $50,468.45 | $51,131.92 |
| | | | $1,379,885.56 | $728,033.02 | $737,603.93 |
| Tardily Filed Unsecured Claims §726(a)(3) | | | | | |
| | 8 | Santander Consumer USA Inc. | $8,941.03 | $0.00 | $9,496.66 |
| Fines, Penalties Claims §726(a)(4) | | | | | |
| | 3Ub | Internal Revenue Service | $788,809.12 | $0.00 | $837,828.74 |
| | | | $2,177,635.71 | $728,033.02 | $1,584,929.33 |

TRUSTEE EXHIBIT "5"

Todd Anthony Shaw
Case # 09-61855-BEM
Estimated Final Distribution

| | |
|---|---|
| Cash in Bank (7/10/23) | $960,329.79 |
| Net Sale Proceeds | $6,959,191.58 |
| **Funds for Distribution** | **$7,919,521.37** |
| | |
| Administrative Claims | |
| Professional Fees | $1,000,000.00 |
| Estimated Remaining 2023 Taxes Due | $1,500,000.00 |
| | $2,500,000.00 |
| | |
| Unsecured Creditors (Balance Owed) | |
| Internal Revenue Service | $606,665.05 |
| Ronnie Jackson Jr. | $45,187.49 |
| Santander Consumer USA Inc. | $8,941.03 |
| Internal Revenue Service (Penalties) | $788,809.12 |
| | $1,449,602.69 |
| | |
| Interest on Unsecured Claims | $135,326.64 |
| | |
| **Total Distributions** | **$4,084,929.33** |
| | |
| **Surplus to Debtor (Free of taxes)** | **$3,834,592.04** |

TRUSTEE EXHIBIT "6" FOLLOWS

B7 (Official Form 7) (12/07)



FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2009 PM03:55

W. YVONNE EVANS
CLERK

DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
### Northern District of Georgia

In re:  **Todd Shaw**

Debtor

Case No. **09-61855-MGD**

(If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| TBD | Employment | 2007 |
| TBD | Employment | 2009 YTD |
| TBD | Employment | 2008 |

## 2.  Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

2

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Wilkins v. Shaw** | **Suit** | **Alemeda County, CA** | **Pending** |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Estate of James F. Ellerbee c/o Monte Day, Esq** | **04/15/2008** | **Citi National Checking Account 200.00** |

## 5. Repossessions, foreclosures and returns

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Alliance Auto** **Los Angeles, CA** | **05/15/2008** | **2008 Cadillac Escalade** **(Leased Vehicle)** |

## 6. Assignments and receiverships

None ☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None ☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Office of Richard Jones, PC**<br>**North Center  Suite 309H**<br>**4319 Covington Hwy.**<br>**Decatur, GA  30035** | | |

## 10.  Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| | | |

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|
| | | |

## 11.  Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Citi National Bank**<br>**Burbank, CA** | **Checking Account**<br>**0.00** | **4/08** |

5

## 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☐

a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Todd Shaw, Inc. | | Debtor's Residence | Entertainment | 03/01/2001 12/31/2007 |

None ☑

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME    ADDRESS

## 19. Books, records and financial statements

None ☑

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS    DATES SERVICES RENDERED

None ☑

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME  ADDRESS    DATES SERVICES RENDERED

None ☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Debtor | Debtor's Residence |

None ☑

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS    DATE ISSUED

## 20. Inventories

None ☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY  INVENTORY SUPERVISOR  DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

8

None ☑    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN |
|---|---|
| DATE OF INVENTORY | OF INVENTORY RECORDS |

## 21. Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☑    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
|---|---|---|
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

## 22. Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None ☑    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## 25. Pension Funds.

None ☑    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    1 | 11 | 09                    Signature
                                       of Debtor

                                       **Todd Shaw**

B6A (Official Form 6A) (12/07)

In re:  **Todd Shaw**
_____                    Case No.  09-61855-MGD
                        **Debtor**                                                      (if known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Residence 1010 Forest Overlook Drive Atlanta, GA 30331** | Fee Owner | | $ 500,000.00 | $ 806,706.22 |

Total  ➤  | $ 500,000.00 |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **Todd Shaw** _____,     Case No. __09-61855-MGD__
                                    Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | | **200.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account Wells Fargo** | | **3,000.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Savings Account Wells Fargo** | | **200.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods** | | **15,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Awards (In Storage)** | | **TBD** |
| 6. Wearing apparel. | | **Clothing** | | **3,000.00** |
| 7. Furs and jewelry. | | **Costume Jewelry** | | **250.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Todd Shaw**                                                    Case No. **09-61855-MGD**
                                    Debtor                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Alliance Auto**<br>**Los Angeles, CA**<br>**Lease Deposit**<br>**Alliance Auto is no longer in business** | | **10,000.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Dodge Magnum** | | **13,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Todd Shaw**                                                    ,          Case No.  **09-61855-MGD**
_____
                          **Debtor**                                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | _2_  continuation sheets attached | Total ▸ | **$ 44,650.00** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (12/07)**

In re **Todd Shaw**        Case No. **09-61855-MGD**
<br>      Debtor                          (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. § 522(b)(2)
- ☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash | Ga. Code Ann. § 44-13-100(a)(6) | 200.00 | 200.00 |
| Checking Account Wells Fargo | Ga. Code Ann. § 44-13-100(a)(6) | 3,000.00 | 3,000.00 |
| Clothing | Ga. Code Ann. § 44-13-100(a)(4) | 3,000.00 | 3,000.00 |
| Costume Jewelry | Ga. Code Ann. § 44-13-100(a)(5) | 250.00 | 250.00 |
| Household Goods | Ga. Code Ann. § 44-13-100(a)(6) | 2,200.00 | 15,000.00 |
|  | Ga. Code Ann. § 44-13-100(a)(4) | 2,000.00 |  |
| Savings Account Wells Fargo | Ga. Code Ann. § 44-13-100(a)(6) | 200.00 | 200.00 |

B6D (Official Form 6D) (12/07)

In re  **Todd Shaw**                                                               Case No.  **09-61855-MGD**
              **Debtor**                                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❑    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>American Home Services, Inc.<br>4600 Regent Blvd.<br>Suite 200<br>Irving, TX 75063-1730 | | | Mortgage<br>Residence<br>1010 Forest Overlook Drive<br>Atlanta, GA 30331<br><br>VALUE $500,000.00 | | | | 275,973.00 | 0.00 |
| ACCOUNT NO.<br><br>Citifinancial Auto<br>P. O. Box 9575<br>Coppell, TX 75019-9575 | | | Security Agreement<br>2005 Dodge Magnum<br><br>VALUE $13,000.00 | | | | 17,472.00 | 4,472.00 |
| ACCOUNT NO.<br><br>Estate of James F. Ellerbee<br>c/o David G. Crokett, PC<br>1950 The Equitable Builing<br>100 Peachtree Street  NW<br>Atlanta, GA 30303 | | | VALUE $0.00 | | | | 1,051,265.91 | 1,051,265.91 |
| ACCOUNT NO.<br><br>Georgia Department of Revenue<br>ATTN:  Bankruptcy Unit<br>P. O. Box 161108<br>Atlanta, GA 30321 | | | Statutory Lien<br>Residence<br>1010 Forest Overlook Drive<br>Atlanta, GA 30331<br><br>VALUE $500,000.00 | | | | 39,981.22 | 0.00 |

1   continuation sheets
       attached

Subtotal  ▶
(Total of this page)

Total  ▶
(Use only on last page)

| $  1,384,692.13 | $ 1,055,737.91 |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Todd Shaw**                                                          Case No.  **09-61855-MGD**
                        Debtor                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia, PA 19114 | | | Statutory Lien<br>Residence<br>1010 Forest Overlook Drive<br>Atlanta, GA  30331<br><br>VALUE $500,000.00 | | | | 450,000.00 | 0.00 |
| ACCOUNT NO.<br><br>Ronnie Jackson, Jr.<br>c/o Donell Holiday, Esq.<br>142 Mitchell Street<br>Suite 108<br>Atlanta, GA  30301 | | | Judgment Lien<br>Residence<br>1010 Forest Overlook Drive<br>Atlanta, GA  30331<br><br>VALUE $500,000.00 | | | | 40,752.00 | 0.00 |

Sheet no. _1_ of _1_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ▶
(Total of this page)

| $ 490,752.00 | $ 0.00 |
|---|---|
| $ 1,875,444.13 | $ 1,055,737.91 |

Total  ▶
(Use only on last page)

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re   **Todd Shaw**
_____
Debtor

Case No.   **09-61855-MGD**
_____
(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1  continuation sheets attached**

B6E (Official Form 6E) (12/07) – Cont.

In re __Todd Shaw_____    Case No. __09-61855-MGD__
                                                                                  (If known)
                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

__Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Fulton County Tax Commissioner** <br> 141 Pryor Street  SW <br> Atlanta, GA  30303 | | | **2008 Real Estate Tax** | | | | **10,000.00** | **10,000.00** | **$0.00** |
| ACCOUNT NO. <br> **Georgia Department of Revenue** <br> ATTN:  Bankruptcy Unit <br> P. O. Box 161108 <br> Atlanta, GA  30321 | | | **Unfiled Tax Returns 1999 to 2008** | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO. <br> **Internal Revenue Service** <br> P. O. Box 21126 <br> Philadelphia, PA  19114 | | | **Unfiled Tax Returns (1999 to 2008)** | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO. <br> **United States Attorney** <br> Northern District of Georgia <br> Room 600  Richard Russell Bldg. <br> 75 Spring Street  SW <br> Atlanta, GA  30335 | | | **Notice Only** | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO. <br> **United States Attorney General** <br> 10th & Constitution Ave. <br> Washington, DC  20530 | | | **Notice Only** | | | | 0.00 | 0.00 | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)     $  **10,000.00**  |  $  **10,000.00**  |  $  **0.00**

Total  ➤
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)     $  **10,000.00**

Total  ➤
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )     $  **10,000.00**  |  $  **0.00**

B6F (Official Form 6F) (12/07)

In re   **Todd Shaw**                                               Case No.  **09-61855-MGD**
                    _____
                                    Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 110.00 |
| **Arizona Public Service** P. O. Box 53933 Station 3200 Phoenix, AZ  85072-3933 | | | | | | | |
| ACCOUNT NO. | | | | | | | 193.00 |
| **CBA Collection Bureau** 25954 Eden Landing Rd. Haywaid, CA  92108 | | | | | | | |
| ACCOUNT NO. | | | | | | | 974.00 |
| **Credit Management** 4200 International Pkwy. Carrollton, TX  75007 | | | | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Debt Solution Recovery** 900 Merchants Concourse Suite 106 Westbury, NY  11590-5114 | | | | | | | |
| ACCOUNT NO. | | | | | | | 87.00 |
| **Harvard Collection** 4839 N. Elston Ave. Chicago, IL  60630 | | | | | | | |

  2   Continuation sheets attached

Subtotal  ➤  $  **1,364.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Todd Shaw**                                                Case No.  **09-61855-MGD**
_____                    _____
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | | | | | 0.00 |
| Jennifer N. Melton c/o Bedelia C. Hargrove, Esq. 1401 Peachtree Street Suite 500 Atlanta, GA  30309 | | | Tort Lawsuit | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Keenan Wilkins ART278 5325 Broder Blvd. Dublin, CA  94568 | | | Breach of Contract | | | | |
| ACCOUNT NO. | | | | | | | 2,504.00 |
| National Commerce Brokers, Inc 75 Second Ave. Suite 3115 Needham, MA  02494 | | | | | | | |
| ACCOUNT NO. | | | | | | | 475.00 |
| Trojan Professional Service P. O. Box 1270 Los Angeles, CA  90720 | | | | | | | |
| ACCOUNT NO. | | | | | | | 116.00 |
| Valley Construction Service 7025 N. 58th Ave. Glendale, AZ  85301 | | | | | | | |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $          3,095.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Todd Shaw**                                                    Case No.  **09-61855-MGD**
                              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| **Verizon** Bankruptcy Administration P. O. Box 3397 Bloomington, IL  61702 | | | | | | | |

Sheet no.  2 of 2 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ | $ | 0.00

Total  ➤ | $ | 4,459.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re: <u>Todd Shaw</u>

                                     **Debtor**

Case No. <u>09-61855-MGD</u>

                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re: **Todd Shaw** _____    Case No.    **09-61855-MGD** _____
                        **Debtor**                                              (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re __Todd Shaw_____,                    Case No.  __09-61855-MGD____
                            Debtor                                                              (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Recording Artist** | |
| Name of Employer | **Todd Shaw, Inc.** | |
| How long employed | | |
| Address of Employer | **Debtor's Residence** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ |
| 2. Estimate monthly overtime | $ 0.00 | $ |
| 3. SUBTOTAL | $ 0.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ |
| b. Insurance | $ 0.00 | $ |
| c. Union dues | $ 0.00 | $ |
| d. Other (Specify) _____ | $ 0.00 | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 7,142.00 | $ |
| 8. Income from real property | $ 0.00 | $ |
| 9. Interest and dividends | $ 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ |
| 11. Social security or other government assistance (Specify) _____ | $ 0.00 | $ |
| 12. Pension or retirement income | $ 0.00 | $ |
| 13. Other monthly income (Specify) _____ | $ 0.00 | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 7,142.00 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 7,142.00 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 7,142.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
__NONE__
_____

B6J (Official Form 6J) (12/07)

In re <u>Todd Shaw</u>
                                      Debtor

Case No.    <u>09-61855-MGD</u>
               (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 3,000.00 |
|    a. Are real estate taxes included?   Yes _____   No  ✓ | | | |
|    b. Is property insurance included?   Yes _____   No  ✓ | | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 350.00 |
|      b. Water and sewer | | $ | 60.00 |
|      c. Telephone | | $ | 300.00 |
|      d. Other **Cable** | | $ | 100.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 495.00 |
| 4. Food | | $ | 500.00 |
| 5. Clothing | | $ | 1,000.00 |
| 6. Laundry and dry cleaning | | $ | 300.00 |
| 7. Medical and dental expenses | | $ | 208.00 |
| 8. Transportation (not including car payments) | | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|      a. Homeowner's or renter's | | $ | 370.00 |
|      b. Life | | $ | 0.00 |
|      c. Health | | $ | 0.00 |
|      d. Auto | | $ | 0.00 |
|      e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify)   **Real Estate Taxes** | | $ | 858.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|      a. Auto | | $ | 0.00 |
|      b. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 1,500.00 |
| 17. Other **Cellular Phone** | | $ | 250.00 |
|     **Maid Service** | | $ | 192.00 |
|     **Storage** | | $ | 300.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)     $     10,283.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | | |
|---|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | | |
|    a. Average monthly income from Line 15 of Schedule I | | $ | 7,142.00 |
|    b. Average monthly expenses from Line 18 above | | $ | 10,283.00 |
|    c. Monthly net income (a. minus b.) | | $ | -3,141.00 |

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
## Northern District of Georgia

In re **Todd Shaw**                                          Case No. **09-61855-MGD**
                    Debtor

Chapter   _7_

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 500,000.00 | | |
| B - Personal Property | YES | 3 | $ 44,650.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 1,875,444.13 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 10,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 4,459.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 7,142.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 10,283.00 |
| TOTAL | | 16 | $ 544,650.00 | $ 1,889,903.13 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Todd Shaw**

_____
                        Debtor

Case No.  09-61855-MGD

Chapter  **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 10,000.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $ |
| TOTAL | $ 10,000.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 7,142.00 |
| Average Expenses (from Schedule J, Line 18) | $ 10,283.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 5,892.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $1,055,737.91 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 10,000.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $4,459.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $1,060,196.91 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Todd Shaw**                                                        Case No. _____

------------------------------------------------------------------------------------------------------

**Debtor**                                                                                    **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **3** _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: ___1/11/09___                           Signature: _Todd Shaw_____

                                                                    **Todd Shaw**
                                                                                    **Debtor**

                                            [If joint case, both spouses must sign]


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

### (NOT APPLICABLE)

------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Georgia

In re _____**Todd Shaw**_____,          Case No. _____
                             Debtor                                                              Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**American Home Services, Inc.** | **Describe Property Securing Debt:**<br>**Residence** |

Property will be *(check one)*:
   ☐ Surrendered      ☑ Retained

If retaining the property, I intend to *(check at least one)*:
   ☐ Redeem the property
   ☑ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
   ☐ Claimed as exempt      ☑ Not claimed as exempt

---

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Citifinancial Auto** | **Describe Property Securing Debt:**<br>**2005 Dodge Magnum** |

Property will be *(check one)*:
   ☐ Surrendered      ☑ Retained

If retaining the property, I intend to *(check at least one)*:
   ☐ Redeem the property
   ☑ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
   ☐ Claimed as exempt      ☑ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Georgia Department of Revenue** | **Describe Property Securing Debt:**<br>**Residence** |

Property will be *(check one)*:
- ☐ Surrendered    ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt    ☑ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Internal Revenue Service** | **Describe Property Securing Debt:**<br>**Residence** |

Property will be *(check one)*:
- ☐ Surrendered    ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt    ☑ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Ronnie Jackson, Jr.** | **Describe Property Securing Debt:**<br>**Residence** |

Property will be *(check one)*:
- ☐ Surrendered    ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Page 3

Property is *(check one)*:

☑ Claimed as exempt                              ☐ Not claimed as exempt

**PART B –** Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No.  1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**None** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ YES      ☐ NO |

___0___   continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: ___1/11/09___                         _Todd Shaw_____
                                            **Todd Shaw**
                                            Signature of Debtor

TRUSTEE EXHIBIT "7" FOLLOWS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| TODD ANTHONY SHAW | : | CASE NO. 09-61855-MGD |
| DEBTOR | : | |

---

## AMENDMENT TO SCHEDULES D AND F

---

COMES NOW Debtor, Todd Shaw, who files this Amendment to Schedules D and F by making the following changes:

### 1.

Debtor amends Schedule D, attached hereto, to correct address for attorney representing Ronnie Jackson, Jr.

### 2.

Debtor amends Schedule F, attached hereto, to show correct name and address of attorney representing Jennifer Melton.

This ⟨6⟩ day of March, 2009.

_____
TODD SHAW
Debtor

Prepared by:

_____
RICHARD M. JONES, JR.
Attorney for Debtor
Ga. Bar No.: 403072
Law Office of Richard M. Jones, Jr., P.C.
North Center
4319 Covington Highway, Suite 309-H
Decatur, GA 30035
(404) 289-6500



MAR 09 2009 PM 04:24

W. YVONNE EVANS, CLERK

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

STATE OF GEORGIA

DEKALB COUNTY

### VERIFICATION

Personally appeared before the undersigned attesting officer, duly authorized by law to administer oaths in this State, Todd Shaw, who after being sworn, deposes and says on oath, pursuant to Bankruptcy Rule 1008, that the facts contained in the Amendment to Schedules D and F are true and correct.

TODD SHAW
Debtor

Sworn to and subscribed before me this 6th day of March, 2009.

Notary Public



B6D (Official Form 6D) (12/07)

In re  __Todd Shaw_____,          Case No. __09-61855-MGD_____
                          Debtor                                                  (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐      Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>American Home Services, Inc.<br>4600 Regent Blvd.<br>Suite 200<br>Irving, TX 75063-1730 | | | Mortgage<br>Residence<br>1010 Forest Overlook Drive<br>Atlanta, GA 30331<br><br>VALUE $500,000.00 | | | | 275,973.00 | 0.00 |
| ACCOUNT NO.<br><br>Citifinancial Auto<br>P. O. Box 9575<br>Coppell, TX 75019-9575 | | | Security Agreement<br>2005 Dodge Magnum<br><br>VALUE $13,000.00 | | | | 17,472.00 | 4,472.00 |
| ACCOUNT NO.<br><br>Estate of James F. Ellerbee<br>c/o David G. Crokett, PC<br>1950 The Equitable Builing<br>100 Peachtree Street NW<br>Atlanta, GA 30303 | | | VALUE $0.00 | | | | 1,051,265.91 | 1,051,265.91 |
| ACCOUNT NO.<br><br>Georgia Department of Revenue<br>ATTN: Bankruptcy Unit<br>P. O. Box 161108<br>Atlanta, GA 30321 | | | Statutory Lien<br>Residence<br>1010 Forest Overlook Drive<br>Atlanta, GA 30331<br><br>VALUE $500,000.00 | | | | 39,981.22 | 0.00 |

_1_     continuation sheets
         attached

                                                        Subtotal >                              $ 1,384,692.13 | $ 1,055,737.91
                                                        (Total of this page)

                                                        Total >                                 $                | $
                                                        (Use only on last page)

                                                        (Report also on Summary of  (If applicable, report
                                                        Schedules)                    also on Statistical
                                                                                      Summary of Certain
                                                                                      Liabilities and
                                                                                      Related Data.)

B6D (Official Form 6D) (12/07)– Cont.

In re   Todd Shaw                                                                    ,          Case No.   09-61855-MGD

                          Debtor                                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 450,000.00 | 0.00 |
| Internal Revenue Service P. O. Box 21126 Philadelphia, PA 19114 | | | Statutory Lien Residence 1010 Forest Overlook Drive Atlanta, GA  30331 | | | | | |
| | | | VALUE $500,000.00 | | | | | |
| ACCOUNT NO. | | | | | | | 40,752.00 | 0.00 |
| Ronnie Jackson, Jr. c/o Donell Holiday, Esq. 225 Peachtree Street  Suite 1430 P. O. Box 4596 Atlanta, GA  30302 | | | Judgment Lien Residence 1010 Forest Overlook Drive Atlanta, GA  30331 | | | | | |
| | | | VALUE $500,000.00 | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ▶
(Total of this page)

| $ | 490,752.00 | $ | 0.00 |
|---|---|---|---|

Total ▶
(Use only on last page)

| $ | 1,875,444.13 | $ | 1,055,737.91 |
|---|---|---|---|

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re **Todd Shaw** _____ Case No. **09-61855-MGD** _____
_____
Debtor (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Arizona Public Service <br> P. O. Box 53933 <br> Station 3200 <br> Phoenix, AZ 85072-3933 | | | | | | | 110.00 |
| ACCOUNT NO. <br> CBA Collection Bureau <br> 25954 Eden Landing Rd. <br> Haywaid, CA 92108 | | | | | | | 193.00 |
| ACCOUNT NO. <br> Credit Management <br> 4200 International Pkwy. <br> Carrollton, TX 75007 | | | | | | | 974.00 |
| ACCOUNT NO. <br> Debt Solution Recovery <br> 900 Merchants Concourse <br> Suite 106 <br> Westbury, NY 11590-5114 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Harvard Collection <br> 4839 N. Elston Ave. <br> Chicago, IL 60630 | | | | | | | 87.00 |

   2   Continuation sheets attached

Subtotal ➤ $      1,364.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Todd Shaw** _____   Case No. __09-61855-MGD__

Debtor                                                     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | | | | | 0.00 |
| Jennifer N. Melton c/o Eric L. Register, Esq. Register, Lett, LLP 1741 Commerce Drive Atlanta, GA 30319 | | | Tort Lawsuit | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Keenan Wilkins ART278 5325 Broder Blvd. Dublin, CA 94568 | | | Breach of Contract | | | | |
| ACCOUNT NO. | | | | | | | 2,504.00 |
| National Commerce Brokers, Inc 75 Second Ave. Suite 3115 Needham, MA 02494 | | | | | | | |
| ACCOUNT NO. | | | | | | | 475.00 |
| Trojan Professional Service P. O. Box 1270 Los Angeles, CA 90720 | | | | | | | |
| ACCOUNT NO. | | | | | | | 116.00 |
| Valley Construction Service 7025 N. 58th Ave. Glendale, AZ 85301 | | | | | | | |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        3,095.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Todd Shaw_____    Case No. __09-61855-MGD_____
                                                                    (If known)
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| Verizon Bankruptcy Administration P. O. Box 3397 Bloomington, IL 61702 | | | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➤ | $ | 0.00 |
| Total ➤ | $ | 4,459.00 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                          :        CHAPTER 7
                                :
TODD SHAW                       :        CASE NO. 09-61855-MGD
            DEBTOR              :

---

### CERTIFICATE OF SERVICE

---

I hereby certify that I have served a copy of the foregoing Amendment to Statement of Financial Affairs, Schedules D and F by depositing in the United States mail a true and exact copy thereof with adequate postage thereon to ensure delivery addressed as follows:

> S. Gregory Hays
> Chapter 7 Trustee
> Suite 200
> 3343 Peachtree Road NE
> Atlanta, GA 30326-1420
>
> Jennifer N. Melton
> c/o Eric L. Register, Esq.
> Register, Lett, LLP
> 1741 Commerce Drive
> Atlanta, GA 30318
>
> Ronnie Jackson, Jr.
> c/o Donell Holiday, Esq.
> 225 Peachtree Street Suite 1430
> P. O. Box 4596
> Atlanta, GA 30302
>
> Todd Shaw
> 1010 Forest Overlook Drive
> Atlanta, GA 30331.

This 10th day of March, 2009.

RICHARD M. JONES, JR.

```
                                   Attorney for Debtor
                                   Ga. Bar No. 403072


     Law Office of Richard M. Jones, Jr., P.C.
     North Center
     4319 Covington Highway, Suite 309-H
     Decatur, GA 30035
     (404) 289-6500
```

**<u>SUPPLEMENTAL MATRIX</u>**

Jennifer N. Melton
c/o Eric L. Register, Esq.
Register, Lett, LLP
1741 Commerce Drive
Atlanta, GA 30318

Ronnie Jackson, Jr.
c/o Donell Holiday, Esq.
225 Peachtree Street Suite 1430
P. O. Box 4596
Atlanta, GA 30302

```
           U. S. BANKRUPTCY COURT
         NORTHERN DISTRICT OF GEORGIA
               ATLANTA DIVISION

              # 01124120 - HD
               March 9, 2009



Code        Case No      Qty       Amount By

AM1         09-61855               $26.00 CK
   Judge  - Mary Grace Diehl
   Debtor - T. A. SHAW



TOTAL:                             $26.00


FROM: Richard M. Jones
      Suite 309-H
      4319 Covington Hwy
      Decatur, GA 30035
```

TRUSTEE EXHIBIT "8" FOLLOWS

Broadcast Music Inc. (BMI)
Royalty Payments to the Sheriff's Department of Los Angeles County
Ellerbee, Bobby vs. Shaw, Todd A, Court Case No. 6980243
Bankruptcy Petition Date: 1/26/2009

| Distribution Date | US Period | Amount |
|---|---|---|
| 03/20/09 | 3Q2008 | $6,098.71 |
| 06/19/09 | 4Q2008 | $4,838.53 |
| 09/21/09 | 1Q2009 | $6,261.46 |
| 01/19/10 | 2Q2009 | $5,312.33 |
| 03/29/10 | 3Q2009 | $6,612.48 |
| 06/28/10 | 4Q2009 | $5,908.54 |
| 09/27/10 | 1Q2010 | $5,480.53 |
| 01/14/11 | 2Q2010 | $6,981.32 |
| 03/25/11 | 3Q2010 | $6,093.51 |
| 06/24/11 | 4Q2010 | $9,835.20 |
| 09/23/11 | 1Q2011 | $6,401.13 |
| 01/13/12 | 2Q2011 | $8,474.90 |
| 03/23/12 | 3Q2011 | $21,066.09 |
| 06/22/12 | 4Q2011 | $10,367.05 |
| 09/21/12 | 1Q2012 | $6,314.22 |
| 01/11/23 | 2Q2012 | $5,751.96 |
| 03/22/13 | 3Q2012 | $6,396.10 |
| 06/21/13 | 4Q2012 | $5,046.10 |
| 09/20/13 | 1Q2013 | $5,418.63 |
| 01/17/14 | 2Q2013 | $8,336.04 |
| 03/21/14 | 3Q2013 | $5,626.06 |
| 06/20/14 | 4Q2013 | $4,733.34 |
| 09/19/14 | 1Q2014 | $4,892.92 |
| 01/16/15 | 2Q2014 | $7,286.26 |
| 03/20/15 | 3Q2014 | $6,605.14 |
| 06/19/15 | 4Q2014 | $5,375.40 |
| 09/18/15 | 1Q2015 | $6,125.95 |
| 01/15/16 | 2Q2015 | $8,070.74 |
| 03/18/16 | 3Q2015 | $7,434.04 |
| 06/17/16 | 4Q2015 | $10,099.02 |
| 09/16/16 | 1Q2016 | $10,941.45 |
| 01/13/17 | 2Q2016 | $15,877.28 |
| 03/17/17 | 3Q2016 | $59,749.58 |
| 06/16/17 | 4Q2016 | $39,691.65 |
| 09/15/17 | 1Q2017 | $20,124.15 |
| 01/12/18 | 2Q2017 | $22,268.69 |
| 03/16/18 | 3Q2017 | $58,841.64 |
| 06/15/18 | 4Q2017 | $63,959.80 |

Broadcast Music Inc. (BMI)
Royalty Payments to the Sheriff's Department of Los Angeles County
Ellerbee, Bobby vs. Shaw, Todd A, Court Case No. 6980243
Bankruptcy Petition Date: 1/26/2009

| Distribution Date | US Period | Amount |
|---|---|---|
| 09/14/18 | 1Q2018 | $26,903.12 |
| 01/18/19 | 2Q2018 | $23,228.47 |
| 03/22/19 | 3Q2018 | $24,534.37 |
| 06/21/19 | 4Q2018 | $24,852.06 |
| 09/20/19 | 1Q2019 | $23,781.12 |
| 01/17/20 | 2Q2019 | $26,118.52 |
| 03/20/20 | 3Q2019 | $24,752.96 |
| 06/11/20 | 4Q2019 | $18,775.53 |
| | | $697,644.09 |

TRUSTEE EXHIBIT "9" FOLLOWS

Todd Anthony Shaw
Case # 09-61855-BEM
Post Petition receipts of bankruptcy property by Todd Shaw

| Paying Party | Check Dates | Check Totals | Estimated Bankruptcy Property | |
|---|---|---|---|---|
| Broadcast Music Inc. | September 2020 to March 2021 | $129,755.71 | $97,015.90 | (1) |
| SoundExchange | March 09 thru March 2011 | $26,682.41 | $20,193.33 | (2) |
| SoundExchange | Nov 2012 Thru Feb 2021 | $697,673.62 | $528,001.55 | |
| | | $854,111.74 | $645,210.78 | |

(1) Splitting between pre-petition (bankruptcy property) and post petition royalties would require a manual review of three monthly statements that contain between 142 and 149 pages of details. Royalties from pre-petition works are estimated at 74.77% of the total check amount, which is the rate of pre-petition to total royalties paid by SoundExchange during the same period.

(2) Trustee does not have data to determine which royalties related to pre-petition (bankruptcy property) and post petition works for the period March 2009 through March 2011. Bankruptcy property is estimated at 75.7% of the check total, which is rate for the November 2012 though February 2021 period for payments by SoundExchange. This amount is likely low.

Exhibit A - Check summary for Broadcast Music Inc. checks payable to Todd Shaw.
Exhibit B - Summary analysis of SoundExchange payments.
Exhibit C - Check summaries for SoundExchange payments to Todd Shaw.

# Exhibit A



| | | | |
|---|---|---|---|
| **New York Creative Office** | **Los Angeles Creative Office** | **Atlanta Creative Office** | **Miami Creative** |
| 7 World Trade Center, 250 Greenwich St | 8730 Sunset Blvd, 3rd Floor West | 3340 Peachtree Rd NE, Ste 570 | (305) 673-5148 |
| New York, NY 10007-0030 | Los Angeles, CA 90069 | Atlanta, GA 30326 | |
| **Nashville Creative Office** | **London Creative Office** | **Austin Creative Office** | |
| 10 Music Square East | 84 Harley House, Marylebone Rd | 1400 S Congress Ave, Ste B 200 | |
| Nashville, TN 37203 | London NWI 5HN, England | Austin, TX 78704 | |

## Royalty Statement                                                   Page 1 of 2

| | | |
|---|---|---|
| Affiliate: SHAW TODD ANTHONY | | |
| Account No: ████ 1853 | IP No: 00201.25.51.32 | |
| Distribution Date: September 10, 2020 | U.S. Performance Period: | 1ST QUARTER 2020 |
| | International: | 169TH ACCOUNTING |

### Summary of Current Royalty Earnings

| Description | U.S. | Admin Services | International | Total |
|---|---|---|---|---|
| Current Earnings | $11,635.36 | $5,114.22 | $4,130.32 | $20,879.90 |
| Withheld-Song Title Review | $172.75 | $101.23 | $85.96 | $359.94 |
| Amount Paid | $11,462.61 | $5,012.99 | $4,044.36 | $20,519.96 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Summary of Year to Date Royalties as of September 10, 2020

| Description | Payments | Adjustments | Applied to Balance Due | Withheld |
|---|---|---|---|---|
| U.S. | $50,354.72 | $0.00 | $0.00 | $39,501.31 |
| Admin Services | $18,443.36 | $0.00 | $0.00 | $5,266.64 |
| International | $21,368.89 | $0.00 | $0.00 | $4,254.99 |
| | | | | |
| | | | | |
| | | | | |
| Totals: | $90,166.97 | $0.00 | $0.00 | $49,022.94 |
| | | | | |

Questions About Your Statement? Call: (615) 401-2000 or visit bmi.com
BMI's Next Distribution Will Occur During: January 2021          Moving? Visit bmi.com to change your address

| Account Number | Check Number | Check Date |
|---|---|---|
| ████ 1853 | 12935314 | 2020-09-10 |
| **Period** | **Check Amount** | |
| 20201-169TH | *******$20,519.96 | |

TODD ANTHONY SHAW
151 OAK ST
HAHNVILLE LA 70057

CONFIDENTIAL TREATMENT REQUESTED                                    BMI002936



**New York Creative Office**
7 World Trade Center, 250 Greenwich St
New York, NY 10007-0030

**Nashville Creative Office**
10 Music Square East
Nashville, TN 37203

**Los Angeles Creative Office**
8730 Sunset Blvd, 3rd Floor West
Los Angeles, CA 90069

**London Creative Office**
84 Harley House, Marylebone Rd
London NWI 5HN, England

**Atlanta Creative Office**
3340 Peachtree Rd NE, Ste 570
Atlanta, GA 30326

**Austin Creative Office**
1400 S Congress Ave, Ste B 200
Austin, TX 78704

**Miami Creative**
(305) 673-5145

## Royalty Statement

Page 1 of 2

| | |
|---|---|
| **Affiliate:** SHAW TODD ANTHONY | |
| **Account No:** ▮▮▮1853 | **IP No:** 00201.25.51.32 |
| **Distribution Date:** January 14, 2021 | **U.S. Performance Period:** 2ND QUARTER 2020 |
| | **International:** 170TH ACCOUNTING |

### Summary of Current Royalty Earnings

| Description | U.S. | Admin Services | International | Total |
|---|---|---|---|---|
| Current Earnings | $19,001.27 | $4,432.38 | $3,423.10 | $26,856.75 |
| Withheld-Song Title Review | $169.36 | $80.21 | $69.11 | $318.68 |
| Amount Paid | $18,831.91 | $4,352.17 | $3,353.99 | $26,538.07 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Summary of Year to Date Royalties as of January 14, 2021

| Description | Payments | Adjustments | Applied to Balance Due | Withheld |
|---|---|---|---|---|
| U.S. | $18,831.91 | $0.00 | $0.00 | $39,670.67 |
| Admin Services | $4,352.17 | $0.00 | $0.00 | $5,346.85 |
| International | $3,353.99 | $0.00 | $0.00 | $4,324.10 |
| | | | | |
| | | | | |
| | | | | |
| **Totals:** | $26,538.07 | $0.00 | $0.00 | $49,341.62 |
| | | | | |

**Questions About Your Statement?** Call: (615) 401-2000 or visit bmi.com

BMI's Next Distribution Will Occur During: **March 2021**          Moving? Visit bmi.com to change your address

| Account Number | Check Number | Check Date |
|---|---|---|
| ▮▮▮1853 | 13046302 | 2021-01-14 |
| **Period** | **Check Amount** | |
| 20202-170TH | *******$26,538.07 | |

**TODD ANTHONY SHAW**
**151 OAK ST**
**HAHNVILLE LA 70057**

CONFIDENTIAL TREATMENT REQUESTED                                        BMI003084



**New York Creative Office**
7 World Trade Center, 250 Greenwich St
New York, NY 10007-0030

**Nashville Creative Office**
10 Music Square East
Nashville, TN 37203

**Los Angeles Creative Office**
8730 Sunset Blvd, 3rd Floor West
Los Angeles, CA 90069

**London Creative Office**
84 Harley House, Marylebone Rd
London NWI 5HN, England

**Atlanta Creative Office**
3340 Peachtree Rd NE, Ste 570
Atlanta, GA 30326

**Austin Creative Office**
1400 S Congress Ave, Ste B 200
Austin, TX 78704

**Miami Creative**
(305) 673-5145

## Royalty Statement

Page 1 of 2

| Affiliate: | SHAW TODD ANTHONY | | |
|---|---|---|---|
| Account No: | ▮1853 | IP No: | 00201.25.51.32 |
| | | U.S. Performance Period: | 3RD QUARTER 2020 |
| Distribution Date: | March 19, 2021 | International: | 171ST ACCOUNTING |

### Summary of Current Royalty Earnings

| Description | U.S. | Admin Services | International | Total |
|---|---|---|---|---|
| Current Earnings | $68,989.07 | $9,421.41 | $4,488.89 | $82,899.37 |
| Withheld-Song Title Review | $37.12 | $74.08 | $90.49 | $201.69 |
| Amount Paid | $68,951.95 | $9,347.33 | $4,398.40 | $82,697.68 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Summary of Year to Date Royalties as of March 19, 2021

| Description | Payments | Adjustments | Applied to Balance Due | Withheld |
|---|---|---|---|---|
| U.S. | $87,783.86 | $0.00 | $0.00 | $39,707.79 |
| Admin Services | $13,699.50 | $0.00 | $0.00 | $5,420.93 |
| International | $7,752.39 | $0.00 | $0.00 | $4,414.59 |
| | | | | |
| | | | | |
| | | | | |
| **Totals:** | $109,235.75 | $0.00 | $0.00 | $49,543.31 |
| | | | | |

**Questions About Your Statement?** Call: (615) 401-2000 or visit bmi.com

BMI's Next Distribution Will Occur During: **June 2021**          Moving? Visit bmi.com to change your address

| Account Number | Check Number | Check Date |
|---|---|---|
| ▮1853 | 13135343 | 2021-03-19 |
| **Period** | **Check Amount** | |
| 20203-171ST | *******$82,697.68 | |

**TODD ANTHONY SHAW**
**151 OAK ST**
**HAHNVILLE LA 70057**

CONFIDENTIAL TREATMENT REQUESTED          BMI003226

# Exhibit B

Payee Name: TODD ANTHONY SHAW Payee ID: ████2093

Payee SXID: SX1019YX8D

Payment History:

| Type | Cycle | Number | Date | Net Amount | Date Voided | Cashed | Post Petition Payments Received | Royalies on Pre-Petition Works | Payee Per SX Statement | Mailing Address1 Per SX Royalty Statement | Mailing Address2 Per SX Royalty Statement |
|------|-------|--------|------|-----------|-------------|--------|--------------------------------|-------------------------------|------------------------|-------------------------------------------|-------------------------------------------|
| CHECK | REG | 155557 | 03/15/09 | $1,407.97 | | Yes | $1,407.97 | TBD | Payment statemet not provided by SoundExchange | | |
| CHECK | REG | 162419 | 06/29/09 | $551.92 | Yes | N/A | | | Payment statemet not provided by SoundExchange | | |
| CHECK | REG | 169141 | 09/08/09 | $1,870.50 | | Yes | $1,870.50 | TBD | Payment statemet not provided by SoundExchange | | |
| CHECK | REG | 177280 | 11/12/09 | $2,518.11 | | Yes | $2,518.11 | TBD | Payment statemet not provided by SoundExchange | | |
| CHECK | REG | 186459 | 12/09/09 | $1,759.94 | | Yes | $1,759.94 | TBD | Payment statemet not provided by SoundExchange | | |
| CHECK | REG | 198166 | 03/29/10 | $2,805.89 | Yes | N/A | | | Payment statemet not provided by SoundExchange | | |
| CHECK | REG | 206706 | 06/22/10 | $4,286.14 | | Yes | $4,286.14 | TBD | Payment statemet not provided by SoundExchange | | |
| CHECK | REG | 216947 | 09/20/10 | $4,004.29 | | Yes | $4,004.29 | TBD | Payment statemet not provided by SoundExchange | | |
| CHECK | REG | 231550 | 12/15/10 | $6,127.88 | | Yes | $6,127.88 | TBD | Payment statemet not provided by SoundExchange | | |
| CHECK | REG | 245328 | 03/18/11 | $4,707.58 | | Yes | $4,707.58 | TBD | Payment statemet not provided by SoundExchange | | |
| CHECK | REG | 370159 | 11/21/12 | $63,750.94 | | N/A | $63,750.94 | $56,132.31 | Todd Anthony Shaw | 8730 Sunset Blvd, Ste 470, | Los Angeles, CA 90069 |
| CHECK | REG | 399520 | 03/14/13 | $10,787.75 | | N/A | $10,787.75 | $10,305.26 | Todd Anthony Shaw | 8730 Sunset Blvd, Ste 470, | Los Angeles, CA 90069 |
| CHECK | REG | 429108 | 06/05/13 | $13,134.98 | | N/A | $13,134.98 | $11,423.50 | Todd Anthony Shaw | 8730 Sunset Blvd, Ste 470, | Los Angeles, CA 90069 |
| CHECK | REG | 455353 | 09/06/13 | $14,285.12 | | N/A | $14,285.12 | $12,871.34 | Tood Anthony Shaw DBA Overtyme LLC c/o Davis Shapiro, | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| CHECK | REG | 482897 | 11/23/13 | $18,564.08 | | N/A | $18,564.08 | $17,319.35 | Tood Anthony Shaw DBA Overtyme LLC c/o Davis Shapiro, | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| CHECK | REG | 528941 | 03/06/14 | $14,283.69 | | N/A | $14,283.69 | $13,078.18 | Tood Anthony Shaw c/o Davis Shapiro, et al. | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| CHECK | REG | 561566 | 06/03/14 | $17,872.83 | | N/A | $17,872.83 | $14,312.39 | Tood Anthony Shaw c/o Davis Shapiro, et al. | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| CHECK | REG | 604345 | 09/10/14 | $36,330.33 | | N/A | $36,330.33 | $24,228.95 | Tood Anthony Shaw c/o Davis Shapiro, et al. | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| CHECK | REG | 643364 | 12/03/14 | $26,994.10 | | N/A | $26,994.10 | $15,174.94 | Tood Anthony Shaw c/o Davis Shapiro, et al. | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| CHECK | REG | 684587 | 03/02/15 | $24,291.97 | | N/A | $24,291.97 | $16,557.71 | Tood Anthony Shaw c/o Davis Shapiro, et al. | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 697875 | 05/05/15 | $14,189.53 | | Yes | $14,189.53 | $9,451.68 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |

Payee Name: TODD ANTHONY SHAW Payee ID: ███2093

Payee SXID: SX1019YX8D

Payment History:

| Type | Cycle | Number | Date | Net Amount | Date Voided | Cashed | Post Petition Payments Received | Royalies on Pre-Petition Works | Payee Per SX Statement | Mailing Address1 Per SX Royalty Statement | Mailing Address2 Per SX Royalty Statement |
|------|-------|--------|------|-----------|-------------|--------|-------------------------------|-------------------------------|------------------------|-------------------------------------------|-------------------------------------------|
| ACH | REG | 100071185 | 06/08/15 | $7,574.51 | | Yes | $7,574.51 | $5,190.45 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100077975 | 07/10/15 | $7,328.91 | | Yes | $7,328.91 | $5,049.39 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100082072 | 08/10/15 | $6,752.89 | | Yes | $6,752.89 | $4,669.94 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100114086 | 09/11/15 | $7,025.26 | | Yes | $7,025.26 | $5,061.74 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100121933 | 10/09/15 | $6,958.00 | | Yes | $6,958.00 | $4,844.04 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100128649 | 11/06/15 | $7,245.58 | | Yes | $7,245.58 | $5,288.37 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100151590 | 12/03/15 | $9,736.37 | | Yes | $9,736.37 | $7,757.96 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100158540 | 01/05/16 | $6,168.53 | | Yes | $6,168.53 | $4,544.09 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100161876 | 02/19/16 | $6,571.37 | | Yes | $6,571.37 | $4,633.65 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100171701 | 03/15/16 | $6,197.11 | | Yes | $6,197.11 | $4,504.35 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100192710 | 04/14/16 | $6,736.84 | | Yes | $6,736.84 | $4,981.22 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100198710 | 05/19/16 | $6,781.31 | | Yes | $6,781.31 | $5,007.12 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100238850 | 06/22/16 | $9,019.14 | | Yes | $9,019.14 | $6,292.50 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100259816 | 07/22/16 | $7,757.02 | | Yes | $7,757.02 | $5,673.70 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100263320 | 08/18/16 | $7,534.05 | | Yes | $7,534.05 | $5,623.05 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100280606 | 09/17/16 | $6,990.24 | | Yes | $6,990.24 | $5,282.35 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100308430 | 10/20/16 | $7,285.00 | | Yes | $7,285.00 | $5,612.32 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100317660 | 11/15/16 | $6,990.88 | | Yes | $6,990.88 | $5,433.03 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100349305 | 12/09/16 | $5,912.31 | | Yes | $5,912.31 | $5,025.77 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100358391 | 01/18/17 | $6,133.99 | | Yes | $6,133.99 | $4,489.27 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100364711 | 02/16/17 | $6,124.65 | | Yes | $6,124.65 | $4,248.89 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |

Payee Name: TODD ANTHONY SHAW Payee ID: ▮▮2093

Payee SXID: SX1019YX8D

Payment History:

| Type | Cycle | Number | Date | Net Amount | Date Voided | Cashed | Post Petition Payments Received | Royalies on Pre-Petition Works | Payee Per SX Statement | Mailing Address1 Per SX Royalty Statement | Mailing Address2 Per SX Royalty Statement |
|------|-------|--------|------|-----------|-------------|--------|--------------------------------|-------------------------------|------------------------|-------------------------------------------|-------------------------------------------|
| ACH | REG | 100388008 | 03/16/17 | $6,014.94 | | Yes | $6,014.94 | $4,112.94 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100402676 | 04/13/17 | $6,136.33 | | Yes | $6,136.33 | $4,256.64 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100406007 | 05/18/17 | $5,905.42 | | Yes | $5,905.42 | $4,601.58 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100416841 | 06/15/17 | $6,346.03 | | Yes | $6,346.03 | $4,850.81 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100443109 | 07/20/17 | $5,905.98 | | Yes | $5,905.98 | $4,616.23 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100446647 | 08/17/17 | $5,723.86 | | Yes | $5,723.86 | $4,372.18 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100453356 | 09/19/17 | $5,564.37 | | Yes | $5,564.37 | $4,335.27 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100486130 | 10/19/17 | $5,752.02 | | Yes | $5,752.02 | $4,584.90 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100497479 | 11/14/17 | $5,681.98 | | Yes | $5,681.98 | $4,514.80 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100497963 | 12/14/17 | $5,967.86 | | Yes | $5,967.86 | $4,754.99 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100524277 | 01/18/18 | $5,160.89 | | Yes | $5,160.89 | $4,062.87 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100528764 | 02/15/18 | $5,163.03 | | Yes | $5,163.03 | $4,067.52 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100541260 | 03/15/18 | $5,411.10 | | Yes | $5,411.10 | $4,455.20 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100575239 | 04/19/18 | $6,148.90 | | Yes | $6,148.90 | $5,145.77 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100582795 | 05/17/18 | $12,411.53 | | Yes | $12,411.53 | $4,661.70 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100599241 | 06/14/18 | $8,607.78 | | Yes | $8,607.78 | $4,833.12 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100614887 | 07/19/18 | $5,929.46 | | Yes | $5,929.46 | $4,548.05 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100621894 | 08/16/18 | $5,887.17 | | Yes | $5,887.17 | $4,807.52 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100652238 | 09/13/18 | $5,448.48 | | Yes | $5,448.48 | $4,334.56 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100668450 | 10/18/18 | $5,078.32 | | Yes | $5,078.32 | $4,039.64 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100673010 | 11/13/18 | $12,662.25 | | Yes | $12,662.25 | $10,439.98 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |

Payee Name: TODD ANTHONY SHAW Payee ID: ███2093

Payee SXID: SX1019YX8D

Payment History:

| Type | Cycle | Number | Date | Net Amount | Date Voided | Cashed | Post Petition Payments Received | Royalies on Pre-Petition Works | Payee Per SX Statement | Mailing Address1 Per SX Royalty Statement | Mailing Address2 Per SX Royalty Statement |
|------|-------|--------|------|-----------|-------------|--------|--------------------------------|-------------------------------|------------------------|-------------------------------------------|-------------------------------------------|
| ACH | REG | 100692904 | 12/07/18 | $5,729.08 | | Yes | $5,729.08 | $3,479.81 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100715644 | 01/17/19 | $5,799.93 | | Yes | $5,799.93 | $4,752.62 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100726575 | 02/14/19 | $4,777.27 | | Yes | $4,777.27 | $3,305.73 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100753054 | 03/14/19 | $6,057.69 | | Yes | $6,057.69 | $4,432.03 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100769318 | 04/18/19 | $4,543.22 | | Yes | $4,543.22 | $3,470.51 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100777412 | 05/16/19 | $4,558.74 | | Yes | $4,558.74 | $3,236.79 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100797278 | 06/13/19 | $5,265.13 | | Yes | $5,265.13 | $4,237.71 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100814331 | 07/18/19 | $5,421.62 | | Yes | $5,421.62 | $4,067.02 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100817875 | 08/15/19 | $7,081.22 | | Yes | $7,081.22 | $5,534.13 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100827886 | 09/20/19 | $4,704.44 | | Yes | $4,704.44 | $3,592.88 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100872391 | 10/17/19 | $4,867.86 | | Yes | $4,867.86 | $3,943.05 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100880897 | 11/14/19 | $5,642.82 | | Yes | $5,642.82 | $3,974.28 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100906468 | 12/12/19 | $4,722.90 | | Yes | $4,722.90 | $3,839.70 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100921830 | 01/16/20 | $5,600.03 | | Yes | $5,600.03 | $5,024.04 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100930122 | 02/13/20 | $5,291.64 | | Yes | $5,291.64 | $4,015.75 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100955529 | 03/19/20 | $5,784.29 | | Yes | $5,784.29 | $4,377.70 | Todd Anthony Shaw | 150 S Rodeo Drive, Ste 200 | Beverly Hills, CA 90212 |
| ACH | REG | 100969225 | 04/16/20 | $7,729.92 | | Yes | $7,729.92 | $4,776.16 | Todd Anthony Shaw | 1802 Grand Avenue | Nashville, TN 37212 |
| ACH | REG | 100980646 | 05/14/20 | $5,443.94 | | Yes | $5,443.94 | $4,316.62 | Todd Anthony Shaw | 1802 Grand Avenue | Nashville, TN 37212 |
| ACH | REG | 100999802 | 06/18/20 | $7,388.29 | | Yes | $7,388.29 | $4,844.54 | Todd Anthony Shaw | 1802 Grand Avenue | Nashville, TN 37212 |
| ACH | REG | 101026184 | 07/16/20 | $4,926.35 | | Yes | $4,926.35 | $3,836.78 | Todd Anthony Shaw | 1802 Grand Avenue | Nashville, TN 37212 |
| ACH | REG | 101042146 | 08/13/20 | $6,465.54 | | Yes | $6,465.54 | $5,329.99 | Todd Anthony Shaw | 1802 Grand Avenue | Nashville, TN 37212 |

Payee Name: TODD ANTHONY SHAW Payee ID: ███2093

Payee SXID: SX1019YX8D

Payment History:

| Type | Cycle | Number | Date | Net Amount | Date Voided | Cashed | Post Petition Payments Received | Royalies on Pre-Petition Works | Payee Per SX Statement | Mailing Address1 Per SX Royalty Statement | Mailing Address2 Per SX Royalty Statement |
|------|-------|--------|------|-----------|-------------|--------|--------------------------------|-------------------------------|------------------------|-------------------------------------------|-------------------------------------------|
| ACH | REG | 101079203 | 09/17/20 | $5,417.37 | | Yes | $5,417.37 | $4,478.84 | Todd Anthony Shaw | 1802 Grand Avenue | Nashville, TN 37212 |
| ACH | REG | 101087361 | 10/15/20 | $5,772.68 | | Yes | $5,772.68 | $4,857.74 | Todd Anthony Shaw | 1802 Grand Avenue | Nashville, TN 37212 |
| ACH | REG | 101095747 | 11/18/20 | $8,395.32 | | Yes | $8,395.32 | $6,763.22 | Todd Anthony Shaw | 1802 Grand Avenue | Nashville, TN 37212 |
| ACH | REG | 101122117 | 12/16/20 | $5,529.92 | | Yes | $5,529.92 | $4,438.32 | Todd Anthony Shaw | 1802 Grand Avenue | Nashville, TN 37212 |
| ACH | REG | 101136500 | 01/21/21 | $9,908.90 | | Yes | $9,908.90 | $4,885.77 | Todd Anthony Shaw | 1802 Grand Avenue | Nashville, TN 37212 |
| ACH | REG | 101147121 | 02/18/21 | $4,630.53 | | Yes | $4,630.53 | $3,724.75 | Todd Anthony Shaw | 1802 Grand Avenue | Nashville, TN 37212 |
| ACH | REG | 101165451 | 03/18/21 | $5,361.53 | | No | | | Todd Anthony Shaw | 1802 Grand Avenue | Nashville, TN 37212 |
| ACH | REG | 101202542 | 04/15/21 | $7,242.45 | | No | | | Todd Anthony Shaw | 1802 Grand Avenue | Nashville, TN 37212 |
| ACH | REG | 101204217 | 05/13/21 | $4,618.81 | | No | | | Todd Anthony Shaw | 1802 Grand Avenue | Nashville, TN 37212 |
| | | | | | | | | | | | |
| | | | | | | | $724,356.03 | $528,001.56 | | | |
| Date of Bankruptcy Petion = 1/26/2009 | | | | | | | | | | | |

# Exhibit C

**soundexchange**

ARTIST STATEMENT

DIGITAL PERFORMANCE
ROYALTY STATEMENT

PAYEE:

**TODD ANTHONY SHAW**
8730 SUNSET BLVD., STE. 470
LOS ANGELES, CA 90069

Payee ID: 77212093

CURRENT PAYMENT:

# $63,750.94

Nov 21, 2012

Check # 000370159

PREVIOUS PAYMENTS:

| DISTRIBUTION DATE | AMOUNT |
|---|---|
| March 18, 2011 | 4,707.58 |
| December 15, 2010 | 6,127.88 |
| September 20, 2010 | 4,004.29 |
| June 22, 2010 | 4,286.14 |

PAYMENT BY SERVICE:

| LICENSE TYPE | PERFORMANCE PERIOD | AMOUNT | % |
|---|---|---|---|
| Cable Radio | 1/1/11 - 8/31/12 | 217.72 | .3% |
| Satellite Radio | 6/1/12 - 8/31/12 | 2,389.17 | 3.7% |
| Webcasters | 1/1/10 - 8/31/12 | 8,542.44 | 13.4% |
| Adjustment Credits | - | 52,601.61 | 82.5% |
| **Total** | | **$63,750.94** | |



- 0.3415%
- 3.748%
- 13.40%
- 82.51%

Cable Radio
Satellite Radio
Webcasters
Adjustment Credits

Business Establishment Services are background music services used in retail locations (such as Muzak). Cable Radio includes certain cable and satellite subscription services (such as DishNet and Music Choice). Satellite Radio includes Sirius XM and similar services. Webcasters include internet radio streams (Pandora, Last FM). Adjustment credits are any changes to royalty payments attributed to you that may have changed or been corrected.

TOP 10 TRACKS:

| PERFORMANCE TITLE | AMOUNT |
|---|---|
| BLOW THE WHISTLE | 5,932.86 |
| I'M A PLAYER | 5,138.03 |
| ON MY LEVEL | 5,045.79 |
| GETTIN' IT | 4,208.69 |
| SHORT BUT FUNKY | 2,634.61 |
| THE GHETTO | 2,499.67 |
| COCKTALES | 2,272.77 |
| BURN RUBBER | 2,136.85 |
| I LIKE IT | 2,126.97 |
| FREAKY TALES | 1,870.05 |

This list represents the top 10 earning tracks of this distribution payment.

TOP 10 LICENSEES:

| LICENSEE NAME | AMOUNT |
|---|---|
| PANDORA | 35,903.11 |
| SIRIUSXM | 16,309.06 |
| CLEARCHANNEL | 2,104.36 |
| XM | 1,519.62 |
| WEBCASTING PROXY II | 1,188.02 |
| SIRIUS | 865.12 |
| MUSIC CHOICE | 481.71 |
| CLEAR CHANNEL IHEART COM | 362.61 |
| GVL | 329.87 |
| MAGIC BROADCASTING | 278.87 |

SoundExchange distributes royalties from hundreds of different services. Here are the services that contributed the most to your earnings this distribution.

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and Internet radio, cable radio and similar platforms for streaming sound recordings. The Copyright Royalty Board, which is appointed by The U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners (usually record labels), and independent artists who record and own their masters.

SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17 U.S.C. § 114.  SoundExchange pays royalties directly to payees according to splits set forth under federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM & AFTRA Intellectual Property Rights Fund for distribution to nonfeatured musicians and vocalists.   This statement only reflects payments made for the artist's share of the performance royalties.

SoundExchange | 733 10th St NW, 10th Floor | Washington, DC 20001 | Customer Care: (202) 640-5858 OR info@soundexchange.com | www.soundexchange.com

2

**soundExchange**    ARTIST STATEMENT    DIGITAL PERFORMANCE ROYALTY STATEMENT

PAYEE:

**TODD ANTHONY SHAW**
8730 SUNSET BLVD., STE. 470
LOS ANGELES, CA 90069

Payee ID: 77212093

CURRENT PAYMENT:

# $10,787.75

## Mar 14, 2013

Check # 000399520

PREVIOUS PAYMENTS:

| DISTRIBUTION DATE | AMOUNT |
|---|---|
| November 21, 2012 | 63,750.94 |
| March 18, 2011 | 4,707.58 |
| December 15, 2010 | 6,127.88 |
| September 20, 2010 | 4,004.29 |

## PAYMENT BY SERVICE:

| LICENSE TYPE | PERFORMANCE PERIOD | AMOUNT | % |
|---|---|---|---|
| Cable Radio | 9/1/12 – 10/31/12 | 38.76 | .4% |
| Foreign Royalties | 1/1/09 – 12/31/10 | 14.98 | .1% |
| Satellite Radio | 1/1/10 – 11/30/12 | 2,275.81 | 21.1% |
| Webcasters | 1/1/10 – 11/30/12 | 8,064.34 | 74.8% |
| Adjustment Credits | – | 393.86 | 3.7% |
| **Total** | | **$10,787.75** | |



Legend:
- Cable Radio
- Foreign Royalties
- Satellite Radio
- Webcasters
- Adjustment Credits

Pie chart percentages: 3.651%, 0.3593%, 0.1388%, 21.10%, 74.75%

**Business Establishment Services** are background music services used in retail locations (such as Muzak). **Cable Radio** includes certain cable and satellite subscription services (such as DishNet and Music Choice). **Satellite Radio** includes Sirius XM and similar services. **Webcasters** include internet radio streams (Pandora, Last FM). **Adjustment credits** are any changes to royalty payments attributed to you that may have changed or been corrected.

### TOP 10 TRACKS:

| PERFORMANCE TITLE | AMOUNT |
|---|---|
| I'M A PLAYER | 1,091.62 |
| BLOW THE WHISTLE | 1,080.19 |
| GETTIN' IT | 866.51 |
| SHAKE THAT MONKEY (FEAT. LIL JON & T | 758.84 |
| FREAKY TALES | 528.55 |
| THE GHETTO | 519.35 |
| SHORT BUT FUNKY | 429.04 |
| I LIKE IT | 417.39 |
| BURN RUBBER | 405.78 |
| JUST ANOTHER DAY. | 323.60 |

This list represents the top 10 earning tracks of this distribution payment.

### TOP 10 LICENSEES:

| LICENSEE NAME | AMOUNT |
|---|---|
| PANDORA | 7,619.72 |
| SIRIUSXM | 2,295.89 |
| EMMIS RADIO CORPORATION KPWR | 196.12 |
| CLEAR CHANNEL IHEART COM | 122.99 |
| XM | 85.56 |
| MAGIC BROADCASTING | 77.27 |
| CBS VIA LAST.FM | 61.17 |
| CLEARCHANNEL | 56.55 |
| SIRIUS | 50.34 |
| MUSIC CHOICE | 38.32 |

SoundExchange distributes royalties from hundreds of different services. Here are the services that contributed the most to your earnings this distribution.

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and Internet radio, cable radio and similar platforms for streaming sound recordings. The Copyright Royalty Board, which is appointed by The U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners (usually record labels), and independent artists who record and own their masters.

SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17 U.S.C. § 114.   SoundExchange pays royalties directly to payees according to splits set forth under federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM & AFTRA Intellectual Property Rights Fund for distribution to nonfeatured musicians and vocalists.   This statement only reflects payments made for the artist's share of the performance royalties.

**June 2013** Featured Artist

Digital Performance Royalty Statement / Page 1 of 1

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
8730 SUNSET BLVD., STE. 470
LOS ANGELES, CA 90069

SoundExchange Payee ID ████2093
SoundExchange Check # 000429108

| | |
|---|---|
| Your Earnings | **$13,134.97** |
| US Tax withheld | **$0.00** |

**Featured Artist Payment**

# $13,134.98

## Earnings by Entity

| | |
|---|---|
| Webcasters | $9,325.74 |
| Satellite Radio | $2,439.20 |
| Adjustments | $1,318.60 |
| Cable Radio | $36.29 |
| Foreign Royalties | $8.47 |
| Direct License | $6.66 |
| | **$13,134.97** |

Webcasters include internet radio streams (such as Pandora, Last FM). Satellite Radio includes SiriusXM and similar services. Business Establishment Services are background music services used in retail locations. Cable Radio includes certain cable and satellite subscription services (such as Music Choice). Foreign Royalties are monies collected for SoundExchange members pursuant to agreements with international partner societies. Adjustments are any changes to royalty payments attributed to you that may have changed or been corrected.

## Payments by Featured Artist

| | |
|---|---|
| TOO SHORT | $10,606.99 |
| TOO $HORT | $2,490.16 |
| THE NOTORIOUS B.I.G/TOO SHORT | $35.06 |
| KEITH MURRAY/ERIC SERMON/TOO | $1.42 |
| ANT BANKS/ICE CUBE/TOO SHORT | $1.39 |
| TOO SHORT/PETEY PABLO/N.O.R.E | $0.05 |
| KNOC-TURN'AL/TOO SHORT/SLIP C | $0.00 |
| TOO SHORT/ERICK SERMON/M.C. B | -$0.10 |
| | **$13,134.97** |

## Top 10 Licensee Services

| | |
|---|---|
| PANDORA | $8,772.79 |
| SIRIUSXM | $2,804.81 |
| XM | $442.39 |
| SIRIUS | $433.48 |
| CLEAR CHANNEL IHEART COM | $249.92 |
| MUSIC CHOICE | $56.75 |
| SPOTIFY.COM - > CW-CRB > UNDEC | $44.41 |
| SIRIUSXM WEBCASTING | $43.26 |
| CLEARCHANNEL | $42.96 |
| MAGIC BROADCASTING | $42.20 |

SoundExchange distributes royalties collected from hundreds of different licensee services. The above are services that contributed the most to your earnings for this distribution period.

## Top 10 Performances

| | |
|---|---|
| I'M A PLAYER | $1,329.83 |
| BLOW THE WHISTLE | $1,176.46 |
| GETTIN' IT | $1,004.19 |
| SHAKE THAT MONKEY (FEAT. LIL J | $927.31 |
| FIRST DATE | $581.29 |
| FREAKY TALES | $547.62 |
| THE GHETTO | $543.97 |
| SHORT BUT FUNKY | $467.93 |
| BITCH REMIX | $457.28 |
| I LIKE IT | $436.40 |

**Please note: This is the SUMMARY statement. Please refer to the corresponding CSV file for more details by performance and service.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001    Customer care: **800-961-2091** or **accounts@soundexchange.com**

www.soundexchange.com

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

**soundexchange**

**September 2013** **Featured Artist**
Digital Performance Royalty Statement / Page 1 of 1

SoundExchange Payee Name:
**TODD ANTHONY SHAW**
D/B/A OVERTYME, LLC
C/O DAVIS SHAPIRO,ET AL.
150 S. RODEO DR., STE 200
BEVERLY HILLS, CA 90212

SoundExchange Payee ID        2093
SoundExchange Check #    000455353

| Your Earnings | $14,285.12 |
| US Tax withheld | $0.00 |

**Featured Artist Payment**

**$14,285.12**

## Earnings by Entity

| | |
|---|---|
| Webcasting | $10,819.76 |
| Satellite Radio | $2,483.66 |
| Adjustments | $791.09 |
| Cable Radio | $186.42 |
| Direct License | $4.19 |
| | $14,285.12 |

Webcasters include internet radio streams (such as Pandora, Last FM). Satellite Radio includes SiriusXM and similar services. Business Establishment Services are background music services used in retail locations. Cable Radio includes certain cable and satellite subscription services (such as Music Choice). Foreign Royalties are monies collected for SoundExchange members pursuant to agreements with international partner societies. Adjustments are any changes to royalty payments attributed to you that may have changed or been corrected.

## Payments by Featured Artist

| | |
|---|---|
| TOO SHORT | $14,259.57 |
| THE NOTORIOUS B.I.G/TOO SHORT | $14.12 |
| ANT BANKS/ICE CUBE/TOO SHORT | $9.53 |
| TOO SHORT/ERICK SERMON/M.C. B | $0.99 |
| KEITH MURRAY/ERICK SERMON/TOO | $0.85 |
| TOO SHORT/PETEY PABLO/N.O.R.E | $0.06 |
| LIL JON/CHYNA WHYTE/TOO SHORT | $0.00 |
| | $14,285.12 |

## Top 10 Licensee Services

| | |
|---|---|
| PANDORA | $10,642.70 |
| SIRIUSXM | $2,596.04 |
| CLEAR CHANNEL IHEART COM | $288.50 |
| MAGIC BROADCASTING | $164.48 |
| SIRIUSXM CABSAT | $114.95 |
| MUSIC CHOICE | $92.76 |
| IMVU | $62.75 |
| SPOTIFY.COM - > CW-CRB > UND | $62.63 |
| CBS VIA LAST.FM | $49.21 |
| SIRIUSXM WEBCASTING | $29.98 |

SoundExchange distributes royalties collected from hundreds of different licensee services. The above are services that contributed the most to your earnings for this distribution period.

## Top 10 Performances

| | |
|---|---|
| I'M A PLAYER | $1,352.59 |
| BLOW THE WHISTLE | $1,136.27 |
| GETTIN' IT | $1,092.07 |
| SHAKE THAT MONKEY (FEAT. LIL | $1,068.85 |
| THE GHETTO | $735.83 |
| FREAKY TALES | $689.07 |
| SHORT BUT FUNKY | $510.64 |
| BURN RUBBER | $455.80 |
| JUST ANOTHER DAY. | $449.68 |
| I LIKE IT | $445.64 |

**Please note: This is the SUMMARY statement. Please refer to the corresponding CSV file for more details by performance and service.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001        Customer care: **800-961-2091** or **accounts@soundexchange.com**
www.soundexchange.com

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

**soundexchange**

**November 2013 Featured Artist**

Digital Performance Royalty Statement / Page 1 of 1

SoundExchange Payee Name:

**TODD ANTHONY SHAW**

D/B/A OVERTYME, LLC
C/O DAVIS SHAPIRO, ET AL.
150 S. RODEO DR., STE 200
BEVERLY HILLS, CA 90212
United States

| | |
|---|---|
| Your Gross Earnings | **$18,564.08** |
| US Tax withheld | **$0.00** |

**Featured Artist Payment**

**$18,564.08**

SoundExchange  Payee ID ██████ 2093
SoundExchange Check #   000482897

## Earnings by Entity

| | |
|---|---|
| Webcasting | $11,850.02 |
| Satellite Radio | $5,516.35 |
| Cable Radio | $415.09 |
| Direct License | $11.63 |
| Foreign Royalties | $2.05 |
| **Performance Earnings** | **$17,795.14** |
| Administrative Fee Adjustment | $768.94 |
| **Gross Earnings** | **$18,564.08** |

Webcasters include internet radio streams (such as Pandora, Last FM). Satellite Radio includes SiriusXM and similar services. Business Establishment Services are background music services used in retail locations. Cable Radio includes certain cable and satellite subscription services (such as Music Choice). Foreign Royalties are monies collected for SoundExchange members pursuant to agreements with international partner societies. Adjustments are any changes to royalty payments attributed to you that may have changed or been corrected.

## Earnings by Featured Artist

| | |
|---|---|
| TOO SHORT | $17,709.55 |
| THE NOTORIOUS B.I.G/TOO SHORT | $38.43 |
| LIL JON & THE EAST SIDE BOYZ/ | $30.09 |
| TOO SHORT/ERICK SERMON/M.C. B | $11.60 |
| TOO SHORT/DEVIN/CUTTY | $1.70 |
| KEITH MURRAY/ERIC SERMON/TOO | $1.43 |
| ANT BANKS/ICE CUBE/TOO SHORT | $1.11 |
| KELIS & TOO SHORT | $0.91 |
| TOO SHORT/PETEY PABLO/N.O.R.E | $0.31 |
| LIL JON/CHYNA WHYTE/TOO SHORT | $0.00 |
| All Others | $0.00 |
| | **$17,795.14** |

## Top 10 Licensee Services

| | |
|---|---|
| PANDORA.COM > PPWC > NON-SUB | $7,973.39 |
| SIRIUS XM RADIO, INC > SDAR | $2,598.94 |
| PANDORA.COM > PPWC > SUB (92 | $2,094.39 |
| SIRIUS | $1,475.16 |
| XM | $1,442.25 |
| CLEAR CHANNEL COMMUNICATIONS | $288.00 |
| SPOTIFY.COM > CW-CRB > UNDEC | $283.41 |
| MUSIC CHOICE  > PES (35) | $278.99 |
| IHEART.COM > BRD > NON-SUB ( | $270.39 |
| 2003 PROXY WEB ROYALTIES | $163.73 |

SoundExchange distributes royalties collected from hundreds of different licensee services. The above are services that contributed the most to your earnings for this distribution period.

## Top 10 Performances

| | |
|---|---|
| I'M A PLAYER | $1,779.40 |
| BLOW THE WHISTLE | $1,637.99 |
| SHAKE THAT MONKEY (FEAT. LIL | $1,067.57 |
| SHORT BUT FUNKY | $1,034.02 |
| GETTIN' IT | $988.13 |
| THE GHETTO | $893.78 |
| LIFE IS...TOO SHORT | $855.20 |
| FREAKY TALES | $743.00 |
| BURN RUBBER | $494.03 |
| JUST ANOTHER DAY. | $377.43 |

**Please note: This is the SUMMARY statement. Please refer to the corresponding CSV file for more details by performance and service.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001    Customer care: **800-961-2091** or **accounts@soundexchange.com**

www.soundexchange.com

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**March 2014** Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
C/O DAVIS SHAPIRO,ET AL.
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange Payee ID       2093
SoundExchange Check #   000528941

| | |
|---|---|
| Performance Earnings | $14,282.07 |
| US Tax withheld | $0.00 |
| Payments Received from Third Parties | $1.63 |

**Featured Artist Payment**

**$14,283.69**

## Earnings by License Type

| | Q1 2014 | Year To Date 2014 |
|---|---|---|
| Webcasting | $10,975.45 | $10,975.45 |
| Satellite Radio | $2,912.89 | $2,912.89 |
| Direct License | $304.50 | $304.50 |
| Cable Radio | $85.71 | $85.71 |
| Foreign Royalties | $3.51 | $3.51 |
| **Performance Earnings** | **$14,282.07** | **$14,282.07** |

## Featured Artist Payment by Period 2014



US Dollars

## Earnings by Featured Artist

| | Q1 2014 |
|---|---|
| TOO SHORT | $14,239.74 |
| Lady Gaga/T.I./Too Short/Twis | $21.70 |
| THE NOTORIOUS B.I.G/TOO SHORT | $17.64 |
| KEITH MURRAY/ERIC SERMON/TOO | $1.43 |
| TOO SHORT/ERICK SERMON/M.C. B | $0.73 |
| ANT BANKS/ICE CUBE/TOO SHORT | $0.72 |
| TOO SHORT/PETEY PABLO/N.O.R.E | $0.10 |
| LIL JON/CHYNA WHYTE/TOO SHORT | $0.00 |
| KNOC-TURN'AL/TOO SHORT/SLIP C | $0.00 |
| TOO SHORT/E-40/RICHIE RICH/JA | $0.00 |
| All Others | $0.00 |
| | **$14,282.07** |

## Top 10 Performances

| | Q1 2014 |
|---|---|
| I'M A PLAYER | $1,527.40 |
| BLOW THE WHISTLE | $1,291.17 |
| SHAKE THAT MONKEY (FEAT. LIL | $1,021.47 |
| GETTIN' IT | $1,006.16 |
| THE GHETTO | $728.41 |
| FREAKY TALES | $631.50 |
| SHORT BUT FUNKY | $547.72 |
| BURN RUBBER | $525.77 |
| JUST ANOTHER DAY. | $395.03 |
| I LIKE IT | $392.47 |

This is your **Summary Statement** of earnings. Pease refer to the corresponding spreadsheet for details by services and all performances.

**Effective January 2014, SoundExchange has initiated monthly payments of royalties, to qualify, the Artist or Rights Owner must have a Royalty Payable balance of $250 or greater, and be registered to receive electronic payments (Direct Deposits or Wire). Accounts not meeting these criteria will continue to be paid quarterly. Please contact SoundExchange Customer Service with any questions.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001       Customer Service: **800-961-2091** or **accounts@soundexchange.com**

**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent ar ists who own their own master recordings. SoundExchange distributes royal ies for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**June 2014** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:
**TODD ANTHONY SHAW**
C/O DAVIS SHAPIRO,ET AL.
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange Payee ID     2093
SoundExchange Check #   000561566

| | |
|---|---|
| US Performance Earnings | $17,872.81 |
| US Tax withheld | $0.00 |
| Payments Received from Third Parties | $0.02 |
| **Featured Artist Payment** | |
| | **$17,872.83** |

## US Earnings by License Type

| | Q2 2014 | Year To Date 2014 |
|---|---|---|
| Webcasting | $14,487.99 | $25,463.44 |
| Satellite Radio | $2,885.70 | $5,798.59 |
| Direct License (Grp 3) | $397.41 | $696.26 |
| Cable Radio | $101.23 | $186.94 |
| Direct License (Grp 1) | $0.48 | $6.12 |
| **US Performance Earnings** | **$17,872.81** | **$32,151.36** |

### Featured Artist Payment by Period 2014



US Dollars

## Earnings by Featured Artist

| | Q2 2014 |
|---|---|
| TOO SHORT | $17,862.38 |
| THE NOTORIOUS B.I.G/TOO SHORT | $7.02 |
| KEITH MURRAY/ERIC SERMON/TOO | $1.45 |
| TOO SHORT/ERICK SERMON/M.C. B | $1.13 |
| ANT BANKS/ICE CUBE/TOO SHORT | $0.54 |
| Lady Gaga/T.I./Too Short/Twis | $0.27 |
| TOO SHORT/PETEY PABLO/N.O.R.E | $0.02 |
| LIL JON/CHYNA WHYTE/TOO SHORT | $0.00 |
| | **$17,872.81** |

## Top 10 Performances

| | Q2 2014 |
|---|---|
| BLOW THE WHISTLE | $1,454.10 |
| I'M A PLAYER | $1,268.50 |
| GETTIN' IT | $1,115.56 |
| SHAKE THAT MONKEY (FEAT. LIL | $1,043.91 |
| SHORT BUT FUNKY | $687.59 |
| THE GHETTO | $672.95 |
| BURN RUBBER | $573.53 |
| BUY YOU SOME | $544.90 |
| SLIDE THROUGH | $490.79 |
| JUST ANOTHER DAY. | $477.04 |

This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.

Effective January 2014, SoundExchange has initiated monthly payments of royalties, to qualify, the Artist or Rights Owner must have a Royalty Payable balance of $100 or greater, and be registered to receive electronic payments (Direct Deposits or Wire). Accounts not meeting these criteria will continue to be paid quarterly. Please contact SoundExchange Customer Service with any questions.

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001

Customer Service: **800-961-2091** or **accounts@soundexchange.com**

**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute  hese digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to  the copyright owner, 45% to  he featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

**September 2014** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:
**TODD ANTHONY SHAW**
C/O DAVIS SHAPIRO,ET AL.
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange Payee ID    2093
SoundExchange Check #    000604345

| | |
|---|---|
| US Gross Earnings | $36,330.33 |
| US Tax withheld | $0.00 |
| Payments Received from Third Parties | $0.00 |
| **Featured Artist Payment** | |
| | **$36,330.33** |

## US Earnings by License Type

| | Q3 2014 | Year To Date 2014 |
|---|---|---|
| Webcasting | $23,916.09 | $49,379.53 |
| Adjustments | $4,411.89 | $4,411.89 |
| Satellite Radio | $3,700.15 | $9,498.74 |
| Direct License (Grp 1) | $924.75 | $930.87 |
| Direct License (Grp 3) | $833.14 | $1,529.41 |
| Preexisting Services | $126.32 | $193.95 |
| Cable Radio | $67.83 | $187.13 |
| Business Establishment Services | $1.01 | $1.01 |
| **US Performance Earnings** | **$33,981.18** | **$66,132.54** |
| Administrative Fee Adjustment | $2,349.15 | $2,349.15 |
| **US Gross Earnings** | **$36,330.33** | **$68,481.69** |

## Featured Artist Payment by Period 2014



US Dollars

## Earnings by Featured Artist

| | Q3 2014 |
|---|---|
| TOO SHORT | $33,968.96 |
| Lady Gaga/T.I./Too Short/Twis | $21.97 |
| THE NOTORIOUS B.I.G/TOO SHORT | $7.67 |
| KEITH MURRAY/ERIC SERMON/TOO | $2.27 |
| ANT BANKS/ICE CUBE/TOO SHORT | $0.94 |
| TOO SHORT/ERICK SERMON/M.C. B | $0.92 |
| TOO SHORT/PETEY PABLO/N.O.R.E | $0.15 |
| TOO SHORT/E-40/RICHIE RICH/JA | $0.00 |
| KNOC-TURN'AL/TOO SHORT/SLIP C | $0.00 |
| LIL JON/CHYNA WHYTE/TOO SHORT | $0.00 |
| All Others | -$21.71 |
| | **$33,981.18** |

## Top 10 Performances

| | Q3 2014 |
|---|---|
| LOYAL | $8,335.35 |
| BLOW THE WHISTLE | $2,856.01 |
| I'M A PLAYER | $2,045.34 |
| GETTIN' IT | $1,841.04 |
| SHAKE THAT MONKEY (FEAT. LIL | $1,651.78 |
| SHORT BUT FUNKY | $1,044.58 |
| BURN RUBBER | $1,042.95 |
| JUST ANOTHER DAY. | $840.44 |
| FREAKY TALES | $673.36 |
| COCKTALES | $656.34 |

This is your **Summary Statement** of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001

Customer Service: **800-961-2091** or **accounts@soundexchange.com**

**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute  hese digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to  he featured artist, and 5% to the AFM and AFTRA Intelectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**December 2014** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:
**TODD ANTHONY SHAW**
C/O DAVIS SHAPIRO,ET AL.
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange Payee ID ███ 2093
SoundExchange Check # 000643364

| | |
|---|---|
| US Performance Earnings | $26,994.08 |
| US Tax withheld | $0.00 |
| Payments Received from Third Parties | $0.02 |

**Featured Artist Payment**

## $26,994.10

## US Earnings by License Type

| | Q4 2014 | Year To Date 2014 |
|---|---|---|
| Webcasting | $21,860.72 | $71,240.25 |
| Satellite Radio | $4,409.40 | $13,908.14 |
| Direct License (Grp 3) | $528.91 | $2,058.31 |
| Preexisting Services | $71.43 | $265.38 |
| Direct License (Grp 1) | $69.35 | $1,000.22 |
| Cable Radio | $54.26 | $241.39 |
| Business Establishment Services | $0.01 | $1.02 |
| Adjustments | $0.00 | $4,411.89 |
| **US Performance Earnings** | **$26,994.08** | **$93,126.62** |

## Featured Artist Payment by Period 2014



US Dollars

## Earnings by Featured Artist

| | Q4 2014 |
|---|---|
| TOO SHORT | $26,981.97 |
| THE NOTORIOUS B.I.G/TOO SHORT | $8.96 |
| KEITH MURRAY/ERIC SERMON/TOO | $1.01 |
| T.W.D.Y/TOO SHORT | $0.86 |
| TOO SHORT/ERICK SERMON/M.C. B | $0.51 |
| ANT BANKS/ICE CUBE/TOO SHORT | $0.43 |
| Lady Gaga/T.I./Too Short/Twis | $0.34 |
| TOO SHORT/PETEY PABLO/N.O.R.E | $0.01 |
| LIL JON/CHYNA WHYTE/TOO SHORT | $0.00 |
| | **$26,994.08** |

## Top 10 Performances

| | Q4 2014 |
|---|---|
| LOYAL | $7,728.77 |
| BLOW THE WHISTLE | $1,714.99 |
| I'M A PLAYER | $1,450.92 |
| GETTIN' IT | $1,230.07 |
| 19,999 | $1,096.01 |
| SHAKE THAT MONKEY (FEAT. LIL J | $1,090.40 |
| SHORT BUT FUNKY | $780.85 |
| JUST ANOTHER DAY. | $594.64 |
| THE GHETTO | $575.16 |
| BURN RUBBER | $546.77 |

This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001

Customer Service: **800-961-2091** or **accounts@soundexchange.com**

**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute  hese digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to  he featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**March 2015** Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
C/O DAVIS SHAPIRO,ET AL.
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange Payee ID ▮ 2093
SoundExchange Check # 000684587

| | |
|---|---|
| US Gross Earnings | $24,289.99 |
| Foreign Earnings | $1.98 |
| US Tax withheld | $0.00 |
| Payments Received from Third Parties | $0.00 |

**Featured Artist Payment**

**$24,291.98**

## US Earnings by License Type

| | Q1 2015 | Year To Date 2015 |
|---|---|---|
| Webcasting | $17,243.03 | $17,243.03 |
| Satellite Radio | $4,848.38 | $4,848.38 |
| Direct Licensing | $816.99 | $816.99 |
| Preexisting Services | $58.20 | $58.20 |
| Cable Radio | $56.32 | $56.32 |
| **US Performance Earnings** | **$23,022.92** | **$23,022.92** |
| Administrative Fee Adjustment | $1,267.07 | $1,267.07 |
| **US Gross Earnings** | **$24,289.99** | **$24,289.99** |

## Featured Artist Payment by Period 2015



US Dollars

## Earnings by Featured Artist

| | Q1 2015 |
|---|---|
| Too $hort | $9,248.22 |
| TOO SHORT | $4,343.84 |
| CHRIS BROWN/LIL WAYNE/FRENCH | $4,128.46 |
| E-40 ♦ Too $hort | $1,140.36 |
| Lil' Jon ♦ The EastSide Boyz | $1,021.45 |
| Chris Brown ♦ Lil Wayne ♦ Tyg | $575.13 |
| E-40/TOO $HORT | $427.33 |
| Chris Brown feat. Lil Wayne & | $339.33 |
| Wiz Khalifa | $285.32 |
| Too Short featuring Ant Banks | $158.81 |
| All Others | $1,356.65 |
| | $23,024.90 |

## Top 10 Recordings

| | Q1 2015 |
|---|---|
| LOYAL | $4,128.46 |
| BLAH BLAH BLAH | $1,973.40 |
| I'm A Player | $1,335.60 |
| Blow the Whistle | $1,213.94 |
| Gettin' It | $1,105.30 |
| Shake That Monkey | $1,021.45 |
| Short But Funky | $743.50 |
| 19,999 | $699.17 |
| Loyal | $590.67 |
| Just Another Day | $536.60 |

This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001      Customer Service: **800-961-2091** or **accounts@soundexchange.com**

**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent ar ists who own their own master recordings. SoundExchange distributes royal ies for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

**May 2015** Featured Artist

Digital Performance Royalty Statement / Page 1 of 1

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID ███2093
SoundExchange Check #    000697875

| | |
|---|---|
| US Performance Earnings | **$14,189.53** |
| US Tax withheld | **$0.00** |
| **Featured Artist Payment** | |
| | **$14,189.53** |

## US Earnings by License Type

| | Month of May | Year To Date 2015 |
|---|---|---|
| Webcasting | $12,423.67 | $29,666.70 |
| Satellite Radio | $1,312.13 | $6,160.51 |
| Direct Licensing | $384.50 | $1,201.49 |
| Preexisting Services | $43.36 | $101.55 |
| Cable Radio | $25.88 | $82.20 |
| **US Performance Earnings** | **$14,189.53** | **$37,212.46** |

## Featured Artist Payment by Period 2015



## Earnings by Featured Artist

| | Month of May |
|---|---|
| Too $hort | $6,330.32 |
| CHRIS BROWN/LIL WAYNE/FRENCH | $2,744.42 |
| TOO SHORT | $1,304.97 |
| E-40 ♦ Too $hort | $1,142.46 |
| Lil' Jon ♦ The EastSide Boyz | $648.86 |
| Chris Brown feat. Lil Wayne & | $391.52 |
| Devin The Dude ♦ Scarface ♦ T | $304.06 |
| Chris Brown ♦ Lil Wayne ♦ Tyg | $131.26 |
| KELIS/TOO SHORT | $130.16 |
| Too Short | $126.86 |
| All Others | $934.65 |
| | **$14,189.53** |

## Top 10 Recordings

| | Month of May |
|---|---|
| LOYAL | $2,744.42 |
| I'm A Player | $912.86 |
| Gettin' It | $834.98 |
| Blow the Whistle | $766.42 |
| Shake That Monkey | $656.96 |
| Short But Funky | $522.65 |
| Just Another Day | $404.13 |
| Loyal (West Coast Version) | $394.54 |
| The Ghetto | $377.87 |
| Freaky Tales | $319.91 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001      Customer Service: **800-961-2091** or **accounts@soundexchange.com**

www.soundexchange.com

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**June 2015** Featured Artist

Digital Performance Royalty Statement / Page 1 of 1

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID          2093
SoundExchange Check #     100071185

| | |
|---|---|
| US Performance Earnings | $7,574.33 |
| Foreign Earnings | $0.18 |
| US Tax withheld | $0.00 |
| **Featured Artist Payment** | |
| | **$7,574.51** |

## US Earnings by License Type

| | Month of June | Year To Date 2015 |
|---|---|---|
| Webcasting | $6,608.72 | $36,275.42 |
| Satellite Radio | $806.05 | $6,966.56 |
| Direct Licensing | $133.33 | $1,334.82 |
| Preexisting Services | $16.64 | $118.20 |
| Cable Radio | $9.59 | $91.79 |
| **US Performance Earnings** | **$7,574.33** | **$44,786.79** |

## Featured Artist Payment by Period 2015



## Earnings by Featured Artist

| | Month of June |
|---|---|
| Too $hort | $3,635.39 |
| CHRIS BROWN/LIL WAYNE/FRENCH | $1,353.61 |
| E-40 ♦ Too $hort | $622.59 |
| TOO SHORT | $600.09 |
| Lil' Jon ♦ The EastSide Boyz | $337.95 |
| Chris Brown feat. Lil Wayne & | $208.71 |
| Devin The Dude ♦ Scarface ♦ T | $186.13 |
| KELIS/TOO SHORT | $68.86 |
| Too Short featuring Ant Banks | $63.04 |
| E-40/TOO $HORT | $56.16 |
| All Others | $441.96 |
| | **$7,574.51** |

## Top 10 Recordings

| | Month of June |
|---|---|
| LOYAL | $1,353.61 |
| I'm A Player | $546.03 |
| Blow the Whistle | $513.77 |
| Gettin' It | $455.81 |
| Shake That Monkey | $342.51 |
| Short But Funky | $267.36 |
| Just Another Day | $229.53 |
| Loyal (West Coast Version) | $209.48 |
| The Ghetto | $197.12 |
| Freaky Tales | $191.39 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

**July 2015** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:
**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange Payee ID ███ 2093
SoundExchange Check #   100077975

| | |
|---|---|
| US Performance Earnings | $7,322.78 |
| US Tax withheld | $0.00 |
| Payments Received from Third Parties | $6.13 |

**Featured Artist Payment**

# $7,328.91

## US Earnings by License Type

| | Month of July | Year To Date 2015 |
|---|---|---|
| Webcasting | $6,350.57 | $42,625.99 |
| Satellite Radio | $747.76 | $7,714.33 |
| Direct Licensing | $180.65 | $1,515.46 |
| Adjustments | $28.29 | $28.29 |
| Preexisting Services | $14.67 | $132.87 |
| Cable Radio | $0.84 | $92.63 |
| **US Performance Earnings** | **$7,322.78** | **$52,109.56** |
| Administrative Fee Adjustment | $0.00 | $1,267.07 |
| **US Gross Earnings** | **$7,322.78** | **$53,376.64** |

## Featured Artist Payment by Period 2015



US Dollars

## Earnings by Featured Artist

| | Month of July |
|---|---|
| Too $hort | $3,557.86 |
| CHRIS BROWN/LIL WAYNE/FRENCH | $1,187.22 |
| E-40 ♦ Too $hort | $583.58 |
| TOO SHORT | $550.14 |
| Lil' Jon ♦ The EastSide Boyz | $278.01 |
| Chris Brown feat. Lil Wayne & | $201.28 |
| Devin The Dude ♦ Scarface ♦ T | $182.70 |
| Too Short | $93.97 |
| Wiz Khalifa | $82.94 |
| KELIS/TOO SHORT | $62.88 |
| All Others | $542.20 |
| | **$7,322.78** |

## Top 10 Recordings

| | Month of July |
|---|---|
| LOYAL | $1,187.22 |
| I'm A Player | $494.87 |
| Blow the Whistle | $448.64 |
| Gettin' It | $440.91 |
| Shake That Monkey | $282.93 |
| Short But Funky | $277.75 |
| The Ghetto | $228.29 |
| Just Another Day | $212.00 |
| Loyal (West Coast Version) | $202.32 |
| Freaky Tales | $195.05 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001     Customer Service: **800-961-2091** or **accounts@soundexchange.com**
www.soundexchange.com

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent ar ists who own their own master recordings. SoundExchange distributes roya ies for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

**August 2015** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:
**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange Payee ID    2093
SoundExchange Check #    100082072

| | |
|---|---|
| US Performance Earnings | $6,750.81 |
| US Tax withheld | $0.00 |
| Payments Received from Third Parties | $2.08 |
| **Featured Artist Payment** | |
| | **$6,752.88** |

## US Earnings by License Type

| | Month of August | Year To Date 2015 |
|---|---|---|
| Webcasting | $6,015.84 | $48,641.83 |
| Satellite Radio | $574.52 | $8,288.84 |
| Direct Licensing | $112.53 | $1,627.99 |
| Adjustments | $25.79 | $54.08 |
| Cable Radio | $14.80 | $107.43 |
| Preexisting Services | $7.33 | $140.20 |
| Business Establishment Services | $0.00 | $0.00 |
| **US Performance Earnings** | **$6,750.81** | **$58,860.37** |
| Administrative Fee Adjustment | $0.00 | $1,267.07 |
| **US Gross Earnings** | **$6,750.81** | **$60,127.44** |

## Featured Artist Payment by Period 2015



US Dollars

## Earnings by Featured Artist

| | Month of August |
|---|---|
| Too $hort | $3,234.91 |
| CHRIS BROWN/LIL WAYNE/FRENCH | $1,129.65 |
| E-40 ♦ Too $hort | $557.35 |
| TOO SHORT | $542.92 |
| Lil' Jon ♦ The EastSide Boyz | $248.72 |
| Chris Brown feat. Lil Wayne & | $196.21 |
| Devin The Dude ♦ Scarface ♦ T | $172.86 |
| Too Short | $73.00 |
| Too Short featuring Ant Banks | $66.32 |
| KELIS/TOO SHORT | $61.13 |
| All Others | $467.74 |
| | **$6,750.81** |

## Top 10 Recordings

| | Month of August |
|---|---|
| LOYAL | $1,129.65 |
| I'm A Player | $488.88 |
| Gettin' It | $436.69 |
| Blow the Whistle | $330.23 |
| Shake That Monkey | $255.37 |
| Short But Funky | $238.67 |
| Just Another Day | $207.17 |
| The Ghetto | $204.02 |
| Loyal (West Coast Version) | $196.50 |
| Fuck Faces | $172.86 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001      Customer Service: **800-961-2091** or **accounts@soundexchange.com**

**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent ar ists who own their own master recordings. SoundExchange distributes roya ies for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

**September 2015** Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange Payee ID      2093
SoundExchange Check #    100114086

| | |
|---|---:|
| US Performance Earnings | $7,018.87 |
| Foreign Earnings | $6.36 |
| US Tax withheld | $0.00 |
| Payments Received from Third Parties | $0.03 |
| **Featured Artist Payment** | |

# $7,025.26

## US Earnings by License Type

| | Month of September | Year To Date 2015 |
|---|---:|---:|
| Webcasting | $6,078.61 | $54,720.43 |
| Satellite Radio | $778.72 | $9,067.56 |
| Direct Licensing | $144.49 | $1,772.49 |
| Preexisting Services | $8.88 | $149.08 |
| Cable Radio | $8.17 | $115.60 |
| Adjustments | $0.00 | $54.08 |
| Business Establishment Services | $0.00 | $0.00 |
| **US Performance Earnings** | **$7,018.87** | **$65,879.24** |
| Administrative Fee Adjustment | $0.00 | $1,267.07 |
| **US Gross Earnings** | **$7,018.87** | **$67,146.31** |

## Featured Artist Payment by Period 2015



US Dollars

## Earnings by Featured Artist

| | Month of September |
|---|---:|
| Too $hort | $3,523.12 |
| CHRIS BROWN/LIL WAYNE/FRENCH | $1,076.38 |
| E-40 ♦ Too $hort | $615.58 |
| TOO SHORT | $600.72 |
| Too $hort featuring Lil' Jon | $268.73 |
| Devin The Dude ♦ Scarface ♦ T | $172.84 |
| Chris Brown ♦ Lil Wayne ♦ Tyg | $104.53 |
| Too Short | $68.01 |
| Too Short featuring Ant Banks | $62.78 |
| KELIS/TOO SHORT | $61.92 |
| All Others | $470.61 |
| | **$7,025.23** |

## Top 10 Recordings

| | Month of September |
|---|---:|
| LOYAL | $1,076.38 |
| I'm A Player | $519.21 |
| Gettin' It | $468.80 |
| Blow the Whistle | $344.08 |
| Short But Funky | $285.03 |
| Shake That Monkey | $268.73 |
| Just Another Day | $233.74 |
| The Ghetto | $218.47 |
| Freaky Tales | $190.31 |
| Fuck Faces | $172.84 |

This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001      Customer Service: **800-961-2091** or **accounts@soundexchange.com**

www.soundexchange.com

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent ar ists who own their own master recordings. SoundExchange distributes royal es for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**October 2015** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:
**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange Payee ID     ▮2093
SoundExchange Check #    100121933

| | |
|---|---|
| US Performance Earnings | $6,957.96 |
| US Tax withheld | $0.00 |
| Payments Received from Third Parties | $0.04 |
| **Featured Artist Payment** | |
| | **$6,957.99** |

## US Earnings by License Type

| | Month of October | Year To Date 2015 |
|---|---|---|
| Webcasting | $6,104.77 | $60,825.20 |
| Satellite Radio | $660.52 | $9,728.07 |
| Direct Licensing | $142.68 | $1,915.17 |
| Cable Radio | $41.82 | $157.42 |
| Preexisting Services | $7.93 | $157.01 |
| Adjustments | $0.24 | $54.32 |
| Business Establishment Services | $0.00 | $0.00 |
| **US Performance Earnings** | **$6,957.96** | **$72,837.20** |
| Administrative Fee Adjustment | $0.00 | $1,267.07 |
| **US Gross Earnings** | **$6,957.96** | **$74,104.27** |

## Featured Artist Payment by Period 2015



US Dollars

## Earnings by Featured Artist

| | Month of October |
|---|---|
| Too $hort | $3,407.61 |
| CHRIS BROWN/LIL WAYNE/FRENCH | $1,056.46 |
| E-40 ♦ Too $hort | $619.04 |
| TOO SHORT | $529.43 |
| Too $hort featuring Lil' Jon | $297.74 |
| Chris Brown feat. Lil Wayne & | $164.55 |
| Devin The Dude ♦ Scarface ♦ T | $150.61 |
| Too Short | $88.99 |
| KELIS/TOO SHORT | $83.99 |
| The Pack | $77.96 |
| All Others | $481.57 |
| | **$6,957.96** |

## Top 10 Recordings

| | Month of October |
|---|---|
| LOYAL | $1,056.46 |
| I'm A Player | $531.49 |
| Gettin' It | $461.66 |
| Blow the Whistle | $345.66 |
| Shake That Monkey | $297.74 |
| Just Another Day | $241.77 |
| Short But Funky | $230.80 |
| Freaky Tales | $226.53 |
| The Ghetto | $216.73 |
| Loyal (West Coast Version) | $165.93 |

This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001     Customer Service: **800-961-2091** or **accounts@soundexchange.com**
www.soundexchange.com

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent ar ists who own their own master recordings. SoundExchange distributes royal ies for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

**November 2015** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:
**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange Payee ID    2093
SoundExchange Check #    100128649

| | |
|---|---|
| US Performance Earnings | $7,245.52 |
| US Tax withheld | $0.00 |
| Payments Received from Third Parties | $0.06 |
| **Featured Artist Payment** | |
| | **$7,245.58** |

## US Earnings by License Type

| | Month of November | Year To Date 2015 |
|---|---|---|
| Webcasting | $6,355.12 | $67,180.32 |
| Satellite Radio | $690.74 | $10,418.81 |
| Direct Licensing | $182.86 | $2,098.03 |
| Preexisting Services | $9.18 | $166.19 |
| Cable Radio | $7.68 | $165.10 |
| Business Establishment Services | $0.00 | $0.00 |
| Adjustments | -$0.05 | $54.27 |
| **US Performance Earnings** | **$7,245.52** | **$80,082.72** |
| Administrative Fee Adjustment | $0.00 | $1,267.07 |
| **US Gross Earnings** | **$7,245.52** | **$81,349.79** |

## Featured Artist Payment by Period 2015



US Dollars

## Earnings by Featured Artist

| | Month of November |
|---|---|
| Too $hort | $3,837.46 |
| CHRIS BROWN/LIL WAYNE/FRENCH | $970.89 |
| E-40 ♦ Too $hort | $591.43 |
| TOO SHORT | $550.01 |
| Too $hort featuring Lil' Jon | $286.18 |
| Chris Brown feat. Lil Wayne & | $203.67 |
| Devin The Dude ♦ Scarface ♦ T | $164.72 |
| KELIS/TOO SHORT | $99.52 |
| Too Short | $74.79 |
| Too Short featuring Ant Banks | $62.28 |
| All Others | $404.58 |
| | **$7,245.52** |

## Top 10 Recordings

| | Month of November |
|---|---|
| LOYAL | $970.89 |
| I'm A Player | $621.53 |
| Gettin' It | $535.67 |
| Short But Funky | $305.31 |
| Shake That Monkey | $286.18 |
| Blow the Whistle | $284.84 |
| Freaky Tales | $280.68 |
| Just Another Day | $263.80 |
| The Ghetto | $249.25 |
| Loyal (West Coast Version) | $242.08 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001    Customer Service: **800-961-2091** or **accounts@soundexchange.com**

**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent ar ists who own their own master recordings. SoundExchange distributes royal ies for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

**December 2015** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

| SoundExchange Payee Name: | |
|---|---|
| **TODD ANTHONY SHAW** | |
| 150 S. RODEO DR., STE. 200 | |
| BEVERLY HILLS, CA 90212 | |
| United States | |

| | |
|---|---|
| US Gross Earnings | $9,736.33 |
| US Tax withheld | $0.00 |
| Payments Received from Third Parties | $0.04 |

**Featured Artist Payment**

## $9,736.37

SoundExchange Payee ID    2093
SoundExchange Check #    100151590

## US Earnings by License Type

| | Month of December | Year To Date 2015 |
|---|---|---|
| Webcasting | $5,767.98 | $72,948.30 |
| Direct Licensing | $2,973.03 | $5,071.06 |
| Satellite Radio | $983.71 | $11,402.53 |
| Cable Radio | $11.61 | $176.71 |
| Adjustments | $0.00 | $54.27 |
| Business Establishment Services | $0.00 | $0.00 |
| Preexisting Services | $0.00 | $166.19 |
| **US Performance Earnings** | **$9,736.33** | **$89,819.05** |
| Administrative Fee Adjustment | $0.00 | $1,267.07 |
| **US Gross Earnings** | **$9,736.33** | **$91,086.12** |

## Featured Artist Payment by Period 2015



US Dollars

## Earnings by Featured Artist

| | Month of December |
|---|---|
| Too $hort | $6,029.27 |
| CHRIS BROWN/LIL WAYNE/FRENCH | $914.12 |
| TOO SHORT | $703.06 |
| E-40 ♦ Too $hort | $581.39 |
| Too $hort featuring Lil' Jon | $314.47 |
| Chris Brown feat. Lil Wayne & | $250.31 |
| Devin The Dude ♦ Scarface ♦ T | $141.29 |
| Too Short | $102.64 |
| E-40/TOO SHORT | $86.82 |
| Chris Brown ♦ Lil Wayne ♦ Too | $80.66 |
| All Others | $532.29 |
| | **$9,736.33** |

## Top 10 Recordings

| | Month of December |
|---|---|
| Blow the Whistle | $1,339.06 |
| LOYAL | $914.12 |
| I'm A Player | $664.18 |
| Gettin' It | $572.65 |
| Don't Fight The Feelin' | $518.95 |
| Loyal (West Coast Version) | $330.97 |
| Shake That Monkey | $314.47 |
| Short But Funky | $294.30 |
| Life Is ...Too $hort | $293.99 |
| Cocktales | $284.94 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

---

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001      Customer Service: **800-961-2091** or **accounts@soundexchange.com**

**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent ar ists who own their own master recordings. SoundExchange distributes royal ies for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**January 2016** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:
**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange Payee ID    2093
SoundExchange Check #    100158540

| | |
|---|---|
| US Performance Earnings | $6,168.46 |
| US Tax withheld | $0.00 |
| Payments Received from Third Parties | $0.07 |
| **Featured Artist Payment** | |
| | **$6,168.53** |

## US Earnings by License Type

| | Month of January | Year To Date 2016 |
|---|---|---|
| Webcasting | $5,259.36 | $5,259.36 |
| Satellite Radio | $753.29 | $753.29 |
| Direct Licensing | $127.65 | $127.65 |
| Preexisting Services | $19.75 | $19.75 |
| Cable Radio | $8.41 | $8.41 |
| **US Performance Earnings** | **$6,168.46** | **$6,168.46** |

## Featured Artist Payment by Period 2016



US Dollars

## Earnings by Featured Artist

| | Month of January |
|---|---|
| Too $hort | $3,203.14 |
| CHRIS BROWN/LIL WAYNE/FRENCH | $878.02 |
| E-40 ♦ Too $hort | $577.90 |
| TOO SHORT | $541.77 |
| Too $hort featuring Lil' Jon | $235.75 |
| Devin The Dude ♦ Scarface ♦ T | $144.09 |
| Too Short | $113.88 |
| KELIS/TOO SHORT | $69.14 |
| Too Short featuring Ant Banks | $59.57 |
| E-40/TOO $HORT | $40.04 |
| All Others | $305.15 |
| | **$6,168.46** |

## Top 10 Recordings

| | Month of January |
|---|---|
| LOYAL | $878.02 |
| I'm A Player | $510.94 |
| Gettin' It | $465.09 |
| Short But Funky | $273.28 |
| Just Another Day | $251.42 |
| Shake That Monkey | $235.75 |
| The Ghetto | $224.78 |
| Freaky Tales | $204.47 |
| Cocktales | $192.84 |
| Blow the Whistle | $184.54 |

This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001     Customer Service: **800-961-2091** or **accounts@soundexchange.com**

www.soundexchange.com

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent ar ists who own their own master recordings. SoundExchange distributes royal ies for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**February 2016** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange Payee ID        2093

| | |
|---|---|
| US Performance Earnings | $6,571.31 |
| US Tax Withheld | $0.00 |
| Payments Received from Third Parties | $0.06 |

**Featured Artist Payment**

# $6,571.37

## US Earnings by License Type

| | Month of February | Year To Date 2016 |
|---|---|---|
| Webcasting | $5,603.41 | $10,862.76 |
| SDARS | $776.56 | $1,529.85 |
| Direct Licensing | $174.46 | $302.11 |
| Cable Radio | $9.37 | $17.78 |
| PES | $7.51 | $27.26 |
| **US Performance Earnings** | **$6,571.31** | **$12,739.77** |

## Featured Artist Payment by Period 2016



## Earnings by Featured Artist

| | Month of February |
|---|---|
| Too $hort | $3,417.79 |
| CHRIS BROWN/LIL WAYNE/FRENCH M | $819.02 |
| E-40  Too $hort | $525.23 |
| TOO SHORT | $290.97 |
| Lil' Jon  The EastSide Boyz  T | $244.59 |
| Chris Brown  Lil Wayne  Too $h | $213.99 |
| Devin The Dude  Scarface  Tela | $166.22 |
| TOO SHORT, LIL B | $141.82 |
| Dolla Will  Too $hort | $137.51 |
| Too Short | $116.67 |
| All Others | $497.51 |
| | **$6,571.31** |

## Top 10 Recordings

| | Month of February |
|---|---|
| LOYAL | $819.02 |
| I'm A Player | $484.65 |
| Gettin' It | $419.05 |
| Blow the Whistle | $411.23 |
| Freaky Tales | $265.42 |
| Short but Funky | $255.26 |
| Shake That Monkey | $244.59 |
| Just Another Day | $230.21 |
| Loyal (West Coast Version) | $213.99 |
| Cocktales | $197.01 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001        Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**March 2016** Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID  ███  2093

| | |
|---|---|
| Performance Earnings | $6,197.01 |
| US Tax Withheld | $0.00 |
| Payments Received from Third Parties | $0.10 |

**Featured Artist Payment**

# $6,197.11

## Earnings by License Type

| | Month of March | Year To Date 2016 |
|---|---|---|
| Webcasting | $5,151.54 | $16,014.30 |
| SDARS | $641.95 | $2,171.80 |
| Direct Licensing | $338.51 | $640.61 |
| Adjustment | $49.74 | $49.74 |
| PES | $7.85 | $35.11 |
| Cable Radio | $7.43 | $25.21 |
| **Performance Earnings** | **$6,197.01** | **$18,936.77** |

## Featured Artist Payment by Period 2016



## Earnings by Featured Artist

| | Month of March |
|---|---|
| Too $hort | $3,389.83 |
| CHRIS BROWN/LIL WAYNE/FRENCH M | $852.66 |
| E-40  Too $hort | $553.13 |
| TOO SHORT | $464.26 |
| Lil' Jon  The EastSide Boyz  T | $256.51 |
| Too Short | $90.29 |
| KELIS/TOO SHORT | $77.79 |
| CHRIS BROWN/LIL WAYNE/TOO SHOR | $68.34 |
| Too Short featuring Ant Banks | $53.84 |
| E-40 | $50.93 |
| All Others | $339.43 |
| | **$6,197.01** |

## Top 10 Recordings

| | Month of March |
|---|---|
| LOYAL | $852.66 |
| I'm A Player | $509.68 |
| Gettin' It | $428.91 |
| Blow the Whistle | $340.87 |
| Short but Funky | $270.80 |
| Shake That Monkey | $256.51 |
| Just Another Day | $225.25 |
| Freaky Tales | $212.75 |
| The Ghetto | $194.85 |
| Cocktales | $186.36 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001      Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**April 2016** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange Payee ID    2093

| | |
|---|---|
| Performance Earnings | $6,736.81 |
| US Tax Withheld | $0.00 |
| Payments Received from Third Parties | $0.03 |
| **Featured Artist Payment** | |
| | **$6,736.83** |

## Earnings by License Type

| | Month of April | Year To Date 2016 |
|---|---|---|
| Webcasting | $5,722.40 | $21,736.70 |
| SDARS | $788.88 | $2,960.68 |
| Direct Licensing | $206.54 | $847.15 |
| PES | $10.74 | $45.85 |
| Cable Radio | $8.25 | $33.46 |
| Adjustment | $0.00 | $49.74 |
| **Performance Earnings** | **$6,736.81** | **$25,673.58** |

## Featured Artist Payment by Period 2016



## Earnings by Featured Artist

| | Month of April |
|---|---|
| Too $hort | $3,858.70 |
| CHRIS BROWN/LIL WAYNE/FRENCH M | $890.56 |
| E-40  Too $hort | $636.54 |
| TOO SHORT | $348.19 |
| Lil' Jon  The EastSide Boyz  T | $289.88 |
| Dolla Will  Too $hort | $129.78 |
| Kelis  Too $hort | $87.45 |
| E-40 | $58.18 |
| Too Short featuring Ant Banks | $43.50 |
| E-40/TOO $HORT | $42.00 |
| All Others | $352.03 |
| | **$6,736.81** |

## Top 10 Recordings

| | Month of April |
|---|---|
| LOYAL | $890.56 |
| I'm A Player | $571.03 |
| Gettin' It | $488.39 |
| Blow the Whistle | $317.75 |
| Shake That Monkey | $289.88 |
| Just Another Day | $282.73 |
| The Ghetto | $246.03 |
| Short But Funky | $234.80 |
| Freaky Tales | $224.97 |
| Cocktales | $212.68 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001      Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**May 2016 Featured Artist**

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange Payee ID      2093

| | |
|---|---|
| Performance Earnings | $6,781.29 |
| US Tax Withheld | $0.00 |
| Payments Received from Third Parties | $0.02 |

**Featured Artist Payment**

# $6,781.31

## Earnings by License Type

| | Month of May | Year To Date 2016 |
|---|---|---|
| Webcasting | $5,889.59 | $27,626.29 |
| SDARS | $774.31 | $3,734.99 |
| Direct Licensing | $98.73 | $945.89 |
| PES | $10.17 | $56.01 |
| Cable Radio | $8.44 | $41.91 |
| New Association | $0.04 | $0.04 |
| Adjustment | $0.00 | $49.74 |
| **Performance Earnings** | **$6,781.29** | **$32,454.87** |

## Featured Artist Payment by Period 2016



## Earnings by Featured Artist

| | Month of May |
|---|---|
| Too $hort | $3,865.58 |
| CHRIS BROWN/LIL WAYNE/FRENCH M | $842.62 |
| E-40  Too $hort | $700.52 |
| TOO SHORT | $335.87 |
| Lil' Jon  The EastSide Boyz  T | $302.78 |
| Dolla Will  Too $hort | $124.46 |
| KELIS/TOO SHORT | $91.28 |
| E-40 | $64.40 |
| E-40/TOO SHORT | $50.46 |
| E-40/TOO $HORT | $43.98 |
| All Others | $359.35 |
| | **$6,781.29** |

## Top 10 Recordings

| | Month of May |
|---|---|
| LOYAL | $842.62 |
| I'm A Player | $599.09 |
| Gettin' It | $505.47 |
| Blow the Whistle | $336.99 |
| Just Another Day | $311.86 |
| Shake That Monkey | $302.78 |
| Freaky Tales | $249.98 |
| Short But Funky | $230.25 |
| The Ghetto | $210.49 |
| Don't Fight The Feelin' | $190.83 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001     Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

**June 2016** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID ███ 2093

| | |
|---|---|
| Performance Earnings | $9,019.11 |
| US Tax Withheld | $0.00 |
| Payments Received from Third Parties | $0.03 |
| **Featured Artist Payment** | |
| | **$9,019.15** |

## Earnings by License Type

| | Month of June | Year To Date 2016 |
|---|---|---|
| Webcasting | $6,286.86 | $33,913.15 |
| New Association | $1,993.67 | $1,993.71 |
| SDARS | $660.51 | $4,395.50 |
| Direct Licensing | $71.42 | $1,017.30 |
| Cable Radio | $6.66 | $48.57 |
| Adjustment | $0.00 | $49.74 |
| PES | $0.00 | $56.01 |
| **Performance Earnings** | **$9,019.11** | **$41,473.98** |

## Featured Artist Payment by Period 2016



## Earnings by Featured Artist

| | Month of June |
|---|---|
| Too $hort | $3,995.44 |
| CHRIS BROWN/LIL WAYNE/FRENCH M | $910.04 |
| E-40  Too $hort | $730.87 |
| G-Eazy  Too $hort | $672.24 |
| B-Legit  Too $hort | $450.67 |
| TOO SHORT | $358.28 |
| Lil' Jon  The EastSide Boyz  T | $357.22 |
| Too $hort  Zion I | $287.78 |
| Mike Jay  Too $hort  YG | $169.59 |
| Chuck Inglish  Sir Michael Roc | $158.28 |
| All Others | $928.71 |
| | **$9,019.11** |

## Top 10 Recordings

| | Month of June |
|---|---|
| LOYAL | $910.04 |
| Of All Things | $672.24 |
| I'm A Player | $626.52 |
| Gettin' It | $558.81 |
| So International | $450.67 |
| Shake That Monkey | $357.05 |
| Just Another Day | $324.44 |
| Blow the Whistle | $306.01 |
| Don't Lose Your Head( Remix ) | $287.78 |
| Freaky Tales | $240.51 |

This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001     Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**July 2016** Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID ███ 2093

| | |
|---|---|
| Performance Earnings | $7,756.99 |
| US Tax Withheld | $0.00 |
| Payments Received from Third Parties | $0.03 |
| **Featured Artist Payment** | |
| | **$7,757.02** |

## Earnings by License Type

| | Month of July | Year To Date 2016 |
|---|---|---|
| Webcasting | $6,218.29 | $41,770.82 |
| SDARS | $726.84 | $5,241.98 |
| Admin True Up | $663.10 | $663.10 |
| Direct Licensing | $133.41 | $1,383.80 |
| PES | $7.88 | $63.90 |
| Cable Radio | $7.48 | $57.65 |
| Adjustment | $0.00 | $49.74 |
| **Performance Earnings** | **$7,756.99** | **$49,230.97** |

## Featured Artist Payment by Period 2016



## Earnings by Featured Artist

| | Month of July |
|---|---|
| Too $hort | $4,265.02 |
| CHRIS BROWN/LIL WAYNE/FRENCH M | $948.66 |
| E-40  Too $hort | $759.95 |
| TOO SHORT | $406.01 |
| Lil' Jon  The EastSide Boyz  T | $354.77 |
| Dolla Will  Too $hort | $143.19 |
| Kelis  Too $hort | $105.17 |
| Too Short | $92.73 |
| E-40 | $66.15 |
| Too Short featuring Ant Banks | $52.83 |
| All Others | $562.52 |
| | **$7,756.99** |

## Top 10 Recordings

| | Month of July |
|---|---|
| LOYAL | $948.66 |
| I'm A Player | $667.75 |
| Gettin' It | $609.24 |
| Blow the Whistle | $397.19 |
| Shake That Monkey | $354.77 |
| Just Another Day | $340.78 |
| Short but Funky | $314.77 |
| Freaky Tales | $275.09 |
| The Ghetto | $234.54 |
| Don't Fight The Feelin' | $190.80 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001      Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**August 2016** Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID ██ 2093

| | |
|---|---|
| Performance Earnings | $7,534.03 |
| US Tax Withheld | $0.00 |
| Payments Received from Third Parties | $0.02 |
| **Featured Artist Payment** | |
| | **$7,534.05** |

## Earnings by License Type

| | Month of August | Year To Date 2016 |
|---|---|---|
| Webcasting | $6,511.93 | $48,282.75 |
| SDARS | $868.38 | $6,110.36 |
| Direct Licensing | $145.19 | $1,528.99 |
| Cable Radio | $8.40 | $66.04 |
| Admin True Up | $0.14 | $663.23 |
| PES | $0.00 | $63.90 |
| Adjustment | $0.00 | $49.74 |
| **Performance Earnings** | **$7,534.03** | **$56,765.00** |

## Featured Artist Payment by Period 2016



## Earnings by Featured Artist

| | Month of August |
|---|---|
| Too $hort | $4,304.73 |
| CHRIS BROWN/LIL WAYNE/FRENCH M | $866.86 |
| E-40  Too $hort | $719.77 |
| TOO SHORT | $381.20 |
| Lil' Jon  The EastSide Boyz  T | $324.39 |
| Too Short | $137.12 |
| Dolla Will  Too $hort | $130.45 |
| Kelis  Too $hort | $96.24 |
| King Lil G  Too $hort | $86.25 |
| TOO $HORT | $54.86 |
| All Others | $432.16 |
| | **$7,534.03** |

## Top 10 Recordings

| | Month of August |
|---|---|
| LOYAL | $866.86 |
| I'm A Player | $630.36 |
| Gettin' It | $578.80 |
| Blow the Whistle | $366.80 |
| Short but Funky | $362.24 |
| Just Another Day | $324.84 |
| Shake That Monkey | $324.39 |
| Gangsters & Strippers | $278.30 |
| The Ghetto | $258.67 |
| Freaky Tales | $244.99 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001      Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

**September 2016** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID        2093

| | |
|---|---|
| Performance Earnings | $6,990.22 |
| US Tax Withheld | $0.00 |
| Payments Received from Third Parties | $0.02 |
| **Featured Artist Payment** | |
| | **$6,990.24** |

## Earnings by License Type

| | Month of September | Year To Date 2016 |
|---|---|---|
| Webcasting | $5,940.12 | $54,222.88 |
| SDARS | $984.20 | $7,094.56 |
| Direct Licensing | $55.33 | $1,584.31 |
| Cable Radio | $9.54 | $75.59 |
| PES | $0.67 | $64.57 |
| Adjustment | $0.30 | $50.04 |
| Admin True Up | $0.05 | $663.28 |
| **Performance Earnings** | **$6,990.22** | **$63,755.22** |

## Featured Artist Payment by Period 2016



## Earnings by Featured Artist

| | Month of September |
|---|---|
| Too $hort | $3,960.37 |
| CHRIS BROWN/LIL WAYNE/FRENCH M | $681.92 |
| E-40  Too $hort | $680.33 |
| TOO SHORT | $395.45 |
| Lil' Jon  The EastSide Boyz  T | $315.78 |
| Dolla Will  Too $hort | $129.91 |
| Too Short | $106.33 |
| Kelis  Too $hort | $98.14 |
| E-40 | $56.45 |
| King Lil G  Too $hort | $56.04 |
| All Others | $509.50 |
| | **$6,990.22** |

## Top 10 Recordings

| | Month of September |
|---|---|
| LOYAL | $681.92 |
| I'm A Player | $586.01 |
| Gettin' It | $563.91 |
| Blow the Whistle | $383.57 |
| Short but Funky | $338.74 |
| Shake That Monkey | $315.78 |
| Just Another Day | $298.24 |
| Freaky Tales | $269.43 |
| The Ghetto | $254.62 |
| Cocktales | $200.04 |

This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001      Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**October 2016** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange Payee ID ▮▮ 2093

| | |
|---|---|
| Performance Earnings | **$7,284.00** |
| US Tax Withheld | **$0.00** |
| Payments Received from Third Parties | **$1.00** |
| **Featured Artist Payment** | |
| | **$7,285.00** |

## Earnings by License Type

| | Month of October | Year To Date 2016 |
|---|---|---|
| Webcasting | $6,096.79 | $60,319.67 |
| SDARS | $1,094.63 | $8,189.19 |
| Direct Licensing | $59.50 | $1,643.81 |
| PES | $22.82 | $87.39 |
| Cable Radio | $10.26 | $85.84 |
| Admin True Up | $0.00 | $663.29 |
| Adjustment | $0.00 | $50.04 |
| **Performance Earnings** | **$7,284.00** | **$71,039.22** |

## Featured Artist Payment by Period 2016



## Earnings by Featured Artist

| | Month of October |
|---|---|
| Too $hort | $4,333.39 |
| E-40  Too $hort | $661.36 |
| CHRIS BROWN/LIL WAYNE/FRENCH M | $621.20 |
| TOO SHORT | $350.35 |
| Lil' Jon  The EastSide Boyz  T | $328.55 |
| Too $hort | $151.19 |
| Dolla Will  Too $hort | $125.44 |
| Kelis  Too $hort | $98.28 |
| E-40 | $54.63 |
| E-40/TOO SHORT | $51.91 |
| All Others | $507.71 |
| | **$7,284.00** |

## Top 10 Recordings

| | Month of October |
|---|---|
| I'm A Player | $658.72 |
| LOYAL | $621.20 |
| Blow the Whistle | $617.42 |
| Gettin' It | $596.36 |
| Short but Funky | $343.12 |
| Shake That Monkey | $328.55 |
| Just Another Day | $314.11 |
| The Ghetto | $285.34 |
| Freaky Tales | $254.88 |
| Cocktales | $228.43 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001    Customer Service: **800-961-2091** or **accounts@soundexchange.com**
www.soundexchange.com

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**November 2016** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:
**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID ▮ 2093

| Performance Earnings | $6,990.85 |
|---|---|
| US Tax Withheld | $0.00 |
| Payments Received from Third Parties | $0.03 |

**Featured Artist Payment**

## $6,990.87

## Earnings by License Type

| | Month of November | Year To Date 2016 |
|---|---|---|
| Webcasting | $5,890.22 | $66,209.89 |
| SDARS | $1,062.31 | $9,251.50 |
| Direct Licensing | $25.30 | $1,669.11 |
| Cable Radio | $9.81 | $95.65 |
| PES | $3.17 | $90.56 |
| Adjustment | $0.04 | $50.07 |
| Admin True Up | $0.00 | $663.29 |
| **Performance Earnings** | **$6,990.85** | **$78,030.07** |

## Featured Artist Payment by Period 2016



## Earnings by Featured Artist

| | Month of November |
|---|---|
| Too $hort | $4,230.32 |
| E-40  Too $hort | $626.35 |
| CHRIS BROWN/LIL WAYNE/FRENCH M | $578.61 |
| TOO SHORT | $361.36 |
| Lil' Jon  The EastSide Boyz  T | $315.31 |
| Dolla Will  Too $hort | $129.46 |
| Kelis  Too $hort | $96.07 |
| Too Short | $91.98 |
| Wiz Khalifa | $61.42 |
| E-40 | $51.35 |
| All Others | $448.62 |
| | **$6,990.85** |

## Top 10 Recordings

| | Month of November |
|---|---|
| I'm A Player | $640.49 |
| Gettin' It | $592.97 |
| LOYAL | $578.61 |
| Blow the Whistle | $385.26 |
| Short but Funky | $365.66 |
| Shake That Monkey | $314.27 |
| Just Another Day | $313.93 |
| The Ghetto | $286.43 |
| Freaky Tales | $279.29 |
| Don't Fight the Feelin' | $194.52 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001      Customer Service: **800-961-2091** or **accounts@soundexchange.com**
www.soundexchange.com

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**December 2016** Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID         2093

| | |
|---|---|
| Performance Earnings | $5,912.25 |
| US Tax Withheld | $0.00 |
| Payments Received from Third Parties | $0.06 |

**Featured Artist Payment**

# $5,912.31

## Earnings by License Type

| | Month of December | Year To Date 2016 |
|---|---|---|
| Webcasting | $2,592.89 | $68,802.78 |
| Direct Licensing | $2,160.60 | $3,829.71 |
| SDARS | $1,146.86 | $10,398.36 |
| Cable Radio | $11.25 | $106.90 |
| PES | $0.66 | $91.21 |
| Adjustment | $0.00 | $50.07 |
| Admin True Up | $0.00 | $663.29 |
| **Performance Earnings** | **$5,912.25** | **$83,942.32** |

## Featured Artist Payment by Period 2016



## Earnings by Featured Artist

| | Month of December |
|---|---|
| Too $hort | $4,085.48 |
| E-40  Too $hort | $578.33 |
| TOO SHORT | $267.71 |
| Lil' Jon  The EastSide Boyz  T | $218.73 |
| Devin "The Dude" And Tela  Sca | $99.27 |
| Wiz Khalifa | $58.88 |
| Dolla Will  Too $hort | $55.65 |
| 2Pac  Father Dom  MC Breed  To | $53.63 |
| Kelis  Too $hort | $49.37 |
| E-40 | $44.84 |
| All Others | $400.35 |
| | **$5,912.25** |

## Top 10 Recordings

| | Month of December |
|---|---|
| Gettin' It | $603.70 |
| I'm A Player | $560.28 |
| Blow the Whistle | $475.55 |
| Life Is ...Too $hort | $307.37 |
| Just Another Day | $305.06 |
| Shake That Monkey | $217.78 |
| Don't Fight the Feelin' | $209.08 |
| The Ghetto | $204.56 |
| Short But Funky | $194.36 |
| Cocktales | $175.77 |

This is your **Summary Statement** of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**January 2017** Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID ███ 2093

| | |
|---|---|
| Performance Earnings | $6,133.97 |
| US Tax Withheld | $0.00 |
| Payments Received from Third Parties | $0.02 |

**Featured Artist Payment**

# $6,133.99

## Earnings by License Type

| | Month of January | Year To Date 2017 |
|---|---|---|
| Direct Licensing | $4,776.52 | $4,776.52 |
| SDARS | $1,017.09 | $1,017.09 |
| Webcasting | $281.51 | $281.51 |
| Adjustment | $48.36 | $48.36 |
| Cable Radio | $9.27 | $9.27 |
| PES | $1.22 | $1.22 |
| Admin True Up | $0.00 | $0.00 |
| **Performance Earnings** | **$6,133.97** | **$6,133.97** |

## Featured Artist Payment by Period 2017



## Earnings by Featured Artist

| | Month of January |
|---|---|
| Too $hort | $3,802.31 |
| Wiz Khalifa | $937.48 |
| E-40  Too $hort | $516.60 |
| TOO SHORT | $208.29 |
| Lil' Jon  The EastSide Boyz  T | $155.49 |
| Too Short | $119.87 |
| E-40  K-CI  Too $hort | $52.02 |
| E-40 | $51.25 |
| Pimp C  Rick Ross  Too $hort | $46.71 |
| Big Kap  Chyna Whyte  Lil Jon | $32.02 |
| All Others | $211.94 |
| | **$6,133.97** |

## Top 10 Recordings

| | Month of January |
|---|---|
| On My Level | $937.48 |
| Gettin' It | $591.68 |
| I'm A Player | $555.72 |
| Blow the Whistle | $370.53 |
| Life Is ...Too $hort | $282.30 |
| Just Another Day | $273.49 |
| Short but Funky | $261.19 |
| The Ghetto | $217.69 |
| Don't Fight the Feelin' | $205.76 |
| Cocktales | $199.97 |

This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001     Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**February 2017** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:
**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID ▇ 2093

| | |
|---|---|
| Performance Earnings | $6,124.63 |
| US Tax Withheld | $0.00 |
| Payments Received from Third Parties | $0.02 |
| **Featured Artist Payment** | |
| | **$6,124.65** |

## Earnings by License Type

| | Month of February | Year To Date 2017 |
|---|---|---|
| Direct Licensing | $4,425.06 | $9,201.58 |
| SDARS | $942.12 | $1,959.21 |
| Adjustment | $417.58 | $465.94 |
| Webcasting | $329.34 | $610.85 |
| Cable Radio | $8.71 | $17.98 |
| PES | $1.82 | $3.04 |
| Admin True Up | $0.00 | $0.00 |
| **Performance Earnings** | **$6,124.63** | **$12,258.60** |

## Featured Artist Payment by Period 2017



## Earnings by Featured Artist

| | Month of February |
|---|---|
| Too $hort | $3,503.24 |
| Wiz Khalifa | $885.35 |
| E-40  Too $hort | $441.56 |
| DETROIT CITY/TOO SHORT | $191.91 |
| TOO SHORT | $189.48 |
| Lil' Jon  The EastSide Boyz  T | $177.17 |
| Too $hort | $84.70 |
| Traxamillion | $76.88 |
| E-40  K-CI  Too $hort | $55.06 |
| E-40 | $48.66 |
| All Others | $470.63 |
| | **$6,124.63** |

## Top 10 Recordings

| | Month of February |
|---|---|
| On My Level | $885.35 |
| I'm A Player | $535.61 |
| Gettin' It | $524.95 |
| Blow the Whistle | $319.44 |
| Life Is ...Too $hort | $284.11 |
| Short but Funky | $256.88 |
| Just Another Day | $246.13 |
| The Ghetto | $211.57 |
| FREEKY | $191.91 |
| Don't Fight the Feelin' | $185.76 |

This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001      Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**March 2017** Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID ████ 2093

| | |
|---|---|
| Performance Earnings | $6,108.67 |
| US Tax Withheld | $0.00 |
| Payments to Third Parties | -$93.75 |
| Payments Received from Third Parties | $0.02 |

**Featured Artist Payment**

**$6,014.94**

## Earnings by License Type

| | Month of March | Year To Date 2017 |
|---|---|---|
| Direct Licensing | $4,540.61 | $13,742.19 |
| SDARS | $1,337.95 | $3,297.16 |
| Webcasting | $223.12 | $833.97 |
| Cable Radio | $12.17 | $30.15 |
| PES | $2.70 | $5.74 |
| Admin True Up | $0.00 | $0.00 |
| Adjustment | -$7.88 | $458.07 |
| **Performance Earnings** | **$6,108.67** | **$18,367.27** |

## Featured Artist Payment by Period 2017



## Earnings by Featured Artist

| | Month of March |
|---|---|
| Too $hort | $3,493.10 |
| Wiz Khalifa | $853.31 |
| DETROIT CITY/TOO SHORT | $457.18 |
| E-40  Too $hort | $435.88 |
| TOO SHORT | $165.59 |
| Lil' Jon  The EastSide Boyz  T | $147.52 |
| Too Short | $106.51 |
| E-40 | $53.85 |
| E-40  K-CI  Too $hort | $47.49 |
| Big Kap  Chyna Whyte  Lil Jon | $38.78 |
| All Others | $309.44 |
| | **$6,108.67** |

## Top 10 Recordings

| | Month of March |
|---|---|
| On My Level | $853.31 |
| I'm A Player | $579.68 |
| Gettin' It | $536.75 |
| FREEKY | $457.18 |
| Blow the Whistle | $307.19 |
| Life Is ...Too $hort | $269.95 |
| Just Another Day | $250.39 |
| Short but Funky | $213.22 |
| The Ghetto | $204.84 |
| Don't Fight the Feelin' | $192.14 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001     Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

**April 2017** Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID  ████ 2093

| | |
|---|---|
| Performance Earnings | $6,139.29 |
| US Tax Withheld | $0.00 |
| Payments to Third Parties | -$2.98 |
| Payments Received from Third Parties | $0.02 |

**Featured Artist Payment**

## $6,136.32

### Earnings by License Type

| | Month of April | Year To Date 2017 |
|---|---|---|
| Direct Licensing | $4,503.62 | $18,245.81 |
| SDARS | $1,433.10 | $4,730.25 |
| Webcasting | $188.30 | $1,022.27 |
| Cable Radio | $12.22 | $42.37 |
| PES | $1.99 | $7.73 |
| Adjustment | $0.06 | $458.12 |
| Admin True Up | $0.00 | $0.00 |
| **Performance Earnings** | **$6,139.29** | **$24,506.56** |

### Featured Artist Payment by Period 2017



### Earnings by Featured Artist

| | Month of April |
|---|---|
| Too $hort | $3,717.63 |
| Wiz Khalifa | $790.56 |
| E-40  Too $hort | $525.75 |
| DETROIT CITY/TOO SHORT | $290.56 |
| Lil' Jon  The EastSide Boyz  T | $145.17 |
| Too Short | $124.78 |
| TOO SHORT | $97.66 |
| E-40  K-CI  Too $hort | $59.48 |
| Big Kap  Chyna Whyte  Lil Jon | $58.87 |
| Too $hort (feat. Mistah F.A.B. | $37.00 |
| All Others | $291.83 |
| | **$6,139.29** |

### Top 10 Recordings

| | Month of April |
|---|---|
| On My Level | $790.56 |
| I'm A Player | $536.10 |
| Gettin' It | $501.52 |
| Blow the Whistle | $381.08 |
| Life Is ...Too $hort | $314.57 |
| Short but Funky | $297.97 |
| FREEKY | $290.56 |
| Just Another Day | $241.90 |
| The Ghetto | $233.69 |
| Freaky Tales | $200.57 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001    Customer Service: **800-961-2091** or **accounts@soundexchange.com**
www.soundexchange.com

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**May 2017** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID    2093

| | |
|---|---|
| Gross Earnings | $5,899.36 |
| US Tax Withheld | $0.00 |
| Foreign Earnings | $9.67 |
| Payments to Third Parties | -$3.63 |
| Payments Received from Third Parties | $0.02 |

**Featured Artist Payment**

## $5,905.42

## Earnings by License Type

| | Month of May | Year To Date 2017 |
|---|---|---|
| Direct Licensing | $4,637.05 | $22,882.86 |
| SDARS | $960.76 | $5,691.02 |
| Webcasting | $284.82 | $1,307.09 |
| Cable Radio | $8.83 | $51.21 |
| PES | $7.44 | $15.16 |
| Adjustment | $0.37 | $458.49 |
| Admin True Up | $0.09 | $0.09 |
| **Performance Earnings** | **$5,899.36** | **$30,405.92** |

## Featured Artist Payment by Period 2017



## Earnings by Featured Artist

| | Month of May |
|---|---|
| Too $hort | $3,703.60 |
| Kelis  Too $hort | $2,651.99 |
| E-40  Too $hort | $2,629.79 |
| Wiz Khalifa | $2,155.31 |
| Lil' Jon  The EastSide Boyz  T | $169.72 |
| Too Short | $135.12 |
| E-40  Too Short | $87.24 |
| TOO SHORT | $62.53 |
| Erick Sermon  Kool-Ace  MC Bre | $60.83 |
| E-40  K-CI  Too $hort | $54.93 |
| All Others | -$5,811.71 |
| | **$5,899.36** |

## Top 10 Recordings

| | Month of May |
|---|---|
| Dump Truck | $2,230.82 |
| On My Level | $2,155.31 |
| Bossy Featuring Too $hort | $1,624.89 |
| Bossy | $1,038.34 |
| Gettin' It | $539.05 |
| I'm a Player | $530.37 |
| Blow the Whistle | $335.55 |
| Life Is ...Too $hort | $270.04 |
| The Ghetto | $261.35 |
| Just Another Day | $259.34 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001       Customer Service: **800-961-2091** or **accounts@soundexchange.com**

www.soundexchange.com

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**June 2017** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID      2093

| | |
|---|---|
| Performance Earnings | $6,346.40 |
| US Tax Withheld | $0.00 |
| Foreign Earnings | $4.17 |
| Foreign Cost Deduction | -$0.32 |
| Foreign Tax Withheld | -$0.23 |
| Payments to Third Parties | -$4.01 |
| Payments Received from Third Parties | $0.02 |

**Featured Artist Payment**

**$6,346.03**

## Earnings by License Type

| | Month of June | Year To Date 2017 |
|---|---|---|
| Direct Licensing | $4,981.73 | $27,864.59 |
| SDARS | $1,126.10 | $6,817.12 |
| Webcasting | $227.94 | $1,535.04 |
| Cable Radio | $9.12 | $60.32 |
| PES | $1.51 | $16.67 |
| Admin True Up | $0.00 | $0.09 |
| Adjustment | $0.00 | $458.49 |
| **Performance Earnings** | **$6,346.40** | **$36,752.32** |

## Featured Artist Payment by Period 2017



## Earnings by Featured Artist

| | Month of June |
|---|---|
| Too $hort | $3,914.06 |
| Wiz Khalifa | $900.37 |
| E-40  Too $hort | $461.29 |
| Too Short | $370.40 |
| Lil' Jon  The EastSide Boyz  T | $174.65 |
| TOO SHORT | $98.75 |
| E-40  K-CI  Too $hort | $56.54 |
| Big Kap  Chyna Whyte  Lil Jon | $41.70 |
| E-40 | $34.80 |
| BandGang Lonnie Bands (feat. T | $28.18 |
| All Others | $265.66 |
| | $6,346.40 |

## Top 10 Recordings

| | Month of June |
|---|---|
| On My Level | $900.37 |
| I'm a Player | $649.04 |
| Gettin' It | $627.11 |
| The Ghetto | $303.65 |
| Life Is ...Too $hort | $287.36 |
| Just Another Day | $285.48 |
| Blow the Whistle | $261.80 |
| Freaky Tales | $242.63 |
| Gettin It | $231.16 |
| Don't Fight the Feelin' | $228.69 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001      Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**July 2017** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:
**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID ████ 2093

| | |
|---|---|
| Performance Earnings | $5,909.77 |
| US Tax Withheld | $0.00 |
| Payments to Third Parties | -$3.81 |
| Payments Received from Third Parties | $0.02 |
| **Featured Artist Payment** | |
| | **$5,905.97** |

## Earnings by License Type

| | Month of July | Year To Date 2017 |
|---|---|---|
| Direct Licensing | $4,359.04 | $32,223.63 |
| SDARS | $1,247.78 | $8,064.90 |
| Webcasting | $291.78 | $1,826.82 |
| Cable Radio | $10.21 | $70.53 |
| PES | $0.97 | $17.64 |
| Adjustment | $0.00 | $458.49 |
| Admin True Up | $0.00 | $0.09 |
| **Performance Earnings** | **$5,909.77** | **$42,662.08** |

## Featured Artist Payment by Period 2017



## Earnings by Featured Artist

| | Month of July |
|---|---|
| Too $hort | $3,573.99 |
| Wiz Khalifa | $712.62 |
| Too Short | $447.05 |
| E-40  Too $hort | $430.21 |
| Lil' Jon  The EastSide Boyz  T | $143.22 |
| TOO SHORT | $65.97 |
| 2Pac  Father Dom  MC Breed  To | $56.68 |
| E-40  K-CI  Too $hort | $53.85 |
| Kelis  Too $hort | $45.88 |
| E-40 | $38.33 |
| All Others | $341.94 |
| | **$5,909.77** |

## Top 10 Recordings

| | Month of July |
|---|---|
| On My Level | $712.62 |
| Gettin' It | $550.88 |
| I'm a Player | $527.79 |
| Freaky Tales | $358.84 |
| Cocktales | $320.51 |
| Blow the Whistle | $286.75 |
| Life Is ...Too $hort | $273.47 |
| The Ghetto | $239.43 |
| Just Another Day | $233.14 |
| Don't Fight the Feelin' | $182.22 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001      Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**August 2017** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID  2093

| | |
|---|---|
| Performance Earnings | $5,701.13 |
| US Tax Withheld | $0.00 |
| Foreign Earnings | $26.06 |
| Foreign Tax Withheld | -$0.06 |
| Payments to Third Parties | -$3.28 |
| Payments Received from Third Parties | $0.02 |

**Featured Artist Payment**

# $5,723.86

## Earnings by License Type

| | Month of August | Year To Date 2017 |
|---|---|---|
| Direct Licensing | $4,307.92 | $36,531.54 |
| SDARS | $1,091.41 | $9,156.31 |
| Webcasting | $291.87 | $2,118.68 |
| Cable Radio | $8.77 | $79.30 |
| PES | $1.16 | $18.80 |
| Adjustment | $0.00 | $458.49 |
| Admin True Up | $0.00 | $0.09 |
| **Performance Earnings** | **$5,701.13** | **$48,363.22** |

## Featured Artist Payment by Period 2017



## Earnings by Featured Artist

| | Month of August |
|---|---|
| Too $hort | $3,531.72 |
| Wiz Khalifa | $727.31 |
| E-40  Too $hort | $425.01 |
| Too Short | $336.02 |
| Lil' Jon  The EastSide Boyz  T | $129.50 |
| TOO SHORT | $109.99 |
| E-40 | $47.83 |
| E-40  K-CI  Too $hort | $47.02 |
| Big Kap  Chyna Whyte  Lil Jon | $33.37 |
| BandGang Lonnie Bands (feat. T | $31.67 |
| All Others | $281.69 |
| | **$5,701.13** |

## Top 10 Recordings

| | Month of August |
|---|---|
| On My Level | $727.31 |
| Gettin' It | $535.02 |
| I'm a Player | $498.91 |
| Blow the Whistle | $344.92 |
| Life Is ...Too $hort | $294.02 |
| Freaky Tales | $241.73 |
| The Ghetto | $238.07 |
| Just Another Day | $230.97 |
| Cocktales | $216.97 |
| Don't Fight the Feelin' | $175.05 |

This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001     Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**September 2017** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange Payee ID    2093

| | |
|---|---|
| Performance Earnings | $5,560.54 |
| US Tax Withheld | $0.00 |
| Foreign Earnings | $7.40 |
| Foreign Tax Withheld | -$0.59 |
| Payments to Third Parties | -$2.99 |
| Payments Received from Third Parties | $0.01 |

**Featured Artist Payment**

**$5,564.37**

## Earnings by License Type

| | Month of September | Year To Date 2017 |
|---|---|---|
| Direct Licensing | $3,971.17 | $40,502.71 |
| SDARS | $1,206.85 | $10,363.16 |
| Webcasting | $369.96 | $2,488.64 |
| Cable Radio | $9.73 | $89.03 |
| PES | $2.83 | $21.63 |
| Admin True Up | $0.01 | $0.10 |
| Adjustment | $0.00 | $458.49 |
| **Performance Earnings** | **$5,560.54** | **$53,923.75** |

## Featured Artist Payment by Period 2017



## Earnings by Featured Artist

| | Month of September |
|---|---|
| Too $hort | $3,309.50 |
| Wiz Khalifa | $666.39 |
| Too Short | $420.64 |
| E-40  Too $hort | $378.12 |
| 2Pac  Father Dom  MC Breed  To | $145.77 |
| Lil' Jon  The EastSide Boyz  T | $127.26 |
| TOO SHORT | $56.11 |
| E-40  K-CI  Too $hort | $46.96 |
| DecadeZ | $37.21 |
| KELIS/TOO SHORT | $34.13 |
| All Others | $338.45 |
| | **$5,560.54** |

## Top 10 Recordings

| | Month of September |
|---|---|
| On My Level | $666.39 |
| Gettin' It | $532.74 |
| I'm a Player | $471.71 |
| Blow the Whistle | $410.09 |
| Life Is ...Too $hort | $298.10 |
| Cocktales | $289.42 |
| The Ghetto | $223.72 |
| Just Another Day | $218.39 |
| Gettin It | $175.12 |
| Don't Fight the Feelin' | $168.59 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

# October 2017 Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:
**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange Payee ID ██2093

| | |
|---|---|
| Performance Earnings | $5,754.53 |
| US Tax Withheld | $0.00 |
| Payments to Third Parties | -$2.52 |
| Payments Received from Third Parties | $0.01 |

**Featured Artist Payment**

**$5,752.02**

## Earnings by License Type

| | Month of October | Year To Date 2017 |
|---|---|---|
| Direct Licensing | $4,236.49 | $44,739.21 |
| SDARS | $1,246.08 | $11,609.24 |
| Webcasting | $260.76 | $2,749.40 |
| Cable Radio | $9.54 | $98.57 |
| PES | $1.67 | $23.29 |
| Adjustment | $0.00 | $458.49 |
| Admin True Up | $0.00 | $0.10 |
| **Performance Earnings** | **$5,754.53** | **$59,678.29** |

## Featured Artist Payment by Period 2017




## Earnings by Featured Artist

| | Month of October |
|---|---|
| Too $hort | $3,545.37 |
| Wiz Khalifa | $667.80 |
| Too Short | $434.89 |
| E-40 Too $hort | $369.64 |
| Lil' Jon The EastSide Boyz T | $127.86 |
| 2Pac Father Dom MC Breed To | $106.12 |
| TOO SHORT | $92.14 |
| E-40 | $53.20 |
| E-40 K-Cl Too $hort | $47.83 |
| Kelis Too $hort | $40.67 |
| All Others | $269.02 |
| | **$5,754.53** |

## Top 10 Recordings

| | Month of October |
|---|---|
| On My Level | $667.80 |
| I'm a Player | $546.21 |
| Gettin' It | $526.21 |
| Blow the Whistle | $377.20 |
| Life Is ...Too $hort | $319.75 |
| Cocktales | $300.72 |
| The Ghetto | $276.03 |
| Just Another Day | $217.93 |
| Gettin It | $187.96 |
| Don't Fight the Feelin' | $172.63 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**



SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**November 2017** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID ████ 2093

| | |
|---|---:|
| Performance Earnings | $5,684.59 |
| US Tax Withheld | $0.00 |
| Payments to Third Parties | -$2.61 |
| **Featured Artist Payment** | |
| | **$5,681.98** |

## Earnings by License Type

| | Month of November | Year To Date 2017 |
|---|---:|---:|
| Direct Licensing | $4,257.39 | $48,996.60 |
| SDARS | $1,198.15 | $12,807.38 |
| Webcasting | $218.61 | $2,968.01 |
| Cable Radio | $8.90 | $107.46 |
| PES | $1.54 | $24.84 |
| Adjustment | $0.00 | $458.49 |
| Admin True Up | $0.00 | $0.10 |
| **Performance Earnings** | **$5,684.59** | **$65,362.88** |

## Featured Artist Payment by Period 2017



## Earnings by Featured Artist

| | Month of November |
|---|---:|
| Too $hort | $3,493.05 |
| Wiz Khalifa | $681.18 |
| Too Short | $433.57 |
| E-40  Too $hort | $378.37 |
| Lil' Jon  The EastSide Boyz  T | $119.95 |
| TOO SHORT | $79.53 |
| 2Pac  Father Dom  MC Breed  To | $77.84 |
| E-40  K-CI  Too $hort | $56.76 |
| Kelis  Too $hort | $43.67 |
| E-40 | $32.03 |
| All Others | $288.66 |
| | **$5,684.59** |

## Top 10 Recordings

| | Month of November |
|---|---:|
| On My Level | $681.18 |
| I'm a Player | $541.62 |
| Gettin' It | $541.26 |
| Blow the Whistle | $388.52 |
| Cocktales | $308.56 |
| Life Is ...Too $hort | $301.77 |
| The Ghetto | $256.76 |
| Just Another Day | $217.77 |
| Gettin It | $174.66 |
| Don't Fight the Feelin' | $167.19 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001      Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**December 2017 Featured Artist**

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:
**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID ▓ 2093

| | |
|---|---|
| Performance Earnings | $5,969.68 |
| US Tax Withheld | $0.00 |
| Foreign Earnings | $0.84 |
| Payments to Third Parties | -$2.65 |
| **Featured Artist Payment** | |
| | **$5,967.87** |

## Earnings by License Type

| | Month of December | Year To Date 2017 |
|---|---|---|
| Direct Licensing | $4,422.18 | $53,418.78 |
| SDARS | $1,228.51 | $14,035.89 |
| Webcasting | $307.77 | $3,275.78 |
| Cable Radio | $9.28 | $116.74 |
| PES | $1.95 | $26.78 |
| Adjustment | $0.00 | $458.49 |
| Admin True Up | $0.00 | $0.10 |
| **Performance Earnings** | **$5,969.68** | **$71,332.56** |

## Featured Artist Payment by Period 2017



## Earnings by Featured Artist

| | Month of December |
|---|---|
| Too $hort | $3,745.73 |
| Wiz Khalifa | $704.19 |
| Too Short | $388.86 |
| E-40  Too $hort | $374.71 |
| Lil' Jon  The EastSide Boyz  T | $132.82 |
| TOO SHORT | $82.98 |
| 2Pac  Father Dom  MC Breed  To | $78.44 |
| E-40 | $57.80 |
| E-40  K-CI  Too $hort | $46.34 |
| Kelis  Too $hort | $34.14 |
| All Others | $323.67 |
| | **$5,969.68** |

## Top 10 Recordings

| | Month of December |
|---|---|
| On My Level | $704.19 |
| Gettin' It | $623.21 |
| I'm a Player | $584.79 |
| Blow the Whistle | $465.55 |
| The Ghetto | $315.94 |
| Life Is ...Too $hort | $261.66 |
| Cocktales | $258.08 |
| Don't Fight the Feelin' | $201.28 |
| Just Another Day | $198.44 |
| Gettin It | $172.57 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**January 2018** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID ███ 2093

| | |
|---|---|
| Performance Earnings | $5,163.68 |
| US Tax Withheld | $0.00 |
| Payments to Third Parties | -$2.82 |
| Payments Received from Third Parties | $0.03 |

**Featured Artist Payment**

# $5,160.89

## Earnings by License Type

| | Month of January | Year To Date 2018 |
|---|---|---|
| Direct Licensing | $3,894.63 | $3,894.63 |
| SDARS | $1,055.15 | $1,055.15 |
| Webcasting | $204.04 | $204.04 |
| Cable Radio | $7.52 | $7.52 |
| PES | $2.35 | $2.35 |
| Admin True Up | $0.00 | $0.00 |
| **Performance Earnings** | **$5,163.68** | **$5,163.68** |

## Featured Artist Payment by Period 2018



## Earnings by Featured Artist

| | Month of January |
|---|---|
| Too $hort | $3,211.35 |
| Wiz Khalifa | $630.69 |
| E-40  Too $hort | $348.55 |
| Too Short | $338.77 |
| Lil' Jon  The EastSide Boyz  T | $133.40 |
| 2Pac  Father Dom  MC Breed  To | $76.13 |
| TOO SHORT | $64.26 |
| E-40 | $49.57 |
| E-40  K-CI  Too $hort | $42.01 |
| Kelis  Too $hort | $29.75 |
| All Others | $239.20 |
| | **$5,163.68** |

## Top 10 Recordings

| | Month of January |
|---|---|
| On My Level | $630.69 |
| Gettin' It | $570.57 |
| I'm a Player | $555.68 |
| Blow the Whistle | $295.26 |
| Life Is ...Too $hort | $245.58 |
| Cocktales | $198.45 |
| Just Another Day | $188.29 |
| The Ghetto | $178.40 |
| Gettin It | $174.81 |
| Don't Fight the Feelin' | $170.37 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001    Customer Service: **800-961-2091** or **accounts@soundexchange.com**
www.soundexchange.com

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**February 2018** Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID    2093

| | |
|---|---|
| Performance Earnings | $5,117.20 |
| US Tax Withheld | $0.00 |
| Foreign Earnings | $49.08 |
| Payments to Third Parties | -$3.26 |
| Payments Received from Third Parties | $0.01 |

**Featured Artist Payment**

# $5,163.03

## Earnings by License Type

| | Month of February | Year To Date 2018 |
|---|---|---|
| Direct Licensing | $3,674.46 | $7,569.09 |
| SDARS | $1,212.56 | $2,267.70 |
| Webcasting | $213.70 | $417.73 |
| Cable Radio | $9.38 | $16.90 |
| PES | $7.11 | $9.46 |
| Admin True Up | $0.00 | $0.00 |
| **Performance Earnings** | **$5,117.20** | **$10,280.88** |

## Featured Artist Payment by Period 2018



## Earnings by Featured Artist

| | Month of February |
|---|---|
| Too $hort | $3,204.52 |
| Wiz Khalifa | $494.49 |
| Too Short | $379.72 |
| E-40  Too $hort | $328.19 |
| Lil' Jon  The EastSide Boyz  T | $125.62 |
| Too $hort (feat. Ty Dolla $ign | $103.03 |
| 2Pac  Father Dom  MC Breed  To | $72.52 |
| TOO SHORT | $59.23 |
| E-40  K-CI  Too $hort | $46.67 |
| CHRIS BROWN/LIL WAYNE/FRENCH M | $32.80 |
| All Others | $270.41 |
| | **$5,117.20** |

## Top 10 Recordings

| | Month of February |
|---|---|
| I'm a Player | $560.95 |
| Gettin' It | $540.22 |
| On My Level | $494.49 |
| Cocktales | $266.37 |
| Short but Funky | $248.67 |
| Blow the Whistle | $226.06 |
| Life Is ...Too $hort | $221.62 |
| The Ghetto | $221.09 |
| Just Another Day | $187.15 |
| Don't Fight the Feelin' | $166.76 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001        Customer Service: **800-961-2091** or **accounts@soundexchange.com**

www.soundexchange.com

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**March 2018** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:
**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID     2093

| | |
|---|---|
| Gross Earnings | $5,413.64 |
| US Tax Withheld | $0.00 |
| Payments to Third Parties | -$2.54 |
| **Featured Artist Payment** | |
| | **$5,411.10** |

## Earnings by License Type

| | Month of March | Year To Date 2018 |
|---|---|---|
| Direct Licensing | $3,614.10 | $11,183.19 |
| SDARS | $1,214.22 | $3,481.92 |
| Webcasting | $221.00 | $638.74 |
| Cable Radio | $9.49 | $26.39 |
| PES | $1.18 | $10.64 |
| Admin True Up | $0.00 | $0.00 |
| **Performance Earnings** | **$5,059.99** | **$15,340.88** |
| Administrative Fee Adjustment | $353.64 | $353.64 |
| **Gross Earnings** | **$5,413.64** | **$15,694.52** |

## Featured Artist Payment by Period 2018



## Earnings by Featured Artist

| | Month of March |
|---|---|
| Too $hort | $3,207.61 |
| Wiz Khalifa | $541.94 |
| Too Short | $352.73 |
| E-40  Too $hort | $321.11 |
| Lil' Jon  The EastSide Boyz  T | $142.62 |
| TOO SHORT | $79.92 |
| 2Pac  Father Dom  MC Breed  To | $53.83 |
| E-40  K-CI  Too $hort | $40.43 |
| E-40 | $38.64 |
| Chyna Whyte  Lil Jon & The Eas | $32.43 |
| All Others | $248.75 |
| | **$5,059.99** |

## Top 10 Recordings

| | Month of March |
|---|---|
| On My Level | $541.94 |
| Gettin' It | $513.97 |
| I'm a Player | $510.92 |
| The Ghetto | $281.99 |
| Blow the Whistle | $277.82 |
| Life Is ...Too $hort | $246.18 |
| Short but Funky | $227.86 |
| Cocktales | $225.26 |
| Just Another Day | $185.94 |
| Gettin It | $163.83 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001     Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**April 2018** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID ███ 2093

| | |
|---|---|
| Performance Earnings | $6,139.60 |
| US Tax Withheld | $0.00 |
| Foreign Earnings | $12.25 |
| Payments to Third Parties | -$2.97 |
| Payments Received from Third Parties | $0.02 |

**Featured Artist Payment**

## $6,148.90

## Earnings by License Type

| | Month of April | Year To Date 2018 |
|---|---|---|
| Direct Licensing | $3,840.76 | $15,023.96 |
| SDARS | $2,002.53 | $5,484.45 |
| Webcasting | $281.78 | $920.52 |
| Cable Radio | $9.87 | $36.25 |
| PES | $4.66 | $15.30 |
| Admin True Up | $0.00 | $0.00 |
| **Performance Earnings** | **$6,139.60** | **$21,480.48** |
| Administrative Fee Adjustment | $0.00 | $353.64 |
| **Gross Earnings** | **$6,139.60** | **$21,834.12** |

## Featured Artist Payment by Period 2018



## Earnings by Featured Artist

| | Month of April |
|---|---|
| Too $hort | $3,913.73 |
| Too Short | $594.59 |
| Wiz Khalifa | $531.75 |
| E-40  Too $hort | $334.82 |
| 2Pac  Father Dom  MC Breed  To | $153.38 |
| Lil' Jon  The EastSide Boyz  T | $135.83 |
| TOO SHORT | $65.32 |
| E-40  K-Ci  Too $hort | $60.77 |
| E-40 | $41.87 |
| Chyna Whyte  Lil Jon & The Eas | $33.61 |
| All Others | $273.93 |
| | **$6,139.60** |

## Top 10 Recordings

| | Month of April |
|---|---|
| I'm a Player | $677.11 |
| Gettin' It | $559.82 |
| On My Level | $531.75 |
| Life Is ...Too $hort | $400.86 |
| Cocktales | $379.36 |
| Short but Funky | $368.12 |
| Blow the Whistle | $361.60 |
| The Ghetto | $263.01 |
| Gettin It | $243.63 |
| Just Another Day | $207.15 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**May 2018** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID ███ 2093

| | |
|---|---|
| Performance Earnings | $5,576.63 |
| US Tax Withheld | $0.00 |
| Foreign Earnings | $6,837.58 |
| Payments to Third Parties | -$2.69 |
| Payments Received from Third Parties | $0.01 |

**Featured Artist Payment**

# $12,411.53

## Earnings by License Type

| | Month of May | Year To Date 2018 |
|---|---|---|
| Direct Licensing | $3,676.99 | $18,700.95 |
| SDARS | $1,729.44 | $7,213.89 |
| Webcasting | $160.93 | $1,081.45 |
| Cable Radio | $6.34 | $42.60 |
| PES | $2.93 | $18.23 |
| Admin True Up | $0.00 | $0.00 |
| **Performance Earnings** | **$5,576.63** | **$27,057.11** |
| Administrative Fee Adjustment | $0.00 | $353.64 |
| **Gross Earnings** | **$5,576.63** | **$27,410.75** |

## Featured Artist Payment by Period 2018



## Earnings by Featured Artist

| | Month of May |
|---|---|
| Too $hort | $3,525.03 |
| Too Short | $543.05 |
| Wiz Khalifa | $500.12 |
| E-40  Too $hort | $309.91 |
| Lil' Jon  The EastSide Boyz  T | $115.59 |
| 2Pac  Father Dom  MC Breed  To | $111.70 |
| TOO SHORT | $67.19 |
| E-40 | $39.18 |
| Chyna Whyte  Lil Jon & The Eas | $32.11 |
| Big Kap  Chyna Whyte  Lil Jon | $31.16 |
| All Others | $301.59 |
| | **$5,576.63** |

## Top 10 Recordings

| | Month of May |
|---|---|
| I'm a Player | $525.65 |
| Gettin' It | $520.53 |
| On My Level | $500.12 |
| The Ghetto | $330.92 |
| Short but Funky | $303.59 |
| Blow the Whistle | $302.87 |
| Life Is ...Too $hort | $299.66 |
| Cocktales | $299.30 |
| Gettin It | $277.41 |
| Just Another Day | $194.59 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001     Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**June 2018 Featured Artist**

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID  2093

| | |
|---|---|
| Performance Earnings | $5,904.55 |
| US Tax Withheld | $0.00 |
| Foreign Earnings | $3,514.62 |
| Foreign Tax Withheld | -$808.04 |
| Payments to Third Parties | -$3.37 |
| Payments Received from Third Parties | $0.01 |

**Featured Artist Payment**

# $8,607.78

## Earnings by License Type

| | Month of June | Year To Date 2018 |
|---|---|---|
| Direct Licensing | $4,288.65 | $22,989.59 |
| SDARS | $1,413.93 | $8,627.81 |
| Webcasting | $193.32 | $1,274.76 |
| Cable Radio | $7.25 | $49.85 |
| PES | $1.41 | $19.64 |
| Admin True Up | $0.00 | $0.00 |
| **Performance Earnings** | **$5,904.55** | **$32,961.66** |
| Administrative Fee Adjustment | $0.00 | $353.64 |
| **Gross Earnings** | **$5,904.55** | **$33,315.31** |

## Featured Artist Payment by Period 2018



## Earnings by Featured Artist

| | Month of June |
|---|---|
| Too $hort | $3,763.77 |
| Wiz Khalifa | $565.51 |
| Too Short | $363.37 |
| E-40  Too $hort | $343.37 |
| Lil' Jon  The EastSide Boyz  T | $136.79 |
| 2Pac  Father Dom  MC Breed  To | $113.95 |
| TOO SHORT | $80.03 |
| E-40 | $60.90 |
| chris brown  lil wayne  french | $46.63 |
| Jagged Edge  Jazze Ph  Too $ho | $46.29 |
| All Others | $383.93 |
| | **$5,904.55** |

## Top 10 Recordings

| | Month of June |
|---|---|
| Gettin' It | $644.43 |
| On My Level | $565.51 |
| I'm a Player | $558.09 |
| Blow the Whistle | $329.76 |
| The Ghetto | $329.06 |
| Life Is ...Too $hort | $246.15 |
| Cocktales | $240.74 |
| Short but Funky | $239.61 |
| Just Another Day | $235.32 |
| Don't Fight the Feelin' | $208.88 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001     Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**July 2018** Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange Payee ID ████ 2093

| | |
|---|---|
| Performance Earnings | $5,933.63 |
| US Tax Withheld | $0.00 |
| Payments to Third Parties | -$4.19 |
| Payments Received from Third Parties | $0.01 |

**Featured Artist Payment**

## $5,929.46

## Earnings by License Type

| | Month of July | Year To Date 2018 |
|---|---|---|
| Direct Licensing | $4,204.21 | $27,193.80 |
| SDARS | $1,276.69 | $9,904.50 |
| Webcasting | $442.15 | $1,716.91 |
| Cable Radio | $6.95 | $56.80 |
| PES | $3.63 | $23.28 |
| Admin True Up | $0.00 | $0.00 |
| **Performance Earnings** | **$5,933.63** | **$38,895.30** |
| Administrative Fee Adjustment | $0.00 | $353.64 |
| **Gross Earnings** | **$5,933.63** | **$39,248.94** |

## Featured Artist Payment by Period 2018



## Earnings by Featured Artist

| | Month of July |
|---|---|
| Too $hort | $3,682.68 |
| Wiz Khalifa | $521.41 |
| Too $hort, Mozzy, Nef The Phar | $369.58 |
| E-40  Too $hort | $365.97 |
| Too Short | $257.91 |
| Lil' Jon  The EastSide Boyz  T | $155.81 |
| TOO SHORT | $109.71 |
| Big Kap  Chyna Whyte  Lil Jon | $42.40 |
| E-40 | $42.38 |
| Kelis  Too $hort | $39.22 |
| All Others | $346.56 |
| | **$5,933.63** |

## Top 10 Recordings

| | Month of July |
|---|---|
| Gettin' It | $645.21 |
| On My Level | $521.41 |
| I'm a Player | $474.80 |
| Blow the Whistle | $467.41 |
| Save All That Love | $369.58 |
| Just Another Day | $242.31 |
| The Ghetto | $227.52 |
| Gettin It | $211.91 |
| Don't Fight the Feelin' | $210.09 |
| Freaky Tales | $174.36 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**August 2018** Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID ■■■■ 2093

| | |
|---|---|
| Performance Earnings | $5,644.12 |
| US Tax Withheld | $0.00 |
| Foreign Earnings | $329.32 |
| Foreign Tax Withheld | -$81.98 |
| Payments to Third Parties | -$4.30 |
| Payments Received from Third Parties | $0.01 |

**Featured Artist Payment**

# $5,887.17

## Earnings by License Type

| | Month of August | Year To Date 2018 |
|---|---|---|
| Direct Licensing | $4,266.32 | $31,460.12 |
| SDARS | $1,114.85 | $11,019.36 |
| Webcasting | $255.83 | $1,972.74 |
| Cable Radio | $5.38 | $62.18 |
| PES | $1.74 | $25.02 |
| Admin True Up | $0.00 | $0.00 |
| **Performance Earnings** | **$5,644.12** | **$44,539.42** |
| Administrative Fee Adjustment | $0.00 | $353.64 |
| **Gross Earnings** | **$5,644.12** | **$44,893.06** |

## Featured Artist Payment by Period 2018



## Earnings by Featured Artist

| | Month of August |
|---|---|
| Too $hort | $4,017.99 |
| Wiz Khalifa | $528.37 |
| E-40  Too $hort | $383.86 |
| Lil' Jon  The EastSide Boyz  T | $147.06 |
| TOO SHORT | $90.64 |
| Too Short | $56.58 |
| E-40 | $51.91 |
| Kelis  Too $hort | $39.50 |
| Big Kap  Chyna Whyte  Lil Jon | $39.32 |
| Chyna Whyte  Lil Jon & The Eas | $31.21 |
| All Others | $257.67 |
| | **$5,644.12** |

## Top 10 Recordings

| | Month of August |
|---|---|
| Blow the Whistle | $950.07 |
| Gettin' It | $641.96 |
| On My Level | $528.37 |
| I'm a Player | $458.48 |
| The Ghetto | $266.40 |
| Just Another Day | $237.47 |
| Don't Fight the Feelin' | $206.34 |
| Freaky Tales | $158.33 |
| Shake That Monkey | $146.72 |
| In the Trunk | $107.74 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001      Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

**September 2018** Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID ▮▮▮ 2093

| | |
|---|---|
| Performance Earnings | $5,452.51 |
| US Tax Withheld | $0.00 |
| Payments to Third Parties | -$4.07 |
| Payments Received from Third Parties | $0.04 |

**Featured Artist Payment**

# $5,448.48

## Earnings by License Type

| | Month of September | Year To Date 2018 |
|---|---|---|
| Direct Licensing | $4,188.28 | $35,648.40 |
| SDARS | $831.61 | $11,850.96 |
| Webcasting | $246.94 | $2,219.68 |
| Admin True Up | $180.56 | $180.56 |
| Cable Radio | $4.12 | $66.29 |
| PES | $1.00 | $26.02 |
| **Performance Earnings** | **$5,452.51** | **$49,991.93** |
| Administrative Fee Adjustment | $0.00 | $353.64 |
| **Gross Earnings** | **$5,452.51** | **$50,345.57** |

## Featured Artist Payment by Period 2018



## Earnings by Featured Artist

| | Month of September |
|---|---|
| Too $hort | $3,723.12 |
| Wiz Khalifa | $495.26 |
| E-40  Too $hort | $419.48 |
| Lil' Jon  The EastSide Boyz  T | $140.26 |
| CHRIS BROWN/LIL WAYNE/FRENCH M | $79.34 |
| TOO SHORT | $70.00 |
| Too Short | $55.29 |
| E-40 | $42.46 |
| Big Kap  Chyna Whyte  Lil Jon | $38.73 |
| Chyna Whyte  Lil Jon & The Eas | $33.88 |
| All Others | $354.69 |
| | **$5,452.51** |

## Top 10 Recordings

| | Month of September |
|---|---|
| Blow the Whistle | $626.56 |
| Gettin' It | $613.36 |
| On My Level | $495.26 |
| I'm a Player | $454.89 |
| The Ghetto | $337.04 |
| Just Another Day | $253.07 |
| Don't Fight the Feelin' | $215.22 |
| Freaky Tales | $151.02 |
| Life Is ...Too $hort | $150.22 |
| Shake That Monkey | $140.06 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001    Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**October 2018** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange Payee ID ████ 2093

| | |
|---|---|
| Performance Earnings | $5,066.79 |
| US Tax Withheld | $0.00 |
| Foreign Earnings | $15.30 |
| Payments to Third Parties | -$3.78 |
| Payments Received from Third Parties | $0.01 |

**Featured Artist Payment**

# $5,078.32

## Earnings by License Type

| | Month of October | Year To Date 2018 |
|---|---|---|
| Direct Licensing | $3,850.43 | $39,498.83 |
| SDARS | $879.69 | $12,730.65 |
| Webcasting | $330.18 | $2,549.87 |
| Cable Radio | $4.11 | $70.41 |
| PES | $2.37 | $28.39 |
| Admin True Up | $0.00 | $180.57 |
| **Performance Earnings** | **$5,066.79** | **$55,058.71** |
| Administrative Fee Adjustment | $0.00 | $353.64 |
| **Gross Earnings** | **$5,066.79** | **$55,412.36** |

## Featured Artist Payment by Period 2018



## Earnings by Featured Artist

| | Month of October |
|---|---|
| Too $hort | $3,365.30 |
| Wiz Khalifa | $478.89 |
| E-40  Too $hort | $411.80 |
| Lil' Jon  The EastSide Boyz  T | $144.23 |
| TOO SHORT | $89.13 |
| Too Short | $53.91 |
| Devin "The Dude" And Tela  Sca | $53.80 |
| E-40  K-CI  Too $hort | $53.16 |
| Kelis  Too $hort | $37.27 |
| Big Kap  Chyna Whyte  Lil Jon | $36.48 |
| All Others | $342.82 |
| | **$5,066.79** |

## Top 10 Recordings

| | Month of October |
|---|---|
| Blow the Whistle | $732.39 |
| Gettin' It | $550.59 |
| On My Level | $478.89 |
| I'm a Player | $383.60 |
| The Ghetto | $278.85 |
| Just Another Day | $199.35 |
| Don't Fight the Feelin' | $180.96 |
| Shake That Monkey | $144.12 |
| Freaky Tales | $127.93 |
| Life Is ...Too $hort | $99.07 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001      Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**November 2018** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID ▮▮▮ 2093

| | |
|---|---:|
| Performance Earnings | $12,503.99 |
| US Tax Withheld | $0.00 |
| Foreign Earnings | $199.26 |
| Foreign Tax Withheld | -$37.23 |
| Payments to Third Parties | -$3.85 |
| Payments Received from Third Parties | $0.07 |
| **Featured Artist Payment** | |
| | **$12,662.25** |

## Earnings by License Type

| | Month of November | Year To Date 2018 |
|---|---:|---:|
| SETTLEMENT | $7,002.84 | $7,002.84 |
| Direct Licensing | $3,811.09 | $43,309.92 |
| SDARS | $1,423.47 | $14,154.12 |
| Webcasting | $261.10 | $2,810.97 |
| Cable Radio | $4.09 | $74.49 |
| PES | $1.41 | $29.81 |
| Admin True Up | $0.00 | $180.57 |
| **Performance Earnings** | **$12,503.99** | **$67,562.71** |
| Administrative Fee Adjustment | $0.00 | $353.64 |
| **Gross Earnings** | **$12,503.99** | **$67,916.35** |

## Featured Artist Payment by Period 2018



US Dollars

## Earnings by Featured Artist

| | Month of November |
|---|---:|
| Too $hort | $8,121.77 |
| Wiz Khalifa | $924.16 |
| Too Short | $800.22 |
| TOO SHORT | $467.89 |
| E-40  Too $hort | $428.02 |
| E-40 | $162.14 |
| Snoop Dogg | $150.74 |
| Lil' Jon  The EastSide Boyz  T | $135.63 |
| E-40  K-CI  Too $hort | $113.04 |
| Chris Brown  Lil Wayne  Tyga | $105.56 |
| All Others | $1,094.83 |
| | $12,503.99 |

## Top 10 Recordings

| | Month of November |
|---|---:|
| Blow the Whistle | $1,646.53 |
| The Ghetto | $925.64 |
| On My Level | $924.16 |
| I'm a Player | $781.76 |
| Short but Funky | $680.69 |
| Life Is ...Too $hort | $614.21 |
| I'm A Player | $601.84 |
| Freaky Tales | $570.72 |
| Gettin' It | $557.06 |
| Cocktales | $515.14 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001        Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**December 2018** Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange Payee ID ████ 2093

| | |
|---|---:|
| Performance Earnings | $5,732.19 |
| US Tax Withheld | $0.00 |
| Payments to Third Parties | -$3.12 |
| Payments Received from Third Parties | $0.01 |

**Featured Artist Payment**

# $5,729.08

## Earnings by License Type

| | Month of December | Year To Date 2018 |
|---|---:|---:|
| Direct Licensing | $3,930.01 | $47,239.93 |
| SDARS | $1,435.78 | $15,589.89 |
| Webcasting | $303.01 | $3,113.98 |
| SETTLEMENT | $57.24 | $7,060.08 |
| Cable Radio | $8.76 | $83.25 |
| PES | $1.40 | $31.20 |
| Admin True Up | -$4.00 | $176.56 |
| **Performance Earnings** | **$5,732.19** | **$73,294.90** |
| Administrative Fee Adjustment | $0.00 | $353.64 |
| **Gross Earnings** | **$5,732.19** | **$73,648.54** |

## Featured Artist Payment by Period 2018



## Earnings by Featured Artist

| | Month of December |
|---|---:|
| Too $hort | $2,783.83 |
| Destructo feat. E-40 & Too $ho | $849.35 |
| Wiz Khalifa | $458.88 |
| Mozzy & Yhung T.O. (feat. Too | $458.32 |
| E-40  Too $hort | $155.39 |
| Too Short | $129.71 |
| Lil' Jon  The EastSide Boyz  T | $120.84 |
| TOO SHORT | $83.89 |
| E-40  Stresmatic  Too $hort | $67.10 |
| Devin "The Dude" And Tela  Sca | $36.96 |
| All Others | $587.92 |
| | $5,732.19 |

## Top 10 Recordings

| | Month of December |
|---|---:|
| All Nite | $849.35 |
| Blow the Whistle | $500.61 |
| Gettin' It | $497.93 |
| On My Level | $458.88 |
| Excuse Me | $458.32 |
| I'm a Player | $337.26 |
| Just Another Day | $193.56 |
| The Ghetto | $175.71 |
| Don't Fight the Feelin' | $159.22 |
| Gettin It | $128.92 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001      Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**January 2019** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID ███ 2093

| | |
|---|---|
| Performance Earnings | $5,796.45 |
| US Tax Withheld | $0.00 |
| Foreign Earnings | $6.67 |
| Foreign Tax Withheld | -$0.10 |
| Payments to Third Parties | -$3.09 |
| Payments Received from Third Parties | $0.01 |

**Featured Artist Payment**

**$5,799.93**

## Earnings by License Type

| | Month of January | Year To Date 2019 |
|---|---|---|
| Direct Licensing | $3,568.73 | $3,568.73 |
| SDARS | $1,924.86 | $1,924.86 |
| Webcasting | $295.14 | $295.14 |
| Cable Radio | $5.38 | $5.38 |
| SETTLEMENT | $1.70 | $1.70 |
| PES | $0.59 | $0.59 |
| Adjustment | $0.05 | $0.05 |
| Admin True Up | $0.00 | $0.00 |
| **Performance Earnings** | **$5,796.45** | **$5,796.45** |

## Featured Artist Payment by Period 2019



## Earnings by Featured Artist

| | Month of January |
|---|---|
| Too $hort | $3,991.83 |
| Wiz Khalifa | $470.46 |
| Too Short | $182.62 |
| E-40  Too $hort | $135.11 |
| Lil' Jon  The EastSide Boyz  T | $126.50 |
| Kelis  Too $hort | $87.34 |
| E-40  Stresmatic  Too $hort | $68.43 |
| TOO SHORT | $66.47 |
| Mozzy & Yhung T.O. (feat. Too | $64.07 |
| Devin "The Dude" And Tela  Sca | $40.15 |
| All Others | $563.44 |
| | **$5,796.45** |

## Top 10 Recordings

| | Month of January |
|---|---|
| Blow the Whistle | $1,169.05 |
| The Ghetto | $561.60 |
| Gettin' It | $494.47 |
| On My Level | $470.46 |
| I'm a Player | $337.52 |
| Just Another Day | $196.52 |
| Gettin It | $169.95 |
| Don't Fight the Feelin' | $162.01 |
| Shake That Monkey | $126.41 |
| Life Is ...Too $hort | $119.13 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001     Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**February 2019** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:
**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID        2093

| | |
|---|---|
| Performance Earnings | $4,677.44 |
| US Tax Withheld | $0.00 |
| Foreign Earnings | $102.53 |
| Foreign Tax Withheld | -$0.02 |
| Payments to Third Parties | -$2.68 |

**Featured Artist Payment**

## $4,777.26

### Earnings by License Type

| | Month of February | Year To Date 2019 |
|---|---|---|
| Direct Licensing | $3,312.82 | $6,881.54 |
| SDARS | $1,099.30 | $3,024.16 |
| Webcasting | $258.33 | $553.48 |
| PES | $3.83 | $4.42 |
| Cable Radio | $3.15 | $8.53 |
| SETTLEMENT | $0.00 | $1.70 |
| Adjustment | $0.00 | $0.05 |
| Admin True Up | -$0.00 | -$0.00 |
| **Performance Earnings** | **$4,677.44** | **$10,473.88** |

### Featured Artist Payment by Period 2019



### Earnings by Featured Artist

| | Month of February |
|---|---|
| Too $hort | $2,733.32 |
| Jonn Hart & Too $hort | $446.94 |
| Wiz Khalifa | $438.38 |
| Lil' Jon  The EastSide Boyz  T | $113.61 |
| E-40  Too $hort | $113.04 |
| Too Short | $96.21 |
| Mozzy & Yhung T.O. (feat. Too | $62.00 |
| E-40  Stresmatic  Too $hort | $61.36 |
| TOO SHORT | $58.83 |
| Devin "The Dude" And Tela  Sca | $34.81 |
| All Others | $518.94 |
| | **$4,677.44** |

### Top 10 Recordings

| | Month of February |
|---|---|
| Blow the Whistle | $502.75 |
| Gettin' It | $468.15 |
| Whistle | $446.94 |
| On My Level | $438.38 |
| The Ghetto | $330.56 |
| I'm a Player | $299.80 |
| Just Another Day | $178.53 |
| Don't Fight the Feelin' | $147.44 |
| Shake That Monkey | $113.51 |
| Freaky Tales | $104.61 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

**March 2019** Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID      2093

| | |
|---|---|
| Gross Earnings | $6,060.33 |
| US Tax Withheld | $0.00 |
| Payments to Third Parties | -$2.65 |
| Payments Received from Third Parties | $0.01 |

**Featured Artist Payment**

# $6,057.69

## Earnings by License Type

| | Month of March | Year To Date 2019 |
|---|---|---|
| Direct Licensing | $4,308.82 | $11,190.36 |
| SDARS | $974.24 | $3,998.41 |
| Webcasting | $197.05 | $750.52 |
| Cable Radio | $4.07 | $12.60 |
| PES | $2.42 | $6.85 |
| Admin True Up | $0.48 | $0.48 |
| Adjustment | $0.00 | $0.05 |
| SETTLEMENT | $0.00 | $1.70 |
| **Performance Earnings** | **$5,487.08** | **$15,960.97** |
| Administrative Fee Adjustment | $573.24 | $573.24 |
| **Gross Earnings** | **$6,060.33** | **$16,534.21** |

## Featured Artist Payment by Period 2019



US Dollars

## Earnings by Featured Artist

| | Month of March |
|---|---|
| Too $hort | $3,234.03 |
| J Stalin  Too Short | $679.55 |
| Wiz Khalifa | $435.50 |
| E-40  Too $hort | $139.32 |
| Lil' Jon  The EastSide Boyz  T | $118.21 |
| Too Short | $84.67 |
| Mozzy & Yhung T.O. (feat. Too | $69.77 |
| E-40  Stresmatic  Too $hort | $66.56 |
| TOO SHORT | $55.95 |
| Big Kap  Chyna Whyte  Lil Jon | $37.45 |
| All Others | $566.07 |
| | **$5,487.08** |

## Top 10 Recordings

| | Month of March |
|---|---|
| Blow the Whistle | $874.07 |
| Fuk That | $679.55 |
| Gettin' It | $475.04 |
| On My Level | $435.50 |
| I'm a Player | $326.48 |
| The Ghetto | $188.76 |
| Just Another Day | $181.15 |
| Don't Fight the Feelin' | $148.30 |
| Shake That Monkey | $117.93 |
| Freaky Tales | $108.73 |

This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001      Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

**April 2019** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange Payee ID      2093

| | |
|---|---|
| Performance Earnings | $4,546.12 |
| US Tax Withheld | $0.00 |
| Payments to Third Parties | -$2.91 |
| Payments Received from Third Parties | $0.01 |
| **Featured Artist Payment** | |
| | **$4,543.21** |

## Earnings by License Type

| | Month of April | Year To Date 2019 |
|---|---|---|
| Direct Licensing | $3,394.68 | $14,585.04 |
| SDARS | $714.56 | $4,712.97 |
| Webcasting | $432.66 | $1,183.18 |
| Cable Radio | $3.01 | $15.61 |
| PES | $1.20 | $8.05 |
| Admin True Up | $0.00 | $0.48 |
| Adjustment | $0.00 | $0.05 |
| SETTLEMENT | $0.00 | $1.70 |
| **Performance Earnings** | **$4,546.12** | **$20,507.09** |
| Administrative Fee Adjustment | $0.00 | $573.24 |
| **Gross Earnings** | **$4,546.12** | **$21,080.33** |

## Featured Artist Payment by Period 2019



## Earnings by Featured Artist

| | Month of April |
|---|---|
| Too $hort | $2,725.66 |
| Wiz Khalifa | $456.98 |
| E-40  Too $hort | $132.19 |
| Too Short | $131.16 |
| Lil' Jon  The EastSide Boyz  T | $128.70 |
| Devin "The Dude" And Tela  Sca | $107.67 |
| TOO SHORT | $79.69 |
| Mozzy & Yhung T.O. (feat. Too | $70.88 |
| E-40  Stresmatic  Too $hort | $70.78 |
| Kelis  Too $hort | $45.92 |
| All Others | $596.50 |
| | **$4,546.12** |

## Top 10 Recordings

| | Month of April |
|---|---|
| Gettin' It | $482.57 |
| Blow the Whistle | $466.01 |
| On My Level | $456.98 |
| The Ghetto | $289.02 |
| I'm a Player | $284.14 |
| Just Another Day | $192.80 |
| Don't Fight the Feelin' | $155.57 |
| Gettin It | $130.13 |
| Shake That Monkey | $128.59 |
| Freaky Tales | $112.55 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001      Customer Service: **800-961-2091** or **accounts@soundexchange.com**
www.soundexchange.com

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**May 2019** Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID  ████ 2093

| | |
|---|---|
| Performance Earnings | **$4,558.68** |
| US Tax Withheld | **$0.00** |
| Foreign Earnings | **$3.57** |
| Foreign Tax Withheld | **-$0.89** |
| Payments to Third Parties | **-$2.62** |

**Featured Artist Payment**

**$4,558.74**

## Earnings by License Type

| | Month of May | Year To Date 2019 |
|---|---|---|
| Direct Licensing | $3,594.77 | $18,179.81 |
| SDARS | $794.36 | $5,507.33 |
| Webcasting | $164.80 | $1,347.99 |
| Cable Radio | $3.55 | $19.16 |
| PES | $1.20 | $9.25 |
| Admin True Up | $0.00 | $0.48 |
| Adjustment | $0.00 | $0.05 |
| SETTLEMENT | $0.00 | $1.70 |
| **Performance Earnings** | **$4,558.68** | **$25,065.77** |
| Administrative Fee Adjustment | $0.00 | $573.24 |
| **Gross Earnings** | **$4,558.68** | **$25,639.01** |

## Featured Artist Payment by Period 2019



## Earnings by Featured Artist

| | Month of May |
|---|---|
| Too $hort | $2,575.05 |
| Jonn Hart, Too $hort & Juelz S | $433.79 |
| Wiz Khalifa | $421.04 |
| Lil' Jon  The EastSide Boyz  T | $136.63 |
| Too Short | $135.55 |
| E-40  Too $hort | $114.83 |
| Mozzy & Yhung T.O. (feat. Too | $63.41 |
| E-40  Stresmatic  Too $hort | $63.23 |
| Devin "The Dude" And Tela  Sca | $57.51 |
| TOO SHORT | $53.03 |
| All Others | $504.61 |
| | **$4,558.68** |

## Top 10 Recordings

| | Month of May |
|---|---|
| Gettin' It | $467.87 |
| Whistle | $465.73 |
| On My Level | $421.04 |
| Blow the Whistle | $352.74 |
| I'm a Player | $272.24 |
| Life Is ...Too $hort | $245.67 |
| The Ghetto | $239.75 |
| Just Another Day | $185.23 |
| Don't Fight the Feelin' | $151.75 |
| Shake That Monkey | $136.63 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

---

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001    Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

**June 2019** Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange Payee ID ▇▇▇ 2093

| | |
|---|---|
| Performance Earnings | $5,268.06 |
| US Tax Withheld | $0.00 |
| Payments to Third Parties | -$2.94 |
| Payments Received from Third Parties | $0.01 |

**Featured Artist Payment**

## $5,265.13

## Earnings by License Type

| | Month of June | Year To Date 2019 |
|---|---|---|
| Direct Licensing | $3,941.64 | $22,121.45 |
| SDARS | $801.10 | $6,308.44 |
| Webcasting | $520.75 | $1,868.74 |
| Cable Radio | $3.19 | $22.35 |
| PES | $1.38 | $10.62 |
| Adjustment | $0.00 | $0.05 |
| Admin True Up | $0.00 | $0.48 |
| SETTLEMENT | $0.00 | $1.70 |
| **Performance Earnings** | **$5,268.06** | **$30,333.83** |
| Administrative Fee Adjustment | $0.00 | $573.24 |
| **Gross Earnings** | **$5,268.06** | **$30,907.07** |

## Featured Artist Payment by Period 2019



US Dollars

## Earnings by Featured Artist

| | Month of June |
|---|---|
| Too $hort | $3,450.60 |
| Wiz Khalifa | $449.61 |
| Lil' Jon  The EastSide Boyz  T | $187.80 |
| E-40  Too $hort | $143.40 |
| Too Short | $138.08 |
| E-40  Stresmatic  Too $hort | $78.06 |
| Devin "The Dude" And Tela  Sca | $77.96 |
| Mozzy & Yhung T.O. (feat. Too | $75.30 |
| TOO SHORT | $61.19 |
| Big Kap  Chyna Whyte  Lil Jon | $39.27 |
| All Others | $566.78 |
| | **$5,268.06** |

## Top 10 Recordings

| | Month of June |
|---|---|
| Gettin' It | $606.94 |
| Blow the Whistle | $514.06 |
| On My Level | $449.61 |
| I'm a Player | $357.77 |
| The Ghetto | $323.60 |
| Life Is ...Too $hort | $279.61 |
| Just Another Day | $257.45 |
| Shake That Monkey | $187.44 |
| Don't Fight the Feelin' | $178.42 |
| Freaky Tales | $156.32 |

This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**July 2019** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID ████ 2093

| | |
|---|---|
| Performance Earnings | $5,423.28 |
| US Tax Withheld | $0.00 |
| Foreign Earnings | $1.75 |
| Foreign Tax Withheld | -$0.19 |
| Payments to Third Parties | -$3.23 |
| Payments Received from Third Parties | $0.01 |

**Featured Artist Payment**

**$5,421.61**

## Earnings by License Type

| | Month of July | Year To Date 2019 |
|---|---|---|
| Direct Licensing | $3,969.13 | $26,090.58 |
| SDARS | $751.13 | $7,059.57 |
| Webcasting | $436.43 | $2,305.17 |
| Adjustment | $242.38 | $242.43 |
| PES | $19.67 | $30.29 |
| Cable Radio | $3.04 | $25.38 |
| SETTLEMENT | $1.49 | $3.19 |
| Admin True Up | $0.01 | $0.49 |
| **Performance Earnings** | **$5,423.28** | **$35,757.10** |
| Administrative Fee Adjustment | $0.00 | $573.24 |
| **Gross Earnings** | **$5,423.28** | **$36,330.34** |

## Featured Artist Payment by Period 2019



## Earnings by Featured Artist

| | Month of July |
|---|---|
| Too $hort | $3,163.22 |
| Wiz Khalifa | $425.97 |
| Lil' Jon  The EastSide Boyz  T | $281.96 |
| Joe Moses (feat. Too Short) | $244.92 |
| Too Short | $135.34 |
| Devin "The Dude" And Tela  Sca | $131.87 |
| E-40  Too $hort | $129.28 |
| Mozzy & Yhung T.O. (feat. Too | $77.17 |
| E-40  Stresmatic  Too $hort | $74.46 |
| TOO SHORT | $56.52 |
| All Others | $702.56 |
| | $5,423.28 |

## Top 10 Recordings

| | Month of July |
|---|---|
| Gettin' It | $660.51 |
| On My Level | $425.97 |
| Blow the Whistle | $421.92 |
| I'm a Player | $364.41 |
| The Ghetto | $287.44 |
| Shake That Monkey | $281.83 |
| Just Another Day | $252.34 |
| Don't Trust | $244.92 |
| Life Is ...Too $hort | $207.59 |
| Don't Fight the Feelin' | $170.10 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001     Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**August 2019** Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange Payee ID ███ 2093

| | |
|---|---|
| Performance Earnings | $7,085.80 |
| US Tax Withheld | $0.00 |
| Foreign Earnings | $0.50 |
| Payments to Third Parties | -$5.09 |
| Payments Received from Third Parties | $0.01 |

**Featured Artist Payment**

## $7,081.23

### Earnings by License Type

| | Month of August | Year To Date 2019 |
|---|---|---|
| Direct Licensing | $4,044.25 | $30,134.83 |
| Admin True Up | $2,044.01 | $2,044.49 |
| SDARS | $676.28 | $7,735.85 |
| Webcasting | $317.71 | $2,622.88 |
| Cable Radio | $2.68 | $28.07 |
| PES | $0.88 | $31.17 |
| SETTLEMENT | $0.00 | $3.19 |
| Adjustment | $0.00 | $242.43 |
| **Performance Earnings** | **$7,085.80** | **$42,842.91** |
| Administrative Fee Adjustment | $0.00 | $573.24 |
| **Gross Earnings** | **$7,085.80** | **$43,416.15** |

### Featured Artist Payment by Period 2019



### Earnings by Featured Artist

| | Month of August |
|---|---|
| Too $hort | $4,387.79 |
| Wiz Khalifa | $566.44 |
| Too Short | $269.11 |
| Lil' Jon  The EastSide Boyz  T | $256.19 |
| E-40  Too $hort | $170.32 |
| Chris Brown  Lil Wayne  Too $h | $166.38 |
| TOO SHORT | $92.09 |
| E-40  Stresmatic  Too $hort | $88.69 |
| Mozzy & Yhung T.O. (feat. Too | $86.03 |
| Devin "The Dude" And Tela  Sca | $75.91 |
| All Others | $926.84 |
| | **$7,085.80** |

### Top 10 Recordings

| | Month of August |
|---|---|
| Gettin' It | $776.78 |
| Blow the Whistle | $646.48 |
| On My Level | $566.44 |
| I'm a Player | $528.43 |
| The Ghetto | $444.24 |
| Life Is ...Too $hort | $341.68 |
| Just Another Day | $299.13 |
| Shake That Monkey | $256.05 |
| Don't Fight the Feelin' | $208.60 |
| Freaky Tales | $184.38 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001      Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

**September 2019** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID ▮▮▮ 2093

| | |
|---|---|
| Performance Earnings | $4,702.77 |
| US Tax Withheld | $0.00 |
| Foreign Earnings | $4.88 |
| Payments to Third Parties | -$3.22 |
| Payments Received from Third Parties | $0.01 |

**Featured Artist Payment**

**$4,704.44**

## Earnings by License Type

| | Month of September | Year To Date 2019 |
|---|---|---|
| Direct Licensing | $3,736.18 | $33,871.01 |
| SDARS | $602.94 | $8,338.79 |
| Webcasting | $360.22 | $2,983.09 |
| Cable Radio | $2.42 | $30.49 |
| PES | $0.91 | $32.08 |
| Admin True Up | $0.11 | $2,044.60 |
| SETTLEMENT | $0.00 | $3.19 |
| Adjustment | -$0.01 | $242.42 |
| **Performance Earnings** | **$4,702.77** | **$47,545.68** |
| Administrative Fee Adjustment | $0.00 | $573.24 |
| **Gross Earnings** | **$4,702.77** | **$48,118.92** |

## Featured Artist Payment by Period 2019



## Earnings by Featured Artist

| | Month of September |
|---|---|
| Too $hort | $2,925.18 |
| Wiz Khalifa | $401.09 |
| Lil' Jon  The EastSide Boyz  T | $217.64 |
| E-40  Too $hort | $107.30 |
| Chris Brown  Lil Wayne  Too $h | $91.23 |
| Too Short | $68.27 |
| Mozzy & Yhung T.O. (feat. Too | $67.34 |
| CHRIS BROWN/LIL WAYNE/FRENCH M | $67.04 |
| E-40  Stresmatic  Too $hort | $65.45 |
| Devin "The Dude" And Tela  Sca | $45.81 |
| All Others | $646.42 |
| | **$4,702.77** |

## Top 10 Recordings

| | Month of September |
|---|---|
| Gettin' It | $602.86 |
| Blow the Whistle | $421.37 |
| On My Level | $401.09 |
| I'm a Player | $342.10 |
| The Ghetto | $309.84 |
| Just Another Day | $229.43 |
| Shake That Monkey | $217.52 |
| Don't Fight the Feelin' | $159.77 |
| Life Is ...Too $hort | $141.28 |
| Freaky Tales | $124.12 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001      Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

**October 2019** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID     2093

| | |
|---|---|
| Performance Earnings | $4,871.16 |
| US Tax Withheld | $0.00 |
| Payments to Third Parties | -$3.31 |
| Payments Received from Third Parties | $0.01 |

**Featured Artist Payment**

## $4,867.86

### Earnings by License Type

| | Month of October | Year To Date 2019 |
|---|---|---|
| Direct Licensing | $3,636.64 | $37,507.65 |
| SDARS | $920.45 | $9,259.24 |
| Webcasting | $321.47 | $3,304.57 |
| Cable Radio | $3.63 | $34.12 |
| PES | $0.26 | $32.34 |
| Admin True Up | $0.00 | $2,044.60 |
| SETTLEMENT | $0.00 | $3.19 |
| Adjustment | -$11.29 | $231.13 |
| **Performance Earnings** | **$4,871.16** | **$52,416.84** |
| Administrative Fee Adjustment | $0.00 | $573.24 |
| **Gross Earnings** | **$4,871.16** | **$52,990.08** |

### Featured Artist Payment by Period 2019



### Earnings by Featured Artist

| | Month of October |
|---|---|
| Too $hort | $3,069.83 |
| Lil' Jon  The EastSide Boyz  T | $393.37 |
| Wiz Khalifa | $389.36 |
| E-40  Too $hort | $79.84 |
| Chris Brown  Lil Wayne  Too $h | $65.40 |
| Mozzy & Yhung T.O. (feat. Too | $63.74 |
| TOO SHORT | $61.26 |
| E-40  Stresmatic  Too $hort | $59.19 |
| KELIS/TOO SHORT | $56.94 |
| Devin The Dude  Scarface  Tela | $54.15 |
| All Others | $578.08 |
| | **$4,871.16** |

### Top 10 Recordings

| | Month of October |
|---|---|
| Gettin' It | $586.48 |
| Blow the Whistle | $407.95 |
| Shake That Monkey | $393.23 |
| On My Level | $389.36 |
| The Ghetto | $332.60 |
| I'm a Player | $328.09 |
| Life Is ...Too $hort | $295.10 |
| Just Another Day | $224.79 |
| Don't Fight the Feelin' | $159.49 |
| Freaky Tales | $120.43 |

This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001     Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**November 2019** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID ████ 2093

| | |
|---|---|
| Performance Earnings | $5,077.00 |
| US Tax Withheld | $0.00 |
| Foreign Earnings | $760.94 |
| Foreign Tax Withheld | -$191.68 |
| Payments to Third Parties | -$3.45 |
| Payments Received from Third Parties | $0.01 |
| **Featured Artist Payment** | |
| | **$5,642.82** |

## Earnings by License Type

| | Month of November | Year To Date 2019 |
|---|---|---|
| Direct Licensing | $3,777.68 | $41,285.33 |
| SDARS | $930.66 | $10,189.89 |
| Webcasting | $350.21 | $3,654.77 |
| PES | $8.28 | $40.62 |
| SETTLEMENT | $6.53 | $9.71 |
| Cable Radio | $3.94 | $38.07 |
| Adjustment | $0.00 | $231.13 |
| Admin True Up | -$0.30 | $2,044.30 |
| **Performance Earnings** | **$5,077.00** | **$57,493.83** |
| Administrative Fee Adjustment | $0.00 | $573.24 |
| **Gross Earnings** | **$5,077.00** | **$58,067.07** |

## Featured Artist Payment by Period 2019



## Earnings by Featured Artist

| | Month of November |
|---|---|
| Too $hort | $3,225.12 |
| Wiz Khalifa | $372.35 |
| Lil' Jon  The EastSide Boyz  T | $356.64 |
| Destructo feat. E-40  Too $hor | $87.69 |
| E-40  Too $hort | $87.57 |
| CHRIS BROWN/LIL WAYNE/FRENCH M | $80.16 |
| Mozzy & Yhung T.O. (feat. Too | $63.49 |
| TOO SHORT | $60.31 |
| Chris Brown  Lil Wayne  Too $h | $59.58 |
| E-40  Stresmatic  Too $hort | $53.97 |
| All Others | $630.10 |
| | **$5,077.00** |

## Top 10 Recordings

| | Month of November |
|---|---|
| Gettin' It | $624.29 |
| Blow the Whistle | $450.06 |
| I'm a Player | $419.69 |
| On My Level | $372.35 |
| The Ghetto | $362.34 |
| Shake That Monkey | $356.53 |
| Just Another Day | $250.29 |
| Life Is ...Too $hort | $249.32 |
| Don't Fight the Feelin' | $156.30 |
| Freaky Tales | $116.23 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001    Customer Service: **800-961-2091** or **accounts@soundexchange.com**
www.soundexchange.com

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**January 2020** Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID    2093

| | |
|---|---|
| Performance Earnings | $5,495.75 |
| US Tax Withheld | $0.00 |
| Foreign Earnings | $117.35 |
| Foreign Tax Withheld | -$13.08 |
| **Featured Artist Payment** | |
| | **$5,600.02** |

## Earnings by License Type

| | Month of January | Year To Date 2020 |
|---|---|---|
| Direct Licensing | $3,273.86 | $3,273.86 |
| SDARS | $1,700.62 | $1,700.62 |
| Webcasting | $423.83 | $423.83 |
| Adjustment | $90.47 | $90.47 |
| Cable Radio | $6.69 | $6.69 |
| PES | $0.28 | $0.28 |
| Admin True Up | $0.00 | $0.00 |
| **Performance Earnings** | **$5,495.75** | **$5,495.75** |

## Featured Artist Payment by Period 2020



## Earnings by Featured Artist

| | Month of January |
|---|---|
| Too $hort | $3,986.78 |
| Lil' Jon  The EastSide Boyz  T | $314.14 |
| Too Short | $159.07 |
| E-40  Too $hort | $76.54 |
| T.W.D.Y.  Too Short | $76.43 |
| Chris Brown  Lil Wayne  Too $h | $67.91 |
| TOO SHORT | $62.28 |
| Mozzy & Yhung T.O. (feat. Too | $61.95 |
| Devin "The Dude" And Tela  Sca | $44.67 |
| E-40  Stresmatic  Too $hort | $43.35 |
| All Others | $602.62 |
| | **$5,495.75** |

## Top 10 Recordings

| | Month of January |
|---|---|
| Gettin' It | $647.96 |
| Blow the Whistle | $616.82 |
| The Ghetto | $438.23 |
| I'm a Player | $351.62 |
| Dope Fiend Beat | $319.10 |
| Shake That Monkey | $313.90 |
| Life Is ...Too $hort | $270.39 |
| Just Another Day | $244.63 |
| Gettin It | $157.03 |
| Don't Fight the Feelin' | $150.38 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001      Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

**February 2020** Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID ███ 2093

| | |
|---|---|
| Performance Earnings | $5,288.86 |
| US Tax Withheld | $0.00 |
| Foreign Earnings | $2.78 |
| **Featured Artist Payment** | |
| | **$5,291.64** |

## Earnings by License Type

| | Month of February | Year To Date 2020 |
|---|---|---|
| Direct Licensing | $3,783.77 | $7,057.63 |
| SDARS | $1,168.03 | $2,868.65 |
| Webcasting | $331.94 | $755.77 |
| Cable Radio | $4.88 | $11.57 |
| PES | $0.24 | $0.52 |
| Adjustment | $0.00 | $90.47 |
| Admin True Up | $0.00 | $0.00 |
| **Performance Earnings** | **$5,288.86** | **$10,784.61** |

## Featured Artist Payment by Period 2020



## Earnings by Featured Artist

| | Month of February |
|---|---|
| Too $hort | $3,338.15 |
| Wiz Khalifa | $676.17 |
| Lil' Jon  The EastSide Boyz  T | $217.96 |
| Too Short | $112.09 |
| E-40  Too $hort | $75.71 |
| CHRIS BROWN/LIL WAYNE/FRENCH M | $71.12 |
| E-40 | $64.47 |
| Mozzy & Yhung T.O. (feat. Too | $58.15 |
| Chris Brown  Lil Wayne  Too $h | $56.17 |
| Devin The Dude  Scarface  Tela | $48.61 |
| All Others | $570.26 |
| | **$5,288.86** |

## Top 10 Recordings

| | Month of February |
|---|---|
| On My Level | $676.17 |
| Gettin' It | $598.34 |
| Blow the Whistle | $558.18 |
| The Ghetto | $388.20 |
| I'm a Player | $312.90 |
| Life Is ...Too $hort | $261.86 |
| Just Another Day | $238.87 |
| Shake That Monkey | $217.54 |
| Don't Fight the Feelin' | $135.31 |
| Gettin It | $110.95 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001      Customer Service: **800-961-2091** or **accounts@soundexchange.com**
www.soundexchange.com

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**March 2020** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
150 S. RODEO DR., STE. 200
BEVERLY HILLS, CA 90212
United States

SoundExchange  Payee ID  ████ 2093

| | |
|---|---|
| Performance Earnings | $5,784.21 |
| US Tax Withheld | $0.00 |
| Foreign Earnings | $0.07 |
| **Featured Artist Payment** | |
| | **$5,784.29** |

## Earnings by License Type

| | Month of March | Year To Date 2020 |
|---|---|---|
| Direct Licensing | $3,486.26 | $10,543.88 |
| SDARS | $1,449.66 | $4,318.31 |
| Adjustment | $471.21 | $561.67 |
| Webcasting | $370.99 | $1,126.76 |
| Cable Radio | $5.77 | $17.34 |
| PES | $0.33 | $0.85 |
| Admin True Up | $0.00 | $0.00 |
| **Performance Earnings** | **$5,784.21** | **$16,568.82** |

## Featured Artist Payment by Period 2020



## Earnings by Featured Artist

| | Month of March |
|---|---|
| Too $hort | $3,496.01 |
| Ice Cube  Too Short | $583.90 |
| Wiz Khalifa | $325.07 |
| Lil' Jon  The EastSide Boyz  T | $265.53 |
| Too Short | $155.75 |
| TOO SHORT | $78.58 |
| CHRIS BROWN/LIL WAYNE/FRENCH M | $70.04 |
| E-40  Too $hort | $64.07 |
| Mozzy & Yhung T.O. (feat. Too | $57.49 |
| Mistah F.A.B.  Snoop Dogg  Too | $55.69 |
| All Others | $632.09 |
| | **$5,784.21** |

## Top 10 Recordings

| | Month of March |
|---|---|
| The Ghetto | $607.95 |
| Blow the Whistle | $588.49 |
| Ain't Got No Haters | $583.90 |
| Gettin' It | $578.54 |
| On My Level | $325.07 |
| I'm a Player | $316.87 |
| Shake That Monkey | $265.40 |
| Just Another Day | $229.27 |
| Life Is ...Too $hort | $222.80 |
| Gettin It | $154.54 |

This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001      Customer Service: **800-961-2091** or **accounts@soundexchange.com**
www.soundexchange.com

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**April 2020** Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
1802 Grand Avenue
Nashville, TN 37212
United States

SoundExchange  Payee ID    2093

| | |
|---|---|
| Performance Earnings | $5,590.75 |
| US Tax Withheld | $0.00 |
| Foreign Earnings | $2,140.12 |
| Foreign Tax Withheld | -$0.95 |
| **Featured Artist Payment** | |
| | **$7,729.91** |

## Earnings by License Type

| | Month of April | Year To Date 2020 |
|---|---|---|
| Direct Licensing | $3,922.31 | $14,466.20 |
| SDARS | $1,378.29 | $5,696.60 |
| Webcasting | $406.13 | $1,532.89 |
| Cable Radio | $4.87 | $22.21 |
| PES | $0.17 | $1.02 |
| Admin True Up | $0.02 | $0.02 |
| Adjustment | -$121.05 | $440.63 |
| **Performance Earnings** | **$5,590.75** | **$22,159.57** |

## Featured Artist Payment by Period 2020



## Earnings by Featured Artist

| | Month of April |
|---|---|
| Too $hort | $3,791.82 |
| Lil' Jon  The EastSide Boyz  T | $334.76 |
| Wiz Khalifa | $334.49 |
| Ice Cube  Too Short | $123.20 |
| Too Short | $94.17 |
| E-40  Too $hort | $79.11 |
| Mistah F.A.B.  Snoop Dogg  Too | $69.43 |
| TOO SHORT | $58.98 |
| Mozzy & Yhung T.O. (feat. Too | $58.09 |
| CHRIS BROWN/LIL WAYNE/FRENCH M | $57.64 |
| All Others | $589.05 |
| | $5,590.75 |

## Top 10 Recordings

| | Month of April |
|---|---|
| Blow the Whistle | $700.80 |
| Gettin' It | $632.38 |
| The Ghetto | $449.99 |
| I'm a Player | $345.65 |
| Shake That Monkey | $334.64 |
| On My Level | $334.49 |
| Life Is ...Too $hort | $283.05 |
| Just Another Day | $259.48 |
| Don't Fight the Feelin' | $142.27 |
| Ain't Got No Haters | $123.20 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001    Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

**May 2020** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
1802 Grand Ave.
Nashville, TN 37212
United States

SoundExchange Payee ID ███ 2093

| | |
|---|---|
| Performance Earnings | $4,875.15 |
| US Tax Withheld | $0.00 |
| Foreign Earnings | $568.79 |
| **Featured Artist Payment** | |
| | **$5,443.94** |

## Earnings by License Type

| | Month of May | Year To Date 2020 |
|---|---|---|
| Direct Licensing | $3,562.57 | $18,028.77 |
| SDARS | $1,131.27 | $6,827.87 |
| Webcasting | $171.38 | $1,704.27 |
| Adjustment | $5.05 | $445.68 |
| Cable Radio | $4.81 | $27.01 |
| PES | $0.08 | $1.10 |
| Admin True Up | $0.00 | $0.02 |
| **Performance Earnings** | **$4,875.15** | **$27,034.72** |

## Featured Artist Payment by Period 2020



## Earnings by Featured Artist

| | Month of May |
|---|---|
| Too $hort | $3,152.07 |
| Wiz Khalifa | $317.61 |
| Lil' Jon  The EastSide Boyz  T | $282.19 |
| Too Short | $138.07 |
| Ice Cube  Too Short | $120.15 |
| E-40  Too $hort | $83.44 |
| E-40  Stresmatic  Too $hort | $59.44 |
| Mozzy & Yhung T.O. (feat. Too | $58.72 |
| Devin The Dude  Scarface  Tela | $52.44 |
| E-40  K-CI  Too $hort | $45.34 |
| All Others | $565.68 |
| | **$4,875.15** |

## Top 10 Recordings

| | Month of May |
|---|---|
| Gettin' It | $627.10 |
| Blow the Whistle | $462.77 |
| The Ghetto | $416.87 |
| On My Level | $317.61 |
| I'm a Player | $316.96 |
| Shake That Monkey | $282.19 |
| Life Is ...Too $hort | $236.66 |
| Just Another Day | $229.69 |
| Don't Fight the Feelin' | $143.25 |
| Gettin It | $137.05 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001      Customer Service: **800-961-2091** or **accounts@soundexchange.com**
www.soundexchange.com

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



# June 2020 Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:
**TODD ANTHONY SHAW**
1802 Grand Ave.
Nashville, TN 37212
United States

SoundExchange Payee ID [redacted]2093

| | |
|---|---|
| Gross Earnings | **$7,344.92** |
| US Tax Withheld | **$0.00** |
| Foreign Earnings | **$57.84** |
| Foreign Tax Withheld | **-$14.48** |
| **Featured Artist Payment** | |
| | **$7,388.29** |

## Earnings by License Type

| | Month of June | Year To Date 2020 |
|---|---|---|
| Direct Licensing | $3,758.51 | $21,787.28 |
| Adjustment | $1,461.66 | $1,907.34 |
| SDARS | $1,007.30 | $7,835.17 |
| SETTLEMENT | $554.57 | $554.57 |
| Webcasting | $290.87 | $1,995.13 |
| Cable Radio | $3.97 | $30.99 |
| PES | $0.18 | $1.28 |
| Admin True Up | $0.00 | $0.03 |
| **Performance Earnings** | **$7,077.07** | **$34,111.78** |
| Administrative Fee Adjustment | $267.86 | $267.86 |
| **Gross Earnings** | **$7,344.92** | **$34,379.64** |

## Featured Artist Payment by Period 2020

US Dollars
9,000
7,500
6,000
4,500
3,000
1,500
0
Jan
Feb
Mar
Apr
May
Jun
Jul
Aug
Sep
Oct
Nov
Dec

## Earnings by Featured Artist

| | Month of June |
|---|---|
| Too $hort | $4,867.99 |
| Wiz Khalifa | $324.33 |
| Lil' Jon The EastSide Boyz T | $303.36 |
| Snoop Dogg (feat. Too $hort & | $169.49 |
| Mistah F.A.B. (feat. Philthy R | $142.88 |
| Ice Cube Too Short | $138.99 |
| E-40 Too $hort | $95.88 |
| Too Short | $69.63 |
| E-40 Stresmatic Too $hort | $66.56 |
| Chris Brown Lil Wayne Tyga | $62.63 |
| All Others | $835.34 |
| | **$7,077.07** |

## Top 10 Recordings

| | Month of June |
|---|---|
| Balance | $653.53 |
| Blow the Whistle | $631.57 |
| Gettin' It | $617.88 |
| The Ghetto | $465.58 |
| I'm a Player | $326.05 |
| On My Level | $324.33 |
| Shake That Monkey | $303.24 |
| Just Another Day | $241.95 |
| Life Is ...Too $hort | $183.61 |
| Toss It | $169.49 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

**July 2020** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:
**TODD ANTHONY SHAW**
1802 Grand Ave.
Nashville, TN 37212
United States

SoundExchange  Payee ID ████ 2093

| | |
|---|---|
| Performance Earnings | $4,850.51 |
| US Tax Withheld | $0.00 |
| Foreign Earnings | $101.21 |
| Foreign Tax Withheld | -$25.37 |

**Featured Artist Payment**

**$4,926.35**

## Earnings by License Type

| | Month of July | Year To Date 2020 |
|---|---|---|
| Direct Licensing | $3,806.30 | $25,593.58 |
| SDARS | $1,037.98 | $8,873.15 |
| Webcasting | $324.32 | $2,319.45 |
| Cable Radio | $4.31 | $35.30 |
| PES | $0.08 | $1.36 |
| Admin True Up | $0.01 | $0.03 |
| SETTLEMENT | $0.00 | $554.57 |
| Adjustment | -$322.49 | $1,584.85 |
| **Performance Earnings** | **$4,850.51** | **$38,962.29** |
| Administrative Fee Adjustment | $0.00 | $267.86 |
| **Gross Earnings** | **$4,850.51** | **$39,230.15** |

## Featured Artist Payment by Period 2020



## Earnings by Featured Artist

| | Month of July |
|---|---|
| Too $hort | $3,460.62 |
| Wiz Khalifa | $292.90 |
| Lil' Jon  The EastSide Boyz  T | $271.22 |
| Ice Cube  Too Short | $154.80 |
| E-40  Too $hort | $76.13 |
| Devin The Dude  Scarface  Tela | $61.67 |
| Mozzy & Yhung T.O. (feat. Too | $57.18 |
| E-40  Stresmatic  Too $hort | $54.99 |
| E-40  K-CI  Too $hort | $53.27 |
| Too Short | $50.03 |
| All Others | $317.71 |
| | **$4,850.51** |

## Top 10 Recordings

| | Month of July |
|---|---|
| Gettin' It | $659.05 |
| Blow the Whistle | $497.86 |
| The Ghetto | $434.77 |
| I'm a Player | $353.28 |
| On My Level | $292.90 |
| Shake That Monkey | $271.09 |
| Just Another Day | $251.77 |
| Life Is ...Too $hort | $190.82 |
| Don't Fight the Feelin' | $166.82 |
| Ain't Got No Haters | $154.80 |

This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**August 2020** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
1802 Grand Ave.
Nashville, TN 37212
United States

SoundExchange  Payee ID ▮▮▮ 2093

| | |
|---|---|
| Performance Earnings | $6,465.54 |
| US Tax Withheld | $0.00 |
| **Featured Artist Payment** | |
| | **$6,465.54** |

## Earnings by License Type

| | Month of August | Year To Date 2020 |
|---|---|---|
| Direct Licensing | $4,124.46 | $29,718.04 |
| SDARS | $1,117.94 | $9,991.09 |
| Admin True Up | $795.59 | $795.63 |
| Webcasting | $419.39 | $2,738.84 |
| Cable Radio | $4.55 | $39.86 |
| SETTLEMENT | $3.22 | $557.79 |
| Adjustment | $0.22 | $1,585.07 |
| PES | $0.16 | $1.52 |
| **Performance Earnings** | **$6,465.54** | **$45,427.83** |
| Administrative Fee Adjustment | $0.00 | $267.86 |
| **Gross Earnings** | **$6,465.54** | **$45,695.68** |

## Featured Artist Payment by Period 2020



## Earnings by Featured Artist

| | Month of August |
|---|---|
| Too $hort | $4,347.48 |
| Lil' Jon  The EastSide Boyz  T | $386.46 |
| Wiz Khalifa | $366.74 |
| Too Short | $187.22 |
| Ice Cube  Too Short | $182.11 |
| E-40  Too $hort | $82.49 |
| Mozzy & Yhung T.O. (feat. Too | $72.78 |
| Devin The Dude  Scarface  Tela | $68.08 |
| Devin "The Dude" And Tela  Sca | $59.36 |
| E-40  K-CI  Too $hort | $59.30 |
| All Others | $653.53 |
| | **$6,465.54** |

## Top 10 Recordings

| | Month of August |
|---|---|
| Gettin' It | $769.88 |
| The Ghetto | $589.49 |
| Blow the Whistle | $566.50 |
| I'm a Player | $426.66 |
| Shake That Monkey | $386.13 |
| On My Level | $366.74 |
| Just Another Day | $299.41 |
| Life Is ...Too $hort | $299.22 |
| Don't Fight the Feelin' | $211.53 |
| Gettin It | $183.09 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001     Customer Service: **800-961-2091** or **accounts@soundexchange.com**
www.soundexchange.com

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

**September 2020** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
1802 Grand Ave.
Nashville, TN 37212
United States

SoundExchange  Payee ID ███ 2093

| | |
|---|---|
| Performance Earnings | $5,417.36 |
| US Tax Withheld | $0.00 |
| **Featured Artist Payment** | |
| | **$5,417.36** |

## Earnings by License Type

| | Month of September | Year To Date 2020 |
|---|---|---|
| Direct Licensing | $3,926.49 | $33,644.53 |
| SDARS | $1,332.17 | $11,323.26 |
| Webcasting | $154.46 | $2,893.30 |
| Cable Radio | $4.09 | $43.94 |
| PES | $0.14 | $1.66 |
| Adjustment | $0.00 | $1,585.07 |
| Admin True Up | $0.00 | $795.63 |
| SETTLEMENT | $0.00 | $557.79 |
| **Performance Earnings** | **$5,417.36** | **$50,845.19** |
| Administrative Fee Adjustment | $0.00 | $267.86 |
| **Gross Earnings** | **$5,417.36** | **$51,113.05** |

**Featured Artist Payment by Period 2020**



## Earnings by Featured Artist

| | Month of September |
|---|---|
| Too $hort | $3,563.63 |
| Wiz Khalifa | $317.30 |
| Lil' Jon  The EastSide Boyz  T | $250.93 |
| Too Short | $232.41 |
| Ice Cube  Too Short | $177.03 |
| Devin The Dude  Scarface  Tela | $65.61 |
| E-40  Too $hort | $63.82 |
| Mozzy & Yhung T.O. (feat. Too | $58.94 |
| KELIS/TOO SHORT | $54.84 |
| E-40  K-CI  Too $hort | $50.98 |
| All Others | $581.87 |
| | **$5,417.36** |

## Top 10 Recordings

| | Month of September |
|---|---|
| Gettin' It | $651.85 |
| Blow the Whistle | $529.26 |
| The Ghetto | $411.27 |
| I'm a Player | $357.47 |
| On My Level | $317.30 |
| Shake That Monkey | $250.93 |
| Just Another Day | $245.51 |
| Gettin It | $230.40 |
| Life Is ...Too $hort | $197.49 |
| Don't Fight the Feelin' | $185.19 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001    Customer Service: **800-961-2091** or **accounts@soundexchange.com**
www.soundexchange.com

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

**October 2020** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
1802 Grand Ave.
Nashville, TN 37212
United States

SoundExchange  Payee ID ▓▓ 2093

| | |
|---|---|
| Performance Earnings | $5,772.68 |
| US Tax Withheld | $0.00 |
| **Featured Artist Payment** | |
| | **$5,772.68** |

## Earnings by License Type

| | Month of October | Year To Date 2020 |
|---|---|---|
| Direct Licensing | $3,909.85 | $37,554.38 |
| SDARS | $1,574.51 | $12,897.77 |
| Webcasting | $277.01 | $3,170.31 |
| Cable Radio | $6.26 | $50.21 |
| Adjustment | $4.95 | $1,590.02 |
| PES | $0.10 | $1.76 |
| Admin True Up | $0.00 | $795.63 |
| SETTLEMENT | $0.00 | $557.79 |
| **Performance Earnings** | **$5,772.68** | **$56,617.87** |
| Administrative Fee Adjustment | $0.00 | $267.86 |
| **Gross Earnings** | **$5,772.68** | **$56,885.73** |

## Featured Artist Payment by Period 2020



## Earnings by Featured Artist

| | Month of October |
|---|---|
| Too $hort | $4,038.75 |
| Lil' Jon  The EastSide Boyz  T | $314.44 |
| Wiz Khalifa | $272.35 |
| Ice Cube  Too Short | $181.87 |
| Too Short | $93.07 |
| TOO SHORT | $79.80 |
| E-40  Too $hort | $61.33 |
| Devin The Dude  Scarface  Tela | $59.76 |
| E-40  K-CI  Too $hort | $55.74 |
| Mozzy & Yhung T.O. (feat. Too | $54.88 |
| All Others | $560.69 |
| | $5,772.68 |

## Top 10 Recordings

| | Month of October |
|---|---|
| Blow the Whistle | $684.05 |
| Gettin' It | $662.78 |
| The Ghetto | $453.16 |
| Freaky Tales | $446.14 |
| I'm a Player | $355.55 |
| Shake That Monkey | $314.08 |
| On My Level | $272.35 |
| Just Another Day | $242.37 |
| Life Is ...Too $hort | $222.32 |
| Ain't Got No Haters | $181.87 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**November 2020** Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
1802 Grand Ave.
Nashville, TN 37212
United States

SoundExchange  Payee ID  ▆▆ 2093

| | |
|---|---:|
| Performance Earnings | $8,393.85 |
| US Tax Withheld | $0.00 |
| Foreign Earnings | $1.57 |
| Foreign Cost Deduction | -$0.09 |

**Featured Artist Payment**

## $8,395.33

## Earnings by License Type

| | Month of November | Year To Date 2020 |
|---|---:|---:|
| Direct Licensing | $3,848.96 | $41,403.34 |
| Adjustment | $2,724.73 | $4,314.75 |
| SDARS | $1,535.01 | $14,432.78 |
| Webcasting | $278.98 | $3,449.29 |
| Cable Radio | $6.03 | $56.24 |
| PES | $0.15 | $1.91 |
| Admin True Up | $0.00 | $795.63 |
| SETTLEMENT | $0.00 | $557.79 |
| **Performance Earnings** | **$8,393.85** | **$65,011.72** |
| Administrative Fee Adjustment | $0.00 | $267.86 |
| **Gross Earnings** | **$8,393.85** | **$65,279.58** |

## Featured Artist Payment by Period 2020



## Earnings by Featured Artist

| | Month of November |
|---|---:|
| Too $hort | $3,908.84 |
| Dolla Will  Too $hort | $1,440.77 |
| Too $hort  Zion I | $341.47 |
| Wiz Khalifa | $263.94 |
| TOO SHORT | $239.66 |
| Lil' Jon  The EastSide Boyz  T | $235.38 |
| Ice Cube  Too $hort | $213.56 |
| Too $hort | $173.36 |
| Too $hort feat. Pimp C of UGK | $98.59 |
| Kelis  Too $hort | $80.41 |
| All Others | $1,397.87 |
| | **$8,393.85** |

## Top 10 Recordings

| | Month of November |
|---|---:|
| I Like It | $1,440.56 |
| The Ghetto | $803.06 |
| Gettin' It | $641.05 |
| Blow the Whistle | $637.73 |
| I'm a Player | $346.79 |
| Don't Lose Your Head Remix | $341.41 |
| On My Level | $263.94 |
| Shake That Monkey | $235.28 |
| Just Another Day | $233.72 |
| Ain't Got No Haters | $213.56 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001    Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.



**December 2020** Featured Artist
Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
1802 Grand Ave.
Nashville, TN 37212
United States

SoundExchange  Payee ID ███ 2093

| | |
|---|---|
| Performance Earnings | $5,359.84 |
| US Tax Withheld | $0.00 |
| Foreign Earnings | $178.78 |
| Foreign Tax Withheld | -$8.70 |
| **Featured Artist Payment** | |
| | **$5,529.92** |

## Earnings by License Type

| | Month of December | Year To Date 2020 |
|---|---|---|
| Direct Licensing | $3,683.73 | $45,087.07 |
| SDARS | $1,205.92 | $15,638.71 |
| Webcasting | $442.50 | $3,891.79 |
| Adjustment | $22.89 | $4,337.64 |
| Cable Radio | $4.71 | $60.95 |
| PES | $0.08 | $1.98 |
| Admin True Up | $0.00 | $795.63 |
| SETTLEMENT | $0.00 | $557.79 |
| **Performance Earnings** | **$5,359.84** | **$70,371.56** |
| Administrative Fee Adjustment | $0.00 | $267.86 |
| **Gross Earnings** | **$5,359.84** | **$70,639.42** |

## Featured Artist Payment by Period 2020



## Earnings by Featured Artist

| | Month of December |
|---|---|
| Too $hort | $3,418.77 |
| Lil' Jon  The EastSide Boyz  T | $326.08 |
| Wiz Khalifa | $246.08 |
| Ice Cube  Too Short | $176.61 |
| Too Short | $129.20 |
| Chris Brown  Lil Wayne  Tyga | $119.89 |
| E-40  Too $hort | $75.03 |
| Devin The Dude  Scarface  Tela | $66.09 |
| E-40  K-CI  Too $hort | $55.90 |
| E-40  Stresmatic  Too $hort | $55.79 |
| All Others | $690.40 |
| | **$5,359.84** |

## Top 10 Recordings

| | Month of December |
|---|---|
| Blow the Whistle | $693.91 |
| Gettin' It | $577.53 |
| The Ghetto | $453.23 |
| Shake That Monkey | $325.98 |
| I'm a Player | $320.50 |
| On My Level | $246.08 |
| Just Another Day | $224.62 |
| Ain't Got No Haters | $176.61 |
| Don't Fight the Feelin' | $165.18 |
| Life Is ...Too $hort | $157.99 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001     Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

**January 2021** Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:

**TODD ANTHONY SHAW**
1802 Grand Ave.
Nashville, TN 37212
United States

SoundExchange  Payee ID ███ 2093

| | |
|---|---|
| Performance Earnings | **$9,901.10** |
| US Tax Withheld | **$0.00** |
| Foreign Earnings | **$8.77** |
| Foreign Tax Withheld | **-$0.96** |
| | |
| **Featured Artist Payment** | |
| | **$9,908.91** |

## Earnings by License Type

| | Month of January | Year To Date 2021 |
|---|---|---|
| Adjustment | $4,375.98 | $4,375.98 |
| Direct Licensing | $3,867.19 | $3,867.19 |
| SDARS | $1,306.90 | $1,306.90 |
| Webcasting | $346.37 | $346.37 |
| Cable Radio | $4.51 | $4.51 |
| PES | $0.15 | $0.15 |
| Admin True Up | $0.00 | $0.00 |
| **Performance Earnings** | **$9,901.10** | **$9,901.10** |

## Featured Artist Payment by Period 2021



US Dollars

## Earnings by Featured Artist

| | Month of January |
|---|---|
| G-Eazy  Too $hort | $4,049.99 |
| Too $hort | $3,452.37 |
| Wiz Khalifa | $266.71 |
| Lil' Jon  The EastSide Boyz  T | $266.29 |
| TOO SHORT | $241.37 |
| Ice Cube  Too $hort | $175.62 |
| KELIS/TOO SHORT | $167.77 |
| E-40  Too $hort | $91.50 |
| Kelis  Too $hort | $78.51 |
| JT Money  Too $hort | $76.78 |
| All Others | $1,034.19 |
| | **$9,901.10** |

## Top 10 Recordings

| | Month of January |
|---|---|
| Of All Things | $4,049.99 |
| Blow the Whistle | $702.89 |
| Gettin' It | $572.52 |
| The Ghetto | $537.59 |
| I'm a Player | $327.95 |
| On My Level | $266.71 |
| Shake That Monkey | $266.02 |
| Just Another Day | $227.39 |
| LIFE IS...TOO SHORT | $204.01 |
| Don't Fight the Feelin' | $177.56 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange 733 10th St NW, 10th Floor, Washington DC 20001    Customer Service: **800-961-2091** or **accounts@soundexchange.com**
**www.soundexchange.com**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

soundexchange

# February 2021 Featured Artist

Digital Performance Royalty Statement / Page 1 of 2

SoundExchange Payee Name:
**TODD ANTHONY SHAW**
1802 Grand Ave.
Nashville, TN 37212
United States

SoundExchange Payee ID [redacted]2093

| | |
|---|---|
| Performance Earnings | **$4,629.34** |
| US Tax Withheld | **$0.00** |
| Foreign Earnings | **$1.26** |
| Foreign Cost Deduction | **-$0.06** |
| **Featured Artist Payment** | |
| | **$4,630.53** |

## Earnings by License Type

| | Month of February | Year To Date 2021 |
|---|---|---|
| Direct Licensing | $3,417.79 | $7,284.98 |
| SDARS | $1,011.25 | $2,318.14 |
| Webcasting | $112.65 | $459.02 |
| Adjustment | $83.82 | $4,459.80 |
| Cable Radio | $3.65 | $8.16 |
| PES | $0.13 | $0.29 |
| Admin True Up | $0.05 | $0.05 |
| **Performance Earnings** | **$4,629.34** | **$14,530.44** |

## Featured Artist Payment by Period 2021

US Dollars
12K
10K
8K
6K
4K
2K
0K
Jan
Feb
Mar
Apr
May
Jun
Jul
Aug
Sep
Oct
Nov
Dec

## Earnings by Featured Artist

| | Month of February |
|---|---|
| Too $hort | $2,826.28 |
| Wiz Khalifa | $228.54 |
| Lil' Jon The EastSide Boyz T | $178.25 |
| Ice Cube Too Short | $155.00 |
| KELIS/TOO SHORT | $140.12 |
| Too Short | $111.55 |
| E-40 Too $hort | $76.54 |
| G-Stack Keak Da Sneak Too $h | $72.91 |
| Devin The Dude Scarface Tela | $56.31 |
| E-40 Stresmatic Too $hort | $53.99 |
| All Others | $729.84 |
| | **$4,629.34** |

## Top 10 Recordings

| | Month of February |
|---|---|
| Gettin' It | $528.78 |
| Blow the Whistle | $405.87 |
| The Ghetto | $319.82 |
| I'm a Player | $285.00 |
| Life Is ...Too $hort | $262.95 |
| On My Level | $228.54 |
| Just Another Day | $198.08 |
| Shake That Monkey | $178.25 |
| Ain't Got No Haters | $155.00 |
| Don't Fight the Feelin' | $150.75 |

**This is your Summary Statement of earnings. Please refer to the corresponding spreadsheet for details by services and all performances.**

SoundExchange is a non-profit performance rights organization that collects statutory royalties from satellite and internet radio, cable radio, and similar services. The Copyright Royalty Board, which is appointed by the U.S. Library of Congress, has entrusted SoundExchange as the sole entity in the United States to collect and distribute these digital performance royalties on behalf of featured and non-featured recording artists, master rights owners and independent artists who own their own master recordings. SoundExchange distributes royalties for the public performance of sound recordings pursuant to 17. U.S.C. 114. SoundExchange pays royalties directly to payees according to splits set forth under Federal law as follows: 50% to the copyright owner, 45% to the featured artist, and 5% to the AFM and AFTRA Intellectual Property Rights Fund for distribution to non-featured musicians and vocalists.

TRUSTEE EXHIBIT "10" FOLLOWS

## Michael Bargar

| | |
|---|---|
| **From:** | Bargar, Michael J. <michael.bargar@agg.com> |
| **Sent:** | Tuesday, September 22, 2020 5:20 PM |
| **To:** | Na'il Benjamin; Gaelen Whittemore |
| **Subject:** | RE: Todd Shaw PKA Too $hort |

Dear Mr. Benjamin:

The case number for Mr. Shaw's bankruptcy case is 09-61855-BEM, which remains pending in the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division.  I recall that I explained the status of the case to a Josh Binder earlier this year.  I am happy to answer any questions that you might have.  Feel free to call me at the direct line in my below signature block.

So that I can understand exactly who I will be speaking with, who exactly is the "we" that Mr. Wittemore references in his below email?

Thank you,

Mike

**Michael J. Bargar**
**Partner**

Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
p: 404.873.7030 f: 404.873.7031
michael.bargar@agg.com | bio | linkedin | vcard | website

---

**From:** Na'il Benjamin <NBenjamin@benjaminlawgroup.com>
**Sent:** Tuesday, September 22, 2020 5:09 PM
**To:** Gaelen Whittemore <gaelen.whittemore@gmail.com>; Bargar, Michael J. <michael.bargar@agg.com>
**Subject:** RE: Todd Shaw PKA Too $hort

Thanks, Gaelen.  I appreciate it.


Best regards,

Na'il Benjamin, Esq.
Managing Partner
Benjamin Law Group, P.C.
1290 B Street, Suite 314
Hayward, CA 94541
(510) 897-9966
Hayward | San Francisco | Los Angeles
www.BenjaminLawGroup.com

 

**From:** Gaelen Whittemore <gaelen.whittemore@gmail.com>
**Sent:** Tuesday, September 22, 2020 1:47 PM
**To:** Bargar, Michael J. <michael.bargar@agg.com>
**Cc:** Na'il Benjamin <NBenjamin@benjaminlawgroup.com>
**Subject:** Re: Todd Shaw PKA Too $hort

Michael, copied here is Na'il Benjamin, an attorney we are retaining to assist in bringing clarity to the status of Mr. Shaw's BK case. Can you provide the case #?

Thank you.

Sent from my iPhone

> On Apr 17, 2020, at 11:32 AM, Bargar, Michael J. <michael.bargar@agg.com> wrote:
>
> Yes, that works.  Thank you for the flexibility.
>
> Kind regards,
>
> Mike
>
> **Michael J. Bargar**
> **Partner**
>
> Arnall Golden Gregory LLP
> 171 17th Street NW, Suite 2100
> Atlanta, GA 30363
> p: 404.873.7030 f: 404.873.7031
> michael.bargar@agg.com | bio | linkedin | vcard | website

**From:** Sabrina Lam <slam@rmbllp.com>
**Sent:** Friday, April 17, 2020 2:23 PM
**To:** Bargar, Michael J. <michael.bargar@agg.com>
**Cc:** Gaelen Whittemore <gaelen.whittemore@gmail.com>
**Subject:** RE: Todd Shaw PKA Too $hort

Hi Michael,

No problem, might Monday at 12pm PST work for you?

Kind Regards,
Sabrina

2

Sabrina G Lam
Assistant to Joshua P. Binder
ROTHENBERG, MOHR & BINDER, LLP
E: slam@rmbllp.com

9595 Wilshire Blvd., Suite 201, Beverly Hills, CA 90212

Direct: (310) 774-0599 | Main: 310 721 6065

---

**From:** Bargar, Michael J. <michael.bargar@agg.com>
**Sent:** Friday, April 17, 2020 11:21 AM
**To:** Sabrina Lam <slam@rmbllp.com>
**Cc:** Gaelen Whittemore <gaelen.whittemore@gmail.com>
**Subject:** RE: Todd Shaw PKA Too $hort

Dear Ms. Lam:

I have had a bit of an emergency come up and need to reschedule my call with Mr. Binder.  Can we do the call at 10:00 a.m. (PT) on Monday?

Thanks,

Mike

**Michael J. Bargar**
**Partner**

Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
p: 404.873.7030 f: 404.873.7031
michael.bargar@agg.com | bio | linkedin | vcard | website

---

**From:** Sabrina Lam <slam@rmbllp.com>
**Sent:** Wednesday, April 15, 2020 8:39 PM
**To:** Bargar, Michael J. <michael.bargar@agg.com>
**Cc:** Gaelen Whittemore <gaelen.whittemore@gmail.com>
**Subject:** RE: Todd Shaw PKA Too $hort

Hi Michael,

Yes, that works for Josh. Thank you!

Kind Regards,
Sabrina


Sabrina G Lam
Assistant to Joshua P. Binder

ROTHENBERG, MOHR & BINDER, LLP
E: slam@rmbllp.com

9595 Wilshire Blvd., Suite 201, Beverly Hills, CA 90212

Direct: (310) 774-0599 | Main: 310 721 6065

---

**From:** Bargar, Michael J. <michael.bargar@agg.com>
**Sent:** Wednesday, April 15, 2020 5:33 PM
**To:** Sabrina Lam <slam@rmbllp.com>
**Cc:** Gaelen Whittemore <gaelen.whittemore@gmail.com>
**Subject:** Re: Todd Shaw PKA Too $hort

Hi Sabrina,

I have a telephone call at 2:00. To be safe, how does 4:00 ET work?

Kind regards,

Mike


Sent from my IPhone (Please excuse typos)

Michael J. Bargar
Attorney at Law
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
michael.bargar@agg.com
404-873-7030 (phone)
404-873-7031 (fax)


On Apr 15, 2020, at 8:29 PM, Sabrina Lam <slam@rmbllp.com> wrote:


Moving Josh to BCC for a soft removal.

Good Afternoon Michael,

Are you available to speak with Josh on Friday at 12pm PST/3pm EST?

Kind Regards,
Sabrina


Sabrina G Lam
Assistant to Joshua P. Binder
ROTHENBERG, MOHR & BINDER, LLP
E: slam@rmbllp.com

4

9595 Wilshire Blvd., Suite 201, Beverly Hills, CA 90212

Direct: (310) 774-0599 | Main: 310 721 6065

---

**From:** Joshua Binder <jbinder@rmbllp.com>
**Sent:** Wednesday, April 15, 2020 5:25 PM
**To:** Bargar, Michael J. <michael.bargar@agg.com>
**Cc:** Gaelen Whittemore <gaelen.whittemore@gmail.com>; Sabrina Lam
<slam@rmbllp.com>
**Subject:** RE: Todd Shaw PKA Too $hort

+ Sabrina.

---

**From:** Bargar, Michael J. <michael.bargar@agg.com>
**Sent:** Wednesday, April 15, 2020 5:16 PM
**To:** Joshua Binder <jbinder@rmbllp.com>
**Cc:** Gaelen Whittemore <gaelen.whittemore@gmail.com>
**Subject:** Re: Todd Shaw PKA Too $hort

Hi Joshua,

I am in Court all day tomorrow and unavailable.  What does your schedule look
like on Friday or Monday?

Kind regards,

Mike


Sent from my IPhone (Please excuse typos)

Michael J. Bargar
Attorney at Law
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
michael.bargar@agg.com
404-873-7030 (phone)
404-873-7031 (fax)


> On Apr 15, 2020, at 7:20 PM, Joshua Binder
> <jbinder@rmbllp.com> wrote:
>
>
> Michael,
>
> Please give me a call tomorrow.

Best,
Josh

Joshua P. Binder
Rothenberg Mohr & Binder, LLP
9595 Wilshire Boulevard, Suite 201
Beverly Hills, CA 90212
Phone: (310) 430-7312
Email: jbinder@rmbllp.com

---

**From:** Gaelen Whittemore <gaelen.whittemore@gmail.com>
**Sent:** Wednesday, April 15, 2020 3:58 PM
**To:** Joshua Binder <jbinder@rmbllp.com>
**Subject:** Fwd: Todd Shaw PKA Too $hort

Begin forwarded message:

> **From:** "Bargar, Michael J."
> <michael.bargar@agg.com>
> **Date:** March 30, 2020 at 12:25:33 PM PDT
> **To:** Gaelen Whittemore
> <gaelen.whittemore@gmail.com>
> **Cc:** Greg Hays <ghays@haysconsulting.net>,
> Joshua Binder <jbinder@rmbllp.com>
> **Subject: RE:  Todd Shaw PKA Too $hort**

> I have not received a telephone call from Mr.
> Binder.  Please have him call my direct line (404-873-
> 7030).

> Kind regards,

> Mike

> **Michael J. Bargar**
> **Partner**

> Arnall Golden Gregory LLP
> 171 17th Street NW, Suite 2100
> Atlanta, GA 30363
> p: 404.873.7030 f: 404.873.7031
> michael.bargar@agg.com | bio | linkedin | vcard | website

> **From:** Gaelen Whittemore
> <gaelen.whittemore@gmail.com>

6

**Sent:** Monday, March 30, 2020 3:21 PM
**To:** Bargar, Michael J. <michael.bargar@agg.com>
**Cc:** Greg Hays <ghays@haysconsulting.net>; Joshua
Binder <jbinder@rmbllp.com>
**Subject:** Re: Todd Shaw PKA Too $hort

Hey Michael, wanted to follow up here. Josh has
called your office but I don't think he's heard back
yet.

Thx

On Wed, Dec 11, 2019 at 2:43 PM Bargar, Michael
J. <michael.bargar@agg.com> wrote:

Hi Gaelen,


My firm represents Trustee in Mr. Shaw's
bankruptcy case.  Mr. Shaw is represented by counsel
in this matter.  It looks like Joshua Binder may
represent him, too.  Please have Mr. Binder give me a
call.  In the meantime, it is important to note that Mr.
Shaw's bankruptcy case remains pending, and the
accounts receivable remain property of his bankruptcy
estate.


Kind regards,


Mike


**Michael J. Bargar**

**Attorney at Law**


Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100

Atlanta, GA 30363

p: 404.873.7030 f: 404.873.7031

michael.bargar@agg.com | bio | linkedin | vcard | website

**From:** Gaelen Whittemore
[mailto:gaelen.whittemore@gmail.com]
**Sent:** Wednesday, December 11, 2019 5:13 PM
**To:** Greg Hays <ghays@haysconsulting.net>
**Cc:** Joshua Binder <jbinder@rmbllp.com>; Bargar,
Michael J. <michael.bargar@agg.com>
**Subject:** Re: Todd Shaw PKA Too $hort

Thank you. Our attorney Joshua is copied as well.
Pls advise what we need to provide.

Sent from my iPhone

On Dec 11, 2019, at 2:09 PM, Greg
Hays <ghays@haysconsulting.net>
wrote:

There is information on the docket and
happy to provide additional
information but  you need to make the
request through his lawyer or provide
information or your representation of
the Debtor.

I copied Trustee's counsel.

S. Gregory Hays, CTP, CIRA

Managing Principal

Hays Financial Consulting, LLC

8

2964 Peachtree Road, Suite 555

Atlanta, GA 30305

Office (404) 926-0051

Mobile (404)218-1088

ghays@haysconsulting.net

www.haysconsulting.net

**From:** Gaelen Whittemore
[mailto:gaelen.whittemore@gmail.com]
**Sent:** Wednesday, December 11, 2019
5:00 PM
**To:** Greg Hays
<ghays@haysconsulting.net>
**Cc:** Joshua Binder
<jbinder@rmbllp.com>
**Subject:** Todd Shaw PKA Too $hort

Greg,

Hope all is well. I rep musician,
Too $hort. Your firm has been
collecting royalties stemming from
a past bankruptcy. Hoping you can
send us a copy of the settlement and
up to date accounting summary.
We're trying to clean up
accountancy across the board.

Thank you for your attention to this
matter.

--

Gaelen Whittemore

(818) 402 - 9775

**Note:**
This message and any attachments from the law firm Arnall Golden
Gregory LLP may contain CONFIDENTIAL and legally protected
information.  If you are not the addressee and an intended recipient,
please do not read, copy, use or disclose this communication to
others;  also, please notify the sender by replying to this message, and
then delete it from your system.  Thank you.

--

Gaelen Whittemore
(818) 402 - 9775

TRUSTEE EXHIBIT "11" FOLLOWS

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT <u>NORTHERN</u>     DISTRICT OF <u>GEORGIA</u> | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>    TODD ANTHONY SHAW | Case Number:<br>   09-61855-MGD |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>    Department of the Treasury - Internal Revenue Service | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>  Internal Revenue Service<br>  P.O. Box 21126<br>  Philadelphia, PA 19114<br><br>Telephone number: 1-800-913-9358     Creditor Number: 11191512 | **Court Claim Number:** _____<br>   *(If known)*<br><br>Filed on: _____ |
| Name and address where payments should be sent (if different from above):<br>  Internal Revenue Service<br>  P.O. Box 21125<br>  Philadelphia, PA 19114<br><br>Telephone Number: 1-800-913-9358 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**   $ 2,107,643.02

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

■ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:**     Taxes
   (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**   See Attachment

    **3a. Debtor may have scheduled account as:** _____
    (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
  Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**

**Value of Property:** $_____  **Annual Interest Rate** ___%

Amount of arrearage and other charges as of time case filed included in secured claim,

**if any:** $_____    **Basis for perfection:** _____

**Amount of Secured Claim:** $_____    **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

■ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

Amount entitled to priority:

$ 34,604.28

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date:  01/04/2010 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

/s/ GLENDA COLLINS,             Internal Revenue Service
Bankruptcy Specialist              401 W PEACHTREE ST, NW
(404) 338-7577                  M/S 334-D
                            ATLANTA, GA 30308-3539

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 and 3571.

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

Form **10**
Attachment

**In the Matter of:** TODD ANTHONY SHAW
AKA TOO SHORT
1010 FOREST OVERLOOK DRIVE
ATLANTA, GA 36033

| | |
|---|---|
| **Case Number** | 09-61855-MGD |
| **Type of Bankruptcy Case** | CHAPTER 7A |
| **Date of Petition** | 01/26/2009 |

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

## Unsecured Priority Claims   under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|---|
| XXX-XX-4101 | INCOME | 12/31/2005 | 1 | NOT FILED | $1,000.00 | $0.00 |
| XXX-XX-4101 | INCOME | 12/31/2006 | 2 | Unassessed-No Return | $2,100.40 | $268.99 |
| XXX-XX-4101 | INCOME | 12/31/2007 | 2 | Unassessed-No Return | $4,782.14 | $213.46 |
| XXX-XX-4101 | INCOME | 12/31/2008 | 2 | Unassessed-No Return | $26,239.29 | $0.00 |
| | | | | | $34,121.83 | $482.45 |

**Total Amount of Unsecured Priority Claims:**   $34,604.28

## Unsecured General Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|---|
| XXX-XX-4101 | INCOME | 12/31/1995 | | 07/30/1998 | $144,793.22 | $768,960.77 |
| XXX-XX-4101 | INCOME | 12/31/1996 | | 07/30/1998 | $42,980.00 | $54,613.49 |
| XXX-XX-4101 | INCOME | 12/31/1997 | | 11/23/1998 | $259,632.00 | $12,360.28 |
| XXX-XX-4101 | INCOME | 12/31/1999 | | 09/24/2001 | $0.00 | $290.03 |
| XXX-XX-4101 | INCOME | 12/31/2003 | 2 | Unassessed-No Return | $60.20 | $22.00 |
| XXX-XX-4101 | INCOME | 12/31/2004 | 2 | Unassessed-No Return | $397.60 | $120.03 |
| | | | | | $447,863.02 | $836,366.60 |

Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . . $788,809.12

**Total Amount of Unsecured General Claims:**   $2,073,038.74

1 THE ABOVE LIABILITY HAS BEEN LISTED AS A POTENTIAL LIABILITY FOR THE DEBTOR BECAUSE THE RETURN HAS NOT BEEN FILED. AS SOON AS THE DEBTOR FILES THE RETURN WITH THE IRS AS RE-QUIRED BY LAW THIS CLAIM WILL BE ADJUSTED TO REFLECT THE ASSESSED LIABILITY.

2 UNASSESSED TAX LIABILITY(IES) HAVE BEEN LISTED ON THIS CLAIM BECAUSE OUR RECORDS SHOW  NO RETURN(S) FILED.  WHEN THE DEBTOR(S) FILES THE RETURN OR PROVIDES OTHER INFORMATION AS REQUIRED BY LAW THE CLAIM WILL BE AMENDED.

TRUSTEE EXHIBIT "12" FOLLOWS

17489

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service
## Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #1<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>419809520 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue
Code, we are giving a notice that taxes (including interest and penalties)
have been assessed against the following-named taxpayer. We have made
a demand for payment of this liability, but it remains unpaid. Therefore,
there is a lien in favor of the United States on all property and rights to
property belonging to this taxpayer for the amount of these taxes, and
additional penalties, interest, and costs that may accrue.

Lien  4948 Pg   421
Filed and Recorded Nov-24-2020 11:39am
2020-0351024
CATHELENE ROBINSON
Clerk of Superior Court
Fulton County, Georgia

Name of Taxpayer TODD SHAW

Residence        1010 FOREST OVERLOOK DR SW
                 ATLANTA, GA 30331-8344

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below,
unless notice of the lien is refiled by the date given in column (e), this notice shall,
on the day following such date, operate as a certificate of release as defined
in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2009 | XXX-XX-4101 | 04/20/2015 | 05/20/2025 | 4881.17 |
| 1040 | 12/31/2010 | XXX-XX-4101 | 11/10/2014 | 12/10/2024 | 3032.99 |
| 1040 | 12/31/2011 | XXX-XX-4101 | 09/01/2014 | 10/01/2024 | 21790.37 |
| 1040 | 12/31/2012 | XXX-XX-4101 | 10/13/2014 | 11/12/2024 | 41676.12 |
| 1040 | 12/31/2013 | XXX-XX-4101 | 09/01/2014 | 10/01/2024 | 11727.98 |
| 1040 | 12/31/2014 | XXX-XX-4101 | 09/30/2019 | 10/30/2029 | 9397.25 |
| 1040 | 12/31/2015 | XXX-XX-4101 | 03/25/2019 | 04/24/2029 | 30846.24 |
| 1040 | 12/31/2016 | XXX-XX-4101 | 03/25/2019 | 04/24/2029 | 44764.67 |
| 1040 | 12/31/2017 | XXX-XX-4101 | 10/11/2019 | 11/10/2029 | |
| 1040 | 12/31/2017 | XXX-XX-4101 | 11/04/2019 | 12/04/2029 | 92616.33 |
| 1040 | 12/31/2018 | XXX-XX-4101 | 10/21/2019 | 11/20/2029 | 111486.00 |

| Place of Filing | | |
|---|---|---|
| | Clerk of Superior Court<br>Fulton County<br>Atlanta, GA 30303 | Total $   372219.12 |

This notice was prepared and signed at _____ NASHVILLE, TN _____ , on this,

the ___13th___ day of ___November___  ___2020___ .

| Signature<br><br>for D. CUSTODIO | Title<br>REVENUE OFFICER<br>(516) 576-7298 | 21-06-2426 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

TRUSTEE EXHIBIT "13" FOLLOWS

## Michael Bargar

| | |
|---|---|
| **From:** | Gordon, Robert D. <RGordon@jenner.com> |
| **Sent:** | Wednesday, October 26, 2022 3:15 PM |
| **To:** | Michael Bargar |
| **Subject:** | Todd Shaw/ Sony Music |

Hi, Mike.  Hope all is well.  I don't know where the Trustee's activities stand in terms of trying to sell the future stream of royalties payable to the Debtor/Debtor's estate from Sony Music, but I have been authorized by Sony to offer to buy out its future royalty payment obligations via a lump-sum payment to the estate in the amount of $150,000.  Please let us know your thoughts, thanks.

Bob

## Robert D. Gordon

**Jenner & Block LLP**
1155 Avenue of the Americas, New York, NY 10036-2711  |  jenner.com
+1 212 891 1610 | TEL
+1 248 320 6254 | MOBILE
RGordon@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

TRUSTEE EXHIBIT "14" FOLLOWS

## Michael Bargar

| | |
|---|---|
| **From:** | Newmark, Linda <linda.newmark@umusic.com> |
| **Sent:** | Wednesday, June 28, 2023 1:35 PM |
| **To:** | Michael Bargar |
| **Cc:** | Cho, JoAn; Kokakis, David; Hoffman, Ira; Elizabeth Miller; Doug Colton; Greg Beeckman |
| **Subject:** | RE: Todd Anthony Shaw (Case No. 09-61855-BEM) |
| **Attachments:** | 280  - Sale Motion Hays Shaw.pdf |

Hi Mike,

We continue to disagree with your interpretation of the contractual provisions setting forth the right of first refusal/matching right of Universal Music – Z Tunes, LCC d/b/a Universal Music – Z Songs (as successor-in-interest to the rights of Willesden Music, Inc. and Zomba Enterprises, Inc.) ("Company") pursuant to Company's February 2, 1988 and April 1, 1994 co-publishing agreements relating to Todd Shaw p/k/a "Too Short", as amended (individually and collectively, the "Co-Publishing Agreements").

Please be advised that Company is hereby electing <u>not</u> to match the proposed terms set forth in the proposed Asset Purchase Agreement dated as of April 5, 2023 between S. Gregory Hays, as and only as Chapter 7 trustee of the bankruptcy estate of Todd Anthony Shaw p/k/a "Too Short", individually and sometimes d/b/a Srand Music (BMI), on the one hand, and Reservoir Media Management, Inc., on the other hand, which proposed Asset Purchase Agreement is included (starting at page 14) in the attached PDF that you submitted to Company on behalf of S. Gregory Hays in his capacity as Chapter 7 trustee of the bankruptcy estate of Mr. Shaw (the "Proposed Asset Purchase Agreement"); **<u>provided</u>**, **<u>however</u>**, that if the proposed sale to Reservoir Media Management, Inc. is not consummated within 120 days from today, and/or if the proposed sale is to be on any terms and/or conditions that are different from those reflected in the Proposed Asset Purchase Agreement in the attached PDF, then an offer to sell all of any part of  the interests of Todd Anthony Shaw p/k/a "Too Short", individually and sometimes d/b/a Srand Music (BMI) (and/or all or any part of the interests of Mr. Hays in his capacity as Chapter 7 trustee of the bankruptcy estate of Mr. Shaw) in the Compositions must again be offered to Company in conformity with the Co-Publishing Agreements.

All of Company's rights (including, without limitation, all of Company's rights pursuant to the Co-Publishing Agreements) are hereby expressly reserved, and nothing contained in or omitted from this email constitutes an approval by Company of the Proposed Asset Purchase Agreement or any documents or terms contained therein.

Best regards,

Linda

Linda A. Newmark
Executive Vice President – Head of
Acquisitions and Strategic Projects
Universal Music Publishing Group
2105 Colorado Avenue
Santa Monica, CA 90404

Office: (310) 235-4709

TRUSTEE EXHIBIT "15" FOLLOWS

# Northern District of Georgia
# Claims Register

## 09-61855-bem Todd Anthony Shaw

**Chief Judge:** Barbara Ellis-Monro  **Chapter:** 7

**Office:** Atlanta  **Last Date to file claims:**

**Trustee:** S. Gregory Hays  **Last Date to file (Govt):** 07/25/2009

| | | |
|---|---|---|
| **Creditor:** (11191509)<br>Fulton County Tax Commissioner<br>141 Pryor Street SW<br>Atlanta, GA 30303 | **Claim No: 1**<br>*Original Filed Date:* 02/12/2009<br>*Original Entered Date:* 02/12/2009<br>*Last Amendment Filed:* 10/12/2009<br>*Last Amendment Entered:* 10/12/2009 | *Status:* Withdrawn 155<br>*Filed by:* CR<br>*Entered by:* Fulton County Tax Commissioner<br>*Modified:* |

Amount claimed: $11771.00

Priority  claimed: $11771.00

*History:*

| | | |
|---|---|---|
| Details | 1-1 | 02/12/2009 Claim #1 filed by Fulton County Tax Commissioner, Amount claimed: $22675.65 (Fulton County Tax Commissioner) |
| Details | 1-2 | 10/12/2009 Amended Claim #1 filed by Fulton County Tax Commissioner, Amount claimed: $11771.00 (Fulton County Tax Commissioner) |
| | 155 | 06/03/2019 Withdrawal of Claim No. 1 filed by Fulton County Tax Commisioner's Office . (hd) Status: Withdrawn |

*Description:* (1-1) 2008-2009 CITY OF ATLANTA TAXES, FULTON COUNTY TAXES, AND SOLID WASTE(CONTINGENT) (1-2) 2009 city of atlanta taxes, fulton county taxes, and solid waste

*Remarks:*

| | | |
|---|---|---|
| **Creditor:** (12465427)<br>Zomba Recording, LLC c/o Will Tate, Esq.<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, N.E.<br>Atlanta, Georgia 30326-1044 | **Claim No: 2**<br>*Original Filed Date:* 12/23/2009<br>*Original Entered Date:* 12/23/2009 | *Status:*<br>*Filed by:* AT<br>*Entered by:* Frank W. DeBorde<br>*Modified:* |

Amount  claimed: $443857.62

Secured claimed: $443857.62

*History:*

| | | |
|---|---|---|
| Details | 2-1 | 12/23/2009 Claim #2 filed by Zomba Recording, LLC c/o Will Tate, Esq., Amount claimed: $443857.62 (DeBorde, Frank) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| **Creditor:** (11191512)<br>Internal Revenue Service<br>P. 0. Box 21126<br>Philadelphia, PA 19114 | **Claim No: 3**<br>*Original Filed Date:* 01/05/2010<br>*Original Entered* | *Status:*<br>*Filed by:* CR<br>*Entered by:* Internal Revenue Service (T)<br>*Modified:* |

*History:*

| | | |
|---|---|---|
| Details | 3-1 | 01/05/2010 Claim #3 filed by Internal Revenue Service, Amount claimed: $2107643.02 (Internal Revenue Service (T)) |

*Description:*

*Remarks:*

*Date:* 01/05/2010

Amount    claimed: $2107643.02
Secured   claimed:       $0.00
Priority   claimed:    $34604.28
Unsecured claimed: $2073038.74

*History:*

Details    3-1    01/05/2010 Claim #3 filed by Internal Revenue Service, Amount claimed: $2107643.02 (Internal
                   Revenue Service (T))

*Description:*
*Remarks:*

*Creditor:*    (11191514)   History       **Claim No: 4**              *Status:* Disallowed 165
Keenan Wilkins                            *Original Filed*             *Filed by:* CR
ART 278                                   *Date:* 02/22/2010           *Entered by:* z-lcm
550 6th ST.                               *Original Entered*           *Modified:*
Oakland, CA 94607                         *Date:* 02/24/2010

Amount    claimed: $100000.00
Unsecured claimed: $100000.00

*History:*

Details    4-1    02/22/2010 Claim #4 filed by Keenan Wilkins, Amount claimed: $100000.00 (z-lcm)
           165    08/12/2019 Order GRANTING Motion to Disallow Claim (Objection to Claim) No. 4 of Keenan Wilkins
                   (Related Doc # 159) Service by BNC.. Entered on 8/12/2019. (yl) Status: Disallowed

*Description:*
*Remarks:*

*Creditor:*    (22368039)              **Claim No: 5**              *Status:*
GEORGIA DEPARTMENT OF REVENUE          *Original Filed*             *Filed by:* CR
COMPLIANCE DIVISION, ARCS -            *Date:* 03/09/2010           *Entered by:* Georgia Department of Revenue
BANKRUPTCY                             *Original Entered*           *Modified:*
1800 CENTURY BLVD NE, SUITE 9100       *Date:* 03/09/2010
ATLANTA GA 30345-3205      Claimant    *Last Amendment*
History                                *Filed:* 05/29/2019
                                       *Last Amendment*
                                       *Entered:* 05/29/2019

Amount  claimed: $36112.34
Secured claimed: $36112.34

*History:*

Details    5-1    03/09/2010 Claim #5 filed by Georgia Department of Revenue, Amount claimed: $322159.77 (Georgia
                   Department of Revenue)
Details    5-2    05/29/2019 Amended Claim #5 filed by GEORGIA DEPARTMENT OF REVENUE, Amount claimed:
                   $36112.34 (Georgia Department of Revenue)

*Description:* (5-1) Tax Liability.
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (22368138) | **Claim No: 6** | *Status:* |
| Ronnie Jackson Jr. | *Original Filed* | *Filed by:* CR |
| c/o Donell Holiday, Cred. Attorney | *Date:* 03/05/2010 | *Entered by:* z-fmf |
| P.O. Box 4596 | *Original Entered* | *Modified:* |
| Atlanta GA. 30302   <u>Claimant History</u> | *Date:* 03/10/2010 | |
| | *Last Amendment* | |
| | *Filed:* 10/01/2019 | |
| | *Last Amendment* | |
| | *Entered:* 10/02/2019 | |

Amount claimed: $95655.94

*History:*

| | | |
|---|---|---|
| Details | <u>6-1</u> | 03/05/2010 Claim #6 filed by Ronnie Jackson, Jr., Amount claimed: $40752.00 (jcm) |
| Details | <u>6-2</u> | 05/29/2019 Amended Claim #6 filed by Ronnie Jackson, Jr., Amount claimed: $40752.00 (z-fmf) |
| Details | <u>6-3</u> | 10/01/2019 Amended Claim #6 filed by Ronnie Jackson Jr., Amount claimed: $95655.94 (z-fmf) |

*Description:* (6-2) Basis for claim: Civil Judgment
(6-3) Basis for claim: Civil Judgment
*Remarks:*


| | | |
|---|---|---|
| *Creditor:* (11191514)   <u>History</u> | **Claim No: 7** | *Status:* Disallowed <u>164</u> |
| Keenan Wilkins | *Original Filed* | *Filed by:* CR |
| ART 278 | *Date:* 02/07/2011 | *Entered by:* z-cbw |
| 550 6th ST. | *Original Entered* | *Modified:* |
| Oakland, CA 94607 | *Date:* 02/15/2011 | |

Amount    claimed: $100000.00
Unsecured claimed: $100000.00

*History:*

| | | |
|---|---|---|
| Details | <u>7-1</u> | 02/07/2011 Claim #7 filed by Keenan Wilkins, Amount claimed: $100000.00 (z-cbw) |
| | 164 | 08/12/2019 Order GRANTING Motion to Disallow Claim (Objection to Claim) No. 7 of Keenan Wilkins (Related Doc # <u>160</u>) Service by BNC.. Entered on 8/12/2019. (yl) Status: Disallowed |

*Description:*
*Remarks:*


| | | |
|---|---|---|
| *Creditor:* (17729097)   <u>History</u> | **Claim No: 8** | *Status:* |
| Santander Consumer USA Inc. | *Original Filed* | *Filed by:* CR |
| as Servicer for Citi | *Date:* 12/04/2013 | *Entered by:* Santander Consumer USA |
| P.O. Box 961245 | *Original Entered* | *Modified:* |
| Fort Worth, TX 76161 | *Date:* 12/04/2013 | |

Amount claimed: $8941.03

*History:*

| | | |
|---|---|---|
| Details | 8-1 | 12/04/2013 Claim #8 filed by Santander Consumer USA Inc., Amount claimed: $8941.03 (Santander Consumer USA) |

*Description:*
*Remarks:*


# Claims Register Summary

**Case Name:** Todd Anthony Shaw
**Case Number:** 09-61855-bem
**Chapter:** 7
**Date Filed:** 01/26/2009

**Total Number Of Claims:** 8

| | |
|---|---|
| **Total Amount Claimed*** | $2903980.95 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $479969.96 | |
| **Priority** | $46375.28 | |
| **Administrative** | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/10/2023 23:13:47 | | | |
| **PACER Login:** | rountreeleitman | **Client Code:** | mjb 4471 |
| **Description:** | Claims Register | **Search Criteria:** | 09-61855-bem Filed or Entered From: 1/1/1900 Filed or Entered To: 7/10/2023 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

TRUSTEE EXHIBIT "16" FOLLOWS