UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | Case No. 09-61855-BEM |
| Todd Anthony Shaw. | Chapter 7 |
| Debtor. | Judge Barbara Ellis-Monro |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that United States Attorney, Ryan K. Buchanan, through Assistant United States Attorney **ANDRES H. SANDOVAL**, hereby enters an appearance, pursuant to Fed. R. Bankr. P. 2002, BLR 9010-4, and other applicable rules, on behalf of the United States of America, by and through its agency the Internal Revenue Service (**"IRS"**), in the above-styled case and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon:

> ANDRES H. SANDOVAL
> ASSISTANT U.S. ATTORNEY
> United States Attorney's Office
> 75 Ted Turner Drive SW, Suite 600
> Atlanta, Georgia 30303
> Telephone: (404) 581-6096
> Facsimile: (404) 581-6181
> E-mail: andres.sandoval@usdoj.gov

The filing of this Notice of Appearance, and any subsequent filing, shall not waive **IRS's**: (1) right to have final orders on non-core matters entered only after *de novo* review by a District Court judge; (2) right to trial by jury in any proceeding so triable in this case, or any case, controversy, or proceeding related to this case; (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, interests, liens, actions, defenses, set-offs, or recoupments to which **IRS** is or may be entitled under agreements, in law or in equity, all of which rights, claims, interests, liens, actions, defenses, set-offs, and recoupments **IRS** expressly reserves.

Dated:  July 28, 2023.                              Respectfully submitted,

                                                   RYAN K. BUCHANAN
                                                   UNITED STATES ATTORNEY

                                                   */s/ Andres H. Sandoval*
                                                   ANDRES H. SANDOVAL
                                                   ASSISTANT U.S. ATTORNEY
                                                   Georgia Bar No. 643257
                                                   United States Attorney's Office
                                                   75 Ted Turner Drive SW, Suite 600
                                                   Atlanta, Georgia 30303
                                                   Telephone: (404) 581-6096
                                                   Facsimile: (404) 581-6181
                                                   E-mail: andres.sandoval@usdoj.gov
                                                   *Counsel for the United States of America*

# CERTIFICATE OF SERVICE

This is to certify that I have on July 28, 2023 electronically filed the foregoing document using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to all parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: July 28, 2023.            UNITED STATES ATTORNEY
                                 RYAN K. BUCHANAN

                                 */s/ Andres H. Sandoval*
                                 Andres H. Sandoval
                                 Assistant U.S. Attorney