**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>Todd Anthony Shaw,<br><br>Debtor. | CHAPTER 7<br><br>Case No. 09-61855<br><br>Honorable Barbara Ellis-Monro |

## WITHDRAWAL OF DEBTOR'S MOTIONS WITHOUT PREJUDICE

For the reasons discussed during the hearing before this Court on July 31, 2023, effective upon the Chapter 7 Trustee's withdrawal of the *Trustee's Motion for Authority to Sell Property of the Bankruptcy Estate Free and Clear of Liens, Claims, Interests, and Encumbrances* [Dkt. 280], Debtor hereby withdraws the following motions, without prejudice:

- *Debtor's Motion to Convert Debtor's Chapter 7 Case to a Case Under Chapter 11 of the Bankruptcy Code* [Dkt. 290];

- *Debtor's Emergency Motion to Dismiss* [Dkt. 318]; and

- *Debtor's Motion for Emergency Hearing* [Dkt. 319].

Dated: August 1, 2023                    BARNES & THORNBURG LLP

By: */s/ Christina M. Baugh*
Christina M. Baugh
Georgia Bar No. 241880
3340 Peachtree Rd N.E., Suite 2900
Atlanta, GA 30326
Telephone: (404) 264-4026
Email: CBaugh@btlaw.com

-and-

1

Aaron Gavant (*Admitted Pro Hac Vice*)
One N. Wacker Drive, Suite 4400
Chicago, Illinois 60606
Telephone: (312) 214-4583
E-mail: aaron.gavant@btlaw.com

PKA LAW

Tiffany R. Almy (*Admitted Pro Hac Vice*)
75 Gold Street, Suite 100
Brooklyn, NY 11201
Telephone: (646) 809-4341
E-mail: tiffany@pkalaw.com

*Counsel for Debtor Todd Anthony Shaw*