UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| TODD ANTHONY SHAW, | ) | CASE NO. 09-61855-BEM |
| | ) | |
| Debtor. | ) | |
| ------------------------- | ) | |
| | ) | |
| S. GREGORY HAYS, as Chapter 7 trustee, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| THE INTERNAL REVENUE SERVICE, SOUND EXCHANGE, INC., BROADCAST MUSIC, INC., SONY MUSIC ENTERTAINMENT, BOBBY FRANK ELLERBEE, as Administer of ESTATE OF JAMES F. ELLERBEE, BOBBY FRANK ELLERBEE, THE GEORGIA DEPARTMENT OF REVENUE, GUILFORD FOREST HOMEOWNERS ASSOCIATION, INC., COLLECTIONS INC. OF SAN FRANCISCO A CALIFORNIA CORPORATION, RONNIE JACKSON, JR., and TODD ANTHONY SHAW, | ) | |
| Respondents. | ) | |

**WITHDRAWAL OF TRUSTEE'S MOTION FOR AUTHORITY TO SELL PROPERTY OF THE BANKRUPTCY ESTATE FREE AND CLEAR OF <u>LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES</u>**

COMES NOW S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of Todd Anthony Shaw ("**Debtor**"), and hereby withdraws *Trustee's Motion for Authority*

to Sell Property of the Bankruptcy Estate Free and Clear of Liens, Claims, Interests, and Encumbrances (Dkt. No. 280) filed on May 1, 2023.

Respectfully submitted this 1st day of August, 2023.

ROUNTREE LEITMAN KLEIN & GEER LLC
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*

Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329
404-410-1220

Michael J. Bargar
Georgia Bar No. 645709
mbargar@rlkglaw.com

## CERTIFICATE SERVICE

This is to certify that I have this day caused to be served copy of the foregoing *Withdrawal of Trustee's Motion for Authority to Sell Property of the Bankruptcy Estate Free and Clear of All Liens, Interests, and Encumbrances* by filing same with the court using the CM/ECF system, which will send an electronic mail notification to the parties as indicated below:

Christina M Baugh
christina.baugh@btlaw.com
lisa.mitchum@btlaw.com

Frank W. DeBorde
fwd@mmmlaw.com
lwolgast@mmmlaw.com
twagner@mmmlaw.com

S. Gregory Hays
ghays@haysconsulting.net
saskue@haysconsulting.net
GA32@ecfcbis.com

Gary W. Marsh
gary.marsh@troutman.com
wlbank@troutman.com

Evelyn J. Meltzer
evelyn.meltzer@troutman.com

Susan.Henry@Troutman.com
wlbank@troutman.com

Martin P. Ochs
martin.p.ochs@usdoj.gov

Office of the United States Trustee
ustpregion21.at.ecf@usdoj.gov

Pierce Rigney
pierce.rigney@troutman.com

Andres H. Sandoval
andres.sandoval@usdoj.gov
charlie.cromwell@usdoj.gov
Larissa.selchenkova@usdoj.gov

R. Jeneane Treace
jeneane.treace@usdoj.gov

This 1st day of August, 2023.

*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709