UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-61855-BEM |
| | : | |
| TODD ANTHONY SHAW, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____ | : | |

**SECOND INTERIM APPLICATION OF ROUNTREE LEITMAN KLEIN & GEER LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR TRUSTEE**

COMES NOW Rountree Leitman Klein & Geer LLC ("**RLKG**" or "**Applicant**"), attorneys for S. Gregory Hays, Chapter 7 trustee in this Chapter 7 case, and, pursuant to 11 U.S.C. §§ 330 and 331 and Bankruptcy Rule 2016, applies for allowance of compensation in the amount of $29,286.00 and for reimbursement of expenses in the amount of $922.86 for the period from August 1, 2023 through and including October 3, 2024. In support thereof, the Applicant shows as follows:

**Venue and Jurisdiction**

1. This Court has jurisdiction under 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409(a).

**Background**

2. On January 26, 2009 (the "**Petition Date**"), Todd Anthony Shaw ("**Debtor**") filed a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division (the "**Bankruptcy Court**"), initiating Bankruptcy Case No. 09-61855-BEM (the "**Bankruptcy Case**").

3.      S. Gregory Hays ("**Trustee**") is the duly authorized and acting Chapter 7 Trustee for the bankruptcy estate (the "**Bankruptcy Estate**") of Debtor.

4.      On May 26, 2009, Trustee filed an application to employ Arnall Golden Gregory LLP ("**AGG**") as his attorneys [Doc. No. 30], and, on May 28, 2009, the Court entered its Order [Doc. No. 31] approving the employment of AGG as counsel for Trustee.[1]

5.      On August 1, 2023, Trustee filed an application to substitute RLKG for AGG as his attorneys in this Case, and on August 15, 2022, the Court entered an order authorizing RLKG's substitution as Trustee's attorneys. [Doc. Nos. 263 and 264].

6.      This is the second interim application that RLKG has filed in this Case.

7.      On October 26, 2023, the Court entered an Order [Doc. No. 343], among other things, granting RLKG's first interim fee application [Doc. No. 328] and authorizing fees in the amount of $142,378.00 and expenses in the amount of $555.48.

8.      If the current interim application is awarded by the Court, RLKG's total fees in this case will be $171,664.00.

9.      The blended hourly rate of RLKG for this interim application is approximately $498.00 per hour (58.80 hours and fees of $29,286.00).

**Narrative Summary of Services Performed**

10.     Debtor filed this Bankruptcy Case as a no-asset case. [Doc. No. 1 at Page 1]. In other words, based on the assets that Debtor disclosed on his bankruptcy disclosure forms, there

---

[1]     At the outset of the case, it was Trustee's business judgment that he needed to employ counsel in this matter. The issue in this regard is whether a trustee "acts with requisite care, disinterestedness, and good faith in the effort to maximize value—rather than whether this or any other court [or any other interested party] would necessarily make the same business decision, on the one hand, or seek to maximize value in a different way, on the other." *In re Global Crossing, Ltd.*, 295 B.R. 726, 744 at FN 58, (Bankr. S.D.N.Y. 2003).

was no reasonable way for Trustee to make a meaningful distribution in this Case.

11.     Indeed, on his bankruptcy disclosure forms, Debtor swore under penalty of perjury that: (a) he had no meaningful unencumbered assets (notably, he did not schedule the royalty streams that resulted in Trustee's recovering more than $2,800,000.00 in this matter); (b) he had total debts of about $1,880,000.00; and (c) his monthly net income was *negative* $2,727.00

12.     Despite this less than optimistic initial outlook, through the efforts of Trustee and his professionals, Trustee has recovered more than $3,900,000.00 in this Case, and he is currently holding approximately $933,000.00 in the Bankruptcy Estate's bank account, after making multiple interim distributions to creditors in this Case and paying various administrative expenses.

13.     The funds that Trustee has recovered in this matter initially resulted from a November 24, 2009 stipulation (the "**Stipulation**") between the Trustee and Zomba Recordings LLC ("**Zomba**") [Doc. No. 62] to split the unscheduled music royalties ("**Royalties**") owed to the Debtor with 20% being paid to the Bankruptcy Estate and 80% being paid to Zomba until Zomba's secured claim was satisfied.

14.     Upon information and belief, sometime after entry of the Stipulation and the Court's order [Doc. No. 62] approving the same, Zomba transferred its loan rights and interests in recorded works that generate royalties to Sony Music Entertainment ("**Sony**"), and ZEI transferred its interests in the musical composition works that generate royalties to Universal Music Group, Inc. ("**Universal**"). Alternatively, rather than an asset purchase, it may be the case that Sony purchased Zomba, or that Universal purchased ZEI.

15.     Due to samplings of Debtor's music compositions that resulted in a considerable

3

increase in the unscheduled Royalties,[2] the Zomba loan was satisfied in early 2019.

16.    As a result, on March 16, 2021, Trustee filed an application to employ MCE Management, LLC ("**MCE**") as Trustee's broker to assist Trustee in marketing and selling the Royalty interest of the Bankruptcy Estate [Doc. No. 209] (the "**Application to Employ**"). On March 24, 2021, the Court entered an order [Doc. No. 210] granting the Application to Employ and authorizing Trustee to employ MCE.

17.    After being employed, MCE assisted Trustee to determine that, in addition to payments from Universal and Sony, the Bankruptcy Estate was also likely entitled to payments from Broadcast Music, Inc. ("**BMI**") and SoundExchange, Inc. ("**SoundExchange**").

18.    Like the payments from Universal and Sony (or, their predecessors), Debtor also did not schedule these payments. Instead, upon information and belief, Debtor (or other entities at Debtor's instruction) absconded with what Trustee estimates could be more than $600,000.00 of Bankruptcy Estate funds after the Petition Date from SoundExchange and BMI that should have been paid to Trustee.

19.    Shortly after discovering that the Bankruptcy Estate was owed money by BMI and SoundExchange, Trustee made demand on them to turn over all payments owed to the Bankruptcy Estate.  Since then, they have been making all required payments to Trustee.

20.    After years of work by Trustee and his professionals to gather information regarding these *undisclosed* assets and marketing them, Trustee entered into a sale agreement (the "**Sale Agreement**") to sell the passive Royalty streams to Reservoir Media Management, Inc. (the "**Purchaser**"), "as is, where is," for a sale price of $7,550,000.00 (the "**Purchase Price**"), subject to Bankruptcy Court approval (the "**Sale Agreement**").

---

[2]    Importantly, the assets of the Bankruptcy Estate are only passive income streams.

4

21. The Purchase Price was greater than the estimated present value of the Royalties discounted back to present value.[3]

22. Unfortunately, because of, among other things, Debtor's objection to the sale motion, motion to convert the Case, and motion to dismiss the Case, the Purchaser terminated the Sale Agreement in accordance with its terms on the eve of the hearing on the sale motion.

23. Despite this unfortunate outcome (the proposed sale would have allowed Trustee to make a 100% distribution to timely and untimely filed claims in this Case, and it would have resulted in Debtor's being entitled to approximately $3,700,000.00 of tax free money, depending on the result of the IRS's levy against that surplus), to date, Trustee has recovered a total of approximately $3,900,000.00 from the Bankruptcy Estate's passive Royalty streams and has paid unsecured claims (not including allowed administrative expense claims) totaling approximately $1,300,000.00.

24. As set forth in greater detail in the attached Exhibit "A" (as well as the invoice attached to RLKG's first interim fee application [Doc. No. 328]), RLKG has provided legal services to Trustee related to the following, among other services: (a) evaluating and determining the extent of the Bankruptcy Estate's interest in the Royalties; (b) negotiating the terms of and drafting the Sale Agreement and other related documents; (c) resolving claims issues, including alleged secured claims purportedly secured through the Royalties in an effort to sell the Royalties free and clear under Section 363(f) of the Bankruptcy Code; (d) litigating the sale motion, Debtor's motion to convert, Debtor's motion to dismiss, and preparing for hearings (including an evidentiary hearing) on the same; (e) providing advice and counsel regarding Debtor's and other's taking of large amounts of money belonging to the Bankruptcy Estate; (f) providing

---

[3] Although Trustee was not able to present evidence on his sale motion [Doc. No. 280], Trustee's expert valued the subject assets at less than $7,550,000.00.

advice and counsel to Trustee regarding the implications of the levy by the Internal Revenue Service against the Bankruptcy Estate; (g) providing advice and counsel to Trustee regarding a proposal to sell a partial interest in the Royalties to Reservoir Media Management, Inc.; (h) providing advice and counsel to Trustee regarding a proposal to sell the Royalties to Debtor through a third party financing arrangement; and (i) providing advice and counsel to Trustee regarding the fee application of MCE.

25. Because of the additional time required to close the Bankruptcy Case, contemporaneously with the filing of this Application, Trustee has filed a *Fifth Motion for Authority to Make Interim Distribution*, which proposes to pay 100% of the allowed tardy claim of Santander Consumer USA Inc. as well as a 50% payment to the IRS for fines and penalties on its allowed claim. To date, Trustee has paid 100% of the allowed, secured claims; 100% of the allowed, priority claims; and 100 % of the timely filed, allowed, general unsecured claims. All claim issues have been resolved and appropriate reserves have been made for fees and expenses associated with the final administration of the Bankruptcy Case.

26. RLKG has provided significant and meaningful legal services in identifying, protecting, and assisting Trustee in recovering the Royalties of the Bankruptcy Estate.[4]

---

[4] Importantly, to render legal services in this Court, it requires a bar license. *In re Loveless Babies, Jr.*, 315 B.R. 785 (Bankr. N.D. Ga. 2004) (Bonapfel, J.) (stating "persons practicing bankruptcy law in Georgia are subject to its rules of professional responsibility, . . . and persons providing legal services with regard to bankruptcy matters without a license are engaged in the unauthorized practice of law. . . . Georgia's exercise of authority in this regard is consistent with the general principle that the states may regulate and license the practice of law *even if the legal services involve matters of federal law*.") (emphasis added) (internal citations omitted); *see also* BLR 9010-1 and 9010-2 (providing that only lawyers may be admitted to practice in this Court, whether being admitted as a member of the bar of the District Court or *pro hac vice*); DLR 83.1 (requiring that a person be a member of the Georgia bar to be admitted to the District Court bar). Moreover, because Trustee, in his personal capacity is not a lawyer, all legal work must be performed by a lawyer. *See In re Abraham*, 163 B.R. 772, 783 (Bankr. W.D. Tex. 1994) (stating "*trustees are not attorneys* (not even when it is an attorney functioning as the

**Particulars of Application and Johnson Factors**

27.    This application for allowance of compensation and reimbursement of expenses is the second application that RLKG has filed in this Bankruptcy Case.

28.    Pursuant to the provisions of 11 U.S.C. § 331, RLKG files this application in which it seeks interim compensation for services rendered as counsel for Trustee, together with reimbursement of expenses incurred in connection therewith, for the period from August 1, 2023 through and including October 3, 2024.

29.    For the period covered by this application, RLKG's attorneys and legal assistants have devoted a total of not fewer than 58.8 hours in rendering services in this Bankruptcy Case. A summary of hours spent by each attorney or legal assistant is attached as Exhibit "A."

30.    With respect to the services, which have been provided by RLKG in this Bankruptcy Case, RLKG shows that all services provided as counsel for Trustee were necessary to assist Trustee in the proper and effective administration of the estate of Debtor and the protection of the rights and positions of creditors and the estate.  RLKG shows that the fair and reasonable value of these services, and the cost of comparable services in a case not proceeding under the Bankruptcy Code, is not less than $29,286.00, based primarily on the normal hourly rates of the attorneys and legal assistants providing such services, as set forth on Exhibit "A."

31.    RLKG is a law firm with major practice areas in Chapter 7 and Chapter 11 cases.

32.    RLKG has developed and demonstrated, in previous cases as well as in this one, a

---

trustee).") (emphasis added); *see also J. Rissell, Allentown, PA Trust v. Marchelos*, 976 F.3d 1233, 1235 (11th Cir. 2020) (finding that a trust is an artificial entity that can only act "through agents, cannot appear *pro se*, and must be represented by counsel."); *Hays v. Hamblen Family Revocable Trust (In re Hamblen)*, 360 B.R. 362, 368 (Bankr. N.D. Ga. 2006) (Bihary, J.) (holding that in a federal court, like the bankruptcy court, trusts are an artificial entity that cannot appear *pro se*), *accord Shuman v. Citibank, N.A.*, 2013 U.S. Dist. LEXIS 19276, 2013 WL 12098818, at * 6, (N.D. Ga. January 29, 2013).

high level of legal skills, experience, and expertise in the effective and economic representation of fiduciaries in large and complex Chapter 7 cases.  The bankruptcy lawyers in the firm are well-versed in both the substantive and procedural issues which arise in such cases and, consequently, are able to provide prompt, efficient, and effective legal services as required. Because of their experience in large cases, attorneys with the firm are able to mobilize and coordinate the resources of the firm, the client, other professionals, and outside services so that the logistical and clerical requirements of cases such as this one can be timely, effectively, and efficiently met.

33.    RLKG submits that its requested hourly rates are equal to or less than the rates of lawyers of reasonably comparable skills, experience and reputation in cases of similar complexity and size in the geographic area in which it practices.

34.    RLKG shows that all services for which compensation is requested have actually been provided to Trustee, and to no other parties, and have been necessary for the proper and effective administration of this Bankruptcy Case and for the benefit of the Bankruptcy Estate and its creditors.

35.    RLKG submits that it is entitled to allowance of compensation in the amount of not less than $29,286.00 based on a "lodestar" calculation of reasonable hourly rates multiplied by the number of hours actually expended, as summarized on Exhibit "A."  RLKG shows that consideration of the twelve factors set out in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-719 (5th Cir. 1974), and adopted by the Eleventh Circuit in *Norman v. Housing Authority of the City of Montgomery*, 836 F.2d 1292 (11th Cir. 1988) and *Grant v. George Schumann Tire & Battery Co.*, 908 F.2d 874 (11th Cir. 1990), for evaluation of applications for compensation, supports its request for compensation

8

36. Any compensation awarded by the Court will not be shared except among RLKG's partners and lawyers regularly practicing with RLKG. In addition, RLKG has received no compensation from any source in connection with this Bankruptcy Case.

37. RLKG shows further that it has incurred $922.86 in out-of-pocket expenses. The expenses incurred in this Bankruptcy Case were actual, necessary expenses which are reasonable given the size of this Bankruptcy Case and the unavoidable costs of administration and coordination of service of notices and other documents. Detailed descriptions of expenses incurred during the period covered by this application are included in Exhibit "A."

38. Trustee has reviewed this application and has approved the requested amount.

39. RLKG requests that this application and attached exhibits be admitted into evidence at any hearing on this application.

40. Based on the foregoing, RLKG seeks allowance of $29,286.00 as interim compensation and $922.86 in reimbursement of expenses, in this case for a total of $30,208.86 for the period covered by this application.

WHEREFORE, RLKG respectfully prays:

(a) That RLKG be allowed interim compensation in the amount of $29,286.00 as and for the reasonable value for services rendered in connection with its retention as counsel for Trustee for the period covered by this application;

(b) That RLKG be allowed the sum of $922.86 for the reimbursement of out-of-pocket expenses incurred in this Bankruptcy Case for the period covered by this application;

(c) That the Court grant the compensation and reimbursement of expenses sought herein and authorize Trustee to pay the same as interim fees and reimbursement of expenses; and

(d)   That the Court grant such other and further relief as may be just and proper.

Respectfully submitted this 8th day of November, 2024.

ROUNTREE LEITMAN KLEIN & GEER LLC
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*

Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329
404-410-1220

Michael J. Bargar
Georgia Bar No. 645709
mbargar@rlkglaw.com

10

**EXHIBIT "A" FOLLOWS**



# INVOICE

Invoice # 27390
Date: 11/06/2024
Due On: 11/20/2024

# Rountree, Leitman, Klein & Geer LLC

Century Plaza I, 2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
Phone: 404-584-1238
Fax: 404-704-0246
www.rlkglaw.com

S. Gregory Hays, Chapter 7 Trustee
Suite 555, 2964 Peachtree Road, NW
Atlanta, Georgia 30326-1085

## 04471-S. Gregory Hays, Chapter 7 Trustee

## Todd Shaw, Too Short (Case No. 09-61855-bem)

### Services

| Type | Date | Notes | Attorney | Quantity | Rate | Total |
|------|------|-------|----------|----------|------|-------|
| Service | 08/01/2023 | 110 - Asset Analysis and Recovery: Draft correspondence to T. Dworschack regarding hearing on sale motion (.1); draft correspondence to Trustee regarding same (.1); draft memo to support staff regarding withdrawing motion (.1); telephone call from Trustee regarding impact of tax levy and strategies moving forward with case (.3); telephone call from broker regarding hearing on sale motion and allowance of his fees (.3); draft correspondence to Trustee regarding payment to expert witness (.1); evaluate and analyze levy by IRS and consider implications of same on interim distribution (.3) | MB | 1.30 | $535.00 | $695.50 |
| Service | 08/01/2023 | 100 - Case Administration: Draft withdrawal of sale motion [.2]; File withdrawal [.1] | EM | 0.30 | $250.00 | $75.00 |
| Service | 08/02/2023 | 110 - Asset Analysis and Recovery: Draft correspondence to Aaron Gavant regarding status of case and issues moving forward (.1); draft correspondence to Trustee regarding same (.1); telephone call to Trustee regarding same (.1); telephone call to Lindsay Kolba regarding same (.1); telephone call from Carl Wedoff, counsel | MB | 0.70 | $535.00 | $374.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | for Sony, regarding same (.1); draft correspondence to Trustee regarding same (x2) (.2) | | | | |
| Service | 08/04/2023 | 230 - Litigation: Contested Matters and Adversary Proceedings: Evaluate and analyze IRS liens and consider issues related to interim distribution (.3); draft correspondence to Trustee regarding same (.2) | MB | 0.50 | $535.00 | $267.50 |
| Service | 08/05/2023 | 100 - Case Administration: Telephone call to trustee regarding interim, distributions and related legal issues | MB | 0.20 | $535.00 | $107.00 |
| Service | 08/07/2023 | 200 - Professional Retention and Fee Applications: Evaluate and analyze invoice from Armanino and consider issues related to payment of same (.3); draft correspondence to Trustee regarding same (.1) | MB | 0.40 | $535.00 | $214.00 |
| Service | 08/14/2023 | 110 - Asset Analysis and Recovery: Draft correspondence to Aaron Gavant regarding potential purchase of A/R by debtor (.1); draft follow up correspondence regarding same (.1); draft correspondence to Aaron Gavant regarding same (.1); draft correspondence to Trustee regarding same (.1); telephone call to Trustee regarding same (.3) | MB | 0.70 | $535.00 | $374.50 |
| Service | 08/16/2023 | 120 - Asset Disposition: Telephone call from Gavant regarding purchase of A/R (.2); telephone call to Trustee regarding same (.3) | MB | 0.50 | $535.00 | $267.50 |
| Service | 08/17/2023 | 120 - Asset Disposition: Telephone call to Eric Custer regarding possible A/R purchase (.1); telephone call from Eric Custer regarding same (.3); telephone call to Trustee regarding same (.3) | MB | 0.70 | $535.00 | $374.50 |
| Service | 08/18/2023 | 120 - Asset Disposition: Draft correspondence to Trustee regarding quarterly tax obligations and relief from Court regarding same (.2); draft correspondence to Aaron Gavant regarding Resevoir interest in buying partial interest in A/R (.1); draft correspondence to Aaron Gavant regarding same (.1); draft correspondence to Trustee regarding same (.1); draft follow up correspondence to Trustee regarding same (.1) | MB | 0.60 | $535.00 | $321.00 |
| Service | 08/19/2023 | 200 - Professional Retention and Fee Applications: Draft correspondence to | MB | 0.20 | $535.00 | $107.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Trustee regarding fee applications and interim distribution (.2) | | | | |
| Service | 08/22/2023 | 200 - Professional Retention and Fee Applications: Draft correspondence to Trustee regarding fee applications and interim distribution motion (.2) | MB | 0.20 | $535.00 | $107.00 |
| Service | 08/24/2023 | 120 - Asset Disposition: Draft correspondence to Aaron Gavant regarding Resevoir response to inquiry (.1); telephone call to Trustee regarding same (.2) | MB | 0.30 | $535.00 | $160.50 |
| Service | 08/27/2023 | 200 - Professional Retention and Fee Applications: Draft RLKG fee application (1.7); draft correspondence to Trustee regarding same (.1); edit same following requested changes by Trustee (.3) | MB | 2.10 | $535.00 | $1,123.50 |
| Service | 08/28/2023 | 110 - Asset Analysis and Recovery: Telephone call to Trustee regarding interim distribution and related matters (.4); draft correspondence to Michael Damore of Sound Royalties regarding assignment of royalties to his company (.2); draft correspondence to Michael Damore regarding same (.1); draft correspondence to Michael Damore regarding same (.1); draft correspondence to Trustee regarding same (.2); draft correspondence to Aaron Gavant regarding same (.1) | MB | 1.10 | $535.00 | $588.50 |
| Service | 08/28/2023 | 230 - Litigation: Contested Matters and Adversary Proceedings: Memo from M. Bargar regarding experts employed in connection with anticipated contested sale hearing (0.1); review invoices and engagement letter for experts (0.2); review documents for background (0.4); draft motion and notice of hearing to pay experts Armanino (0.7) | WM | 1.40 | $425.00 | $595.00 |
| Service | 08/28/2023 | 120 - Asset Disposition: Memo from M. Bargar re sale of royalties | EM | 0.10 | $250.00 | $25.00 |
| Service | 08/29/2023 | 120 - Asset Disposition: Draft memo to support staff regarding issues with assignment of royalties and alternative sale of Sony royalties to Reservoir | MB | 0.20 | $535.00 | $107.00 |
| Service | 09/05/2023 | 110 - Asset Analysis and Recovery: Edit motion to pay invoice of expert witness (.3); draft correspondence to Trustee regarding same (.1) | MB | 0.40 | $535.00 | $214.00 |
| Service | 09/05/2023 | 170 - Claims Administration and Objections: Evaluate and analyze | MB | 1.70 | $535.00 | $909.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | correspondence from Andres Sandoval, counsel for IRS, regarding its claim, interest, and implication of levy (.3); draft correspondence to Andres Sandoval regarding same (.2); legal research regarding same including review of cases emailed by Sandoval (1.2) | | | | |
| Service | 09/05/2023 | 210 - Employment and Fee Application Objections: Review multiple memos regarding expert witness fee and interim fee application | WM | 0.40 | $425.00 | $170.00 |
| Service | 09/05/2023 | 120 - Asset Disposition: Draft memo to M. Bargar regarding purchaser of royalty stream and IRS claim | WM | 0.30 | $425.00 | $127.50 |
| Service | 09/13/2023 | 120 - Asset Disposition: Draft correspondence to Trustee regarding sale of royalties and status of same (.3); draft correspondence to Trustee regarding same (.4); draft follow up correspondence to Trustee regarding inquiry from UST regarding same (.3); draft correspondence to Jeneane Treace regarding same (.5) | MB | 1.50 | $535.00 | $802.50 |
| Service | 09/14/2023 | 110 - Asset Analysis and Recovery: Telephone call from Trustee regarding inquiries from UST | MB | 0.30 | $535.00 | $160.50 |
| Service | 09/16/2023 | 110 - Asset Analysis and Recovery: Draft correspondence to Trustee regarding interim distribution and fee applications (.2); draft correspondence to Trustee regarding sale of partial interest in A/R (.2) | MB | 0.40 | $535.00 | $214.00 |
| Service | 09/18/2023 | 110 - Asset Analysis and Recovery: Telephone call to Trustee re motion to make interim distribution (.2); draft correspondence to Trustee regarding same (.1) | MB | 0.30 | $535.00 | $160.50 |
| Service | 09/19/2023 | 110 - Asset Analysis and Recovery: Telephone call to Trustee re interim distributions (.3); draft motion re same (.5); draft correspondence to Trustee tee same (.1); draft correspondence to Trustee re same (.1) | MB | 1.00 | $535.00 | $535.00 |
| Service | 09/19/2023 | 110 - Asset Analysis and Recovery: Draft correspondence to Trustee regarding interim distribution motion (.1); draft follow up correspondence to Trustee regarding same (.2); draft motion to make interim distribution (.5) | MB | 0.80 | $535.00 | $428.00 |
| Service | 09/20/2023 | 110 - Asset Analysis and Recovery: Edit | MB | 1.10 | $535.00 | $588.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | motion to make interim distribution (.3); draft correspondence to Trustee regarding same (.1); draft correspondence to Trustee regarding edits to same (.1); edit same (.3); draft correspondence to Trustee regarding same (.1); draft correspondence to Trustee regarding same (.1); draft correspondence to Trustee regarding same (.1) | | | | |
| Service | 09/20/2023 | 200 - Professional Retention and Fee Applications: Revise RLKG fee application in preparation for filing of same (.6) | MB | 0.60 | $535.00 | $321.00 |
| Service | 09/21/2023 | 100 - Case Administration: Coordinate service of fee applications, motion to pay expert witnesses, motion to pay Q3 admin expenses, and fourth interim distribution motion | EM | 0.40 | $250.00 | $100.00 |
| Service | 09/22/2023 | 100 - Case Administration: Coordinate service of notices of hearing on fee applications, interim distribution motion, and motions for payment of administrative expenses | EM | 0.40 | $250.00 | $100.00 |
| Service | 10/03/2023 | 110 - Asset Analysis and Recovery: Draft memo to M. Bargar re administrative expenses and royalty payments | EM | 0.10 | $250.00 | $25.00 |
| Service | 10/18/2023 | 110 - Asset Analysis and Recovery: Draft proposed order on motion to make interim distribution (.4); draft proposed order on interim fee applications (.4); draft correspondence to Trustee regarding same (.1); draft proposed order on motion to pay administrative expense (taxes) (.3); draft correspondence to Trustee regarding same (.2) | MB | 1.40 | $535.00 | $749.00 |
| Service | 10/19/2023 | 110 - Asset Analysis and Recovery: Draft memo to support staff regarding orders on interim fee apps, interim distribution, and motion to pay admins (.2); draft proposed order on motion to pay expert witness (.4); draft correspondence to Trustee regarding same (.1); draft memo to support staff regarding orders (.1) | MB | 0.80 | $535.00 | $428.00 |
| Service | 10/26/2023 | 120 - Asset Disposition: Draft correspondence to Trustee regarding financing agreement emailed by counsel for Debtor (.1); evaluate and analyze same and consider legal issues related to same (.7); telephone call to Trustee regarding same (.3); draft correspondence to Aaron Gavant regarding same (.1) | MB | 1.20 | $535.00 | $642.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 10/26/2023 | 200 - Professional Retention and Fee Applications: Draft correspondence to Trustee regarding entry of order on interim distribution and fee applications | MB | 0.10 | $535.00 | $53.50 |
| Service | 11/02/2023 | 110 - Asset Analysis and Recovery: Draft memo to M. Bargar re buyer located by debtor to purchase song catalog and royalty stream | WM | 0.30 | $425.00 | $127.50 |
| Service | 11/06/2023 | 120 - Asset Disposition: Draft memo to M. Bargar re proposal to sell royalty stream assets | WM | 0.20 | $425.00 | $85.00 |
| Service | 11/07/2023 | 120 - Asset Disposition: Evaluate and analyze correspondence from Aaron Gavant regarding purchase of royalty stream and consider issues related to same (.3); draft correspondence to Trustee regarding same (.2) | MB | 0.50 | $535.00 | $267.50 |
| Service | 11/09/2023 | 120 - Asset Disposition: Draft correspondence to Trustee regarding proposal to buy royalty stream through third party financing (.3); draft correspondence to Michael Holbein, counsel for former broker, regarding same (.1); telephone call from Michael Holbein regarding same (.4) | MB | 0.80 | $535.00 | $428.00 |
| Service | 11/10/2023 | 110 - Asset Analysis and Recovery: Draft memo to M. Bargar regarding amounts needed to close case and correspondence from Gaelen Whittemore | WM | 0.30 | $425.00 | $127.50 |
| Service | 11/10/2023 | 120 - Asset Disposition: Draft correspondence to Galean Whittemore, counsel for Debtor, regarding offer to buy A/R through third party financing (.6); draft correspondence to Trustee regarding same (.1); evaluate and analyze response from Galean Whittemore (.3); draft correspondence to Trustee regarding same (.1); draft correspondence to Galean Whittemore regarding same (.1); evaluate and analyze responsive email from Whittemore and consider appropriate response along with propriety of moving forward with third party transaction (.6); telephone call to Trustee regarding same (.4) | MB | 2.20 | $535.00 | $1,177.00 |
| Service | 11/18/2023 | 120 - Asset Disposition: Draft memo to M. Bargar regarding status of possible sale of royalty stream | WM | 0.20 | $425.00 | $85.00 |
| Service | 11/19/2023 | 120 - Asset Disposition: Draft correspondence to Galen Whitmore, | MB | 0.30 | $535.00 | $160.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | manager for debtor, regarding inquiry related to financing transactio Debtor is attempting to coordinate (.2); draft correspondence to Trustee regarding same (.1) | | | | |
| Service | 11/26/2023 | 100 - Case Administration: Draft correspondence to Carl Wedoff, counsel for Sony, regarding status of case | MB | 0.10 | $535.00 | $53.50 |
| Service | 11/29/2023 | 120 - Asset Disposition: Draft memo to M. Bargar regarding tax issues and sale of royalty stream | WM | 0.30 | $425.00 | $127.50 |
| Service | 11/29/2023 | 120 - Asset Disposition: Telephone call to Trustee regarding possible A/R sale financed by third party financing company (.3); draft correspondence to Gaelen Whitemore regarding same (.7) | MB | 1.00 | $535.00 | $535.00 |
| Service | 11/30/2023 | 110 - Asset Analysis and Recovery: Draft memo to M. Bargar regarding offer from Sound Royalties and tax issues | WM | 0.20 | $425.00 | $85.00 |
| Service | 11/30/2023 | 120 - Asset Disposition: Draft correspondence to Michael Damore at Sound Royalties regarding financing A/R transaction (.2); draft correspondence to Trustee regarding same (.1) | MB | 0.30 | $535.00 | $160.50 |
| Service | 12/01/2023 | 120 - Asset Disposition: Prepare for telephone call with Michael Damore of Sound Royalties regarding financing agreement (.4); legal research regarding same (.3); telephone call to Michael Damore regarding same (.3); telephone call to Trustee regarding same (.4) | MB | 1.40 | $535.00 | $749.00 |
| Service | 12/04/2023 | 120 - Asset Disposition: Draft correspondence to Gaelen Whitemore regarding IRS liens in A/R and issues related to sale of A/R (.2); legal research regarding same (.2); draft correspondence to Trustee regarding same (.1); telephone call to Trustee regarding same (.3); draft correspondence to Trustee regarding same (.2) | MB | 1.00 | $535.00 | $535.00 |
| Service | 12/07/2023 | 120 - Asset Disposition: Evaluate and analyze correspondence from Gaelen Whitemore proposing dismissal and consider appropriate response to same (.2); draft correspondence to Gaelen Whitemore regarding same (.2); telephone call to Trustee regarding same (.2) | MB | 0.60 | $535.00 | $321.00 |
| Service | 12/14/2023 | 120 - Asset Disposition: Draft | MB | 0.40 | $535.00 | $214.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | correspondence to Aaron Gavant regarding sale of royalties (.1); draft correspondence to Aaron Gavant regarding same (.1); draft correspondence to Aaron Gavant regarding same (.1); telephone call to Trustee regarding same (.1) | | | | |
| Service | 12/15/2023 | 120 - Asset Disposition: Telephone call from Aaron Gavant regarding sale of royalties | MB | 0.10 | $535.00 | $53.50 |
| Service | 12/19/2023 | 120 - Asset Disposition: Telephone call to Trustee regarding issues with financing (.3); telephone call from Michael Holbein, counsel for former broker, regarding same (.3); draft correspondence to Andres Sandoval regarding discussion with IRS re same (.1); draft correspondence to Aaron Gavant regarding same (.1) | MB | 0.80 | $535.00 | $428.00 |
| Service | 12/19/2023 | 120 - Asset Disposition: Draft memo to M. Bargar regarding sale of royalty stream and tax issues | WM | 0.20 | $425.00 | $85.00 |
| Service | 12/27/2023 | 120 - Asset Disposition: Draft correspondence to Aaron Gavant and Andres Sandoval regarding sale of royalties | MB | 0.10 | $535.00 | $53.50 |
| Service | 12/29/2023 | 120 - Asset Disposition: Draft correspondence to Andres Sandoval regarding sale of royalties (.1); telephone call to Aaron Gavant re same (.1); telephone call to Andres Sandoval re same (.1); draft correspondence to Aaron Gavant re same (.1) | MB | 0.40 | $535.00 | $214.00 |
| Service | 01/02/2024 | 120 - Asset Disposition: Draft correspondence to Trustee regarding status of assignment and consequence to broker previously employed by estate | MB | 0.30 | $535.00 | $160.50 |
| Service | 01/03/2024 | 120 - Asset Disposition: Draft correspondence to Aaron Gavant regarding discussion with IRS regarding possible finance transaction (.1); draft correspondence to Trustee regarding same (.1) | MB | 0.20 | $535.00 | $107.00 |
| Service | 01/03/2024 | 120 - Asset Disposition: Draft memo to M. Bargar re possible purchase of royalty stream and tax issues | WM | 0.30 | $425.00 | $127.50 |
| Service | 01/04/2024 | 120 - Asset Disposition: Draft memo to M. Bargar regarding IRS claim and asserted lien rights | WM | 0.20 | $425.00 | $85.00 |
| Service | 01/09/2024 | 200 - Professional Retention and Fee | MB | 0.30 | $535.00 | $160.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Applications: Telephone call from Michael Holbein counsel for former broker regarding fee application of broker | | | | |
| Service | 01/16/2024 | 200 - Professional Retention and Fee Applications: Draft correspondence to Trustee regarding MCE application for fees (.2); telephone call to Trustee regarding same (.3) | MB | 0.50 | $535.00 | $267.50 |
| Service | 01/17/2024 | 200 - Professional Retention and Fee Applications: Evaluate and analyze MCE fee application and consider issues therein (.4); draft correspondence to Trustee regarding same (.2); legal research regarding same (.6); telephone call to Trustee regarding same and appropriateness of response (.2) | MB | 1.40 | $535.00 | $749.00 |
| Service | 01/23/2024 | 170 - Claims Administration and Objections: Draft correspondence to Trustee regarding IRS claim and payment of same (.1); draft correspondence to Andres Sandoval regarding same (.1) | MB | 0.20 | $535.00 | $107.00 |
| Service | 02/13/2024 | 100 - Case Administration: Review docket and confirm hearing dates and response deadlines | EM | 0.10 | $250.00 | $25.00 |
| Service | 02/15/2024 | 200 - Professional Retention and Fee Applications: Memos from and to M. Bargar regarding fee application for broker that procured buyer for debtor's royalty stream assets | WM | 0.30 | $425.00 | $127.50 |
| Service | 02/15/2024 | 200 - Professional Retention and Fee Applications: Evaluate and analyze objection to MCE fee application filed by Debtor (.4); draft correspondence to Trustee regarding same (.1); telephone call to Trustee regarding hearing on same (.3) | MB | 0.80 | $535.00 | $428.00 |
| Service | 02/16/2024 | 200 - Professional Retention and Fee Applications: Evaluate and analyze prior emails regarding cancellation of sale as relates to fee application and objection (.4); draft correspondence to M. Holbein regarding same (.2) | MB | 0.60 | $535.00 | $321.00 |
| Service | 02/16/2024 | 210 - Employment and Fee Application Objections: Memos to and from M. Bargar regarding recollection of messages and other communications during termination of sale of royalty stream to buyer located by broker (0.6); review messages between M. Bargar and M. Holbein regarding broker's application for compensation (0.2); | WM | 1.20 | $425.00 | $510.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | preliminary review of application for compensation for MCE Management (0.4) | | | | |
| Service | 02/18/2024 | 210 - Employment and Fee Application Objections: Review MCE application for compensation and debtor's objection (0.6); memos to and from M. Bargar regarding legal analysis and preparation for hearing (0.2) | WM | 0.80 | $425.00 | $340.00 |
| Service | 02/19/2024 | 200 - Professional Retention and Fee Applications: Draft memo to B. Matthews regarding fee application of MCE and hearing on same (.4); evaluate and analyze correspondence from M. Holbein regarding same (.1); draft correspondence to Trustee regarding same (.2); telephone call to Trustee regarding same (.2); draft correspondence to M. Holbein regarding same (.1); telephone call from M. Holbein regarding same (.3); evaluate and analyze terms of engagement letter approved by Court and consider implications of same on fee application (.4); prepare for hearing (.4) | MB | 2.10 | $535.00 | $1,123.50 |
| Service | 02/20/2024 | 210 - Employment and Fee Application Objections: Review documents and provide legal analysis and recommendations to M. Bargar to prepare for hearing and memos during hearing regarding application for compensation for MCE | WM | 2.80 | $425.00 | $1,190.00 |
| Service | 02/20/2024 | 200 - Professional Retention and Fee Applications: Continue to prepare for hearing on MCE fee applications (.3); to court and attend same (2.1); telephone call to Trustee regarding same (.4) | MB | 2.80 | $535.00 | $1,498.00 |
| Service | 02/21/2024 | 120 - Asset Disposition: Draft correspondence to Trustee regarding possible financing transaction (.1); evaluate and analyze correspondence from Aaron Gavant regarding IRS lien issues (.3) | MB | 0.40 | $535.00 | $214.00 |
| Service | 04/03/2024 | 110 - Asset Analysis and Recovery: Draft correspondence to Trustee regarding 1Q tax payments and related motion | MB | 0.10 | $535.00 | $53.50 |
| Service | 04/08/2024 | 110 - Asset Analysis and Recovery: Draft motion to pay 1Q tax obligations (.3); draft correspondence to Trustee regarding same (.1) | MB | 0.40 | $535.00 | $214.00 |
| Service | 04/11/2024 | 200 - Professional Retention and Fee Applications: Evaluate and analyze order granting MCE fee application and consider legal issues related to same (.3); draft | MB | 0.80 | $535.00 | $428.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | memo to B. Matthews regarding same (.1); draft correspondence to Trustee regarding same (.2); draft follow up correspondence to Trustee regarding same (.2) | | | | |
| Service | 04/11/2024 | 110 - Asset Analysis and Recovery: Edit and revise motion to pay 1Q administrative expenses (.1); draft memos (x2) to support staff regarding same (.2) | MB | 0.30 | $535.00 | $160.50 |
| Service | 04/11/2024 | 110 - Asset Analysis and Recovery: Review and finalize motion to pay administrative expenses [.1]; File motion and coordinate service of same [.2] | EM | 0.30 | $250.00 | $75.00 |
| Service | 04/11/2024 | 100 - Case Administration: Serve Motion to Pay Administrative Expense | CS | 0.30 | $150.00 | $45.00 |
| Service | 04/11/2024 | 210 - Employment and Fee Application Objections: Review lengthy order on payment to broker and prepare memos to M. Bargar to provide analysis | WM | 0.60 | $425.00 | $255.00 |
| Service | 04/12/2024 | 110 - Asset Analysis and Recovery: Coordinate service of notice of hearing on motion to pay Q1 administrative expenses | EM | 0.20 | $250.00 | $50.00 |
| Service | 04/16/2024 | 110 - Asset Analysis and Recovery: Review service of notice of hearing motion to pay administrative expense; file certificate of service | EM | 0.20 | $250.00 | $50.00 |
| Service | 05/06/2024 | 210 - Employment and Fee Application Objections: Review status and order on broker fees (0.1); memo to M. Bargar regarding past deadline for debtor to appeal (0.2); memo to and from M. Bargar regarding any need to prepare application to pay broker (0.2) | WM | 0.50 | $425.00 | $212.50 |
| Service | 05/21/2024 | 110 - Asset Analysis and Recovery: Attend hearing on motion to pay administrative expenses (.2) | MB | 0.20 | $535.00 | $107.00 |
| Service | 05/28/2024 | 110 - Asset Analysis and Recovery: Draft proposed order on motion to pay administrative expenses (.3); draft correspondence to Trustee regarding same (.1) | MB | 0.40 | $535.00 | $214.00 |
| Service | 08/29/2024 | 100 - Case Administration: Serve motion to pay administrative expenses | CS | 0.50 | $150.00 | $75.00 |
| Service | 08/29/2024 | 200 - Professional Retention and Fee Applications: Draft correspondence to Trustee regarding payment of administrative expenses (.1); draft motion | MB | 0.80 | $535.00 | $428.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | to pay Q2 expenses (.3); draft proposed order (.3); draft correspondence to Trustee regarding same (.1) | | | | |
| Service | 09/18/2024 | 200 - Professional Retention and Fee Applications: Telephone from Doug Colton of MCE regarding payment of allowed fees and expenses (.4); evaluate and analyze order on same (.3); telephone call to Trustee regarding same (.2); draft correspondence to Trustee regarding same (.2); draft follow up correspondence regarding same (.1) | MB | 1.20 | $535.00 | $642.00 |
| Service | 10/03/2024 | 100 - Case Administration: Serve motion for authority to pay administrative expenses | CS | 0.20 | $150.00 | $30.00 |
| Service | 10/03/2024 | 100 - Case Administration: File COS of Notice of Trustee's Motion to Pay Administrative Expenses | RS | 0.10 | $200.00 | $20.00 |

| | | |
|---|---|---|
| **Quantity Subtotal** | | **58.8** |
| **Services Subtotal** | | **$29,286.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 08/02/2023 | Service of sale motion and notice of hearing on shortened notice list | 1.00 | $728.68 | $728.68 |
| Expense | 08/02/2023 | Service of notice of hearing on sale motion on full matrix | 1.00 | $61.44 | $61.44 |
| Expense | 04/11/2024 | E101 Copying | 5.00 | $0.15 | $0.75 |
| Expense | 04/11/2024 | E108 Postage | 5.00 | $0.64 | $3.20 |
| Expense | 04/12/2024 | Service of notice of hearing motion to pay administrative expense | 1.00 | $56.84 | $56.84 |
| Expense | 08/29/2024 | E101 Copying | 10.00 | $0.15 | $1.50 |
| Expense | 08/29/2024 | E108 Postage | 5.00 | $0.73 | $3.65 |
| Expense | 10/03/2024 | E101 Copying | 15.00 | $0.15 | $2.25 |
| Expense | 10/03/2024 | E108 Postage | 1.00 | $0.69 | $0.69 |
| Expense | 10/03/2024 | Service of Notice of Trustee's Motion to Pay Administrative Expenses | 1.00 | $63.86 | $63.86 |

| | | |
|---|---|---|
| **Expenses Subtotal** | | **$922.86** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Michael Bargar | Partner | 45.1 | $535.00 | $24,128.50 |
| William Matthews | Associate | 10.5 | $425.00 | $4,462.50 |
| Elizabeth Miller | Paralegal | 2.1 | $250.00 | $525.00 |
| Catherine Smith | Legal Assistant | 1.0 | $150.00 | $150.00 |
| Rebecca Studer | Paralegal | 0.1 | $200.00 | $20.00 |
| | | **Quantity Total** | | **58.8** |
| | | **Subtotal** | | **$30,208.86** |
| | | **Total** | | **$30,208.86** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 27390 | 11/20/2024 | $30,208.86 | $0.00 | $30,208.86 |
| | | | **Outstanding Balance** | **$30,208.86** |
| | | | **Amount in Trust** | **$0.00** |
| | | | **Total Amount Outstanding** | **$30,208.86** |

Please make all amounts payable to: Rountree, Leitman, Klein & Geer LLC

Rountree Leitman Klein & Geer, LLC accepts the following forms of payment:

- Cash or Check delivered to Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia 30329
- Wire Transfer (please contact Megan Winokur at 404-584-1238 for wire instructions and confirm wire instructions over the phone)
- Credit or Debit Card using the following link: https://app.clio.com/link/79KWRpmaXgNk
- E-Check using the following link: https://secure.lawpay.com/pages/rlkglaw/operating

Please make payment within fourteen (14) days of receipt of this invoice.

**EXHIBIT "B"**

**ROUNTREE LEITMAN KLEIN & GEER LLC**
Century Plaza I
2987 Clairmont Road
Suite 350
Atlanta, GA 30329

**PARTNERS**

**WILLIAM A. ROUNTREE—** Admitted to Georgia Bar in 2000. Education, Emory University (BA, 1995); University of Florida College of Law (J.D., 1999); Law Clerk to the Honorable Steven H. Friedman, United States Bankruptcy Court for the Southern District of Florida (1999-2000); Member, State Bar of Georgia, Atlanta Bar Association; Previous Board Member, Atlanta Bar Association Continuing Legal Education Board of Trustees; Current Board Member, Atlanta Bar Association Bankruptcy Board of Trustees. Practice Area: Bankruptcy, Creditors' Rights and Financial Restructuring. SuperLawyers yearly in Business Bankruptcy (Member, Blue Ribbon Committee); Ga Trend Magazine Legal Elite yearly in Bankruptcy.

**DAVID S. KLEIN** – Admitted to Georgia Bar in 2010. Education, Mercer University (BA, 2007); Elon University School of Law (J.D., *cum laude*, 2010); University of Georgia School of Law (LL.M., 2011). Member, State Bar of Georgia. Practice Areas: Real Estate Litigation, Commercial Litigation, Creditors' Rights. Super Lawyers Rising Star (2019-2024); Previous Executive Committee Member, Real Property Law Section, State Bar of Georgia (2016-2022).

**WILL B. GEER** – Admitted to Georgia Bar in 2009.  Education, Valdosta State University (BBA, 2006); Mercer University (J.D., 2009). Member, State Bar of Georgia.  Practice Areas: Bankruptcy, Creditors' Rights and Financial Restructuring. Barrister, W. Homer Drake, Jr. Georgia Bankruptcy American Inn of Court.

**MICHAEL J. BARGAR** – Admitted to Georgia Bar in 2010. Education: Ashland University (B.A., 2001); Case Western Reserve University, (MBA, 2007); Emory University (J.D., 2010). Member: State Bar of Georgia. Executive Notes and Comments Editor, *Emory Bankruptcy*

12

*Developments Journal*. Practice Areas: Bankruptcy, Creditors' Rights and Financial Restructuring. Barrister, W. Homer Drake, Jr. Georgia Bankruptcy American Inn of Court. Panel Member, Chapter 7 Panel of Trustees for the Northern District of Georgia. Fellow, American Bar Foundation.

## ASSOCIATE

**WILLIAM D. MATTHEWS –** Admitted to Georgia Bar in 1986. Education: University of South Carolina (B.S., Mathematics, magna cum laude, 1983); Duke University School of Law (J.D., with honors, 1986). Member: State Bar of Georgia. Law Clerk for the Honorable W.H. Drake, Jr. (1986-1989). Practice Areas: Bankruptcy, Creditors' Rights and Financial Restructuring.

13

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused to be served a copy of the foregoing *SECOND INTERIM APPLICATION OF ROUNTREE LEITMAN KLEIN & GEER LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR TRUSTEE* by filing same with the Court using the CM/ECF system, which will send an electronic mail notification to the parties as indicated below:

Christina M Baugh
christina.baugh@btlaw.com
lisa.mitchum@btlaw.com

Frank W. DeBorde
fwd@mmmlaw.com
lwolgast@mmmlaw.com
twagner@mmmlaw.com

S. Gregory Hays
ghays@haysconsulting.net
saskue@haysconsulting.net
GA32@ecfcbis.com

Martin P. Ochs
martin.p.ochs@usdoj.gov

Office of the United States Trustee
ustpregion21.at.ecf@usdoj.gov

This is to further certify that I, Michael J. Bargar, am over the age of 18 and that on this day I have caused to be served a copy of the forgoing *SECOND INTERIM APPLICATION OF ROUNTREE LEITMAN KLEIN & GEER LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR TRUSTEE* by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery by first class United States Mail, to the following persons at the addresses stated:

Todd Anthony Shaw
151 Oak Street
Hahnville, LA 70057

Todd Shaw
6130 Eisner Drive
Las Vegas, NV 89131

Todd Shaw
11271 Ventura Blvd #229
Studio City, CA 91604

Todd Anthony Shaw
1010 Forest Overlook Drive
Atlanta, GA 30331

Montie Day
Day Law Offices
P.O. Box 1525
Williams, CA 95987

This 8th day of November, 2024.

By:*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709