UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-61855-BEM |
| | : | |
| TODD ANTHONY SHAW, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**NOTICE OF FEE APPLICATIONS, DEADLINE TO OBJECT, AND FOR HEARING**

**PLEASE TAKE NOTICE** that Rountree Leitman Klein & Geer LLC ("**RLKG**") has filed its *Second Interim Application of Rountree Leitman Klein & Geer LLC for Allowance of Compensation and Reimbursement of Expenses as Counsel for Trustee* [Doc. No. 369] with the Court seeking an order granting: (1) allowance of compensation in the amount of $29,286.00; (2) allowance of expenses incurred in the amount of $922.86; and (3) Trustee authority to pay the allowed fees and expenses.

**PLEASE TAKE NOTICE** that S. Gregory Hays, as Chapter 7 trustee in this case ("**Trustee**"), has filed his *Fifth Application of Trustee for Interim Compensation and Reimbursement of Expenses* and related papers [Doc. No. 370] with the Court seeking an order granting: (1) allowance of compensation in the amount of $17,589.87; (2) allowance of expenses incurred in the amount of $331.17; and (3) Trustee authority to pay the allowed compensation and expenses.

**PLEASE TAKE NOTICE** that Hays Financial Consulting, LLC ("**HFC**") has filed its *Fifth Interim Application of Hays Financial Consulting, LLC for Allowance of Compensation and Reimbursement of Expenses As Accountants to the Chapter 7 Trustee* and related papers [Doc. No. 371] with the Court seeking an order granting: (1) allowance of compensation in the amount of

$16,272.50; (2) allowance of expenses incurred in the amount of $210.29; and (3) Trustee authority to pay the allowed fees and expenses.

Pursuant to Third Amended and Restated General Order No. 24-2018, the Court may consider these matters without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in the applications, you must timely file your objection with the Bankruptcy Clerk** at: Bankruptcy Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, and serve a copy on the Trustee's attorney, Michael J. Bargar, Rountree Leitman Klein & Geer LLC, Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia 30329, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

Hearings on the pleadings have been scheduled for December 3, 2024. **The Court will hold hearings on the fee applications at 10:00 a.m. (ET) on December 3, 2024 in Courtroom 1402, United States Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303**, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

If an objection or response is timely filed and served, the hearings will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated:  November 8, 2024.

                                        ROUNTREE LEITMAN KLEIN & GEER LLC
                                        *Attorneys for Trustee*

                                        By:*/s/ Michael J. Bargar*
Century Plaza I                          Michael J. Bargar
2987 Clairmont Road, Suite 350     Georgia Bar No. 645709
Atlanta, GA 30329                 mbargar@rlkglaw.com
404-410-1220