UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          )         CASE NO. 09-61855-BEM
                                                )
TODD ANTHONY SHAW,                              )         CHAPTER 7
                                                )
        Debtor.                                 )
                                                )

### TRUSTEE'S MOTION FOR AUTHORITY TO PAY ADMINISTRATIVE EXPENSES OF CHAPTER 7 ESTATE

COMES NOW S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of Todd Anthony Shaw ("**Debtor**"), by and through undersigned counsel, and files *Trustee's Motion for Authority to Pay Administrative Expenses of Chapter 7 Estate* (the "**Motion**"). In support of his Motion, Trustee respectfully shows:

### Jurisdiction and Venue

1.

This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This Motion presents a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background Facts and Relief Requested

2.

On January 26, 2009 (the "**Petition Date**"), Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code. Trustee was thereafter appointed the Chapter 7 trustee for Debtor's bankruptcy estate.

3.

At the commencement of the Bankruptcy Case, a bankruptcy estate was created pursuant to 11 U.S.C. § 541(a) (the "**Bankruptcy Estate**"), and that Bankruptcy Estate includes all Debtor's legal or equitable interests in property as of the commencement of the bankruptcy case and any interest in property that the estate acquires after commencement of the bankruptcy case. 11 U.S.C. § 541(a)(1) and (7). Trustee is the sole representative of the Bankruptcy Estate. 11 U.S.C. § 323(a).

4.

Debtor filed this bankruptcy case as a no-asset case. [Doc. No. 1 at Page 1].

5.

Nevertheless, through the efforts of Trustee and his professionals, Trustee has recovered over $4,400,000.00 for the benefit of the Bankruptcy Estate from, among other things, certain music royalties to which Debtor, and thus the Bankruptcy Estate, is entitled.

6.

As a result of the music royalties paid to the Bankruptcy Estate through the second quarter of calendar year 2025 in the amount of $436,672.28, the Bankruptcy Estate has incurred income tax expenses owed to the Internal Revenue Service in the amount of $12,657.00 and to the Georgia Department of Revenue in the amount of $4,487.00.

7.

There are sufficient funds in the Bankruptcy Estate with which to make the foregoing payments, and such payments are proper administrative expenses of the Bankruptcy Estate.

WHEREFORE, Trustee requests that the Court grant this Motion and authorize Trustee to pay the above-described administrative expense claims.

Respectfully submitted this 3rd day of July, 2025.

ROUNTREE LEITMAN KLEIN & GEER, LLC
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
Century Plaza I                      Georgia Bar No. 645709
2987 Clairmont Road, Suite 350    mbargar@rlkglaw.com
Atlanta, Georgia 30329
404-410-1220

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused to be served a copy of the foregoing *Trustee's Motion for Authority to Pay Administrative Expenses of Chapter 7 Estate* by filing same with the Court using the CM/ECF system, which will send an electronic mail notification to the parties as indicated below:

Christina M Baugh
christina.baugh@btlaw.com
lisa.mitchum@btlaw.com

Frank W. DeBorde
fwd@mmmlaw.com
lwolgast@mmmlaw.com
twagner@mmmlaw.com

Gary W. Marsh
gary.marsh@troutman.com,
wlbank@troutman.com

Evelyn J. Meltzer
evelyn.meltzer@troutman.com,
Susan.Henry@Troutman.com;wlbank@troutman.com

S. Gregory Hays
ghays@haysconsulting.net
saskue@haysconsulting.net
GA32@ecfcbis.com

Martin P. Ochs
martin.p.ochs@usdoj.gov

Office of the United States Trustee
ustpregion21.at.ecf@usdoj.gov

Michael F. Holbein
mholbein@sgrlaw.com

Andres H. Sandoval
andres.sandoval@usdoj.gov,
charlie.cromwell@usdoj.gov;Larissa.selchenkova@usdoj.gov

R. Jeneane Treace
jeneane.treace@usdoj.gov

This is to further certify that I, Michael J. Bargar, am over the age of 18 and that on this day I have caused to be served a copy of the forgoing *Trustee's Motion for Authority to Pay Administrative Expenses of Chapter 7 Estate* by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery by first class United States Mail, to the following persons at the addresses stated:

Todd Anthony Shaw
151 Oak Street
Hahnville, LA 70057

Todd Shaw
6130 Eisner Drive
Las Vegas, NV 89131

Todd Shaw
11271 Ventura Blvd #229
Studio City, CA 91604

Todd Anthony Shaw
1010 Forest Overlook Drive
Atlanta, GA 30331

Montie Day
Day Law Offices
P.O. Box 1525
Williams, CA 95987

This 3rd day of July, 2025.

*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709

18405533v1