UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>TODD ANTHONY SHAW | CASE NO: 09-61855-BEM<br><br>**DECLARATION OF MAILING<br>CERTIFICATE OF SERVICE**<br><br>Chapter: 7<br>ECF Docket Reference No. 389 |

On 2/3/2026, I did cause a copy of the following documents, described below,

Notice of Trustee's Motion for Authority to Pay Administrative Expenses of Chapter 7 Estate; Deadline to Object; and for Hearing  ECF Docket Reference No. 389

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/3/2026

/s/ Michael J. Bargar
Michael J. Bargar  645709

Rountree Leitman Klein & Geer LLC
2987 Clairmont Road, Ste 350
Atlanta, GA 30329
404-584-1238
mbargar@rlkglaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

TODD ANTHONY SHAW

CASE NO: 09-61855-BEM

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 389

On 2/3/2026, a copy of the following documents, described below,

Notice of Trustee's Motion for Authority to Pay Administrative Expenses of Chapter 7 Estate; Deadline to Object; and for Hearing  ECF Docket Reference No. 389

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/3/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael J. Bargar
Rountree Leitman Klein & Geer LLC
2987 Clairmont Road, Ste 350
Atlanta, GA  30329

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>113E1<br>CASE 09-61855-BEM<br>NORTHERN DISTRICT OF GEORGIA<br>ATLANTA<br>TUE FEB 3 15-47-02 EST 2026 | JONATHAN S ADAMS<br>US ATTORNEYS OFFICE  NDGA<br>600 RICHARD B RUSSELL BUILDING<br>75 TED TURNER DRIVE SW<br>ATLANTA GA 30303-3315 | TIFFANY R ALMY<br>PKA LAW LLC<br>SUITE 100<br>75 GOLD STREET<br>BROOKLYN NY 11201-1228 |
| AMERICAN HOME SERVICES INC<br>4600 REGENT BLVD<br>SUITE 200<br>IRVING TX 75063-2478 | ARIZONA PUBLIC SERVICE<br>P 0 BOX 53933<br>STATION 3200<br>PHOENIX AZ 85072-3933 | MICHAEL J BARGAR<br>ROUNTREE LEITMAN KLEIN  GEER LLC<br>CENTURY PLAZA I<br>2987 CLAIRMONT ROAD SUITE 350<br>ATLANTA GA 30329-4435 |
| CHRISTINA M BAUGH<br>BARNES  THORNBURG LLP<br>SUITE 2900<br>3340 PEACHTREE ROAD NE<br>ATLANTA GA 30326-1092 | CBA COLLECTION BUREAU<br>25954 EDEN LANDING RD<br>HAYWAID CA 94545-3837 | CITIFINANCIAL AUTO CORPORATION AS ASSIGNEE O<br>MCCULLOUGH PAYNE  HAAN LLC<br>171 17TH STREET NW SUITE 975<br>ATLANTA GA 30363-1032 |
| CITIFINANCIAL AUTO<br>P 0 BOX 9575<br>COPPELL TX 75019-9509 | DOUG COLTON<br>MCE MANAGEMENT LLC<br>558 ROSEDALE AVENUE<br>NASHVILLE TN 37211-2048 | LISA RITCHEY CRAIG<br>MCCULLOUGH PAYNE  HAAN LLC<br>SUITE 2200<br>271 17TH STREET NW<br>ATLANTA GA 30363-6213 |
| CREDIT MANAGEMENT<br>4200 INTERNATIONAL PKWY<br>CARROLLTON TX 75007-1912 | MONTIE DAY<br>DAY LAW OFFICES<br>P O BOX 1525<br>WILLIAMS CA 95987-1525 | MONTIE S DAY<br>DAY LAW OFFICES<br>P O BOX 1525<br>WILLIAMS CA 95987-1525 |
| FRANK W DEBORDE<br>MORRIS MANNING  MARTIN LLP<br>1600 ATLANTA FINANCIAL CENTER<br>3343 PEACHTREE RD NE<br>ATLANTA GA 30326-1085 | DEBT SOLUTION RECOVERY<br>900 MERCHANTS CONCOURSE<br>SUITE 106<br>WESTBURY NY 11590-5114 | ESTATE OF JAMES F ELLERBEE<br>CO DAVID G CROKETT PC<br>1950 THE EQUITABLE BUILING<br>100 PEACHTREE STREET NW<br>ATLANTA GA 30303-1906 |
| FULTON COUNTY TAX COMMISIONERS OFFICE<br>141 PRYOR STREET SW SUITE 1113<br>ATLANTA GA 30303-3566 | FULTON COUNTY TAX COMMISSIONER<br>141 PRYOR STREET SW<br>ATLANTA GA 30303-3446 | GEORGIA DEPARTMENT OF REVENUE<br>BANKRUPTCY<br>2595 CENTURY PKWY NE SUITE 339<br>ATLANTA GA 30345-3173 |
| AARON GAVANT<br>BARNES  THORNBURG LLP<br>SUITE 4400<br>ONE NORTH WACKER DRIVE<br>CHICAGO IL 60606-2841 | SIDNEY GELERNTER<br>MCCURDY  CANDLER LLC<br>SIX PIEDMONT CENTER - SUITE 700<br>3525 PIEDMONT ROAD NE<br>ATLANTA GA 30305-1578 | SIDNEY GELERNTER<br>MCCURDY  CANDLER LLC<br>SIX PIEDMONT ROAD - SUITE 700<br>3525 PIEDMONT ROAD NE<br>ATLANTA GA 30305-1578 |
| HARVARD COLLECTION<br>4839 N ELSTON AVE<br>CHICAGO IL 60630-2589 | S GREGORY HAYS<br>HAYS FINANCIAL CONSULTING LLC<br>SUITE 555<br>2964 PEACHTREE ROAD NW<br>ATLANTA GA 30305-4909 | HAYS FINANCIAL CONSULTING LLC<br>2964 PEACHTREE ROAD NW<br>SUITE 555<br>ATLANTA GA 30305-4909 |

DEETRIC M HICKS
JOHNSON  FREEDMAN LLC
1587 NORTHEAST EXPRESSWAY
ATLANTA GA 30329-2401

MICHAEL F HOLBEIN
SMITH GAMBRELL  RUSSELL LLP
1105 WEST PEACHTREE ST NE
SUITE 1000
ATLANTA GA 30309-3592

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JPMORGAN CHASE BANK
1587 NE EXPRESSWAY
ATLANTA GA 30329-2401

JENNIFER N MELTON
CO BEDELIA C HARGROVE ESQ
1401 PEACHTREE STREET
SUITE 500
ATLANTA GA 30309-3041

JENNIFER N MELTON
CO ERIC L REGISTER ESQ
REGISTER LETT LLP
1741 COMMERCE DRIVE
ATLANTA GA 30318-3107

KEENAN WILKINS
ART 278
550 6TH ST
OAKLAND CA 94607-3946

GARY W MARSH
TROUTMAN PEPPER LOCKE LLP
600 PEACHTREE STREET NE SUITE 3000
ATLANTA GA 30308-2305

KAREN A MAXCY
MCCALLA RAYMER LLC
1587 NORTHEAST EXPRESSWAY
ATLANTA GA 30329-2401

EVELYN J MELTZER
TROUTMAN PEPPER LOCKE LLP
1313 N MARKET ST STE 1000
PO BOX 1709
WILMINGTON DE 19899-1709

NATIONAL COMMERCE BROKERS INC
75 SECOND AVE
SUITE 3115
NEEDHAM MA 02494-2820

MARTIN P OCHS
OFFICE OF THE U S TRUSTEE
362 RICHARD RUSSELL FEDERAL BLDG
75 TED TURNER DRIVE SW
ATLANTA GA 30303-3330

OFFICE OF THE UNITED STATES TRUSTEE
362 RICHARD RUSSELL BUILDING
75 TED TURNER DRIVE SW
ATLANTA GA 30303-3315

REMAX GREATER ATLANTA  THE LATHAM GROUP
DON LATHAM  LONNIE LATHAM
BUILDING 1300
5591 CHAMBLEE-DUNWOODY ROAD
ATLANTA GA 30338-4176

PIERCE RIGNEY
TROUTMAN PEPPER LOCKE LLP
600 PEACHTREE ST NE STE 3000
ATLANTA GA 30308-2305

RONNIE JACKSON JR
CO DONELL HOLIDAY CRED ATTORNEY
PO BOX 4596
ATLANTA GA 30302-4596

RONNIE JACKSON JR
CO DONELL HOLIDAY ESQ
142 MITCHELL STREET
SUITE 108
ATLANTA GA 30303-3402

RONNIE JACKSON JR
CO DONNELL HOLIDAY ESQ
225 PEACHTREE STREET SUITE 1430
PO BOX 4596
ATLANTA GA 30302-4596

ANDRES H SANDOVAL
OFFICE OF THE UNITED STATES ATTORNEY
SUITE 600
75 TED TURNER DRIVE SW
ATLANTA GA 30303-3309

SANTANDER CONSUMER USA
PO BOX 560284
DALLAS TX 75356-0284

SANTANDER CONSUMER USA INC
AS SERVICER FOR CITI
PO BOX 961245
FORT WORTH TX 76161-0244

DEBTOR

TODD ANTHONY SHAW
1010 FOREST OVERLOOK DRIVE
ATLANTA GA 30331-8344

SHAWNA STATON
OFFICE OF THE UNITED STATES TRUSTEE
362 RICHARD RUSSELL BUILDING
75 TED TURNER DRIVE SW
ATLANTA GA 30303-3315

WAYNE R TERRY
ATTN WAYNE R TERRY
15910 VENTURA BLVD 12TH FLOOR
ENCINO CA 91436-2829

R JENEANE TREACE
ASSISTANT UNITED STATES TRUSTEE
362 RICHARD RUSSELL BLDG
75 TED TURNER DRIVE SW
ATLANTA GA 30303-3315

TROJAN PROFESSIONAL SERVICE
P 0 BOX 1270
LOS ANGELES CA 90078-1270

UNITED STATES OF AMERICA ON BEHALF OF THE I
75 TED TURNER DR SW
SUITE 600
GA 30303-3309

UNITED STATES ATTORNEY
NORTHERN DISTRICT OF GEORGIA
ROOM 600 RICHARD RUSSELL BLDG
75 SPRING ST SW
ATLANTA GA 30303-3318

UNITED STATES ATTORNEY GENERAL
10TH AND CONSTITUTION AVE
WASHINGTON DC 20530-0001

VALLEY CONSTRUCTION SERVICE
7025 N 58TH AVE
GLENDALE AZ 85301-2424

VERIZON
BANKRUPTCY ADMINISTRATION
P O BOX 3397
BLOOMINGTON IL 61702-3397

KEENAN WILKINS
ART278
5325 BRODER BLVD
DUBLIN CA 94568-3309

ZOMBA RECORDING LLC
550 MADISON AVENUE
NEW YORK NY 10022-3211

ZOMBA RECORDING LLC CO WILL TATE ESQ
1600 ATLANTA FINANCIAL CENTER
3343 PEACHTREE ROAD NE
ATLANTA GEORGIA 30326-1044

COURT'S LIST OF NEF (ELECTRONIC SERVICE) RECIPIENTS:

represented by:
Wayne R. Terry
Hemar, Rousso & Heald, LLp
12th Floor
15910 Ventura Boulevard
Los Angeles, CA 91436
Zomba Recording LLC
550 Madison Avenue
represented by:
Frank W. DeBorde
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Rd., N.E.
Atlanta, GA 30326

Andres H. Sandoval
Office of the United States Attorney
Suite 600
75 Ted Turner Drive SW
Atlanta, GA 30303
Keenan Wilkins
ART278
5325 Broder Blvd.

andres.sandoval@usdoj.gov

Pierce Rigney
Troutman Pepper Locke LLP
600 Peachtree St, NE, Ste 3000
Atlanta, GA 30308
UNITED STATES OF AMERICA, on behalf of th
Internal Revenue Service
75 Ted Turner Dr., SW
represented by:
Jonathan S. Adams
U.S. Attorney's Office - NDGA
600 Richard B. Russell Building
75 Ted Turner Drive S.W.
Atlanta, GA 30303

jonathan.adams@usdoj.gov

Evelyn J. Meltzer
Troutman Pepper Locke LLP
1313 N. Market St, Ste 1000
P.O. Box 1709
Wilmington, DE 19899-1709

evelyn.meltzer@troutman.com

Richard M. Jones, Jr.
Law Office of Richard Jones, P.C.
P. O. Box 371031
Decatur, GA 30037
represented by:
Gary W. Marsh
Troutman Pepper Locke LLP
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308

gary.marsh@troutman.com

Aaron Gavant
Barnes & Thornburg LLP
Suite 4400
One North Wacker Drive
Chicago, IL 60606

Christina M Baugh
Barnes & Thornburg LLP
Suite 2900
3340 Peachtree Road NE
Atlanta, GA 30326

cbaugh@btlaw.com

Todd Anthony Shaw
1010 Forest Overlook Drive
Atlanta, GA 30331
represented by:
Tiffany R. Almy
PKA Law LLC
Suite 100
75 Gold Street
Brooklyn, NY 11201

R. Jeneane Treace
Assistant United States Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303
Re/Max Greater Atlanta - The Latham Group
Don Latham / Lonnie Latham
Building 1300
5591 Chamblee-Dunwoody Road

jeneane.treace@usdoj.gov

COURT'S LIST OF NEF (ELECTRONIC SERVICE) RECIPIENTS:

Shawna Staton
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Karen A. Maxcy
McCalla Raymer, LLC
1587 Northeast Expressway
Atlanta, GA 30329
represented by:
Deetric M. Hicks
Johnson & Freedman, LLC
1587 Northeast Expressway
Atlanta, GA 30329
represented by:
Michael F. Holbein
Smith, Gambrell & Russell, LLP
1105 West Peachtree St., N.E.
Suite 1000
Atlanta, GA 30309
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
represented by:
Martin P. Ochs
Office of the U. S. Trustee
362 Richard Russell Federal Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

JPMorgan Chase Bank
1587 NE Expressway
represented by:
Deetric M. Hicks
Johnson & Freedman, LLC
1587 Northeast Expressway
Atlanta, GA 30329

Neil C. Gordon
Arnall Golden Gregory LLP
Suite 2100
171 17th Street, NW
Atlanta, GA 30363
Hays Financial Consulting, LLC
2964 Peachtree Road NW
Suite 555

Michael J. Bargar
Arnall Golden Gregory, LLP
Suite 2100
171 17th Street, N.W.
Atlanta, GA 30363

Arnall Golden Gregory LLP

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road NW
Atlanta, GA 30305-2153
represented by:
Michael J. Bargar
Rountree Leitman Klein & Geer LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329

mbargar@rlkglaw.com

Sidney Gelernter
McCurdy & Candler, LLC
Six Piedmont Road - Suite 700
3525 Piedmont Road, NE
Atlanta, GA 30305
CitiFinancial Auto Corporation as assignee
of DC Fin Svcs
McCullough, Payne & Haan, LLC
171 17th Street, N.W., Suite 975
Atlanta, GA 30363-1032
represented by:
Lisa Ritchey Craig
McCullough Payne & Haan, LLC
Suite 2200
271 17th Street, NW
Atlanta, GA 30363-6213
Doug Colton
MCE Management, LLC
558 Rosedale Avenue
represented by:
Michael F. Holbein
Smith, Gambrell & Russell, LLP
1105 West Peachtree St., N.E.
Suite 1000
Atlanta, GA 30309
MONTIE DAY

represented by:
Sidney Gelernter
McCurdy & Candler, L.L.C.
Six Piedmont Center - Suite 700
3525 Piedmont Road, NE
Atlanta, GA 30305